UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L. A., | ) | |
|       Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:25-cv-00596-MPB-TAB |
| MIKE BRAUN, et al., | ) ) ) | |
|       Defendants. | ) | |

**ORDER ON APRIL 11, 2025, TELEPHONIC STATUS CONFERENCE**

    Parties appeared by counsel April 11, 2025, for a telephonic status conference. Plaintiff shall file a brief in support of the motion for preliminary injunction by May 5, 2025. Defendants shall file a response brief by June 12, 2025. Plaintiff shall file a reply brief by June 26, 2025. Defendants shall file any sur-reply brief by July 10, 2025. Counsel informed the Court that an evidentiary hearing is not anticipated.

    Discovery may proceed. The deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is enlarged to 30 days after the Court's ruling on Plaintiff's motion for preliminary injunction.

    Date: 4/11/2025

                                                  Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email