UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., a minor child, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )  No. 1:25-cv-596-MPB-TAB |
| | ) |
| MIKE BRAUN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**Motion to Certify Case as a Class Action**

Plaintiff, by her counsel, says that:

1. Plaintiff brings this action on her own behalf and on behalf of a class of persons similarly situated pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure.

2. The class is defined as:

    all persons who now or in the future are unable to obtain a change in the gender marker on their Indiana birth certificate because of Executive Order 25-36 and/or any subsequent similar Executive Orders.[1]

3. As defined, the class meets all the requirements of Rule 23(a) of the Federal Rules of Civil Procedure in that:

    a. The class is so numerous that joinder of all members is impracticable.

    b. There are questions of law or fact common to the class.

    c. The claims of the representative party are typical of those of the class.

---

[1] This definition is slightly different than that noted in Y.A.'s complaint. (Dkt. 1 ¶ 13).

[1]

      d.    The representative party will fairly and adequately protect the interests of the class.

4. The further requirements of Rule 23(b)(2) of the Federal Rules of Civil Procedure are met here in that at all times defendants have acted and have failed to act on grounds generally applicable to the class.

5. Undersigned counsel are appropriate attorneys to be appointed to represent the class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

6. In further support of this motion, plaintiff separately submits her memorandum of law and supporting evidentiary material. Plaintiff reserves the right to submit additional evidentiary material as necessary.

WHEREFORE, plaintiff requests that this case be certified as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, with the class as defined above, with undersigned counsel appointed as class counsel, and for all other proper relief.

                                             Kenneth J. Falk
                                             Gavin M. Rose
                                             Stevie J. Pactor
                                             ACLU of Indiana
                                             1031 E. Washington St.
                                             Indianapolis, IN 46202
                                             317/635-4059

fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiff and the Putative Class

[3]