UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., a minor child, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-596-MPB-TAB |
| ) | |
| MIKE BRAUN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Submission of Evidentiary Material**

Plaintiff, by counsel, submits the following evidentiary material.

Exhibit 1    -    Declaration of Rae Eury

Exhibit 2    -    Executive Order 25-36

Exhibit 3    -    Memorandum from Larry K. Ervin

Exhibit 4    -    Declaration of Angela Eury

Exhibit 5    -    Declaration of Kristen Matha

Exhibit 6    -    UCLA School of Law-Williams Institute, How Many Adults and Youth Identify as Transgender in the United States, https://williamsinstitute.law.ucla.edu/publications/trans-adults-united states/#:~:text=Over%201.6%20million%20adults%20(ages,compared%20to%20the%20U.S.%20populatio(last visited Apr. 24, 2025)

Kenneth J. Falk<br>
Gavin M. Rose<br>
Stevie J. Pactor<br>
ACLU of Indiana

[1]

1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiff and the Putative Class

[2]