

Hello Local Health Department Registrars & Adminstartors,

As of March 4, 2025, per Executive Order 25-36 issued by Indiana Governor Mike Braun, the Indiana Department of Health Division Vital Records will not process gender change requests for Indiana birth records.

If a consumer has submitted a gender change request to your office, please follow the standard process and send IDOH Vital Records Amendments and Correction team the court order and documents. Applications in process or received prior to the executive order will be submitted to the Indiana Office of the Attorney General for review.

Thank you all for your patience.

**Larry K. Ervin | State Registrar & Division Director**
*Division of Vital Records*
office *317.233.7523* • mobile: 317.408.6484
LErvin@health.in.gov
health.in.gov

