UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., a minor child, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-596-MPB-TAB |
| | ) |
| MIKE BRAUN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Declaration of Angela Eury**

Angela Eury, being duly sworn upon their oath, says that:

1. I am an adult resident of the State of Ohio.

2. I am the spouse of Rai Eury and I am the long-time stepparent of L.A.

3. L.A. received an Indiana court-ordered change of her gender marker from male to female.

4. After I learned that a local health department in Indiana had stated that the gender marker on L.A.'s birth certificate could not be changed, despite the order of the Indiana court to do so, I contacted the Indiana Department of Health by telephone to find out why the gender marker on L.A.'s birth certificate could not be changed as required by the court order.

5. I was told that changes in gender markers on birth certificates were not currently being allowed because of the Executive Order of the Governor that is being challenged in

[1]

this case.

## Verification

I verify under the penalties for perjury that the foregoing representations are true.

Executed on: 4/22/2025 | 8:58 PM EDT
_____
DATE

Signed by:
_____
A343E240375F4C7...
Angela Eury

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

[2]