UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., a minor child, by her parent, next friend, and legal guardian, Rai Eury, on her own behalf and on behalf of a class of those similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No: 1:25-cv-596-MPB-TAB |
| MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of the Indiana Department of Health, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**Declaration of Kristen Matha**

Kristen Matha, being duly sworn upon her oath, says that:

1. I am an adult resident of the State of Indiana.

2. I am an attorney, admitted to practice law by the Indiana Supreme Court in 2007.

3. I am the Project Director of the LGBTQ+ Project at Indiana Legal Services.

4. The LGBTQ+ Project ("the Project") provides advice, information, representation, and referrals to LGBTQ+ people throughout Indiana.

5. Among other things, the Project assists transgender and other gender-diverse people in obtaining gender-marker changes in birth certificates.

[1]

6.  With regard to gender-marker changes for birth certificates, the Project's lawyers may represent the client in court or may draft legal forms so the person may represent themselves.

7.  From March 1, 2024 to the end of February of 2025, the Project represented 32 persons, all of whom were transgender, gender-diverse, or the parent(s) of transgender or gender-diverse minors, who obtained court-ordered gender-marker changes so their birth certificates or their child's birth certificates could be changed to reflect their gender identity.

8.  From March 1, 2024 to the end of February of 2025, the Project drafted legal forms or helped complete legal forms for more than 400 transgender and gender-diverse people or the parent(s) of transgender or gender-diverse minors who sought assistance to represent themselves and obtain a court-ordered gender marker for the purpose of changing the gender marker on their birth certificate or their child's birth certificate.

9.  From March 1, 2024 to the end of February of 2025, a monthly average of more than 36 transgender, gender-diverse people, and parent(s) of transgender or gender-diverse minors sought assistance with court-ordered gender marker changes.

10. Prior to Governor Braun's March 4, 2025 Executive Order, once an Indiana trial court entered an order changing a gender marker and the order was provided to the Indiana Department of Health or a Local Health Department, a new birth certificate with the changed gender marker would be issued.

11.     As can be seen from the above numbers, prior to the Executive Order, the Project received a steady stream of applicants who are transgender, gender-diverse, or the parent(s) of transgender or gender-diverse minors requesting assistance seeking court-ordered changes to their or their child's gender markers so that the birth certificates could be changed.

12.     If the Executive Order had not been issued, I expect that those numbers would have continued.

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Date: 4/23/2025 | 3:50 PM EDT

Signed by:

Kristen Matha

42A101FCA0EC490...

Kristen Matha

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

[4]