UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L.A., a minor child, by her parent, next friend, and legal guardian, Rai Eury, on her own behalf and on behalf of a class of those similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No: 1:25-cv-596-MPB-TAB |
| MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of the Indiana Department of Health, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**Declaration and Expert Report of James D. Fortenberry, M.D., M.S.**

James D. Fortenberry, M.D., M.S., being duly sworn, says that:

## Introduction

1.      I have been retained by counsel for plaintiff as an expert in connection with the

above-captioned litigation. I have actual knowledge of the matters stated in this

declaration. My professional background, experience, and publications are detailed in

my curriculum vitae, a true and accurate copy of which is attached as Exhibit A to this

declaration.

2.      The purpose of this report is to provide my expert opinions on: 1) the medical

definitions of sex and gender identity; 2) the unworkable and inaccurate aspects of the

1

binary definition of sex as set out in Governor Braun's March 4, 2025 Executive Order entitled "Respecting the Biological Dichotomy Between Men and Women as a Fundamental & Deeply Rooted Legal Principle Embedded in Indiana"; 3) and the severe risk of harm to transgender, nonbinary, and intersex individuals who are denied the ability to change their gender markers to match their gender identity.

3.      I have actual knowledge of the matters stated in this report and have collected, reviewed, and cited relevant literature concerning the issue in this litigation in the body of this report. These materials that I have relied upon in preparing this report are the same types of materials that experts in my field will rely upon when forming opinions on the issues involved in this litigation.

4.      In preparing this report, I reviewed the Executive Order referred to above as well as plaintiff's Class Action Complaint for Declaratory and Injunctive Relief. I have relied on my medical education and training, my knowledge of the relevant literature, and my decades of clinical experience treating patients who are transgender, nonbinary, and intersex as set out in my curriculum vitae.

5.      I may wish to supplement these opinions, or the bases of these opinions based on new research or publications in relevant areas or in response to statements or opinions of other experts provided in this case.

**Professional background and qualifications**

6. I received my medical degree from the University of Oklahoma in 1979. I am currently a Professor of Pediatrics at Indiana University School of Medicine and Adjunct Professor of Epidemiology at the Fairbanks School of Public Health.

7. I have for many years held membership in the World Professional Association for Transgender Health ("WPATH"), the Society of Adolescent Health & Medicine, the International Academy for Sex Research, and the American STD Association. These memberships were discontinued over the past year in anticipation of retirement. I have in the past served as President of both the International Academy for Sex Research and the American STD Association.

8. I am a fellow of the Society for the Scientific Study of Sex, and I am a past chair of the Board of Directors of the American Sexual Health Association. My professional work was recognized in 2009 and 2023 by the American STD Association, in 2014 by the Society for Adolescent Health & Medicine, in 2016 by the Society for Scientific Study of Sex, in 2019 by the World Association for Sexual Health, and in 2025 by the International Academy for Sex Research.

9. I have treated persons with gender identity issues for my entire career and helped found the Gender Health Program at Riley Children's Health in 2016. Riley Children's Health is the largest and most skilled pediatric system in Indiana. The Gender Health Program offers comprehensive medical, psychological, and social services support to children, teens, and young adults who have been diagnosed with gender dysphoria. This

is the only comprehensive gender health program in Indiana that serves patients under the age of 18. To date, this program has served more than 2,500 persons with gender dysphoria.

10.     Historically, the services at the Gender Health Program have included, but were not limited to, the diagnosis of gender dysphoria in young people up through age 24, gender affirming hormone therapy, treatment of anxiety and depression, psychological assessment and counseling, needed social services, family education and counseling, acknowledgement and use of pronouns and chosen name, support for name and gender marker change, transition support at schools, referral for speech therapy, and referral for surgical consultation. The Gender Health Program continues to provide all of these services with the exception of gender transition procedures such as hormone therapy for persons under the age of 18 as this is banned by Indiana law.

11.     I personally provide or supervise each month the medical care of 40 or more children, adolescents, and young people with gender dysphoria.

12.     My clinical care involves review of written information provided by the young person and their caregiver(s), review of pertinent mental health and medical records, and detailed clinical discussions with each young person in order to understand their gender experiences and the sources of support and distress associated with their gender identity. Each patient also receives initial mental health assessments and recommendations by a psychologist or licensed clinical social worker, as well as periodic update assessments.

Docusign Envelope ID: 1592CF8E-8630-415E-A260-745FB2D6032B

Additional discussions with parents or other caregivers address sources of support and distress within the household. These discussions guide the shared medical decision making about services needed to alleviate gender dysphoria and support the person in their decisions about gender transition. Gender transition is a phased process, typically over several years, whereby a person establishes a gender expression and identity congruent with their own internal experienced gender. This is an evidence-based process that reliably mitigates gender dysphoria.

13.     Routinely in the course of clinical care, I discuss my patients' plans for pursuing gender marker revision. I frequently sign documents used in support of requests for gender marker revisions on birth certificates, driver's licenses, passports, or other documents. "Gender marker" refers to the indicator of sex entered into birth registry documents and subsequently reflected in identity documents and registered in diverse settings over the entire course on a person's life. In my experience, gender marker change is a priority for most patients as part of their self-affirmation, social acceptance, and safety in public spaces.

14.     As part of my practice, I am familiar with the latest medical science and treatment of gender dysphoria and differences of sex development (DSD; sometimes called "intersex") conditions. Note that some persons with DSD also experience gender dysphoria and may receive care in the Riley Gender Health Program. However, most

people experiencing DSD receive specialty care with clinicians specifically trained in endocrinology.

15.    I am being compensated for the actual time I have devoted in this matter as an expert, at the rate of $450.00 an hour. My compensation does not depend on the outcome of this litigation, the opinions that I express, or any testimony that I provide.

16.    In the last 4 years I have not testified in any case as an expert at trial, but I have testified in depositions as follows:

- a joint deposition in A.*C. v. Metropolitan School District of Martinsville*, No. 1:21-cv-02965-TWP-MJD (S.D. Ind.) and *B.E. and S.E. v. Vigo County School Corporation, et al.*, No. 2:21-cv-415-JRS-MG  (S.D. Ind.) on March 1, 2022.

- in  *A.M. v. Indianapolis Public Schools, et al.*, No, 1:22-cv-1075-JMS-MJ (S.D. Ind.) on June 13, 2022.

## Biological sex

17.    In EO 25-26, sex is defined as "…an individual human being's immutable biological classification as either male or female." The elements subsumed by the term "biological" typically include sex chromosomes, sex hormones, and reproductive organ systems. EO 25-36 explicitly relies on relative size of reproductive cells to biologically differentiate each person into one of two categories. Notably, the executive order provides no guidance on verification of the size of each person's reproductive cells. These differences are primarily relevant following puberty: although ova are present at birth

and have a size of about 120 microns, sperm do not develop at all (except in rare cases of precocious puberty associated with hormonal cancers) until puberty is well established.[1]

18.     Presumably, EO 25-36 relies on proxy verification of reproductive cell size from visual assessment of external genitals at the time of birth, subsequently inculcated as "immutable" biological sex in birth documents. Reliance on visual assessment of genitals or even known biological characteristics such as reproductive cell size as an irrefutable determinant of sex has important limitations. For example, for people born with various types of DSD, sex cannot be reliably classified based on assessment of genitals, even with additional sophisticated medical examinations of genetic, hormonal, and internal sex organs.[2] (see below for additional discussion of DSD). External genital structures can be observed, named, and associated with a designation of sex as is common social and clinical practice. However, verification of other parameters is more invasive, such as genetic testing, imaging of internal organs, or surgery. Clinically, these are less routine and used to guide appropriate diagnosis, treatment, and counseling. Even then, sex is

---

[1] Indrashis Bhattacharya, Souvik Sen Sharma, and Subeer S. Majumdar, "Pubertal Orchestration of Hormones and Testis in Primates" *Molecular Reproduction and Development* 86, no. 11 (2019), https://doi.org/https://doi.org/10.1002/mrd.23246.

[2] Vivek Parameswara Sarma. "A Review of the Essential Concepts in Diagnosis, Therapy, and Gender Assignment in Disorders of Sexual Development." *Annals of Pediatric Surgery* 18, no. 1 (2022/02/09  2022):  https://doi.org/10.1186/s43159-021-00149-w,  https://doi.org/10.1186/s43159-021-00149-w.

often assigned based on consensus of person, family, and medical/mental health providers rather than unambiguous resolution of binary sex.[3]

19.     The imprecision of everyday definitions of biological sex are such that researchers working in diverse areas of science and medicine reject the sufficiency of those definitions, even when acknowledging the importance of understanding the breadth of reproductive systems and their importance in the diversity of human biology.[4] These contemporary perspectives on the biology of sex do not contest the fundamental relevance of two gametes – sperm and ova – as essential requirements for reproduction. Rather, contemporary perspectives on the biology of sex emphasize the complexity of sex that cannot be accurately addressed through reliance on an immutable categorization as male or female.

20.     Therefore, sex is usually assigned at birth based on that person's readily observable physical characteristics rather than biological sex. People born with a penis and testes are identified as male at birth and people born with a vulva are identified as female. In a clinical context, the terms "sex designated at birth" or "sex assigned at birth" are more accurate than the term "biological sex."

---

[3] Nayla Y. León, Alejandra P. Reyes, and Vincent R. Harley, "A clinical algorithm to diagnose differences of sex development," *The Lancet Diabetes & Endocrinology* 7, no. 7 (2019), https://doi.org/10.1016/S2213-8587(18)30339-5, https://doi.org/10.1016/S2213-8587(18)30339-5.

[4] M. Pape et al., "Sex contextualism in laboratory research: Enhancing rigor and precision in the study of sex-related variables," *Cell* 187, no. 6 (Mar 14 2024), https://doi.org/10.1016/j.cell.2024.02.008.

Docusign Envelope ID: 1592CF8E-8630-415E-A260-745FB2D6032B

**Differences of sex development (DSD)**

21.     DSD conditions refer to a group of conditions in which biological development does not follow a typical path.[5] DSD people are born with reproductive and renal system characteristics, some of which cause potentially life-threatening complications.   The United Nations "Free & Equal" campaign estimates that between 0.05 per cent and 1.7 per cent of the world's population is born with DSD traits.[6]

22.     DSD are umbrella terms that describes variations that can be grouped into three main types: 1) sex chromosome DSD;  2) 46, XY DSD/I; and 3) 46, XX DSD. Examples of sex chromosome DSD include Turner Syndrome (45, X) and ovotesticular (46 XY) DSD. Examples of 46, XY DSD include complete testosterone insensitivity syndromes. Examples of 46, XX DSD include congenital adrenal hyperplasia.

23.     For each of these examples of DSD, indicators of reproductive organ systems do not match one or more elements of biological sex discussed above (including that based on the size of reproductive cells) needed to resolve "sex" into one of two types. For example, some DSD people never develop the capacity to produce either the "large

---

[5]  M. Cools et al., "Caring for individuals with a difference of sex development (DSD): a Consensus Statement," *Nat Rev Endocrinol* 14, no. 7 (Jul 2018), https://doi.org/10.1038/s41574-018-0010-8.

[6]  United Nations Human Rights—Office of the High Commissioner, *United Nations Free & Equal—Intersex People – Draft Intersex factsheet 2024 V3* at 1, https://www.unfe.org/sites/ default/files/download/Intersex%20factsheet%202024%20EN%20-%20CLEARED.pdf (last visited 04/16/2025).

reproductive cell" or "small reproductive cell"—that is, the ovum and sperm—that are part of the definitions of male and female sex (Executive Order 25-36).

**Gender identity development**

24.      Gender identity is a fundamental aspect of human development and appears to present in all people. The precise origins of gender identity during a person's development are unknown: evidence exists for genetic influences as well as differences in brain development. No scientific consensus exists, but an emerging body of scientific evidence supports a significant biological component. [7]

25.      Simply stated, gender identity refers to characteristics of a person's internal sense of self. The developmental elements of gender identity are observed as early as age 3 years, demonstrated by general differences in children's play patterns and early verbal identity assertions such as "I'm a boy" or "I'm a girl."  Congruence of these patterns and gender assertions with parental and social expectations based on sex assigned at birth (see above) is an early and common demonstration of the contemporary concept of "cis gender" that generally (although not inevitably) persists through puberty. [8]

---

[7] T. J. C. Polderman et al., "The Biological Contributions to Gender Identity and Gender Diversity: Bringing Data to the Table," *Behav Genet* 48, no. 2 (Mar 2018), https://doi.org/10.1007/s10519-018-9889-z.

[8] Selin Gülgöz et al., "Similarity in transgender and cisgender children's gender development," *Proceedings    of    the    National    Academy    of    Sciences*    116,    no.    49    (2019), https://www.pnas.org/doi/abs/10.1073/pnas.1909367116.

26.     Even by age 3, some children demonstrate play patterns and verbal gender identity assertions that are incongruent with those expected from sex assigned at birth. These children express a gender experience that is incongruent with expectations based on sex assigned at birth. These children often actively resist efforts by parents, families, and schools to enforce conformity to expectations associated with sex assigned at birth. Distress associated with this experienced incongruence is central to the understanding of gender dysphoria in children. Some children's gender experience resolves into consistent assertions of gender associated with sex assigned at birth by the onset of puberty.[9]

27.     However, other youth continue to experience gender incongruence that persists and even worsens with puberty as hormonal and body changes associated with reproductive system maturation conflict with the young person's gender experience. Often, these youth maintain a gender identity that is incongruent with their assigned sex at birth. A person is "transgender" whose sex assigned at birth was male but whose gender identity is female, or whose sex assigned at birth was female but whose gender identity is male. A substantial proportion of youth experience gender in ways incongruent with assigned sex at birth but also incongruent with the mutually exclusive categories allowed for sex assigned at birth. "Nonbinary", "gender fluid" or gender diverse are terms often used to name these kinds of gender experiences.

---

[9] A. A. Fast and K. R. Olson, "Gender Development in Transgender Preschool Children," *Child Dev* 89, no. 2 (Mar 2018), https://doi.org/10.1111/cdev.12758.

28.     In summary, every person has a gender identity; it is not a personal decision, preference, or belief and cannot be altered through medical or psychological intervention. As a 2023 joint statement by the American Medical Association, American College of Physicians, American Psychiatric Association, American Psychological Association, and 24 other medical and psychological organizations notes, "variation in sexual orientation and gender identity are a normal part of human development . . . [and] is a healthy feature found in every society and culture."[10]

**Gender dysphoria and its treatment**

29.     For people whose gender identity differs with sex assigned at birth, the incongruence between gender identity and sex assigned at birth is associated with clinically significant distress and discomfort.

30.     "Gender dysphoria," codified in the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders, 5th edition, Text Revision (DSM-V-TR) at 302.6 (for children) and 302.85 (for post-pubertal adolescents and adults), is the diagnostic term for this clinically significant distress resulting from the lack of congruence between a person's gender identity and the sex assigned to them at birth.

31.     To be diagnosed with gender dysphoria, the incongruence must have persisted for

---

[10] United States Joint Statement Against Conversion Efforts.   Aug. 23, 2023, available at https://usjs.org/wp-content/uploads/2023/10/USJS-Final-Version.pdf (last visited: 04/16/2025)

Docusign Envelope ID: 1592CF8E-8630-415E-A260-745FB2D6032B

at least six months and be accompanied by clinically significant distress or impairment in social, occupational, or other important areas of functioning.

32.     Studies indicate that up to 0.6% of adolescent and adult persons in the United States are transgender.[11] This amounts to around 30,000 people in Indiana aged 13 and above. A different survey reports that there are more than 1.2 million nonbinary adults in the United States.[12]

33.     Untreated, gender dysphoria results in significant long term, often lifelong, distress, clinically significant anxiety and depression, self-harming behaviors, substance misuse, and suicidality.

34.     It is estimated that 40% of transgender adults have attempted suicide, approximately nine times the rate of the general population in the United States.[13]

35.     Research consistently demonstrates that up to 51% of transgender and gender nonbinary young persons have attempted suicide at least once, compared to 14% of young people without gender dysphoria.[14]

---

[11] UCLA School of Law-Williams Institute, How Many Adults and Youth Identify as Transgender in the United States, https://williamsinstitute.law.ucla.edu/publications/trans-adults-united-states/#:~:text=Over%201.6%20million%20adults%20(ages,compared%20 to%20the%20U.S.%20population (last visited 04/17/ 2025).

[12] Wilson and Meyer, UCLA SCHOOL OF LAW – WILLIAMS INSTITUTE, *Nonbinary LGBQ Adults in the United States* https://williamsinstitute.law.ucla.edu/wp-content/uploads/ Nonbinary-LGBTQ-Adults-Jun-2021.pdf (last visited 04/17/2025).

[13] James SE, Herman JL, Rankin S, *et al.*, National Center for Transgender Equality, *The Report of the 2015 U.S. Transgender Survey, 2016* at 5, https://transequality.org/sites/default/files/ docs/usts/USTS-Full-Report-Dec17.pdf (last visited 04/17/2025).

[14] Russell B Toomey, Amy K Syvertsen, and Maura Shramko, "Transgender adolescent suicide behavior," *Pediatrics* 142, no. 4 (2018).

36.     Recent national data (including data from Indiana) show marked increases – up to 72% - in past year suicide attempts among gender diverse youth following implementation of laws reducing access to gender affirming care.[15]

37.     The generally accepted treatment protocols for gender dysphoria are now aimed at alleviating the distress associated with the incongruence between gender identity and sex assigned at birth. This debilitating and dangerous distress may be alleviated by helping the person suffering from gender dysphoria to live in alignment with their gender identity. This treatment is sometimes referred to as "gender transition," "transition-related care," or "gender-affirming care."

38.     A recent systematic review of evidence-based interventions associated with prevention of suicide by gender diverse youth include a gender-oriented prevention hotline, medical care from an interdisciplinary gender program, and support services for gender diverse youth and their parents.[16]

39.     The treatment protocols for gender dysphoria are laid out in the Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People (Version

---

[15] Wilson Y Lee et al., "State-level anti-transgender laws increase past-year suicide attempts among transgender and non-binary young people in the USA," *Nature Human Behaviour* 8, no. 11 (2024).

[16] Julie A Christensen et al., "Systematic review of interventions to reduce suicide risk in transgender and gender diverse youth," *Child Psychiatry & Human Development* 56, no. 1 (2025).

8) developed by the World Professional Association for Transgender Health ("WPATH").[17]

40.     WPATH has established an international standard of care for persons with gender dysphoria and these standards are recognized by leading mental health and medical organizations in the United States, including the American Medical Association, the Endocrine Society, the American Academy of Pediatrics, the American Psychiatric Association, and American Psychological Association.

41.     These are the standards that I and my colleagues at Indiana University School of Medicine and Riley Hospital use in the treatment of transgender and gender nonbinary persons, within limits imposed by Indiana laws.

42.     Treatment for gender dysphoria varies based on individualized assessments, family considerations, and medical need, but often involves assessment, counseling, and as appropriate, social role transition. Treatment is not a single action but involves multiple steps over the course of months and years. However, an essential initial element of treatment is identification and amelioration of sources of day-to-day distress associated with the person's gender identity and expression.

43.     One form of gender-affirming care for young persons, no longer lawful in Indiana for persons under the age of 18, is the provision of puberty-delaying medical treatment

---

[17] Coleman, et al., *Standards of Care for the Health of Transgender and Gender Diverse Persons, Version 8*, https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644

through medications, generically known as puberty blockers, which are prescribed at the earliest sign of puberty. A puberty blocker interrupts the sequence of hormonal signals of the pituitary gland that control puberty. This means that the testicles or ovaries remain at a prepubertal stage that are incapable of production of testosterone (for a child born with testicles) or estradiol (for a child born with ovaries) that control the bodily changes associated with puberty. Puberty resumes when puberty blockers are stopped.

44.     For some teens and adults, treatment may also include hormone therapy to bring the body into alignment with one's gender identity. This involves provision of testosterone for those whose sex assigned at birth was female and estrogen and testosterone suppression for those whose sex assigned at birth was male. This treatment is no longer legal in Indiana for persons under the age of 18.

45.     Administration of these hormones allows the person to develop the secondary-sex characteristics consistent with their gender identity. For example, transgender male and nonbinary people receive testosterone that cisgender people generate through their gonads Gender diverse people receiving exogenous testosterone develop many of the phenotypic features of cisgender males such as increased muscle mass, fat distribution around the abdomen, increased density of facial and body hair, and lower vocal pitch. Likewise, transgender female and nonbinary people receive may choose to receive the estrogen that cisgender people generate from ovaries – although only after puberty and before menopause. They will develop similar muscle mass, fat distribution, skin and hair

Docusign Envelope ID: 1592CF8E-8630-415E-A260-745FB2D6032B

patterns, and breasts typically associated with cisgender people.

46.     In adulthood, a person whose gender identity differs from their birth-assigned sex may choose to obtain gender-affirming surgery. There are various forms of surgery designed to align a person's physical appearance with their gender identity and may involve such things as "bottom surgery"—reconstruction of the genitals through vaginoplasty or phalloplasty, and "top surgery"—mastectomy or breast augmentation.

47.     These surgeries are available in Indiana for persons over the age of 18.

48.     These surgeries are designed to address the person's gender dysphoria by allowing their body to conform to their gender identity.

49.     Social transition—i.e., living in accordance with one's gender identity—is a critically important part of treatment. Social role transition includes publicly identifying in a manner consistent with one's gender; adopting a name; changing gender markers on identification documents; asking others to use pronouns consistent with one's gender; grooming and dressing in a manner typically associated with one's gender; and using restrooms and other facilities consistent with one's gender.

50.     Social transition – particularly when supported by parents – is associated with mental health outcomes similar to those of siblings and peers,[18] and improved mental

---

[18] Kristina R Olson et al., "Mental health of transgender children who are supported in their identities," *Pediatrics* 137, no. 3 (2016).

health after transition.[19]  This is consistent with my clinical observations of improved mental health associated with social transition, with or without additional gender affirming treatments.

**Transgender and other gender diverse persons are subject to threats, harassment, violence and discrimination**

51.     In the course of treating transgender and other gender diverse patients over the years, patients have frequently informed me or the treatment team that I am part of that the discovery of their status as a non-cisgender persons has led to being subjected to threats, harassment, violence, and discrimination. These statements are made as the patients describe the distress of gender dysphoria and this is something that we discuss and consider in treatment decisions with patients and their families. Among other things, patients have informed me or other members of the treatment team that they experienced bullying (both in person and online) at school, sexual intimidation and rape, both threatened and physical violence and systematic refusal to use pronouns and name as designed by the patient.

52.     This is consistent with numerous studies and reports that document that persons whose gender identity differs from their birth-assigned sex have historically been subject to adverse treatment, including discrimination, violence, and harassment. For example, one report notes that transgender people are over four times more likely than cisgender

---

[19] Lily Durwood et al., "A study of parent-reported internalizing symptoms in transgender youths before and after childhood social transitions," *Clinical Psychological Science* 12, no. 5 (2024).

Docusign Envelope ID: 1592CF8E-8630-415E-A260-745FB2D6032B

people to experience violent victimization, including rape, sexual assault, and aggravated or simple assault.[20] The 2022 United States Transgender Survey, which surveyed more than 92,000 persons, reported that:

- 9% of respondents reported being denied equal treatment in the last 12 months because of their gender identity or expression;

- 30% of respondents reported verbal harassment in the last 12 months because of their gender identity or expression;

- 3% reported being physically attacked in the last 12 months because of their gender identity or expression;

- 22% reported being harassed, assaulted, asked to leave the location, or denied services when they presented an identification document with a gender marker inconsistent with their gender identity and presentation.[21]

53.     The 2015 United States Transgender Survey, which surveyed more than 27,000 transgender adults in the United States, documents that 32% of those responding who had presented an identity document that did not match their identified and presented gender had at least one negative experience including verbal harassment (25%), denial of service (16%), being asked to leave the venue (9%), or assault (2%).[22]

---

[20] A. R. Flores et al., "Gender Identity Disparities in Criminal Victimization: National Crime Victimization Survey, 2017-2018," *Am J Public Health* 111, no. 4 (Apr 2021), https://doi.org/10.2105/ajph.2020.306099.

[21] James SE, Herman JL, Durso, LE, *Early Insights: A Report of the 2022 U.S. Transgender Survey*, Feb. 2024, at 6, 21-22, https://transequality.org/sites/default/files/2024-02/2022%20USTS %20Early%20Insights%20Report_FINAL.pdf (last visited: 04 17 2025).

[22] James SE, Herman JL, Rankin S, et al., National Center for Transgender Equality, The Report of the 2015 U.S. Transgender Survey, 2016 at 4, 82, 89-90, https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf (last visited: 04/17/2025.

54.     I am aware from my clinical experience that almost daily anticipation of harassment and mistreatment is associated with serious negative psychological effects to my patients. My patients describe increased depression, anxiety, self-harm and suicidality after experiencing commonplace experiences of rejection, discrimination, harassment and threat of violence. Some patients describe overwhelming anxiety in leaving their homes for school or work. Spaces outside the home where personal identity documents are required elicit anxiety and anticipation of harassment. Some patients have described the stress of concealing their identity in order to reduce risk of confrontations or violence.

**The importance of the gender marker on a birth certificate matching the gender identity of gender diverse persons**

55.     A consistent body of literature documents the health outcomes associated (or not) with gender marker revision in administrative and identity documents such as birth certificates, passports, and driving licenses. Multiple studies of adults (ages 18 years and older) show that legal gender marker revision was associated with lower reports of depression, anxiety, somatization, and global psychiatric distress.[23,24] A 2015 study

---

[23] Ayden I. Scheim, Amaya G. Perez-Brumer, and Greta R. Bauer, "Gender-concordant identity documents and mental health among transgender adults in the USA: a cross-sectional study," *The Lancet Public Health* 5, no. 4 (2020), https://doi.org/10.1016/S2468-2667(20)30032-3, https://doi.org/10.1016/S2468-2667(20)30032-3.
[24] A. Restar et al., "Legal gender marker and name change is associated with lower negative emotional response to gender-based mistreatment and improve mental health outcomes among trans populations," *SSM Popul Health* 11 (Aug 2020), https://doi.org/10.1016/j.ssmph.2020.100595.

identifies that having an identity document with a gender marker that matches the person's gender identity was associated with a large reduction in suicidal ideation and attempts.[25]

56.     There may be a "dose-response" effect as people for whom all identity documents were gender-concordant (compared with those with no gender-concordant documents) had lower prevalence of serious psychological distress, suicidal ideation, and suicide planning as well as alcohol, substance, or tobacco use disorders.[26]

57.     A recent study shows provision of legal documentation of identity reduces adverse mental health outcomes by reducing the experienced distress and stigma of social interactions.[27]

58.     At least two studies specifically address gender marker revision among gender diverse youth. Among youth ages 13–24 residing in the United States, the adjusted odds of attempting suicide in the past year based on ability to revise their identification documents was more than two times higher for those desiring documentation revision

---

[25] Greta R. Bauer et al., "Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada," *BMC Public Health* 15, no. 1 (2015/06/02 2015), https://doi.org/10.1186/s12889-015-1867-2, https://doi.org/10.1186/s12889-015-1867-2.

[26] K. Yee, B. K. Lind, and J. Downing, "Change in Gender on Record and Transgender Adults' Mental or Behavioral Health," *Am J Prev Med* 62, no. 5 (May 2022), https://doi.org/10.1016/j.amepre.2021.10.016.

[27] Jae A Puckett et al., "Legal gender affirmation, psychological distress, and physical health issues: Indirect effects via enacted stigma," *Sexuality Research and Social Policy* 21, no. 3 (2024).

who were prohibited from doing so.[28]  A second study focused on youth showed that legal document revision was associated with less frequent tobacco-use, particularly among trans-feminine people.[29]

59.     The consistency and magnitude of documented associations provide more than reasonable support for linking access to and receipt of legal gender marker revision to reduced harmful consequences of gender dysphoria. My clinical experience is notable for marked improvement in overall wellbeing associated with document revision as well as improved perceptions of safety. While my clinical experience and extensive review of professional literature amply document benefits of gender marker revision, I have found no research to suggest that such processes cause harm to gender diverse people. Therefore, legally forcing gender diverse people to use identity documents marked with a sex/gender indicator that differs from their experienced and expressed gender violates their autonomy and privacy and endangers their health and wellbeing. As I note above, I have repeatedly seen this in my patients.

**Conclusion**

---

[28] J. P. DeChants et al., "Association of Updating Identification Documents with Suicidal Ideation and Attempts among Transgender and Nonbinary Youth," *Int J Environ Res Public Health* 19, no. 9 (Apr 20 2022), https://doi.org/10.3390/ijerph19095016.

[29] J. D. Kidd, C. Dolezal, and W. O. Bockting, "The Relationship Between Tobacco Use and Legal Document Gender-Marker Change, Hormone Use, and Gender-Affirming Surgery in a United States Sample of Trans-Feminine and Trans-Masculine Individuals: Implications for Cardiovascular Health," *LGBT Health* 5, no. 7 (Oct 2018), https://doi.org/10.1089/lgbt.2018.0103.

60.     My extensive clinical experience, confirmed by research, demonstrates that the key to ameliorating the serious negative effects of gender dysphoria is to allow gender diverse persons to take the steps necessary to align their presentation to the world with their gender identity.

61.     My extensive clinical experience also demonstrates that being able to change one's birth certificate and other identity documents to reflect the correct gender identity is essential for the mental and physical health of gender diverse person.

## Verification

I verify under penalty that the foregoing is true and correct.

Executed on: 4/25/2025 | 3:40 PM EDT
_____
DATE

Signed by:

*James Dennis Fortenberry*
0C6CB8C43712483...
_____
James Dennis Fortenberry, M.D., M.S.

**Curriculum Vita**
**J. Dennis Fortenberry, M.D., M.S.**
Version: 04/19/2025
**Professional Address:**

410 W. 10th St, HITS 1001
Indianapolis, IN 46202-5225
317/274-8812
317/274-0133 (FAX)
jfortenb@iu.edu (e-mail)

## EDUCATION
### POSTDOCTORAL

| Institution | Degree | Date Awarded |
|---|---|---|
| Univ of Oklahoma Health Sciences Center | PG1 | 6/1980 |
| Univ of Oklahoma Health Sciences Center | PG2 | 6/1981 |
| Bryn Mawr Hospital | PG3 | 6/1983 |

### GRADUATE

| | | |
|---|---|---|
| Univ. of Oklahoma School of Medicine | MD | 5/1979 |
| Univ. of Oklahoma School of Public Health | Master of Science | 5/1989 |

### UNDERGRADUATE

| | | |
|---|---|---|
| Oklahoma State University | University Studies | 12/74 |

## APPOINTMENTS
### ACADEMIC

| Institution | Rank/Title | Inclusive Dates |
|---|---|---|
| Univ of Oklahoma School of Medicine | Assistant Professor | 07/1983 – 06/1993 |
| Univ of Colorado, Institute of Behavioral Science | Faculty Research Assoc | 09/1988 – 06/1995 |
| Univ of Oklahoma School of Medicine | Associate Professor | 07/1990 – 06/1993 |
| Univ of Oklahoma School of Medicine | Division Chief | 07/1991 – 06/1993 |
| Indiana University School of Medicine | Associate Professor | 07/1993 – 06/1999 |
| Indiana University School of Medicine | Professor (with tenure) | 07/1999 – present |
| Indiana University Kinsey Institute | Senior Research Fellow | 07/2006 – 06/2019 |
| Indiana Univ, Center for Sexual Health Promotion | Core Faculty | 07/2006 – present |
| Indiana University School of Medicine | Division Chief | 06/2015 – 06/2020 |
| Indiana University School of Medicine | Donald P Orr Professor | 2015 - present |

### NON-ACADEMIC - Research/Policy Consultantships

| Institution/Entity | Title | Inclusive Dates |
|---|---|---|
| National Invitational Conference. Institute of Medicine, National Academy of Science | Understanding the relationship of STD control to HIV prevention in the United States | 07/10/1995 |

| | | |
|---|---|---|
| Centers for Disease Control & Prevention | Adolescent Immunization Workgroup | 03/11-12/1996 |
| Oklahoma State Health Department | Adolescent Medicine Consultant | 1996 - 1999 |
| American Medical Association - Section on Adolescent Health | Guidelines for Adolescent Preventive Services | 1996 |
| Council of State and Territorial Epidemiologists and Centers for Disease Control & Prevention | Recommendations for public health surveillance of Chlamydia trachomatis and Neisseria gonorrhoeae. | 04/1997 |
| Center for Education in Drug Abuse Research | Health behavior module | 1998 |
| Girls Incorporated | National pregnancy prevention curriculum | 1998 |
| Centers for Disease Control and Prevention | Genital Herpes Prevention Project | 05/05-06/1998 |
| Centers for Disease Control and Prevention. Division of STD Prevention | Research portfolio review | 01/07-08/1999 |
| Centers for Disease Control and Prevention | Human Papillomavirus Infection Prevention | 04/13-14/1999 |
| Centers for Disease Control and Prevention | Research portfolio review | 05/01/2000 |
| Centers for Disease Control and Prevention, National Institute of Child Health and Human Development and Office of Population Affairs | Addressing Ambivalence in Contraceptive Use | 06/02-03/2000 |
| National Institute for Mental Health | Working group on stigma | 03/1999 – 02/2002 |
| Department of Health and Human Services | Surgeon General's Call to Action on Promoting Responsible Sexual Behavior | 07/01-03/2000 |
| Centers for Disease Control and Prevention | National Expert Panel on Adolescents and STD Prevention | 09/13-14/2000 |
| National Institutes of Health – Center for Scientific Review | Social Science, Nursing, Epidemiology and Methods (3) Initial Review Group | 1998 - 2003 |

| | | |
|---|---|---|
| The Annenberg Public Policy Center, University of Pennsylvania | Reducing Adolescent Risk: Toward an Integrated Approach | 06/27-30/2002 |
| American Social Health Association | Herpes Stigma Colloquium | 10/03/2003 |
| Alliance for Microbicide Development | Sexual behavior and microbicide development | 02/22/2005 |
| National Institute for Child Health & Human Development | Health Disparities & Infertility | 03/11/2005 |
| Centers for Disease Control & Prevention | National STD Prevention Guidelines | 05/21-23/2005 |
| Centers for Disease Control & Prevention | National STD Prevention Guidelines | 01/17/2006 |
| Centers for Disease Control & Prevention | Recommendations for male chlamydia screening | 04/02-03/2006 |
| Centers for Disease Control & Prevention – Division of STD | Review of research portfolio; chair for portfolio of Behavioral Interventions Branch | 05/2005; 01/2006; 02/2009; 09/2013 |
| Centers for Disease Control & Prevention | Adolescent Male Sexual Health | 09/2010 |
| National Institutes of Health – Center for Scientific Review | Chair, ZHD1 DSR-M Special Emphasis Review Panel, | 04/04/2011 |
| National Institutes of Health – Center for Scientific Review | NIH ZAI1- UKS-A-M1Special Emphasis Panel for RFA-14-025 "Integrated Preclinical/Clinical Program for HIV Topical Microbicides and Biomedical Prevention | 03/9-10/2015 |
| Girls Incorporated | Medical Accuracy Review – Informed Together Program Toolkit | 04/2017 |
| Indiana State Department of Health | Adolescent and Young Adult Health Collaborative Improvement & Innovation Network (CoIIN) National Strategies – Well Visits | 04/2017 – 03/2018 |
| Indiana State Department of Health | Medical Accuracy Reviews – Title V State Sexual Risk Avoidance Education (SRAE) | 09/2017 – 04/2018 |

| | | |
|---|---|---|
| National Academies of Sciences, Engineering, and Medicine Board on Population Health and Public Health Practice | Committee on Prevention & Control of Sexually Transmitted Infections in the United States. | 11/2019 – 08/2020 |
| Florida International University – Robert Stemple School of Public Health | Development of a trauma-informed measure of sexual health for minoritized youth | 06/2020 – 05/2022 |
| University of London College of Public Health | National Survey of Sexual Attitudes & Lifestyles – 4th decennial survey | 01/2019 – 12/2023 |
| Indiana State Department of Health | Medical Accuracy Reviews – Title V State Sexual Risk Avoidance Education (SRAE) | 08/2021 – 09/2021 |
| Health Resources & Services Administration | PRIME supplement | 02/2021 – 09/2022 |
| Florida International University – Robert Stemple School of Public Health | Validating the SWAY Scale: A Trauma-Informed Measure of Sexual Wellness Among Youth | 09/2022 – 08/2024 |
| University of Glasgow – Social & Public Health Sciences Unit | Advancing tools for measuring sexual dimensions of adolescent mental health and wellbeing | 11/2022 – 10/2024 |

## LICENSURE, CERTIFICATION, SPECIALTY BOARD STATUS

| Credential | Number | Inclusive Dates |
|---|---|---|
| Oklahoma medical license | # 12703 | 07/1989 – present |
| Indiana medical license | # 0104534 | 07/1993 – present |

American Board of Internal Medicine. 1983; renewed: November 2004.
American Board of Internal Medicine: Certificate of Added Qualifications in Adolescent Medicine. November, 1994; renewed November 2004.

## PROFESSIONAL ORGANIZATION MEMBERSHIPS

| Organization | Inclusive Dates |
|---|---|
| Society for Adolescent Health & Medicine | 1984 - Present |
| American Sexually Transmitted Diseases Association | 1995 - present |
| International Union against Sexually Transmitted Infections | 2005 - present |
| Society for Scientific Study of Sexuality | 1999 - present |
| International Academy for Sex Research | 1999 - present |
| Society for Research on Adolescence | 1998 - 2022 |
| World Professional Association for Transgender Health | 2016 - Present |

**PROFESSIONAL HONORS AND AWARDS**

TEACHING

| Award Name | Granted by | Date Awarded |
|---|---|---|
| Trustee Teaching Award | Indiana University | 05/2007; 05/2015 |

RESEARCH

| | | |
|---|---|---|
| Visiting Professor in Research | Society for Adolescent Health & Medicine | 03/2004 |
| Fellow, elected | Society for Scientific Study of Sexuality | 11/2009 |
| Fellow, Translating Research into Practice | Office of the Chancellor, IUPUI | 2010 - 2013 |
| Lifetime Achievement Award | Society for Adolescent Health & Medicine | 03/2014 |
| Faculty Collaborative Research Award | Indiana University – Office of Vice-Chancellor for Research | 11/2018 |
| Gold Medal for Scientific Achievement | World Association for Sexual Health | 11/2019 |
| Sexual Orientation and Gender Identity and Expression Scholarship Award | Council on Social Work Education | 05/2020 |
| Distinguished Career Award | American STD Association | 07/2023 |
| Richard Green Distinguished Career Award | International Academy for Sex Research | 07/2025 |

SERVICE

| | | |
|---|---|---|
| Distinguished Service Award | Society for Scientific Study of Sexuality | 11/2017 |

**PROFESSIONAL DEVELOPMENT**

TEACHING

| Course # / Title | Format | Role | Term | Enrollment |
|---|---|---|---|---|
| UNDERGRADUATE | | | | |
| Foundations of Clinical Practice – Year One | Panel | Panel member | Annual | 100 - 125 |
| Sexual & Gender Minorities in Dental Practice | Panel | Panel member | Annual | 40-50 |
| School of Public Health E595 | Lecture | Invited lecture | once | 30 |

"Sores and Drips"

| GRADUATE | | | | |
|---|---|---|---|---|
| Endocrine, Reproductive, Musculoskeletal, and Dermatology Course | Lecture/panel | Lecturer/moderator | Annual | ~350 |
| NURS-J 692 Independent Study in Nursing | Online | Mentor | 1 term | 1 |
| **POSTGRADUATE** | | | | |
| Clinical approaches to conditions of penis, scrotum, testicles in adolescents | Lecture | Lecturer | Monthly | 4-5 |
| Gender Health in Pediatrics | Lecture / discussion | Lecturer | Monthly | 4-5 |
| Chronic fatigue, fibromyalgia, and POTS | Lecture | Lecturer | Annual | 4-6 |
| Counseling parents of gender diverse children & adolescents | Lecture | Lecturer | Annual | 4-6 |
| Clinical supervision – Adolescent Medicine Fellows | Clinical observation / discussion/ assessment | Clinical supervisor | Weekly | 2-5 |
| Adolescent Medicine Fellows/Faculty Seminar | Lecture series | Advisor | Weekly | 10 |

## MENTORING

| **Individual** | **Role** | **Inclusive Dates** |
|---|---|---|
| <u>Fellows</u> | | |
| Sarah Sayger MD | Clinical mentor | 07/1985 – 06/1986 |
| Edward P. Tyson MD | Clinical mentor | 07/1986 – 06/1987 |
| Kathy S. Waller, MD MPH | Clinical mentor | 07/1988 – 06/1990 |
| Marcia Shew, MD MPH | Clinical mentor | 07/1988 – 06/1991 |
| Wilma Fett, MD MPH | Clinical mentor | 07/1989 – 06/1991 |
| Lanette Brown-Jones MD | Research/clinical mentor | 07/1993 – 06/1996 |
| Monique Howard MD | Research/clinical mentor | 07/1995 – 06/1998 |
| Melissa Lawson MD | Research/clinical mentor | 07/1996 – 06/1999 |
| Craig Spence MD | Clinical mentor | 07/1997 – 06/1998 |
| Lee Ann Conard DO MPH | Research/clinical mentor | 07/1999 – 06/2002 |

| | | |
|---|---|---|
| Thomas A. Eccles MD | Research/clinical mentor | 07/2000 – 06/2003 |
| Ayesha Khan MD MS | Research mentor | 07/2001 – 06/2004 |
| Stephanie Brown MD | Clinical mentor | 07/2001 – 06/2004 |
| Adnan Khan, MD MS | Research mentor | 07/2002 – 06/2004 |
| Tatiana Greenfield MD PhD | Clinical mentor | 07/2002 – 06/2005 |
| Jennifer Woods, MD MS | Research/clinical mentor | 07/2003 – 06/2006 |
| Michael Spaulding-Barclay MD | Research/clinical mentor | 07/2004 – 06/2007 |
| Aneesh Tosh MD MS | Research/clinical mentor | 07/2004 – 06/2007 |
| Sarah Halleran MD | Research mentor | 07/2005 – 06/2007 |
| Rebecca Williams MD MS | Research/clinical mentor | 07/2006 – 06/2009 |
| Paul Kim MD | Clinical mentor | 07/2007 – 06/2009 |
| Lekeisha Terrell MD MS | Research/clinical mentor | 07/2007 – 06/2010 |
| Cynthia Robbins MD MS | Research/clinical mentor | 07/2008 – 06/2011 |
| Annie Nguyen MD | Clinical mentor | 07/2009 – 09/2010 |
| Bree Weaver MD MS | Research mentor | 07/2009 – 06/2012 |
| Laura Kester MD MPH | Clinical mentor | 07/2010 – 06/2013 |
| Julia Taylor MD MA | Research/clinical mentor | 07/2012 – 06/2015 |
| Zachary Jacobs DO | Clinical mentor | 07/2012 – 06/2015 |
| Teresa Batteiger MD MS | NIH T32 primary research mentor | 07/2012 – 06/2015 |
| Rebecca Beyda MD MPH | Research mentor | 07/2013 – 06/2014 |
| Jamie Essian Taylor DO | Clinical mentor | 07/2013 – 06/2016 |
| Carly Guss MD MPH | Research mentor | 07/2015 – 06/2016 |
| Ola Mscichowski DO | Clinical mentor | 07/2015 – 06/2017 |
| Rachael Snedecor MD MS | Clinical mentor | 07/2016 – 06/2019 |
| Katherine MacDonald MD MPH | Research/clinical mentor | 07/2016 – 06/2019 |
| Camille Robinson MD | Research mentor | 07/2017 – 06/2018 |
| Nikki Ferrin MD MS | Clinical mentor | 07/2017 – 06/2020 |
| Maayan Leroy-Melamed MD MS | Research/clinical mentor | 07/2017 – 06/2020 |
| Sharon Enujioke MD MA | Clinical mentor | 07/2018 – 06/2021 |
| Corey McBrayer DO MS | Clinical mentor | 07/2019 – 06/2022 |
| Lauren Bell MD MA | Clinical mentor | 07/2020 – 06/2023 |
| Carolyn Curry MD MS | Clinical mentor | 07/2021 – 06/2024 |
| Nomi Sherwin MD MS | Clinical mentor | 07/2022 – 06/2024 |
| Natalie Guerrero Cofie MD PhD | Clinical mentor | 07/2022 – 06/2024 |
| Lucy Rosenbaum MD MS | Clinical mentor | 07/2022 – 06/2024 |
| Brittany Huynh MD MS | Clinical mentor | 07/2022 – 06/2024 |
| Corrie Hays DO | Clinical mentor | 07/2023 – |
| Nidhi Gandhi DO | Clinical mentor | 07/2023 – |

<u>Masters/Doctoral students</u>

| | | |
|---|---|---|
| Dawn Daniels RN PhD | Dissertation committee | 04/2000 - 04/2002 |
| Aaron Sayegh PhD | Dissertation committee | 01/2001 – 01/2002 |
| Devon Hensel MS | Thesis committee | 09/2000 – 05/2001 |
| Devon Hensel PhD | Dissertation committee | 09/2004 – 05/2005 |
| Debby Herbenick PhD MPH | Dissertation committee | 09/2004 – 05/2005 |
| Amanda Tanner PhD MPH | Dissertation committee | 09/2005 – 05/2007 |
| Barbara Van Der Pol PhD MPH | Dissertation committee | 09/2005 – 05/2007 |
| Laurie Legocki PhD | Dissertation committee | 09/2006 – 05/2008 |
| Jennifer Collins PhD MSN | Dissertation committee | 09/2008 – 05/2009 |
| Violet Yebei MA PhD | Dissertation committee | 09/2005 – 05/2008. |

| | | |
|---|---|---|
| Candace Best PhD | Dissertation committee | 09/2008 – 05/2010 |
| Joshua Rosenberger PhD MPH | Dissertation committee | 09/2009 – 05/2011 |
| Alexis Roth MPH PhD | Dissertation committee | 09/2009 – 05/2012 |
| Kristen Mark MA PhD | Dissertation committee | 09/2011 – 05/2012 |
| Sofia Jawed-Wessel MPH PhD | Dissertation committee | 09/2011 – 05/2012 |
| Kelly Donahue PhD | Dissertation committee | 09/2010 – 05/2012 |
| Lindsey Foster PhD | Dissertation committee | 09/2010 – 09/2012 |
| Nicole Smith MPH PhD | Dissertation committee | 09/2012 – 05/2013 |
| Zuokai Li PhD | Dissertation committee | 09/2013 – 05/2014 |
| Margo Mullinax PhD | Dissertation committee | 09/2013 – 05/2014 |
| Aleta Baldwin PhD | Dissertation committee | 09/2014 – 05/2015 |
| Daphne van de Bongardt PhD | External dissertation examiner | 09/2014 – 05/2015 |
| Lindsey Fuzzell PhD | Dissertation committee | 09/2015 – 05/2017 |
| Richard Brandon-Friedman PhD | Dissertation committee | 09/2015 – 05/2018. |
| Lizzy Bartelt MPH PhD | Dissertation committee | 09/2018 – 05/2020. |
| Killian Kinney MSW PhD | Dissertation committee | 09/2017 – 05/2021 |
| Hannah Tesfayone DPh. | Dissertation committee | 05/2018 – 09/2021 |
| Ali Tabb MSW | Dissertation committee | 09/2019 – present |
| Caitlin I. Laughney MSW | Dissertation committee | 09/2022 – 2023 |
| Marji Schlitt | Dissertation committee | 01/2023 – present |

<u>Post-doctoral fellows</u>

| | | |
|---|---|---|
| Heather Cecil PhD | Research mentor | 07/1994 – 06/1996 |
| Aaron Sayegh PhD | Research mentor | 07/2002 – 06/2003 |
| John Sidle, MD | Research mentor | 07/2002 – 06/2006 |
| Devon J. Hensel PhD | NIH T32 mentor | 07/2005 – 06/2008 |
| Kimberly A. McBride PhD | NIH T32 mentor | 07/2006 – 06/2008 |
| Amanda Tanner PhD | Research mentor | 07/2007 – 06/2008 |
| Vanessa Schick PhD | Research mentor | 07/2011 – 06/2013 |
| Amelia (Amy) Knopf PhD | NIH T32 research mentor | 09/2014 – 05/2015 |

<u>Faculty mentor</u>

| | | |
|---|---|---|
| Matt Aalsma PhD | NIH K08 primary mentor | 07/2000 – 06/2008 |
| Alice Thornton, MD | Research mentor | 072000 – 06/2003 |
| Mary A. Ott MD MA | NIH K23 primary mentor | 07/2003 – 06/2012 |
| Sarah Wiehe MD MPH | NIH K23 primary mentor | 07/2005 – 06/2014 |
| Tamara Leech PhD | WT Grant research mentor | 07/2011 – 06/2013 |
| Melissa Carpentier PhD | NIH K08 research mentor | 07/2008 – 06/2010 |
| Jeffry Thigpen PhD | Research mentor | 07/2009 – 05/2012 |
| Devon J. Hensel PhD | Research mentor | 07/2008 – 06/2011 |
| Renata Sanders MD MPH | NIH K23 research mentor | 07/2012 – 06/2015 |
| Erika Cheng PhD | Career mentor | 07/2016 – 09/2022 |
| Jamie Levine Daniels PhD | IUPUI EMPOWER mentor | 07/2018 – 05/2020 |
| Brian Feinstein PhD | NIH K08 research mentor | 07/2018 – 06/2020 |
| Chen Chen PhD | KL2 Research mentor | 09/2018 – 08/2020 |
| Kassem Bourgi MD | Mentor panel member | 10/2018 - present |
| Romina Barral MD MPH | NIH K23 research mentor | 03/2018 – present |
| Rachel Katzenellenbogen MD | Mentor panel member | 09/2018 – present |
| Pamela Matson PhD | Research mentor | 06/2019 – present |

| | | | | |
|---|---|---|---|---|
| Tracy Wilkinson MD MPH | NIH K23 research mentor | | 09/2019 - present | |
| Lauren Magee PhD | KL2 research mentor | | 05/2021 - present | |
| Lohuwa Mamudu PhD | Research mentor | | 06/2022 – present | |
| Alyssa Lederer PhD MPH | Research mentor | | 12/2022 – present | |
| Natasha Chatu PhD | Research mentor | | 01/2024 – present | |

**GRANTS/FELLOWSHIPS IN TEACHING:**

| Title | Dates | Granting Agency | Role | Amount |
|---|---|---|---|---|
| **ACTIVE** | | | | |
| Center for Health Equity Research Institute II: Community-engaged biomedical research training and mentored experiences for early career faculty | 07/2022 – 06/2027 | National Institute for General Medical Sciences | Faculty | $2,489,000 |
| **COMPLETED** | | | | |
| T32 – Training in Sexually Transmitted Infections including HIV | 2005 – 2015 | National Institute of Allergy & Infectious Diseases | Core Faculty | - |
| Advanced research training in nursing research | 2011 – 2015 | National Institute of Nursing Research | Core faculty; Executive Committee | - |
| STIs and other infections of global health significance | 2015 – 2020 | NIAID | Core Faculty | - |
| Center for Health Equity Research Institute | 05/01/2017 – 06/30/2022 | National Institute for General Medical Sciences | Faculty | $2,489,806 |
| Indiana Leadership Education in Adolescent Health | 2015 – 2017 | Maternal Child Health Bureau - T71MC00008-24-00 | Principal Investigator | $497,805/yr |
| Indiana Leader Education in Adolescent Health | 2022 - | Maternal Child Health Bureau | Core Faculty | |

INVITED PRESENTATIONS – TEACHING
LOCAL

| Title | Organization | Date |
|---|---|---|
| Interventions for High-Risk Sexual Behavior: Design, Implementation and Evaluation | The Kinsey Institute for Research in Sex, Gender, and Reproduction: Summer Graduate Training Institute | 06/2002 |
| Stigma and the HIV Continuum of Care | Midwest AIDS Training & Educ | 06/2015 |

Center

| | | |
|---|---|---|
| An interprofessional practice model of gender health | National Association of Social Workers – local chapter | 02/2018 |
| Toward an operational understanding of sexual wellbeing | Department of Sociology – IUPUI | 03/2018 |
| Gender Identity and Gender Role Development in Children and Adolescents | LGBTQ ECHO – Fairbanks School of Public Health | 12/2019 |
| Sexually Transmitted Infections in Adolescents: 2022 update on prevention, screening, treatment | Department of Pediatrics – Pediatric Practice Pearls | 01/2022 |
| Enhancing vaccination for LGBTQ+ youth | Indiana School Nurses Association | 05/2022 |
| Addressing sexual pleasure in clinical care for gender diverse persons: A sexual embodiment perspective | LGBTQ ECHO – Fairbanks School of Public Health | 09/2022 |
| Asexuality and related sexual identities | LGBTQ ECHO – Fairbanks School of Public Health | 10/2022 |

REGIONAL

| Title | Organization | Date |
|---|---|---|
| Interventions for High-Risk Sexual Behavior: Design, Implementation and Evaluation | The Kinsey Institute for Research in Sex, Gender, and Reproduction: Summer Graduate Training Institute | 06/09-16/2002 |
| Positive Youth Development | Parents' Coalition for Youth Health | 05/2018 |

NATIONAL

| | | |
|---|---|---|
| SAHM Mentoring Forum | Society for Adolescent Health & Medicine, Washington DC | 2013 - 2021 (annual) |
| Consent, Sex Positivity, and Pleasure: Filling in the Gaps in Sex Education | SIECUS: Sex Ed for Social Change, New York, NY | 09/2020 |
| Sexual Learning in Adolescence | Department of Psychology, University of California, San Diego | 09/28/2021 |

## RESEARCH/CREATIVE ACTIVITY

## GRANTS/FELLOWSHIPS IN RESEARCH

ACTIVE RESEARCH GRANTS

| Title | Granting Agency | Role | % Effort / Amount | Dates |
|---|---|---|---|---|
| 1R01HD110994-01A1 Vaginal | NIH/NICHD | Co- | 5% | 09//01/2 |

| | | | | |
|---|---|---|---|---|
| Microbiome, Inflammatory Mediators, Metabolome, and Dysmenorrhea Symptom-based Phenotypes | | investigator | | 3 – 06/30/28 |
| The natural history of C. trachomatis urethral infections in men who have sex with women | NIH/NIAID | Co Investigator | | 07/23 – 06/28 |
| STI CTG TA1 TO13 - Protocol Development, Implementation and Analysis for Development and Validating an easy to administer instrument to define Penicillin (B-lactam) allergy status in STD outpatients | | Site PI | | 09/2018 - 05/2023 |
| Alliances to Disseminate Addiction Prevention and Treatment (ADAPT): A Statewide Learning Health System to Reduce Substance Use among Justice- Involved Youth in Rural Communities | NIH/NIDA 1UG1DA050070 | Resource | 5% / $4,882,547 | 09/2019 - 4/2024 |
| Leveraging data to identify opportunities to address insecure care connections and poor health outcomes among people with HIV | NIH/NIAID R01HD098013 | Co-Investigator | 5% / $3,937,050 | 04/2020 - 02/2025 |
| Cardiovascular Health during Testosterone Transition among Transmasculine Youth | Dept. of Pediatrics | Co-PI | $50,000 | 2021 - 2023 |
| School wellbeing in gender diverse children and adolescents: Academic achievement and school connectedness during gender-affirming therapies | Tawani Foundation | Co-Principal Investigator | 5% in kind $143,250 (plus matching) | 05/2020 – 04/2024 |
| Sexual Health and Behavior in a U.S. Probability Sample of Adolescents and Adults | NIH/NICHD R01HD102535 | Consultant | $2,466,187 | 08/2021 – 07/2025 |
| Pre-exposure prophylaxis (PrEP) information on social media: A theory-guided study to characterize the social | NIH/NICHD | Co-Investigator | $235,138 | 12/2022 – 11/2024 |

media landscape regarding PrEP and develop evidence-based messages to increase PrEP usage

| Title | Granting Agency | Role | % Effort / Amount | Dates |
|---|---|---|---|---|
| Adolescent Trials Network – Scientific Leadership Group | NIH/NICHD | Co-Investigator | 5% FTE | 01/2024 – 12/2029 |

## COMPLETED RESEARCH GRANTS

| Title | Granting Agency | Role | % Effort / Amount | Dates |
|---|---|---|---|---|
| Demonstration Project for STD Curriculum in Adolescent Medicine | Centers for Disease Control & Prevention #R30/CCR 600668 | Co-Investigator | - | 1986 |
| Pulmonary Sequelae of Intentional Hydrocarbon Inhalation | NIDA | Co-Principal Investigator | - | 1986 |
| Effect of Maternal Age on Substance Use During Pregnancy | Univ of Oklahoma Health Sciences Center Alumni Association | Principal Investigator | - | 1986-1988 |
| Behavioral Epidemiology of Adolescence | NICHD K11HD00858 | Principal Investigator | - | 1988 - 1993 |
| Age at First Intercourse and Risk of Human Papillomavirus Infection | Univ of Oklahoma Health Sciences Center Alumni Association | Co-Principal Investigator | - | 1988 |
| A randomized multicenter study of a single dose oral fluconazole tablet compared with seven days of miconazole vaginal cream in the treatment of acute candida vaginitis in women 18-65 years of age. | Pfizer Central Research | Principal Investigator | - | 1989 |
| Patterns of Help-seeking among Adolescents | NIAID – Midwest STD Cooperative Research Center | Principal Investigator | - | 1993 - 1994 |
| Psychosocial Contexts of Daily Health-compromising and Health-protective behaviors of adolescents | Riley Memorial Foundation | Principal Investigator | - | 1994 - 1996 |

| | | | | |
|---|---|---|---|---|
| Research and Evaluation Issues in Prevention of Infertility due to Sexually Transmitted Diseases. | Centers for Disease Control & Prevention | Co-Investigator | - | 1994 - 2000 |
| Behavioral Epidemiology of Reoccurrent Sexually Transmitted Infections in Adolescents | NIH – NIAID | Co-Investigator | - | 1995 - 1999 |
| Attitudes about Genital Herpes Vaccination among Participants in a Herpes Vaccine Clinical Trial. | Chiron Corporation | Co-Investigator | - | 1994 - 1995 |
| Biobehavioral Contributions to Infection with HSV-2, C. trachomatis, and HIV in High Risk Adolescent Females | Centers for Disease Control & Prevention | Co-Investigator | - | 1995 - 1996 |
| Development and feasibility testing of interventions to increase health-seeking behaviors in, and health care for, populations at high risk for gonorrhea | Centers for Disease Control & Prevention | Principal Investigator | $600,000 | 1996 - 2000 |
| Computer-Assisted Risk assessment and Education (CARE) for STIs. | Centers for Disease Control & Prevention | Consultant | $100,000 | 2002 - 2003 |
| HIV/STI Risk Assessment Media | Centers for Disease Control & Prevention | Consultant | $750,000 | 2002 - 2003 |
| Strategies to prevent genital herpes simplex infections | Centers for Disease Control & Prevention | Co-Investigator | $1,562,635 | 1999 - 2003 |
| Psychosocial, Partner-Specific and Coitus-Specific Risk and Protective Factors Associated with Sexually Transmitted Infections among Women in Middle Adolescence. | NIH – NIAID | Principal Investigator | $1,490,125 | 2000 - 2004 |
| STD Transmission and Early Subsequent STD among Sexual Dyads | NIH – NIAID U19 AI 31494 | Principal Investigator | $1,493,498 | 2000 - 2004 |
| Statistical Tools For Daily STD/HIV Behavioral Reports | NICHD HD42404-01 | Co-Investigator | $380,000 | 12/03 – 11/06 |

| | | | | |
|---|---|---|---|---|
| Computer-Assisted Risk assessment and Education (CARE) for STIs – Phase 2 | Centers for Disease Control & Prevention | Consultant | $750,000 | 2003 - 2005 |
| Factors Influencing contraception behavior of adolescents | Centers for Disease Control & Prevention | Co-Investigator | $986,792 | 2003 - 2006 |
| Vaginal microbicide acceptability for STI/HIV Prevention | NIH/NICHD R01 HD40147 | Principal Investigator | $1,000,000 | 2003 - 2008 |
| Development of Relationship Dynamics Related to STI/HIV Risk among Adolescent and Young Adult Women | NIH/NICHD R01 HD044387 | Principal Investigator | $2,150,000 | 05/03 – 04/08 |
| Computerized HIV vaccine trial assent: Will it improve adolescent comprehension? | NIH/NICHD | Consultant | - | 04/08 – 03/11 |
| HIV-Related Care Engagement: Linkage to Care and Care-Seeking for HIV-Infected Adolescents | NICHD | Principal Investigator | $239,788 | 09/2007 – 06/2010 |
| Tools for Patient Delivered Partner Treatment – Phase1/Phase 2 | Centers for Disease Control & Prevention | Consultant | $700,000 | 2008 – 2010 |
| Sexual Aggression and HIV Risk in Young Heterosexual Men | NIH/NICHD R21HD055831 | Co-Investigator | $428,381 | 2008 – /2010 |
| Midwest Sexually Transmitted Diseases and Topical Microbicide Cooperative Research Center – Project 2 | NIH/NIAID U19 AI 31494 | Principal Investigator | $1,000,000 | 2004 – 2009 |
| Relational and contextual phenomenology of STI/HIV risk | NIH/NICHD | Principal Investigator | $3,000,000 | 2008 – 2013 |
| Characterization of vaginal and vulvar microbial communities in pre-menarcheal adolescents using culture-independent methods | Proctor & Gamble | Principal Investigator | $350,000 | 2008 – 2013 |

| | | | | |
|---|---|---|---|---|
| Perceived risk for sexually transmitted diseases among adolescents | NIH/NICHD | Consultant | - | 2007 – 2013 |
| Behavioral and virologic impact of HPV vaccination | NIH/NICHD | Co-Investigator | $1,300,000 | 2008 – 2013 |
| Factors associated with HPV persistence in adolescent women | NIH/NIAID | Co-Investigator | $1,200,000 | 2008 – 2013 |
| Bacterial Vaginosis and Sexually Transmitted Infections among Women who have Sex with Women and Men and their Sexual Networks | Indiana University Collaborative Research Grants | Co-Investigator | $67,489 | 2010 |
| Urethral microbiome of adolescent males | NIH/NIDDK/NIAID UH2DK083980/UH3 AI094641 | Principal Investigator | $5,100,000 | 2009 – 2015 |
| Sexual modulation of HIV-relevant vaginal immunity | NIH/NIAID R01AI094563 | Co-Investigator | $1,300,000 | 2011 – 2016 |
| Developmental Microbiome of Young Black Women | NIH/NIAID 56AI108775 | Principal Investigator | $499,007 | 2017 |
| Adolescent HIV/AIDS Trials Network | NIH-NICHD; U01 HD040533-15 | Scientific Leadership Group; Protocol Chair | Various | 2006 – 2016 |
| Sexually Transmitted Infections Clinical Trials Group | NIH-NIAID; HHSN27200006 | Scientific Advisory Group | $106,438 | 2013 – 2021 |
| The HIV Care Continuum Among Recent Offenders | NIH/NIAID 1R01AI114435-01 | Co-Investigator | 10% effort all project years | 2014 – 2018 |
| Identifying Opportunities to Reduce STI/HIV Disparities among Recent Offenders | R01 HS23318 | Co-Investigator | $1,145,849 | 2015 – 2018 |
| iTransition: Developing and Pilot Testing a Multilevel Technology-Based Intervention to Support Youth Living with HIV from | National Institute of Health / National Institute of Mental Health 1R34MH116805 | Consultant | $736,248 | 2018 – 2021 |

Adolescent to Adult Care

INVITED PRESENTATIONS – RESEARCH
LOCAL

| Title | Organization | Date |
| --- | --- | --- |
| Form, Function, and Microbiota: The Microbiomes of the Penis | Department of Pediatrics – Indiana University School of Medicine | 09/2013 |
| Gender Health in Children & Adolescents | Department of Pediatrics – Indiana University School of Medicine | 08/2017 |
| Sexuality Development among Sexual Minority Adolescents: Incorporating a sex positive identity diversity perspective into pediatric practice | IU Health LGBTQ+ Bootcamp | 12/2017 |
| An interprofessional practice model of gender health | Indiana Association for Social Work | 02/2018 |
| Gender diverse youth and schooling | Annual LGBTQ+ Conference, IUSM | 03/2019 |
| Gender Identity Persistence and Desistance | Annual LGBTQ+ Indiana University School of Medicine | 03/2020 |

REGIONAL

| | | |
| --- | --- | --- |
| Adolescent women's mate choice associated with pregnancy and sexually transmitted infection | Center for the Integrative Study of Animal Behavior, Bloomington IN | 02/2010 |
| Vaginal microbiome in peripubertal girls | Proctor & Gamble Inc., Cincinnati OH | 06/2010 |
| Sexuality of young women: Lessons from the Young Women's Project | University of Michigan, Ann Arbor MI | 05/2011 |
| Sexuality and Relationships in young black women | Purdue Symposium on Psychological Sciences, Purdue Univ, West Lafayette IN | 07/2012 |
| Toward a science of adolescent sexual health | Society for Scientific Study of Sex – Midwest Region; Bloomington IN | 03/2013 |
| Microbiome of the penis in adolescent men | Indiana University School of Public Health | 04/2013 |

| | | |
|---|---|---|
| Sexual Health of Adolescents: the tender frontier of sexuality research | Kinsey Institute – Indiana University | 04/2013 |
| Adolescent girls' sexual health summit | Girls Inc, Indianapolis IN | 09/2017 |
| Sexual and Reproductive Health Services for Young Women | IUSM – South Bend | 09/2017 |
| Commentaries on studies of young women's sexual behavior | Society for Scientific Study of Sexuality, San Juan Puerto Rico | 11/2017 |
| Listening to Dysphoria: Understanding Gender Diversity and Principles of Gender-Affirming Care | North Central Mental Health Summit - Lafayette IN | 09/2018 |
| Sex Research, Sexual Wellbeing, and Social Justice | Office of Vice-President for Research – Bloomington IN | 11/2018 |
| Gender dysphoria in children & adolescents | Southern Indiana Pediatrics Conference, Evansville IN | 01/2019 |
| Public Health, Stigma and Sexually Transmitted Infections: sex positive, trauma-responsive approaches to sexual wellbeing | Department of Public Health – St. Louis MO | 04/2019 |
| Body image and sexuality in gender diverse people | Lutheran Hospital Pediatric Grand Rounds - Fort Wayne IN | 05/2019 |
| Caring for Children & Adolescents with Gender Dysphoria: A Community-Engaged Shared-Care Model | Indiana AAP – Fort Wayne IN | 08/2019 |
| Gender dysphoria in adolescents | Notre Dame University, South Bend IN | 02/04/2020 |
| Sexuality in gender diverse people | Society for Adolescent Health & Medicine – Midwest Regional Chapter | 09/2021 |

NATIONAL

| Title | Organization | Date |
|---|---|---|
| HIV Linkage to Care for Adolescents | Center for HIV/AIDS Research, Columbia University | 02/2004 |
| Adolescent STI and HIV related risk behaviors | Department of Pediatrics, University of Texas Medical Branch. | 02/2004 |
| Health behaviors and reproductive health risk within adolescent sexual dyads | Center for Family and Demographic Research.  Bowling Green State University. | 04/2004 |

| | | |
|---|---|---|
| Adolescent sexual relationships and STI | Long Island Community Hospital, Department of Medicine | 05/2005 |
| Adolescent sexual relationships | University of Pittsburgh, Department of Pediatrics | 11/2005 |
| Development of adolescent sexuality and STI risk | National STD Prevention Conference, Jacksonville Fl. | 05/2006 |
| HIV linkage to care for adolescents | Children's National Medical Center, Washington DC | 06/2006 |
| Sex, sexuality, and sexual relationships in STI | International Society for STD Research, Seattle WA | 07/2007 |
| Behavioral correlates of adolescent sexual development | Institute for Behavioral Science, Boulder CO | 10/2007 |
| Adolescent sexuality and sexual relationships | Society for Research on Adolescence, San Francisco CA | 03/2010 |
| Adolescents and STI | STI Principles Course, University of Washington, Seattle WA | 2010 - 2014 |
| Prevention of C. trachomatis infections among adolescents | Centers for Disease Control & Prevention, Atlanta GA | 09/2010 |
| Form, function, and microbiota: genital microbiome of adolescent males | Human Microbiome Project, St. Louis MO | 09/2010 |
| Adolescents and sexual behavior | Society for Scientific Study of Sexuality, Las Vegas NV | 11/2010 |
| Linkage to care for adolescents living with HIV | Centers for Disease Control & Prevention, Atlanta GA | 11/2010 |
| Condom use and sexual health for adolescents | National Stakeholders in Sexual Health, Washington DC. | 12/2010 |
| Research on adolescent sexual behavior | International Society for Study of Sexuality in Women, Scottsdale AZ | 02/2011 |
| Dynamics of adolescent sexual relationships | Johns Hopkins University, Baltimore MD | 02/2011 |
| Update on Adolescents & HPV | Merck Inc. Phoenix AZ | 03/2011 |
| Adolescent sexuality and sexually transmitted | California State University Long | 03/2011 |

| | | |
|---|---|---|
| infections | Beach, Long Beach CA. | |
| Hot Topic: Male genital microbiome | Society for Adolescent Health & Medicine, Seattle WA. | 04/2011 |
| The Microbiome of the Penis in Adolescent Men: Form, Function and Microbiota | Loyola University, Chicago IL. | 09/2011 |
| Linkage to care for adolescents living with HIV | AIDS Impact, Santa Fe NM. | 09/2011 |
| Uses of race and ethnicity in human microbiome research | American Society for Microbiology, San Francisco CA | 06/2012 |
| Prevention of genital HPV infection and its consequences: A lifespan developmental perspective | Baystate Medical Center, Springfield MA | 10/2012 |
| Penile and urethral microbiome in adolescents | Johns Hopkins University School of Medicine, Division of Infectious Diseases | 10/2012 |
| Human papillomavirus infections in adolescents | Department of Epidemiology and Biostatistics, University of Cincinnati | 12/2012 |
| The Microbiome of the Penis | Centers for Disease Control & Prevention | 03/2013 |
| Sexual modesty and sexual behavior | Department of Psychology, University of Missouri at St. Louis | 03/2013 |
| Urethral microbiome in adolescent males | American Society for Microbiology, Minneapolis MN | 05/2013 |
| Urethral microbiome in adolescent males | Bayview Hospital - Johns Hopkins University School of Medicine | 05/2013 |
| Sexual Health as an STI Prevention Strategy | Region 3 STI/HIV Prevention Training Center | 06/2013 |
| Lifespan Sexual Health as an STI/HIV prevention strategy: Focus on HPV | Region 3 STI/HIV Prevention Training Center | 06/2013 |
| Microbiome of the Penis | University of North Carolina, Raleigh NC | 09/2013 |
| The HIV Continuum of Care for Youth: Recent Research from the Adolescent HIV Trials Network | Center for HIV/AIDS Research, Columbia University. New York NY | 02/2014 |
| Myths We Learned from Our Sexual Health | International Society for Study of | 02/2015 |

| | | |
|---|---|---|
| Educators | Women's Sexual Health; Austin TX | |
| Sexual Rights, Sexual Health, and Sexually Transmitted Infections: Transforming Ideals into Public Health Science and Practice | Mountain Plains HIV Training Center | 08/2015 |
| Pleasure, Sexual Learning and Healthy Sex Adolescent bodies and the development of sexual pleasure | University of Minnesota | 11/2015 |
| Building a research program in adolescent sexual health | International Society for Study of Women's Sexual Health | 02/2016 |
| Building an HIV Competent Community for a Comprehensive HIV Continuum of Care for Youth | Fenway Health, Boston MA | 05/2016 |
| Enhancing Care Continuum Outcomes for Youth Living with HIV: Outcomes of An Innovative Multi-Agency Collaboration | National Ryan White Conference, Washington DC | 07/2016 |
| Defining and operationalizing sex positivity in STD control programs | National Committee of STD Directors, Phoenix AZ | 12/2016 |
| Infinite Reflections: Integrations of authority and circumspect privilege | American Association of Sexuality Educators and Counselors – St Louis MO | 01/2017 |
| Adolescent sexual and romantic relationships | Society for Research on Child Development, Austin TX | 04/2017 |
| Oral-genital sex and sex positive sexual health: beyond the coital imperative in public health | National Sexual Health Conference – Chicago IL | 07/2019 |
| Sexual Health, Sexual Wellbeing, Sexual Pleasure and Sexual Justice: Framing Sexual Experience as Trauma-Informed Public Health Care & Practice | Armed Forces University School of Medicine | 05/2021 |
| Addressing sexual pleasure in clinical care for gender diverse persons: A sexual embodiment perspective | Contraceptive Technology National Conference | 09/2022 |

INTERNATIONAL

| Title | Organization | Date |
|---|---|---|
| Adolescents and sexual dysfunction | International Academy for Sex Research, Prague Czech Republic | 07/2010 |
| Adolescent sexual and relationship | Institute for Social & Preventative | 11/2010 |

| | | |
|---|---|---|
| behaviors related to STI | Medicine, University of Bern, Bern Switzerland | |
| Adolescents' sexuality and masturbation | World Association for Sexual Health, Glasgow Scotland | 06/2011 |
| Approaches to mentorship for STI research | International Society for Study for STD Research, Quebec Canada | 07/2011 |
| Adolescent sexual relationships and STI | Society for Scientific Study of Sexuality, Florence Italy | 07/2011 |
| Research on STI and the American STD Association | International Union against STI, New Delhi India | 11/2011 |
| Adolescent sexual development | Academic Medical Center of the University of Amsterdam | 05/2011 |
| Urethral microbiome and STI in young men | British Association for Sexual Health, Brighton United Kingdom | 06/2012 |
| Heterosexual anal sexuality | International Academy for Sex Research, Estoril Portugal | 07/2012 |
| Sexual Learning, Sexual Experience, and Healthy Adolescent Sex | International Academy for Sex Research, Dubrovnik Croatia | 06/2014 |
| HIV-related health care transition for adolescents living with HIV | Pediatric HIV Society, Budapest, Hungary | 04/2016 |
| HIV and STI among youth living with HIV | International Union against STI, Marrakesh Morocco | 05/2016 |
| Intersections of sexual behavior and genital microbiome | International Academy for Sex Research, Maalmo, Sweden | 06/2016 |
| The Development of Sexual Trust during Adolescence | University of Utrecht. Utrecht, Netherlands | 11/2016 |
| Building an HIV Competent Community for a Comprehensive HIV Continuum of Care for Youth | IUSTI Canada, Montreal Canada | 06/2016 |
| Incorporating Gender and Sexual Rights into STI Programs | International Union against STI – Rio de Janeiro Brazil | 07/2017 |
| Public Health, Stigma and Sexually Transmitted Infections: sex positive, trauma-responsive approaches to sexual wellbeing | International Union against STI World Congress, Dublin, Ireland | 06/2018 |
| Toward an operational understanding of | University of Glasgow. Glasgow, | 12/2018 |

| sexual wellbeing | Scotland | |
| --- | --- | --- |
| Sexual Pleasure in Adolescence: A Developmental Sexual Embodiment Perspective | World Association for Sexual Health, Mexico City, Mexico | 10/2019 |
| Sexual Harassment in Sexual Health Professions: Breaking Silence and Making Solutions | International Union against STI – Vancouver Canada | 07/2019 |
| Incorporating sexual health perspectives in prevention and treatment of sexually transmitted infections | International Union against STI – European Region, Viljani Estonia (cancelled due to COVID 19) | 06/2020 |
| Declaration for Sexual Pleasure | World Association for Sexual Health, Durbin South Africa (virtual) | 05/2021 |

## SERVICE

UNIVERSITY SERVICE

| Activity | Role | Inclusive Dates |
| --- | --- | --- |
| DEPARTMENT | | |
| Resident Selection Committee | Member | 2004 - 2012 |
| Division of Adolescent Medicine | Division Chief | 2015 - 2020 |
| Tenure/Promotion Committee | Member | 2016 - 2022 |
| SCHOOL | | |
| IUSM Diversity Council LGBTQ+ subcommittee | Member | 2016 - 2022 |
| Tenure/Promotion Committee | Member | 2016 - 2022 |

PROFESSIONAL SERVICE

| Organization | Activity | Inclusive Dates |
| --- | --- | --- |
| NATIONAL | | |
| Society for Adolescent Medicine | Board of Directors | 1998 - 2001 |
| Society for Research on Adolescence | Journal Advisory Committee | 2004 - 2008 |
| Journal of Adolescent Health | Editorial Board | 2005 - 2021 |
| Archives of Sexual Behavior | Consulting editor; Editorial Board | 2006 - 2022 |
| Sexually Transmitted Diseases | Editorial Board member | 2011 - 2020 |
| American Sexually Transmitted Diseases Association | Executive Committee | 2006 - 2016 |
| American Sexual Health Association | Board of Directors member | 2014 – 2018 |
| | Chair | 2017 – 2018 |
| American Sexually Transmitted Diseases Association | President | 2016 - 2021 |
| INTERNATIONAL | | |
| Journal of Sex Research | Associate editor | 2006 - 2016 |
| International Society for STD Research | Board of Directors | 2006 - 2007 |

| International Academy for Sex Research | President | 2013 – 2015 |
| International Union against Sexually Transmitted Infections | Executive Committee | 2013 - 2020 |

**PATIENT CARE/CLINICAL SERVICE:**

| Physician | Adolescent Medicine Specialty Clinic | 1993 – present |
| Physician | Marion County Bellflower Clinic | 1996 – 2014 |
| Physician | Eskenazi Health Westside Clinic | 2005 - 2014 |
| Physician | Adolescent Diabetes | 2000 – 2014 |
| Physician | Cystic Fibrosis Associated Diabetes Clinic | 2006 – 2016 |
| Physician | Riley Gender Health Clinic | 10/2016 - present |

INVITED PRESENTATIONS – SERVICE

LOCAL

| Title | Organization | Date |
| --- | --- | --- |
| Gender Matters for Young People: Supporting Healthy Development for All | Indianapolis PFLAG, Indianapolis IN | 11/01/2016 |
| Clinical and hospital work with young patients with gender dysphoria | Riley Hospital for Children – Lunch & Learn Program | 07/19/2017 |
| Sexual and gender minority youth | All Souls Unitarian Church, Indianapolis | 12/10/2017 |
| Mental health and gender diverse youth | Riley Hospital inpatient staff | 02/09/2018 |
| Caring for transgender and gender diverse children and adolescents | Major Pediatrics, Shelbyville IN | 10/05/2019 |
| Caring for transgender and gender diverse children and adolescents | Newcastle Pediatrics, New Castle IN | 01/09/2020 |
| Caring for transgender and gender diverse children and adolescents | Carmel Pediatrics, Carmel IN | 07/09/2020 |

REGIONAL

| Caring for children and adolescents (and their families) with gender dysphoria | Indiana Department of Children's Services | 05/03/2021 |

**PUBLICATIONS**

TEACHING
<u>Refereed</u>

Johnson J, **Fortenberry JD**, Demetriou E, et al. A sexually transmitted diseases curriculum in adolescent medicine. *American Journal of Diseases of Children* 143:1073 1076, 1989. PMID: 2773885

Fortenberry JD, Kaplan DW, Hill RF. Physicians' values and experience during adolescence. *Journal of Adolescent Health Care* 9:46 51, 1988. PMID: 3335470

†Sayger SA, **Fortenberry JD**, Beckman RJ. Practice patterns of teaching testicular self-examination to adolescent patients. *Journal of Adolescent Health Care* 9:441-2, 1988. 253.

Blood EA, Trent M, Gordon CM, Goncalves A, Resnick M, **Fortenberry JD**, Boyer CB, Richardson L, Emans SJ. Leadership in Adolescent Health: Developing the next generation of

maternal child health leaders through mentorship. *Maternal Child Health Journal*. 19(2):308-13, 2015. PMID: 3170312

Daenique Jengelley, Tess Weathers, Dustin Lynch, Morgan Ness, Luis Garcia, Gina Claxton, Dennis Fortenberry, Tamara Hannon. Co-design of a program for medical students' experiential learning in community engaged research. *Journal of Community Engagement and Higher Education.in press*

RESEARCH/CREATIVE ACTIVITY

Peer-reviewed and Invited commentaries

Orr DP, **Fortenberry JD**. Screening adolescents for sexually transmitted infections. *Journal of the American Medical Association* 280:654-565, 1998. PMID: 9707150

Zimet GD, Mays RM, **Fortenberry JD**. Vaccines against sexually transmitted infections: Promise and problems of the magic bullets for prevention and control. *Sexually Transmitted Diseases*, 27:49 – 52, 2000. PMID: 10654869

**Fortenberry JD**. Unveiling the hidden epidemic of sexually transmitted diseases. *Journal of the American Medical Association*, 287:764-765, 2002. PMID: 11851546

**Fortenberry JD**. Socioeconomic status, schools, and adolescent depression: Progress in the social epidemiology of adolescent health. *Journal of Pediatrics* 143:427-429, 2003. PMID: 14571213

**Fortenberry JD**. The limits of abstinence-only in preventing STI. *Journal of Adolescent Health*, 36:269-270, 2005. PMID: 15780781

**Fortenberry JD**. Beyond validity and reliability: Meaning-in-context of adolescents' self-reports of sexual behavior *Journal of Adolescent Health* 44:201-202, 2009. PMID: 19237102

**Fortenberry JD**. Fate, desire, and the centrality of the relationship to adolescent condom use. *Journal of Adolescent Health* 47:219-220, 2010. PMID: 20708558

**Fortenberry JD**. The uses of race and ethnicity in human microbiome research. *Trends in Microbiology* 21:165-66, 2013. PMID: 23566633

Hoffman DE, **Fortenberry JD**, Ravel J. Are changes to the common rule necessary to address evolving areas of research? A case study focusing on the Human Microbiome Project. *Journal of Law and Medical Ethics,* 41(2):454-69, 2013. doi: 10.1111/jlme.12055. PMID: 23802897

**Fortenberry JD**. Adolescent sexual wellbeing in the 21st Century. *Journal of Adolescent Health* 58(1):1-2, 2016. PMID: 26707223

**Fortenberry JD**. The visible man: Gender health care services to improve young men's sexual health. *Journal of Adolescent Health* 61:3-5, 2017. PMID: 28645337

Ford JV, Corona Vargas E, Finotelli Jr. I, **Fortenberry JD**, Kismödi E, Philpott A, Rubio-Aurioles E, Coleman E. Why Pleasure Matters: Its Global Relevance for Sexual Health, Sexual Rights and Wellbeing. *International Journal of Sexual Health*, 31:3, 217-230, 2019. DOI: 10.1080/19317611.2019.1654587

**Fortenberry JD**. Reorienting routine adolescent STI screening in a COVID-19 pandemic. *Journal of Adolescent Health* 68(1):3-4, 2021.

Zimet GD, Silverman RJ, **Fortenberry JD**. COVID-19 and Vaccination of Children and Adolescents: Prospects and Challenges. *Journal of Pediatrics* Apr; 231: 254–258, 2021.

Garcia PJ, Miranda AE, Gupta S, Garland SM, Escobar ME, **Fortenberry JD** (The International Union Against Sexually Transmitted Infections Working Group on Stigma). The role of sexually

transmitted infections (STI) prevention and control programs in reducing gender, sexual and STI-related stigma. *E Clinical Medicine* 33, 2021.

Mitchell K, Lewis R, O'Sullivan LF, **Fortenberry JD**. What is sexual wellbeing, and why does it matter for Public Health? A paradigm shift for Public Health Inquiry and intervention in Sexuality. *Lancet Public Health* 6(8): E608-E613, 2021. https://doi.org/10.1016/S2468-2667(21)00099-2

Ford JV, Corona E, Cruz M, **Fortenberry JD**, Kismodi E, Philpott A, Rubio-Aurioles E, Coleman E. (2022): The World Association for Sexual Health's Declaration on Sexual Pleasure: A Technical Guide, *International Journal of Sexual Health*, DOI: 10.1080/19317611.2021.2023718

Van Der Pol B; Van Gerwin O; Griner S, Davis A, Footman A; Pinto CN; Melendez J; Tuddenham S; Exten C; Soge OO; Chakraborty P; Nenninger A, Marlowe EM; Joseph AM; McGowin C, Seña AC; **Fortenberry JD**; Ghanem KG. Proceedings of the 4th Annual ASTDA Workshop on Improving STI Control Efforts through Collaboration among Public Health Agencies, Academia and the Diagnostics Industry (in press: *Sexually Transmitted Diseases*)

Fortenberry JD. The Next 50 Years: Sex/gender and the mitigation of stigma in Sexually Transmitted Diseases Sexually Transmitted Diseases (in press: *Sexually Transmitted Diseases*)

Kissinger P, Fortenberry JD. The Ups and Downs of Expedited Partner Services. (in press: *Sexually Transmitted Diseases*)


Invited book reviews

**Fortenberry JD.** (2008) Prime: Adventures and Advice on Sex, Love, and the Sensual Years, Journal of Sex & Marital Therapy, 34:3, 280-281, DOI: 10.1080/00926230802010052

**Fortenberry JD.** Human Sexuality and Its Problems (Third Edition) By John Bancroft. Churchhill Livingstone Elsevier, Edinburgh, 2009, 546 pp *Arch Sex Behav* (2010) 39:1467–1468 DOI 10.1007/s10508-010-9686-0.


Case Reports – refereed

**Fortenberry JD**, Hill RF. Sister-sister incest as a manifestation of multi-generational sexual abuse. *Journal of Adolescent Health Care* 7(3):202-4, 1986. PMID: 3700201

†Scott B, **Fortenberry JD**. Post-gonococcal conjunctivitis due to *Chlamydia*. *Sexually Transmitted Diseases* 13(3):172-3, 1986. PMID: 3764629

**Fortenberry JD**, †Shew ML. Fatal *Pneumocystis* pneumonia in an adolescent with SLE. *Journal of Adolescent Health Care* 10:570-572, 1989. PMID: 2606762

Holden EW, Zimmerman JL, **Fortenberry JD**. Recurrent diabetic ketoacidosis: Larger systems issues. *Journal of Strategic and Systemic Therapies.* 10:52-66; 1991.


Review Articles – refereed

**Fortenberry JD**. Gasoline sniffing. *American Journal of Medicine* 79(6):740 4, 1985. PMID: 3907347

**Fortenberry JD**. Substance use and sexually transmitted diseases risk of adolescents: A review. *Journal of Adolescent Health* 16: 304-308, 1995. PMID: 7612636

**Fortenberry JD**. Condom availability in schools. *Adolescent Medicine: State of the Art Reviews* 8:11-16, 1997. PMID: 10360026

**Fortenberry JD**. Alcohol, drugs and STD/HIV risk among adolescents. *AIDS Patient Care and STDs* 12:707-710, 1998. PMID: 11362023

**Fortenberry JD**. Clinic-based service programs for increasing responsible sexual behavior. *Journal of Sex Research* 39:63-66, 2002. PMID: 12476259

**Fortenberry JD**.  The effects of stigma on genital herpes care-seeking behaviours.  *Herpes* 11:8 – 11, 2004. PMID: 15115631

Shew ML, **Fortenberry JD**. HPV infection in adolescents: Natural history, complications, and indicators for viral typing. *Seminars in Pediatric Infectious Diseases*, 16:168-174, 2005. PMID: 16044390

**Fortenberry JD**. Sexually transmitted infections in adolescents and young adults.  *Pediatric Annals*, 2005. PMID: 16285634

†McBride KR, **Fortenberry JD**. Heterosexual anal sexuality and anal sexual behavior: A review. *Journal of Sex Research*, 47:123-136, 2010. PMID: 20358456

†Carpentier MY, **Fortenberry JD**. Romantic and sexual relationships, body image, and fertility in adolescent and young adult testicular cancer survivors: A review of the literature. *Journal of Adolescent Health*, 47:115-125, 2010. PMID: 20638003 PMC2907366

Williams RL, **Fortenberry JD**. Update on adolescent condom use. *Current Opinion in Obstetrics & Gynecology* 23:350-354, 2011. DOI:10.1097/GCO.0b013e32834a93bf PMID:21825988

Zhou Y, Gao H, Mihindukulasuriya KA, La Rosa PS, Wylie KM, Vishnivetskaya T, Podar M, Warner B, Tarr P, Nelson DE, **Fortenberry JD**, Holland MJ, Burr SE, Shannon WD, Sodergren E, Weinstock GM. Biogeography of the ecosystems of the healthy human body. *Genome Biology* 14(1):R1, 2013. PMID:23316946

Williams RL, **Fortenberry JD**.  Dual use of long acting reversible contraceptives and condoms among adolescents. *Journal of Adolescent Health* 52(4S):S29-S34, 2013. PMID: 23535054.

**Fortenberry JD**.  Puberty and adolescent sexuality. *Hormones & Behavior* 64:280-287, 2013. DOI: 10.1016/j.yhbeh.2013.03.007

**Fortenberry JD**. The evolving sexual health paradigm: Transforming definitions into sexual health practices. *AIDS* Oct;27 Suppl 1:S127-33.

**Fortenberry JD**. Sexual learning, sexual experience, and healthy adolescent sex. In E. S. Lefkowitz & S. A. Vasilenko (Eds.), *Positive and Negative Outcomes of Sexual Behaviors. New Directions for Child and Adolescent Development,* 144:71-86, 2014.

Kurth AE, Lally MA, Choko AT, Inwani IW, **Fortenberry JD**. HIV Testing and Linkage to Services for Youth. *Journal of the International AIDS Society.* 18(Suppl 1):19433, 2015.

**Fortenberry JD**. Trust, sexual trust and sexual health: An interrogative review. *Annual Review of Sex Research / Journal of Sex Research* 56(4-5)may-june:425-439, 2019 DOI: 10.1080/00224499.2018.1523999 PMID: 30289286

**Fortenberry JD**. Condoms On and Off: A Review of Prophylactic Barrier Use and Youth Sexual Well-Being. *Adolesc Med* 030 (2019) 45–59.

Kean AC, Saroufin R, Meininger E, Fuqua JS, **Fortenberry JD**. Cardiovascular Health of Youth during Gender Affirming Testosterone Treatment: A Review. *Journal of Adolescent Health*69(6):896-904, 2021. doi: 10.1016/j.jadohealth.2021.08.009.

Fava N, **Fortenberry JD**. Trauma-Informed Sex Positive Approaches to Sexual Pleasure. *International Journal of Sexual* Health (2021) 33:*4, 537-549, DOI: 10.1080/19317611.2021.1961965*) 2021.

**Fortenberry JD**, Hensel DJ. Sexual modesty in sexual expression and experience: A scoping review, 2000 - 2021. *Annual Review of Sex Research* 9(8):1000-1014, 2022. doi: 10.1080/00224499.2021.2016571. Epub 2022 Feb 9.


Articles – refereed

Reyes de la Rocha S, Brown MA, **Fortenberry JD**. Pulmonary function abnormalities in intentional spray paint inhalation. *Chest* 92:100-104, 1987. PMID: 3595219

**Fortenberry JD**, Evans DL. Routine screening for genital *Chlamydia trachomatis* in adolescent females. *Sexually Transmitted Diseases* 16:168-172, 1989. PMID: 2688146

Hill RF, **Fortenberry JD**, Stein, HF. Culture in clinical medicine. *Southern Medical Journal* 83:1071-1080, 1990. PMID: 2205923

Hill RF, **Fortenberry JD**. Adolescence as a culture-bound syndrome. *Social Science and Medicine* 35:73-80, 1992. PMID: 1496414

**Fortenberry JD**. Reliability of adolescents' self-reports of height and weight. *Journal of Adolescent Health* 13:114-117; 1992. PMID: 1627577

†Shew ML, **Fortenberry JD**. Syphilis screening in adolescents. *Journal of Adolescent Health*. 13:303-305; 1992. PMID: 1610847

Johnson J, Neas B, Parker DE, **Fortenberry D**, Cowan LD. Screening for urethral infection in adolescent and young adult males. *Journal of Adolescent Health* 14:356-361; 1993. PMID: 8399246

†Shew ML, Fortenberry JD, Miles P, Amortegui AJ. The relationship of the interval between menarche and first sexual intercourse and risk of human papillomavirus infection. *Journal of Pediatrics* 125:661-666, 1994. PMID: 7931894

Costa F, Jessor R, Donovan JE, **Fortenberry JD**. Early initiation of sexual intercourse: The influence of psychosocial unconventionality. *Journal of Research on Adolescence* 5: 93-121, 1995.

Costa FM, Jessor R, **Fortenberry JD**, Donovan JE. Psychosocial conventionality, health orientation, and contraceptive use in adolescence. *Journal of Adolescent Health* 18:404-416, 1996. PMID: 8803732

**Fortenberry JD**. Health care-seeking behaviors related to sexually transmitted diseases among adolescents. *American Journal of Public Health* 87:417-420, 1997. PMID: 9096544 PMC1381015

**Fortenberry JD**, Orr DP, Katz BP, Brizendine E, Blythe MJ. "Sex under the influence": A diary self-report study of substance use and sexual behavior among adolescent females. *Sexually Transmitted Diseases* 24:313-319, 1997. PMID: 9243736

**Fortenberry JD**, Orr DP, Zimet GD, Blythe MJ. Weekly and seasonal variation in adolescent sexual behaviors. *Journal of Adolescent Health* 20:420-425, 1997. PMID: 9178078

Zimet GD, Liau A, **Fortenberry JD**. Health beliefs and intention to be immunized for HIV. *Journal of Adolescent Health* 20:354-359, 1997. PMID: 9168382

Orr DP, **Fortenberry JD**, Blythe MJ. Validity of self-reported sexual behaviors in adolescent women using biomarker outcomes. *Sexually Transmitted Diseases* 24:261-266, 1997. PMID: 9153734

**Fortenberry JD**, Costa FM, Jessor R, Donovan JE. Contraceptive behavior and adolescent lifestyles: A structural modeling approach. *Journal of Research on Adolescence* 7:307-329, 1997. PMID: 12292602

**Fortenberry JD**. Number of sexual partners and health lifestyle of adolescents: Use of the AMA's *Guidelines for Adolescent Preventive Services* to address a basic research question. *Archives of Pediatric and Adolescent Medicine* 151:1139-1143, 1997. PMID: 9369876

Zimet GD, **Fortenberry JD**, Fife KH, Tyring SK, Herne K, Douglas JM. Acceptability of genital herpes immunization: The role of health beliefs and health behaviors. *Sexually Transmitted Diseases* 24:555 -560, 1997. PMID: 9383842

†Liau A, Zimet GD, **Fortenberry JD**. Attitudes about HIV immunization: The influence of health beliefs and vaccine characteristics. *Sexually Transmitted Diseases* 25:76-81, 1998. PMID: 9518382

Katz BP, **Fortenberry JD**, Orr DP. Factors affecting chlamydial persistence or recurrence one and three months after treatment. In: Stephen RS, Byrne GI, Christiansen G., et al. (eds). *Proceedings of the Ninth International Symposium on Human Chlamydial Infections* (1998).

†Howard MM, **Fortenberry JD**, Blythe MJ, Zimet GD, Orr DP. Patterns of sexual partnerships among adolescent females. *Journal of Adolescent Health* 24:300 – 303, 1999. PMID: 10331835

**Fortenberry JD**, Brizendine EJ, Katz BP, Wools KK, Blythe MJ, Orr DP. Subsequent sexually transmitted infections among adolescent women with genital infection due to *Chlamydia trachomatis*, *Neisseria gonorrhoeae* or *Trichomonas vaginalis*. *Sexually Transmitted Diseases* 26:26 – 32, 1999. PMID: 9918320

**Fortenberry JD**, Zimet GD. Received social support for STD-related care-seeking among adolescents. *Journal of Adolescent Health* 25:174-178, 1999. PMID: 10475492

Zimet GD, **Fortenberry JD**, Blythe MJ. Adolescents' attitudes about HIV immunization. *Journal of Pediatric Psychology* 24: 67-75, 1999.

Webb PM, Zimet GD, **Fortenberry JD**, Blythe MJ. Comparability of a computer-assisted versus written method for collecting health behavior information among adolescent patients. *Journal of Adolescent Health* 24:383-388, 1999. PMID: 10401965

Bull SS, Rietmeijer C, **Fortenberry JD**, Stoner B, Malotte K, Van Devanter N, Middlestadt SE, Hook EW III. Practice patterns for the elicitation of sexual history, education and counseling among providers of STD services: Results from the Gonorrhea Community Action Project (GCAP). *Sexually Transmitted Diseases*. 26:584- 589, 1999. PMID: 10560723

†Webb PM, Zimet GD, Mays R, **Fortenberry JD**. HIV immunization and anticipated effects on sexual behavior among adolescents. *Journal of Adolescent Health* 25:320-322, 1999. PMID: 10551661

Katz BP, **Fortenberry JD**, Zimet GD, Blythe MJ, Orr DP. Partner-specific relationship characteristics and condom use among youth with sexually transmitted infections. *Journal of Sex Research* 37:69 – 75, 2000.

Zimet GD, Blythe MJ, **Fortenberry JD**. Vaccine characteristics and acceptability of HIV immunization among adolescents. *International Journal of STD & AIDS* 11:143-149, 2000. PMID: 10726935

Whittington WLH, Kent C, Kissinger P, Oh MK, **Fortenberry D**, Hillis SE, Litchfield B, Bolan GA, St. Louis ME, Farley TA, Handsfield HH. Determinants of persistent and recurrent *Chlamydia trachomatis* infection in young women: Results of a multicenter cohort study. *Sexually Transmitted Diseases*, 28:117-123, 2001. PMID: 11234786

Katz BP, **Fortenberry JD**, Tu W, Harezlak J, Orr DP. Sexual behavior among adolescent women at high risk for sexually transmitted infections. *Sexually Transmitted Diseases*, 28:247-251, 2001 PMID: 11354261.

**Fortenberry JD** et al., Relationship of health literacy to gonorrhea-related care. *Sexually Transmitted Infections*, 77:206-211, 2001. PMID: 11402232 PMC1744316

Orr DP, †Johnston K, Brizendine E, Katz B, **Fortenberry JD**. Subsequent sexually transmitted infection in urban adolescents. *Archives of Pediatrics and Adolescent Medicine*, 155:947-953, 2001. PMID: 11483124

**Fortenberry JD**, Tu W, Harezlak J, Katz BP, Orr DP. Condom use as a function of time in new and established adolescent sexual relationships. *American Journal of Public Health*, 92:211-213, 2002. PMID: 11818293 PMC1447044

Kissinger P, Clayton JL, O'Brien ME, Kent C, Whittington W, Oh MK, **Fortenberry JD**, et al. Older partners not associated with lack of condom use, partner treatment or recurrence among teenaged women infected with *Chlamydia trachomatis*. *Sexually Transmitted Diseases* 29:144-149, 2002. PMID: 11875375

Mahon BE, Rosenman MB, Graham MF, **Fortenberry JD**. Post-partum *Chlamydia trachomatis* and *Neisseria gonorrhoeae* infections. *American Journal of Obstetrics & Gynecology*;186:1320-5, 2002. PMID: 12066116

**Fortenberry JD**, McFarlane M, et al. Relationships of stigma and shame to gonorrhea and human immunodeficiency virus screening. *American Journal of Public Health*, 92:378-381, 2002. PMID: 11867314 PMC1447083

†Aalsma MC, Zimet GD, **Fortenberry JD**, Blythe M, Orr DP. Reports of childhood sexual abuse by adolescents: Stability over time. *Journal of Sex Research*, 39: 259-263, 2002. PMID: 12545408

**Fortenberry JD**, Brizendine EJ, Katz BP, Orr DP. The role of self-efficacy, anticipated consequences and relationship quality in adolescents' partner notification for sexually transmitted infections. *Archives of Pediatrics & Adolescent Medicine*, 156:1133-1137, 2002. PMID: 12413343

†Cunningham SD, Tschann J, Gurvey JE, **Fortenberry JD**, Ellen JM. Attitudes about sexual disclosure and perceptions of stigma and shame. *Sexually Transmitted Infections*, 78:334-338, 2002. PMID: 12407233 PMC1744540

**Fortenberry JD**, Brizendine EJ, Katz BP, Orr DP. Post-treatment sexual and prevention behaviors of adolescents with sexually transmitted infections. *Sexually Transmitted Infections*, 78:365-368, 2002. PMID: 12407242 PMC1744530

Schillinger JA, Kissinger P, Calvet H, Whittington WLH, Ransom RL, Sternberg MR, Berman SM, Martin DH, Oh MK, Handsfield HH, Bolan G, Markowitz LE, **Fortenberry JD**. Patient-delivered partner treatment with azithromycin to prevent repeated *Chlamydia trachomatis* infection among women: A randomized controlled trial. *Sexually Transmitted Diseases*, 30:49-56, 2003. PMID: 12514443

†Conard LA, **Fortenberry JD**, Blythe MJ, Zimet GD, Orr DP. Pharmacists' attitudes and practices with adolescents. *Archives of Pediatrics & Adolescent Medicine*, 157:361-365, 2003. PMID: 12695232

Borzekowski DLG, Rickert VI, Ipp L, Diaz A, **Fortenberry JD**. At what price? The current state of subject payment in adolescent research. *Journal of Adolescent Health,* 33:378-384, 2003. PMID: 14596959

Blythe MJ, **Fortenberry JD**, Orr DP. Douching behaviors reported by adolescent and young adult women at high risk for sexually transmitted infections. *Pediatric & Adolescent Gynecology* 16:95-100, 2003. PMID: 12742144

†Barousse MM, Van Der Pol BJ, **Fortenberry JD**, Orr DP, Fidel PL, Jr. Vaginal yeast colonization, prevalence of vaginitis, and associated local immunity in adolescents. *Sexually Transmitted Infections* 80:48-53, 2004. PMID: 14755036 PMC1758371

Hogben M, Bloom F, McFarlane M, Malotte CK, **Fortenberry JD**. Factors associated with sexually transmitted disease clinic attendance. *International Journal of Nursing Studies* 41:911-920, 2004.

†Hensel DJ, **Fortenberry JD**, Harezlak J, Anderson JG, Orr DP. A daily diary analysis of vaginal bleeding and coitus among adolescent women. *Journal of Adolescent Health* 34:391-394, 2004. PMID: 15093793

†Eccles TA, Sayegh MA, **Fortenberry JD**, Zimet GD. More normal than not: Qualitative assessment of the developmental experiences of gay male youth. *Journal of Adolescent Health*; 35:425.e11 – e18, 2004. PMID: 15488440

Ferris M, Martin DH, Fidel P, **Fortenberry JD**. Association of *Atopobium vaginae*, a recently described metronidazole resistant anarobe, with bacterial vaginosis. *BMC Infectious Diseases* 4:5, 2004. PMID: 15018635 PMC362875

Fife KH, Bernstein DI, Tu W, Zimet GD, Brady R, Wu J, **Fortenberry JD**, Stone KM, Rosenthal SL, Stanberry LR. Predictors of HSV 2 antibody positivity among persons with no history of genital herpes. *Sexually Transmitted Diseases*; 31:676-681, 2004. PMID: 15502676

**Fortenberry JD**, Zimet GD, Wu J, Tu W, Stone KM, Rosenthal SL, Fife KH. Return for results after type-specific herpes simplex virus screening. *Sexually Transmitted Diseases*; 31:655 – 658, 2004. PMID: 15502672

Zimet GD, Rosenthal SL, **Fortenberry JD**, Brady RC, Tu W, Wu J, Bernstein DI, Lawrence R. Stanberry LR, Stone KM, Leichliter JS, Fife KH. Factors Predicting the Acceptance of HSV-2 Antibody Testing among Adolescents and Young Adults. *Sexually Transmitted Diseases*; 31:665 – 669, 2004. PMID: 15502674

Alvarez-Olmos MI, Barousse MM, Rajan L, Van Der Pol BJ, **Fortenberry JD**, Orr DP, Fidel PL. Vaginal lactobacilli in adolescents: Presence and relationship to local and systemic immunity, and to bacterial vaginosis. *Sexually Transmitted Diseases* 31:393-400, 2004. PMID: 15215693

**Fortenberry JD**, Temkit M, Tu W, Katz BP, Graham CA, Orr DP. Association of daily mood with sexual activity and condom use among adolescent women. *Health Psychology*, 24:252-257, 2005. PMID: 15898860

Hanna KM, DiMeglio LA, **Fortenberry JD**. Parent and adolescent version of the diabetes-specific parental support for adolescents' autonomy scale: Development and initial testing. *Journal of Pediatric Psychology,* 30:257-271, 2005. PMID: 15784922

Brown DR, Shew ML, Qadadri B, Neptuno N, Vargas M, Tu W, Juliar BE, Breen T, **Fortenberry JD**. A longitudinal study of genital human papillomavirus infection in 60 closely followed adolescent women. *Journal of Infectious Diseases;* 191:182-192, 2005. PMID: 15609227

†Khan A, **Fortenberry JD**, Temkit M, Tu W, Orr DP, Batteiger BE. The prevalence of Chlamydia, Gonorrhea and Trichomonas in sexual partnerships: Implications for partner notification and treatment. *Sexually Transmitted Diseases*; 32:260-264, 2005. PMID: 15788928 PMC2575652

†Sayegh MA, **Fortenberry JD**, Anderson JG, Orr DP. Effects of relationship quality on chlamydia infection among adolescent women. *Journal of Adolescent Health*; 37:163e1 -163e8, 2005. PMID: 16026726

Van Der Pol BJ, Williams JA, Batteiger BE, Orr DP, **Fortenberry JD**. Incidence, natural history, and response to treatment of *Trichomonas vaginalis* among adolescent women. *Journal of Infectious Diseases*, 192:2038 - 2044, 2005. PMID: 16288365

Yano J, Lilly EA, Steele C, **Fortenberry D**, Fidel PL Jr. Oral and vaginal epithelial cell anti-Candida activity is acid labile and does not require live epithelial cells. *Oral Microbiology & Immunology*. 2005 Aug;20(4):199-205.PMID: 15943762

†Khan A, **Fortenberry JD**, Temkit MH, Tu W, Orr DP, Batteiger BE. Gender differences in sexual behavior in response to genitourinary symptoms. *Sexually Transmitted Infections*. 81:262-6, 2005. PMC1744983 PMC1744983

Shew ML, **Fortenberry JD**, Tu W, Juliar BE, Batteiger BE, Qadadri B, Brown DR. Association of condom use, sexual behaviors and sexually transmitted infections with the duration of genital

human papillomavirus infection among adolescent women. *Archives of Pediatrics & Adolescent Medicine*, 160:151 – 156, 2006. PMID: 16461870

Aalsma MA, **Fortenberry JD**, Sayegh MA, Orr DP. Family and friend closeness to adolescent sexual partners in relation to sexual behaviors and condom use. *Journal of Adolescent Health*; 38:173 -178, 2006. PMID: 16488812

**Fortenberry JD**, Blythe MJ, Katz BP, Juliar BA, Tu W, Orr DP.  Factors associated with time of day of sexual activity among adolescent women. *Journal of Adolescent Health*; 38:275 – 281, 2006. PMID: 16488826

†Woodrome SE, Zimet GD, Orr DP, **Fortenberry JD**. Dyadic alcohol use and relationship quality as predictors of condom non-use among adolescent females. *Journal of Adolescent Health*; 38:305 – 306, 2006. PMID: 16488834

Ott MA, Pfeiffer EJ, **Fortenberry JD**. Early and middle adolescent perceptions of abstinence. *Journal of Adolescent Health* 39:192-198, 2006. PMID: 16857530

Fife KH, **Fortenberry JD**, et al. Incidence and prevalence of Herpes simplex infections in adolescent women. *Sexually Transmitted Diseases* 33:441-444, 2006. PMID: 16540882

†Sayegh MA, **Fortenberry JD**, Shew ML, Orr DP. The developmental association of relationship quality, hormonal contraceptive choice and condom non-use among adolescent women. *Journal of Adolescent Health* 39:388-395, 2006. PMID: 16919801

Blythe MJ,  **Fortenberry JD**, Temkit M, Tu W, Orr DP. Incidence and correlates of unwanted sex in relationships of middle and late adolescent women. *Archives of Pediatrics & Adolescent Medicine* 160:591-595, 2006. PMID: 16754820

†Woods J, Shew ML, Tu W, Ofner S, **Fortenberry JD**. Patterns of oral contraceptive pill-taking and condom use among adolescent contraceptive pill users. *Journal of Adolescent Health*, 39:381-387, 2006. PMID: 16919800 PMC2575659

†Magnus M, Schillinger JA, **Fortenberry JD**, Kissinger P. Partner age and recurrent *Chlamydia trachomatis*: Older partners not associated with increased reinfection among adolescent females. *Journal of Adolescent Health,* 39:396-403, 2006. PMID: 16919802

Hanna KM, DiMeglio LA, **Fortenberry JD**. Brief Report: Initial testing of scales measuring parent and adolescent perceptions of adolescents' assumption of diabetes management. *Journal of Pediatric Psychology*, 32:245-249. PMID: 16798854

Mackenzie S, Kurth AE, Spielberg F, Severynen A, Malotte CK, St. Lawrence J, **Fortenberry JD**. Patient and staff perspectives on the use of a computer counseling tool for HIV and sexually transmitted infection risk reduction. *Journal of Adolescent Health*; 40:572.e9, 2007. PMID: 17531766

†Auslander BA, Rosenthal SL, **Fortenberry JD**, Biro FM, Bernstein DI, Zimet GD. Predictors of sexual satisfaction in an adolescent and college population. *Journal of Pediatric & Adolescent Gynecology* 2007; 20:25-28. PMID: 17289513

†Tosh AK, Van Der Pol B, **Fortenberrry JD**, Williams JA, Katz BP, Batteiger BE, Orr DP. Mycoplasma genitalium among adolescent women and their partners. *Journal of Adolescent Health* 40:412-417, 2007. PMID: 17448398 PMC1899169

†Hensel DJ, **Fortenberry JD**, Orr DP. Situational and relational factors associated with coitus during vaginal bleeding among adolescent women. *Journal of Sex Research* 2007; 44:269-277. PMID: 17879170

†Bartz D, Shew M, Ofner S, **Fortenberry JD**. Pregnancy intentions and contraceptive behaviors among adolescent women: A coital event level analysis. *Journal of Adolescent Health*, 41:271-276, 2007. PMID: 17707297

†Barousse MM, Theall KP, Van Der Pol B, **Fortenberry JD**, Orr DP, Fidel PL Jr. Susceptibility of middle adolescent females to sexually transmitted infections: Impact of hormonal contraception and sexual behaviors on vaginal immunity. *American Journal of Reproductive Immunology*, 58:159-168, 2007. PMID: 17631009

†Hensel DJ, **Fortenberry JD**, Orr DP. Variation in coital and non-coital sexual repertoire among adolescent women *Journal of Adolescent Health*, 42:170-176, 2008. PMID: 18207095

Ott MA, **Fortenberry JD**, Tu W, Orr DP. The influence of hormonal contraception on mood and sexual interest among adolescents. *Archives of Sexual Behavior* 37:605-613, 2008. PMID: 18288601 PMC3020653

Wiehe SE, Hoch SC, Liu GC, Carroll AE, Wilson JS, **Fortenberry JD**. Adolescent travel patterns: Pilot data indicating distance from home varies by time of day and day of week. *Journal of Adolescent Health* 42:418-420, 2008. PMID: 18346668

†Tanner AE, Katzenstein J, Cox A, Cox D, Zimet GD, **Fortenberry JD**. Vaginal microbicide preferences among midwestern urban adolescent women. *Journal of Adolescent Health* 43:349-356, 2008. PMID: 18809132 PMC2593640

Wiehe SE, Carroll AE, Liu GC, Haberkorn KL, Hoch SC, Wilson JS, **Fortenberry JD**. Using GPS-enabled cell phones to track the travel patterns of adolescents. *International Journal of Health Geography* 7:22, 2008. PMID: 18495025 PMC2426678

†Tanner AE, Zimet GD, **Fortenberry JD**, et al. Young women's use of a microbicide surrogate: The role of individual and contextual factors in acceptability and sexual pleasure. *Journal of Sex Research* 46:15-23, 2009. PMID: 19012060

Goldsworthy RE, **Fortenberry JD**. Patterns and determinants of patient-delivered partner therapy uptake among healthcare consumers. *Sexually Transmitted Diseases*, 36:25-32, 2009. PMID: 18779762

Ott MA, **Fortenberry JD**. Beyond douching: Use of feminine hygiene products and STI risk among young women *Journal of Sexual Medicine* 6:1335-40, 2009. PMID: 19170863 PMC3020654

†Yebei VN, **Fortenberry JD** & Ayuku D. Felt stigma among people living with HIV/AIDS in rural and urban Kenya. *African Health Sciences*, 8:97-102, 2009. PMID: 19357758 PMC2584319

†McBride KR, Goldsworthy RE, **Fortenberry JD**. Formative design and evaluation of patient-delivered partner therapy informational materials and packaging among public health clinic patients. *Sexually Transmitted Infections*, 85:150-155, 2009. PMID: 19103640

Woods J, Hensel DJ, **Fortenberry JD**. Contraceptive withdrawal in adolescents: A complex picture of usage. *Journal of Pediatric and Adolescent Gynecology* 22:233-237, 2009. PMID: 19646669 PMC2759303

Shrier L, Schillinger JA, Aneja P, Rice P, Batteiger B, Braslins PG, Orr DP, **Fortenberry JD**. Depressive symptoms and sexual risk behavior in young, *Chlamydia*-infected, heterosexual dyads. *Journal of Adolescent Health* 45:63-69, 2009. PMID: 19541251

†Kelly NC, Zimet GD, Aalsma MC, Bernstein DI, **Fortenberry JD**, Rosenthal SL. Intent to accept and acceptance of herpes testing in adolescents and young adults. *Sexually Transmitted Infections*, 85:296-299, 2009. PMID: 19211592

Reece M, Herbenick D, Sanders S, Dodge B, Ghassemi A, **Fortenberry JD**. Prevalence and characteristics of vibrator use by men in the United States. *Journal of Sexual Medicine* 6:1867-1874, 2009. PMID: 19453874

Herbenick D, Reece M, Sanders S, Dodge B, Ghassemi A, **Fortenberry JD**. Prevalence and characteristics of vibrator use by women in the United States: Results from a nationally representative study. *Journal of Sexual Medicine*,6:1857-1866, 2009. PMID: 19453881

Tu W, Batteiger BB, Wiehe S, Ofner S, Van Der Pol B, Katz BP, Orr DP, **Fortenberry JD**. Time from first intercourse to first sexually transmitted infection among adolescent women. *Archives of Pediatrics & Adolescent Medicine*, 163:1106-1111, 2009. PMID: 19996047 PMC3018688

Fife KH, Van Der Pol R, Roth AM, Brand J, Arno JN, Madlem J, Juliar BE, Katz BP, Williams JA, Zimet GD, **Fortenberry JD**. Implementation of routine access to herpes simplex antibody testing in a public health STD clinic. *Sexually Transmitted Diseases* 36:724-728, 2009. PMID: 19809384

Thigpen JW, **Fortenberry JD**. Toward a theoretical and empirical understanding of variation in normative childhood sexual behavior: The significance of family context. *Social Service Review* 83:611-631, 2009.

Herbenick D, Reece M, Sanders S, Dodge B, Ghassemi A, & **Fortenberry JD**.  Women's vibrator use in sexual partnerships: Results from a nationally representative survey in the United States. *Journal of Sex & Marital Therapy* 36:1, 49 – 65, 2010. PMID: 20063237

Woods JL, Hensel DJ, **Fortenberry JD**. Gynecologic symptoms and sexual behaviors among adolescent women. *Journal of Pediatric and Adolescent Gynecology* 23:93-95, 2010. PMID: 19734076 PMC2846974

Wiehe SE, Aalsma MA, Liu GC, **Fortenberry JD**. Gender differences in the association between perceived discrimination and adolescent smoking. *American Journal of Public Health*, 100:510-516, 2010. PMID: 20075313 PMC2820048

Ott MA, Ofner S, Tu W, **Fortenberry JD**. Influences on sex after periods of abstinence among sexually experienced young women. *Perspectives on Sexual and Reproductive Health* 42:43-48; 2010. PMID: 20415884 PMC3034242

Batteiger BE, Tu W, Ofner S, Van Der Pol B, Stothard DR, Orr DP, Katz BP, **Fortenberry JD**. Repeated *Chlamydia trachomatis* genital infections in adolescent women. *Journal of Infectious Diseases* 201:42-51, 2010. PMID: 19929379

Reece M, Herbenick D, Sanders S, Dodge B, Ghassemi A, **Fortenberry JD**. Prevalence and predictors of testicular self-exam among a nationally representative sample of men in the United States. *International Journal of Sexual Health* 22:1-4, 2010.

†Tanner AE, Hensel DJ, Fortenberry JD. A prospective study of the sexual, emotional and behavioral correlates associated with young women's first and subsequent coital events. *Journal of Adolescent Health*, 47:20-25, 2010. PMID: 20547288 PMC2887691

Rosenberger JG, Bell DL, McBride KR, **Fortenberry JD**, Ott MA. Condoms and developmental contexts in younger adolescent boys. *Sexually Transmitted Infections,* 86:400-403, 2010. PMID: 20448100

Dodge B, Van Der Pol B, Rosenberger J, Reece M, Roth-Graneros A, Herbenick D, **Fortenberry JD**. Field collection of rectal samples for sexually transmitted infections diagnostics among men who have sex with men. *International Journal of STD & AIDS*, 21:260-264, 2010. PMID: 20378897

†Tanner AE, **Fortenberry JD**, Zimet GD, Reece M, Graham CA, Murray M. Young women's use of a microbicide surrogate: The complex influence of relationship characteristics and perceived male partners' evaluations. *Archives of Sexual Behavior*, 39:735-747, 2010. PMID: 19224355

Hensel DJ, **Fortenberry JD**, Orr DP. Factors associated with event level anal sex and condom use during anal sex among adolescent women. *Journal of Adolescent Health*, 46:232-237, 2010. PMID: 20159499 PMC2824616

Fife KH, Williams JA, Thomas AL, Ofner S, Katz BP, **Fortenberry JD**. Herpes simplex virus type 2 infection in young adult women: Risk factors for infection and frequency of viral shedding. *Sexually Transmitted Diseases*, 37:248-252, 2010. PMID: 20216477

Wiehe SE, Rosenman M, Wang J, **Fortenberry JD**. Disparities in chlamydia testing among young women with sexually transmitted infection symptoms. *Sexually Transmitted Diseases,* 37:751-755, 2010. PMID: 20644496

Ott MA, †Rosenberger J, **Fortenberry JD**. Parental permission and perceived research benefits in adolescent STI research. *Journal of Empirical Research in Human Research Ethics* 5:57-64, 2010. PMID: 20569150

Reece M, Herbenick D, Schick V, Sanders S, Dodge B, **Fortenberry JD**. Sexual behaviors, relationships, and perceived health among adult men in the United States: Results from a national probability sample. *Journal of Sexual Medicine,* 7 (suppl 5): 291-304, 2010. PMID:21029386

Herbenick D, Reece M, Schick V, Sanders S, Dodge B, **Fortenberry JD**. Sexual behaviors, relationships, and perceived health among adult women in the United States: Results from a national probability sample. *Journal of Sexual Medicine,* 7 (suppl 5): 277-290, 2010.

Schick V, Herbenick D, Reece M, Sanders S, Dodge B, **Fortenberry JD**. Sexual behaviors, condom use, and sexual health of Americans over 50: implications for sexual health promotion for aging adults. *Journal of Sexual Medicine,* 7 (suppl 5): 315-329, 2010. PMID:21029387

Herbenick D, Reece M, Schick V, Sanders S, Dodge B, **Fortenberry JD**. Sexual behavior in the United States: Results from a national probability sample of males and females ages 14-94. *Journal of Sexual Medicine,* 7 (suppl 5):255-265, 2010.

Sanders S, Schick V, Reece M, Herbenick D, Dodge B, **Fortenberry JD**. Condom use during most recent vaginal intercourse event among a probability sample of adults in the United States. *Journal of Sexual Medicine* 7 (suppl 5): 362-373, 2010. PMID:21029391

Reece M, Herbenick D, Schick V, Sanders S, Dodge B, **Fortenberry JD**. Condom use rates in a national probability sample of males and females aged 14 to 94 in the United States. *Journal of Sexual Medicine* 7 (suppl 5), 266-276, 2010.

Herbenick D, Schick V, Reece M, Sanders S, Dodge B, **Fortenberry JD**. An event-level analysis of the sexual characteristics and composition of adults ages 18 to 59: results from a national probability sample in the United States. *Journal of Sexual Medicine,* 7 (suppl 5): 346-361, 2010. PMID:21029390

Dodge B, Reece M, Herbenick D, Schick V, Sanders S, **Fortenberry JD**. Sexual health among US Black and Hispanic Men and Women: A nationally representative study. *Journal of Sexual Medicine,* 7 (suppl 5): 330-345, 2010. PMID:21029389

**Fortenberry JD**, Schick V, Herbenick D, Sanders S, Dodge B, Reece M. Sexual behaviors and condom use at last vaginal intercourse: a national sample of adolescents ages 14 to 17 years. *Journal of Sexual Medicine,* 7 (suppl 5): 305-314, 2010. PMID:21029387

Van Der Pol B, Williams JA, Taylor S, Tu W, Katz BP, Batteiger BE, **Fortenberry JD**. Chlamydia shedding during the weeks following infection in adolescent women. *Proceedings of the 12th International Symposium on Chlamydial Infections.* Salzburg, Austria. Schachter J, Byrne G, Caldwell H (Eds). p 383-396.

Reece M, Herbenick D, Dodge B, Sanders SA, Ghassemi A, **Fortenberry JD**. Vibrator use among heterosexual men varies by partnership status: Results from a nationally representative study in the United States. *Journal of Sexual & Marital Therapy* 36:389–407, 2010. DOI: 10.1080/0092623X.2010.510774

Nelson DE, Van Der Pol B, Dong Q, Revanna K, Fan B, Esawaran S, Sodergren E, Weinstock GM, Diao L, **Fortenberry JD**. Characteristic male urine microbiomes associated with sexually transmitted infections. *PLoS One* 5(11): e14116. doi:10.1371/journal.pone.0014116. PMID:21124791 PMC2991352

Akers AY, Gold MA, Bost JE, Adimora AA, Orr DP, **Fortenberry JD**. Longitudinal variation in adolescent females' sexual behaviors: The role of personal, perceived peer and family attitudes. *Journal of Adolescent Health* 48:87-93, 2011. PMID:21185529 PMC3052941

†Rosenberger JG, Dodge BM, Van Der Pol BJ, Herbenick DL, **Fortenberry JD**. An exploration of reactions to self-sampling for ano-rectal sexually transmitted infections (STI) among men who have sex with men (MSM). *Archives of Sexual Behavior* 40:281-288, 2011. PMID: 19847636

Carpentier MY, **Fortenberry JD**, Ott MA, Brames MJ, Einhorn LH. Perceptions of masculinity and self-image in adolescent and young adult testicular cancer survivors: Implications for romantic and sexual relationships. *Psycho-Oncology* 20(7):738-45, 2011. PMID:20878864 PMC3360577

Herbenick, D., Reece, M., Schick, V., Jozkowski, K., Middlestadt, S., Sanders, S., Dodge, B., Ghassemi, A., **Fortenberry, JD**. Beliefs about women's vibrator use: results from a nationally representative probability survey in the United States. *Journal of Sex & Marital Therapy* 37:5, 329-345, 2011. PMID:21961442

†McBride KR, Goldsworthy RE, **Fortenberry JD**. Patient and partner perspectives on patient-delivered partner screening: acceptability, benefits, and barriers. *AIDS Patient Care & STDs* 24(10):631-7, 2010. PMID:20863245

Ott MA, Katschke A, Tu W, **Fortenberry JD**. Longitudinal associations among relationship factors, partner change and STI acquisition in adolescent women. *Sexually Transmitted Diseases*. 38: 153-157. DOI: 10.1097/OLQ.0b013e3181f2e292 PMID:20852455

Herbenick D, Reece M, Hensel D, Sanders S, Jozkowski K, **Fortenberry JD**. Association of lubricant use with women's sexual pleasure, sexual satisfaction and genital symptoms: a prospective daily diary study. *Journal of Sexual Medicine* 8(1): 202-212, 2011. PMID:21143591

Hensel DJ, Stupiansky NW, **Fortenberry JD**, Orr DP. Event-level marijuana use, alcohol use and condom use among adolescent women. *Sexually Transmitted Diseases* 38(3):239-43, 2011. PMID:20842071 PMC3753002

Weaver BA, Shew ML, Qadadri B, Tu W, Tong Y, Denski CD, **Fortenberry JD**, Brown DR. Natural history of multiple human papillomavirus infections in adolescent women with prolonged follow-up. *Journal of Adolescent Health* 48:473-480, 2011. PMID:21501806

Hensel DJ, O'Sullivan LO, **Fortenberry JD**. The developmental association of sexual self-concept with sexual behavior among adolescent women. *Journal of Adolescence* 34(4):675-84, 2011. PMID:20970178 PMC3753003

†Roth-Graneros A, Van Der Pol BJ, Zimet GD, Dodge B, **Fortenberry JD**. Future Chlamydia screening preferences of men attending an STD clinic. *Sexual Health* 8(3):419-26, 2011.PMID:21851785

Wiehe SE, Rosenman M, Wang J, Katz BP, **Fortenberry JD**. Chlamydia screening among adolescent and young women: Individual- and provider-level differences in testing. *Pediatrics* 127:e336-e44, 2011. PMID:21262889 PMC3025420

Hensel DJ, **Fortenberry JD**. Adolescent mothers' sexual, contraceptive and emotional relationshp content with the fathers of their children following a first STI diagnosis. *Journal of Adolescent Health* 49:327-329, 2011. PMID:21856528 PMC3752998

Herbenick D, Schick V, Reece M, Sanders S, **Fortenberry JD**. Pubic hair removal among women in the United States: Prevalence, methods, and characteristics. *Journal of Sexual Medicine* 7(10):3322-30, 2010. PMID: 20646183

Stupiansky NW, Van Der Pol B, Williams JA, Weaver B, Taylor SE, **Fortenberry JD**. The natural history of incident gonococcal infection in adolescent women. *Sexually Transmitted*

*Diseases,* 38:750-754, 2011, DOI:10.1097/OLQ.0b013e31820ff9a4. PMID:21317686.

†Terrell LR, Tanner AE, Hensel DJ, Blythe MJ, **Fortenberry JD**. Acceptability of the vaginal contraceptive ring among adolescent women. *Journal of Pediatric & Adolescent Gynecology.* 24(4):204-10, 2011 PMID:21454109

**Fortenberry JD**, Hensel DJ, The association of sexual interest and sexual behaviors among adolescent women: A daily diary perspective, *Hormones & Behavior.* 59:739-744, 2011. doi:10.1016/j.yhbeh.2011.03.003 PMID:21397605 PMC3105208

Weaver BA, Ermel AC, Shew ML, Tu W, Qadadri B, **Fortenberry JD**, Tong Y, Brown DR. Low-level persistence of human papillomavirus 16 DNA detection in a cohort of closely followed adolescent women. *Journal of Medical Virology* 83:1362–1369, 2011. DOI 10.1002/jmv.22116 PMID:21678439

Dong Q, Nelson DE, Toh E, Diao L, Gao X, **Fortenberry JD**, Van Der Pol BJ. The microbial communities in male first catch urine are highly similar to those in paired urethral swab specimens. *PLoS One* 6(5): e19709. doi:10.1371/journal.pone.0019709, 2011. PMID:21603636 PMC3094389

†Robbins CL, Schick V, Reece M, Herbenick D, Sanders SA, Dodge B, **Fortenberry JD**. Prevalence, frequency, and associations of masturbation with partnered sexual behaviors among US adolescents. *Archives of Pediatrics & Adolescent Medicine* 165:1087-1093, 2011. doi:10.1001/archpediatrics.2011.142 PMID:21810625

Hensel DJ, †Newcamp J, †Miles J, **Fortenberry JD**. Picturing sexual spaces in everyday life: Exploring the construction of sexuality and sexual behavior among early adult women: *Sexuality Research and Social Policy* 8:267-281, 2011. DOI 10.1007/s13178-011-0066-x

†Rosenberger JG, Reece M, Schick V, Herbenick D, Novak DS, Van Der Pol B, **Fortenberry JD**. Sexual behaviors and situational characteristics of most recent male partnered sexual event among gay and bisexually identified men in the United States. *Journal of Sexual Medicine* 8:3040-50, 2011. PMID:21883941

†Martinez O, Dodge B, Reece M, Schnarrs PW, Rhodes S, Goncalves G, Muñoz-Laboy M, Malebranche D, Van Der Pol B, Kelle G, **Fortenberry JD**. Sexual health and life experiences: Voices from behaviourally bisexual Latino men in the Midwestern USA. *Culture, Health & Sexuality* 13:1073-89, 2011. PMID:21815839 PMC3158839

Stupiansky NW, Shew ML, Cummings TL, Zimet GD, **Fortenberry JD**. Accuracy of self-reported HPV vaccine receipt among adolescent girls and their mothers. *Journal of Adolescent Health* 50:103-105, 2012. PMID:22188843 PMC3245637

Mullins TL, Zimet GD, Rosenthal SL, Morrow C, Shew M, **Fortenberry JD**, Bernstein DI, Kahn JA. Adolescent perceptions of risk and need for safer sexual behaviors after first human papillomavirus vaccination. *Archives of Pediatrics & Adolescent Medicine* 166(1):82-88, 2012. PMID:22213755 PMC3708455

Dodge B, Van Der Pol B, Reece M, Malebranche D, Martinez O, Goncalves G, Schnarrs P, Nix R, **Fortenberry JD**. Rectal self-sampling in non-clinical venues for detection of sexually transmitted infections among behaviorally bisexual men in the Midwestern United States *Sexual Health* 9:190-1, 2012. PMID:22498165

†LeJeune BC, Zimet GD, Azzouz F, **Fortenberry JD**, Aalsma MC. Dyad religiosity and sexual behaviors of adolescent couples: Evidence for assortive pairing. *Journal of Religion and Health.* 52(3):804-16, 2013. PMID:21735321, DOI 10.1007/s10943-011-9512-6. PMC3250557

Hanna, KM, Weaver TE, Stump T. DiMeglio LA, Miller AR, Crowder SJ, **Fortenberry JD**. Initial Findings: Primary diabetes care responsibility among emerging adults with type 1 diabetes post high school and move out of parental home. *Child Care, Health and Development*, 39, 61-68, 2012. Doi:10.1111/j.1365-2214.2011.01320.x

†Tanner AE, Roof KA, Katz BP, Katschke A, **Fortenberry JD**, Zimet GD. A comparison of young women's actual and assigned timing of a microbicide surrogate. *Sexual Health* 9(4):299-303, 2012. doi: 10.1071/SH11063. PMID:22877587

†Robbins CL, Ott MA, **Fortenberry JD**. Pre-menarchal girls' genital exam experiences. *Journal of Adolescent Health* 51(2):179-83, 2012. doi: 10.1016/j.jadohealth.2011.11.009. PMID:22824449

Herbenick D, **Fortenberry JD**. Exercise-induced orgasm and pleasure among women. *Sexual & Relationship Therapy*, 26:373-388, 2012.

†Rosenberger JG, Reece M, Novak D, Herbenick D, Schick V, Van Der Pol BJ, **Fortenberry JD**. Condom use during most recent anal intercourse event among a US sample of men who have sex with men. *Journal of Sexual Medicine* 9:1037-47, 2012. PMID:22353190

Dodge B, †Schnarrs PW, Reece M, Martinez O, Goncalves G, Malebranche D, Van Der Pol B, Nix R, **Fortenberry JD**. Sexual behaviors and experiences among behaviorally bisexual men in the Midwestern United States. *Archives of Sexual Behavior* 42(2):247-56, 2013. DOI: 10.1007/s10508-011-9878-2 PMID: 22187027.

Dodge B, †Schnarrs PW, Goncalves G, Malebranche D, Martinez O, Reece M, Rhodes SD, Van Der Pol B, Nix R, **Fortenberry JD**. The significance of privacy and trust in providing health-related services to behaviorally bisexual men in the United States. *AIDS Education & Prevention*. 24:242-256, 2012. doi: 10.1521/aeap.2012.24.3.242 PMID:22676463 PMC3375875

Aalsma MC, Carpentier M, Azzouz F, **Fortenberry JD**. Longitudinal effects of health-harming and health-protective behaviors within adolescent romantic dyads. *Social Science & Medicine*. 74(9):1444-51, 2012. PMID:22442832; PMC3405728

Widdice LE, Brown DR, Bernstein DI, Ding L, Patel D, Shew M, **Fortenberry JD**, Kahn JA. Prevalence of human papillomavirus infection in young women prior to administration of the quadrivalent vaccine. *Archives of Pediatrics & Adolescent Medicine* 166:774-776, 2012. PMID:22869412

Griffioen AM, Glynn S, Mullins TK, Zimet GD, Rosenthal SL, **Fortenberry JD**, Kahn JA. Perspectives on decision-making about HPV vaccination among 11-12 year-old girls and their mothers. *Clinical Pediatrics* 51:560-8, 2012. PMID:22589477 PMC3689424

Ott MA, Harezlak J, Ofner S, **Fortenberry JD**. Timing of incident STI relative to sex partner change in young women. *Sexually Transmitted Diseases* 39(10):747-9, 2012. PMID:23001261; PMC3457061

Nelson DE, Van Der Pol BJ, Dong Q, Mi D, Katz BP, Sodergren E, Weinstock G, **Fortenberry JD**. Dynamics of bacterial communities of the coronal sulcus and distal urethra of adolescent males. *PLoS One 7(5): e36298. doi:10.1371/journal.pone.0036298* PMID:22606251 PMC3350528

Dodge B, †Schnarrs PW, Reece M, Martinez O, Goncalves G, Malebranche D, Van Der Pol B, Nix R, **Fortenberry JD**. Individual and social factors related to mental health concerns among bisexual men in the midwestern United States. *Journal of Bisexuality* 12: 223–245, 2012. PMID:22745591 PMC3383005

Dodge B, †Schnarrs PW, Reece M, Martinez O, Goncalves G, Malebranche D, Van Der Pol B, Nix R, **Fortenberry JD**. Subjective sexual experiences of behaviorally bisexual men in the midwestern United States: Sexual attraction, sexual behaviors, and condom use. *Journal of Bisexuality* 12: 246–282, 2012. PMID:22745592 PMC3382978

†Martinez O, Dodge B, Goncalves G, Schnarrs PW, Munoz-Laboy M, Reece M, Malebranche D, Van Der Pol B, Nix R, Kelle A, **Fortenberry JD**. Sexual behaviors and experiences among behaviorally bisexual Latino men in the midwestern United States: Implications for sexual health

interventions. *Journal of Bisexuality* 12: 283–310, 2012. doi: 10.1080/15299716.2012.674865 PMID:22685383 PMC3368508

Hensel DJ, Harezlak J, Craig D, **Fortenberry JD**. The feasibility of cell phone based electronic diaries for STI/HIV research. *BMC Medical Research Methodology* 12:75, 2012. PMID:22691189192. PMC3480871

Cummings T, Zimet GD, Brown D, Tu W, Yang Z, **Fortenberry JD**, Shew ML Reduction of HPV infections through vaccination among at-risk urban adolescents. *Vaccine* 30(37):5496-9, 2012. PMID:22750043 doi.org./10.1016/j.vaccine.2012.06.057 PMC3423324

**Fortenberry JD**, Martinez J, Rudy BJ, Monte D. and Adolescent Trial Network for HIV/AIDS Interventions. Linkage to care for HIV-positive adolescents: A multisite study of the Adolescent Medicine Trials Units of the Adolescent Trials Network. *Journal of Adolescent Health.* 51:551-556, 2012. doi.org/10.1016/j.jadohealth.2012.03.012

Dodge B, †Schnarrs PW, Reece M, Goncalves G, Martinez O, Nix R, Malebranche D, Van Der Pol B, Murray M, **Fortenberry JD**. Community involvement among behaviourally bisexual men in the Midwestern USA: Experiences and perceptions across communities. *Culture, Health & Sexuality.* 14(9):1095-110, 2012. doi: 10.1080/13691058.2012.721136. PMID:22978551

Williams RL, Hensel DJ, **Fortenberry JD**. Self-administration of subcutaneous depot medroxyprogesterone acetate by adolescent women. *Contraception* 88:401-7, 2013. doi: 10.1016/j.contraception.2012.11.019. PMID: 23294549

†Romer A, Shew ML, Ofner S, Gilliam M, **Fortenberry JD**. Depot medroxyprogesterone acetate use is not associated with risk of incident sexually transmitted infections among adolescent women. *Journal of Adolescent Health*, 52(1):83-8, 2013. PMID: 23260839

†Roth AM, **Fortenberry JD**, Van Der Pol B, Rosenberger JG, Dodge BM, Arno JN, et al. Court-based participatory research: Collaborating with the justice system to enhance sexual health services for vulnerable women in the United States. *Sexual Health* 2012;9(5),445-452. PMID:23036783

Hensel DJ, **Fortenberry JD**. A multi-dimensional model of sexual health and sexual and prevention behavior among adolescent women. *Journal of Adolescent Health* 52:219-227, 2013. PMID:23332488 PMC3759971

†Kester LM, Shew ML, Kahn JL, Zimet GD, **Fortenberry JD**. A national study of HPV vaccination of adolescent girls: Rates, predictors, and reasons for non-vaccination. *The Maternal Child Health Journal* 17(5):879-85, 2013.PMID:22729660

Shew ML, Tu W, Weaver BA, Tong Y, **Fortenberry JD**, Brown DR. High frequency of human papillomavirus detection in the vagina before first vaginal intercourse among females enrolled in a longitudinal cohort study. *Journal of Infectious Diseases* 207:1012-1015, 2013. PMID: 23242538

†Roth AM, Van Der Pol B, **Fortenberry JD**, Reece M, Dodge BM, Certo D, Zimet GD. HSV-2 serological testing at a community court: Predictors of test acceptance and seropositivity among female defendants. *International Journal of STD & AIDS* 24:169-174. PMID: 23467289

Stupiansky N, Hanna KM, Slaven J, Weaver MT, **Fortenberry JD**. Impulse control, diabetes-specific self-efficacy, and diabetes management among emerging adults with type 1 diabetes. *Journal of Pediatric Psychology*, 38(3),247-54, 2013.doi:10.1093/jpesy/jss110. PMID 23115219

Hanna KM, Weaver MT, Stump TE, Slaven JE, **Fortenberry JD**, DiMiglio LA. Readiness for living independently among emerging adults with Type 1 diabetes. *Diabetes Educator* 39:92-99, 2013. DOI: 10.1177/0145721712465341.2

Herbenick D, Schick V, Reece M, Sanders SA, Smith N, Dodge B, **Fortenberry JD**. Characteristics of condom and lubricant use among a nationally representative probability

sample of adults ages 18 to 59 in the United States. *Journal of Sexual Medicine* Feb;10(2):474-83, 2013. doi: 10.1111/jsm.12021. PMID:23346924

†Jozkowski KN, Herbenick D, Schick V, Reece M, Sanders SA, **Fortenberry JD**. Women's perceptions about lubricant use and vaginal wetness during sexual activities. *Journal of Sexual Medicine*; 10(2):484-92, 2013. doi: 10.1111/jsm.12022. PMID: 23211029

Herbenick D, Hensel D, †Smith NK, Schick V, Reece M, Sanders SA, **Fortenberry JD**. Pubic hair removal and sexual behavior: Findings from a prospective daily diary study of sexually active women in the United States. *Journal of Sexual Medicine*, 10(3):678-85. doi: 10.1111/jsm.12031. PMID: 23237246

Shew ML, Tu W, **Fortenberry JD**, Ermel AC, Weaver BA, Tong Y, Qadadri B, Brown DR. Association of *Chlamydia trachomatis* infection with redetection of HPV after apparent clearance. *Journal of Infectious Diseases* 208: 1416-1421, 2013. PMID: 23911713

Mullins LKT, Griffoen A, Glynn S. Zimet GD, Rosenthal SL, **Fortenberry JD**, Kahn JA. Human papillomavirus vaccine communication: Perspectives of 11-12 year-old girls, mothers, and clinicians. Vaccine, 31(42):4894-4901.PMID: 23916986

Aalsma MC, †Woodrome S, Downs SM, Hensel DJ, Zimet GD, Orr DP, **Fortenberry JD**. Developmental trajectories of religiosity, sexual conservatism and sexual behavior among female adolescents. *Journal of Adolescence*, 36: 1193-1204, 2013.

Tanner AE, †Philbin M, DuVal A, Kapogiannis W, Ellen JE, **Fortenberry JD**. Linking HIV+ adolescents into care: The effects of relationships between local health departments and adolescent medicine clinics. *Journal of HIV/AIDS & Social Services* 12(3-4):424-436, 2013. DOI:10.1080/15381501.2013.817280

Sanders SA, Herbenick D, Reece M, Schick V, †Mullinax M, Dodge B, **Fortenberry JD**. The development and validation of a brief Quality of Sexual Experience (QSE) Scale: Results from a nationally representative sample of men and women in the United States. *Journal of Sexual Medicine*, 10(10):2409-17, 2013. doi: 10.1111/jsm.12198. PMID: 23679190

Herbenick D, Schick V, Reece M, Sanders S, **Fortenberry JD**. Women's use and perceptions of commercial lubricants: Prevalence and characteristics in a nationally representative sample of US adults. *Journal of Sexual Medicine*, 10(2):484-92, 2013. doi: 10.1111/jsm.12022. PMID:23211029

Wiehe SA, Wilson JS, Kwan M-P, **Fortenberry JD**. Adolescent health risk behavior and community disorder. *PLoS One* 8(11):e77667, 2013. doi: 10.1371/journal.pone.0077667. PMC3835835235.

Herbenick D, Schick V, Reece M, Sanders SA, **Fortenberry JD**. The development and validation of the Male Genital Self Image Scale: Results from a nationally representative probability sample of men in the United States *Journal of Sexual Medicine*) 10(6):1516-25, 2013. PMID: 23551571

†Hubach RD, Dodge B, Goncalves G, Malebranche D, Reece M, Van Der Pol B, †Martinez O, †Schnarrs PW, Nix R, **Fortenberry JD**. Gender matters: Condom use and nonuse among behaviorally bisexual men. *Archives of Sexual Behavior* 43(4):707-17, 2014. PMID: 23912775

Tanner AE, †Philbin M, DuVal A, Ellen JM, Kapogiannis B, **Fortenberry JD**. 'Youth friendly' clinics: Considerations for linking and engaging HIV-infected adolescents into care. *AIDS Care* 26(2):199-205, 2014. PMID: 23782040

Philbin M, Tanner AE, DuVal A, Ellen JM, Kapogiannis B, **Fortenberry JD**. Linking HIV-†positive adolescents to care in 15 different clinics across the United States: Creating solutions to address structural barriers for linkage to care. *AIDS Care*. 26(1):12-9, 2014. PMID: 23777542

Reece M, Herbenick D, Schick V, Sanders SA, **Fortenberry JD**. Men's use and perceptions of commercial lubricants: prevalence and characteristics in a nationally representative sample of American adults. *Journal of Sexual Medicine* 11(5):1125-35, 2014.

Alexander SC, **Fortenberry JD**, Pollack KI, Bravender T, Davis JK, Østbye T, Tulskey JA, Dolor RJ, Shields C. Sexuality talk during adolescent health maintenance visits. *JAMA Pediatrics* 168(2):163-9, 2014. PMID: 24378601.

Herbenick D, Schick V, Reece M, Sanders S, **Fortenberry JD**. Women's use and perceptions of commercial lubricants: Prevalence and characteristics in a nationally representative sample of US adults. *Journal of Sexual Medicine* 11(3):642-52, 2014.

Ma L, Mancuso M, Williams J, Van Der Pol B, Fortenberry D, Qiuyao J, Myers L, Martin D. Extensive variation and rapid shift of the MG192 sequence in *Mycoplasma genitalium* strains from patients with chronic infection. *Infection & Immunity* 82(3):1326-34, 2014.

Williams JA, Ofner S, Batteiger BE, **Fortenberry JD**, Van Der Pol B. Duration of PCR Detectable DNA after treatment of *Chlamydia trachomatis*, *Neisseria gonorrhoeae*, and *Trichomonas vaginalis* Infections in women. *Sexually Transmitted Diseases* 41(3):215-9, 2014.

†Anderson TA, Schick V, Herbenick D, Dodge B, **Fortenberry JD**. Human Papillomavirus on Vaginally Inserted Sex Toys Before and After Cleaning among Women who have Sex with Women and Men. *Sexually Transmitted Infections* 90:7 529-531, 2014.

Hensel DJ, **Fortenberry JD**. Adolescent Women's Relationship-Based Sexual Health and STI-Associated Behaviors. *Health Education Monographs* 31:7-14, 2014.

Batteiger BE, Wan R, Williams JA, He L, Ma A, **Fortenberry JD**, Dean D. Novel *Chlamydia trachomatis* strains in heterosexual sex partners, Indianapolis, Indiana, USA. *Emerging Infectious Diseases* 20:1836-1842, 2014.

Hanna KM, Weaver MT, Slaven JE, **Fortenberry JD**, DiMeglio LA. Diabetes-related Quality of Life and the Demands and Burdens of Diabetes Care among Emerging Adults with Type 1 Diabetes in the Year after High School Graduation. *Research in Nursing & Health* 37(5):399-408, 2014.

†Best, CA, Hensel DJ, **Fortenberry JD**. In the Context of Concurrency and Monogamy: Ideal Partner Matching in Predicting Coital Behaviors among African American Adolescents. *Journal of Black Sexuality & Relationships* 1:15-32, 2014.

†Mark KP, Herbenick DL, **Fortenberry JD**, Sanders S, Reece M. The Object of Sexual Desire: Examining the "What" in "What Do You Desire? *Journal of Sexual Medicine* 11:2709–2719, 2014.

Ellen JM, Kapogiannis B, **Fortenberry JD**, Xu J, Willard N, Duval A, Pace J, Loeb J, Monte D, Bethel J and the Adolescent Medicine Trials Network for HIV/AIDS Interventions. HIV Viral Load Levels and CD4 Cell Counts of Youth in Fourteen U.S. Cities. *AIDS*. 28(8):1213-9, 2014. PMID: 25028912

Higgins JA, Smith NK, Sanders SA, Schick V, Herbenick DL, Dodge B, Reese M, **Fortenberry JD**. Dual Method Use at Last Sexual Encounter: A Nationally Representative, Episode-Level Analysis of US Men and Women. *Contraception* 90(4):399-406, 2014. PMID: 25023473. PMCID: PMC4155004.

Dodge B, Schick V, Herbenick D, Reece M, Sanders SA, **Fortenberry JD**. Frequency, Reasons for, and Perceptions of Lubricant Use among a Nationally Representative Sample of Self-Identified Gay and Bisexual Men in the United States. *Journal of Sexual Medicine,* 11(10):2396-405, 2014. PMID: 25088090

†Philbin MM, Tanner AE, DuVal A, Ellen JM, Xu J, Kapogiannis B, Bethel J, **Fortenberry JD**, and The Adolescent Trials Network for HIV/AIDS Interventions. Factors affecting linkage to

care and engagement in care for newly diagnosed HIV-positive adolescents within fifteen adolescent medicine clinics in the United States. *AIDS & Behavior.* 18(8):1501-10, 2014. PMID: 24682848.

Hanna K, Weaver MT, Stump TE, **Fortenberry JD**, DiMeglio LA. The Relationship of Worry about Hypoglycemia with Diabetes-specific and Typical-youth Behavior among Emerging Adults with Type 1 Diabetes. *The Diabetes Educa2tor.* 40(4):533-542, 2014. PMID: 24676275

†Mark KP, Herbenick D, **Fortenberry JD**, Sanders S, Reece M. A psychometric comparison of three scales and a single-item measure to assess sexual satisfaction. *Journal of Sex Research.* 51(2):159-69, 2014. PMID: 24112135.

Ermel AC, Shew ML, Weaver BA, Qadadri B, Denski C, Tu W, Tong Y, **Fortenberry JD**, Brown DR. DNA detection and seroprevalence of human papillomavirus in a cohort of adolescent women. *Sexually Transmitted Infections.* 90(1):014. PMID: 24031030.

†Roth AM, Hensel DJ, **Fortenberry JD**, Garfein RS, Gunn JKL, Wiehe SE. Feasibility and acceptability of electronic cell phone diaries to measure HIV risk behavior among female sex workers. *AIDS & Behavior.* 18(12):2314-24, 2014. PMID: 24643312.

†Roth AM, Van Der Pol B, **Fortenberry JD**, Reece M, Dodge BM, Certo D, Zimet GD. The Impact of Brief Messages on HSV-2 Screening Uptake Among Female Defendants in a Court Setting: A Randomized Controlled Trial Utilizing Prospect Theory. *Journal of Health Communication* 20(2):230-6, 2015.

†Best CA, Tanner AE, Hensel DJ, **Fortenberry JD**, Zimet GD. Contraceptive microbicide preferences, contraceptive behaviors and sexual relationships among young women. *Perspectives on Sexual and Reproductive Health* 46(1):15-22, 20714. PMID: 24325312

Herbenick DL, Schick V, Sanders S, Reece M, **Fortenberry JD**. Pain Experienced During Vaginal And Anal Intercourse with Other-Sex Partners: Findings From A Nationally Representative Probability Study In The United States. *Journal of Sexual Medicine* 12(4):1040-51, 2015.

†Baldwin A, Dodge B, Schick V, Hubach RD, Bowling J, Malebranche D, Goncalves G., †Schnarrs PW, Reece M, **Fortenberry JD**. Sexual self-identification among behaviorally bisexual men in the Midwestern United States. *Archives of Sexual Behavior,* 44(7):2015-26, 2015. PMID: 25344028

Alexander SC, **Fortenberry JD**, Pollak KI, Bravender T, Ostbye T. Shields CG. Physicians' use of inclusive language during teenage annual visits. *LGBT Health,* 1(4):283-91, 2015.

Alexander SC, **Fortenberry JD**, Pollak KI, Ostbye T, Bravender T, Tulsky JA, Dolor R, Shields CG. Disclosures of sexual intercourse by teenagers: Agreement between telephone survey responses and annual visit disclosures. *Clinical Pediatrics,* 54(6):529-33, 2015.

Wiehe SE, Aalsma MC, Rosenman MB, Scanlon ML, Barai N, **Fortenberry JD**. Test Positivity for Chlamydia, Gonorrhea and Syphilis Infection Among a Cohort of Individuals Released from Jail in Marion County, Indiana. *Sexually Transmitted Diseases* 42(1):30-6, 2015.

Arrington-Sanders R, Morgan A, Ogunbatu A, **Fortenberry JD**, Harper G, Trent M. The Role of Sexually Explicit Material (SEM) in the Sexual Development of Black Young Same-Sex Attracted Men. *Archives of Sexual Behavior* 44(3):597-608, 2015.

Hensel DJ, Hummer T, Arcurio L, James T, **Fortenberry JD**. Feasibility of Functional Neuroimaging to Understand Adolescent Women's Sexual Decision Making. *Journal of Adolescent Health* 56(4):389-95, 2015.

Schick V, Van Der Pol B, Dodge B, †Baldwin A, **Fortenberry JD**. A Mixed Methods Approach to Assess the Likelihood of Testing for STI using Self-Collected Samples among Behaviorally Bisexual Women. *Sexually Transmitted Infections* 91(5):329-33, 2015.

Hensel DJ, Herbenick D, Dodge BM, Reece M, Sanders S, **Fortenberry JD**. Lifetime Lubricant Use among a Nationally Representative Sample of Lesbian- and Bisexual-Identified Women in the United States *Journal of Sexual Medicine*, 12(5):1257-66, 2015. PMID: 25974238

†Hickey RJ, Zhou X, Settles ML, Erb J, Malone K, Hansmann MA, Shew ML, Van Der Pol B, **Fortenberry JD**, Forney LJ. Vaginal microbiota of adolescent girls prior to the onset of menarche resemble those of reproductive-age women. *mBio* 6(2):e00097-15. doi:10.1128/mBio.00097-15, 2015. PMCID: PMC4453513.

Blake DR, Lemay CA, Maranda LS, **Fortenberry JD**, Kearney MH, Mazor, KM. Development and evaluation of a web-based assent for adolescents considering an HIV vaccine trial. *AIDS Care* 27(8):1005-13, 2015. PMID: 25803694

Reynolds GL, Fisher DG, Lawrenceau J-P, **Fortenberry JD**. Anal sex, drug use, and HIV risk by cell-telephone diaries. *AIDS & Behavior*, 19(12):2325-32, 2015. PMID: 25835461

Gilbert AL, Knopf AS, **Fortenberry JD**, Hosek SG, Kapogiannis BG, Zimet GD. Adolescent Self-Consent for Biomedical HIV Prevention Research. *Journal of Adolescent Health*, 57:113-119, 2015. PMID: 26095412

Wiehe SE, Rosenman MB, Aalsma MC, Scanlon ML, **Fortenberry JD**. Epidemiology of sexually transmitted infections among offenders following arrest or incarceration. *American Journal of Public Health,* 105(12):e26-32, 2015. PMID: 26469659.

Schick V, Herbenick D, Dodge B, Hensel DJ, Sanders S, **Fortenberry JD**. Lesbian- and Bisexually-Identified Women's Use of Lubricant during their Most Recent Sexual Event with a Female Partner: Findings from a Nationally Representative Study in the United States. *LGBT Health* 2(2):169-75, PMID: 26790124.

Schick V, †Baldwin A, Dodge BM, Van Der Pol B, **Fortenberry JD**. Sexual behaviors, sex toy, and sexual safety methods reported by women who have sex with women and men. *Sexual Health* 2015;12(4):287-99. PMID: 26028062

Dodge B, Hubach R, Schick V, Herbenick DL, Sanders SA, Reece M, **Fortenberry JD**. Lubricant use at last sexual encounter with a male partner: findings from a nationally-representative sample of gay and bisexual men in the United States. *Sexual Health* 2015;12(4):300-7. PMID: 26004624

†Gupta NR, Fisher CN, Schober D, Gilson GN, Chandak AN, Kneip AD, Baldwin K, Goldsworthy R, **Fortenberry JD**. Discovering Sexual Health Conversations between Adolescents and Youth Development Professionals. *American Journal of Sexuality Education*, 10(1): 21-39, 2015.

†McCarthy MA, Fisher CN, Schober D, Pelster AK, Goldsworthy R, Baldwin K, **Fortenberry JD**. A qualitative exploration of community-based organizations' programs, resources, and training to promote adolescent sexual health. *American Journal of Sexuality Education*. 10(4):316-332, 2015

Boyer CB, Walker BC, Chutuape KS, Roy J, **Fortenberry JD**. Creating Systems Change to Support Goals for HIV Continuum of Care: The Role of Community Coalitions to Reduce Structural Barriers for Adolescents and Young Adults. *Journal of HIV/AIDS & Social Services*, 15:2, 158-179, 2016

†He F, Hensel DJ, Harezlak J, **Fortenberry JD**. Condom use as a function of number of coital events in new relationships. *Sexually Transmitted Diseases*, 43(2):67-70, 2016. PMID: 26766522 PMCID: PMC4714773

Alexander SC, Christ SL, **Fortenberry JD**, Pollak KI, Østbye T, Bravender T, Shields CG. Identifying types of sexuality conversations in physician-adolescent conversations: Latent class analysis. *Sexual Health* 2016 Feb;13(1):22-8. PMID: 26370470

Schick V, †Baldwin AM, Bay-Cheng L, Dodge BM, Van Der Pol B, **Fortenberry JD**. 'First, I... Then, we...': Why the Sequence of Sexual Acts and Safety Strategies reported during a Single Sexual Encounter Matters. *Sexually Transmitted Infections* 2016 Jun;92(4):272-5. PMID: 26359427

Hensel DJ, Tanner AE, Sherrow A, **Fortenberry JD**. A Longitudinal Daily Diary Analysis of Condom Use during Bleeding-Associated Vaginal Sex among Adolescent Females. *Sexually Transmitted Infections* 2016 Aug;92(5):337-9. PMID: 26438348

†Roth AM, Wagner K, Rosenberger J, Wiehe SE, **Fortenberry JD**. Love moderates relationships of partner type and condom use among women engaging in transactional sex. *Sexual Health* 2016 13(2):170-6. PMID: 26615499.

Arrington-Sanders R, Rosenberger JG, **Fortenberry JD**. Factors Associated with Emotional Satisfaction During First Anal Intercourse in a Sample of YMSM. *Journal of Homosexuality* 2016 Jul;63(7):968-84. PMID: 26571213

Dodge BM, Herbenick DL, Fu J, Schick V, Reece M, Sanders SA, **Fortenberry JD**. Sexual behaviors of US men by self-identified sexual orientation: Results from the 2012 National Survey of Sexual Health and Behavior. *Journal of Sexual Medicine*;13:637-649, 2016.

†Jawed-Wessel S, Herbenick D, Schick V, **Fortenberry JD**, Catelona G, Reece M. Development and Validation of the Maternal and Partner Sex during Pregnancy Scales. *Journal of Sexual & Marital Therapy* 42:681-701, 2016. PMID: 26684371

Philbin MM, Tanner AE, DuVal A, Xu, JH, Ellen JM, Bethel J, Kapogiannis B, **Fortenberry JD**. HIV testing, care referral and linkage to care intervals affect time to engagement in care for newly diagnosed HIV-infected adolescents in fifteen adolescent medicine clinics in the United States. *Journal of Acquired Immunodeficiency Syndromes* 2016; 72(2):222-9. PMID: 26885804

†Mullinax, M., Sanders, S., Higgins, J., Dennis, B., Reece, M., Fortenberry, JD. Establishment of safety paradigms and trust in emerging adult relationships. *Culture, Health & Sexuality* 2016 Aug;18(8):890-904. PMID: 26943023

Tanner AE, Philbin MM, DuVal A, Ellen J, Kapogiannis B, **Fortenberry JD**. Transitioning adolescents with HIV to adult care: Lessons learned from twelve adolescent medicine clinics. *Journal of Pediatric Nursing*, 31(5): 537–543, 2016. PMCID: PMC5026881

†Fuzzell LN, Fedesco HN, Chang-Alexander SC, **Fortenberry JD**, Shields CG. I just think that doctors need to ask more questions: Sexual minority and majority adolescents' experiences talking about sexuality with healthcare providers. *Patient Education & Counseling* 2016 Sep;99(9):1467-72. PMID: 27345252

Hensel DJ, Selby S, Tanner AE, **Fortenberry JD**. A daily diary analysis of condom slippage or breakage during vaginal or anal sex among adolescent women. *Sexually Transmitted Diseases*, 43:531-593, 2016. PMID: 27513377.

Hensel DJ, †Nance J, **Fortenberry JD**. The association between sexual health and physical, mental, and social health in adolescent women. *J Adolesc Health*. 2016 59:416-421. PMID: 27491340.

Ketterer MR, Rice PA, Kiel S, Byerly L, Galati S, **Fortenberry JD**, Soper DE, Apicella MA. Desialylation of *Neisseria gonorrhoeae* lipooligosaccharide by cervicovaginal microbiome sialidases: The potential for enhancing infectivity in men *Journal of Infectious Diseases* 2016. 214:1621-1628. PMID: 27471322

Arrington-Sanders R, Morgan A, Trent M, **Fortenberry JD**. Context of first same-sex condom use and non-use among young Black gay & bisexual males. *Journal of Research on Adolescence* 26(4):1009-1021, 2016. PMID: 28453196

Woods JL, Hensel DJ, **Fortenberry JD**. More like him, me, or us: the impact of trait similarity on adolescent women's sexual risk behaviors in relationships. *Int J Adolesc Med Health*. 2016 Aug 17. pii: /j/ijamh.ahead-of-print/ijamh-2016-0078/ijamh-2016-0078.xml. doi: 10.1515/ijamh-2016-0078. PMID: 27639269

Guerra-Reyes L, Dodge B, Schick V, Herbenick D, Sanders SA, Reese M, **Fortenberry JD**. Sexual health and language dominance among Hispanic/Latino women and men: Analysis of a nationally representative sample. *Journal of Immigrant and Minority Health* 19(5):1059-1072, 2017. doi: 10.1007/s10903-016-0446-7.PMID: 27351894

†Baldwin AM, Schick V, Herbenick D, Sanders SA, **Fortenberry JD**. Variation in sexual identification among behaviorally bisexual women in the Midwestern United States: Challenging the established methods for collecting data on sexual identity and orientation. *Archives of Sexual Behavior* 46(5):1337-1348, 2017. PMID: 27488307

Knopf AS, Gilbert AL, Zimet GD, Hosek SG, Kapogiannis B, **Fortenberry JD**, Ott MA. Moral conflict over competing duties in the initiation of a biomedical HIV prevention trial with minor adolescents. *American Journal of Bioethics – Empirical Bioethics* 8(3):145-152, 2017. doi: 10.1080/23294515.2016.1251506. PMID: 28949893

†Chaterji S, Schick V, Baldwin AM, Bay-Cheng L, Dodge BM, Van Der Pol B, **Fortenberry JD**. The year's best: Interpersonal elements of bisexual women's most satisfying sexual experiences in the past year. *Journal of Sex Research* Aug 5:1-12, 2017. PMID: 27494034.

Arrington-Sanders R, Morgan A, Oidtman J, Dao A, Moon M, **Fortenberry JD**, Ott MA. Sexual health research with young black men who have sex with men: Experiences of benefits and harms. *Archives of Sexual Behavior* 46(4):937-946, 2017. doi: 10.1007/s10508-016-0715-5. PMID: 27043836

†Mullinax M, Sanders S, Dennis B, Higgins J, **Fortenberry JD**, Reese M. How condom discontinuation occurs: Interviews with emerging adult women. *Journal of Sex Research* 54(4-5):642-650, 2017. PMID: 26983682. PMCID: PMC5026563

Hensel DJ, †He F, Jaroslaw J, **Fortenberry JD**. A daily diary study of adult men and women's event-level sexual motivations and sexual behavior. *Sexual Health* 14(2):147-154, 2017. doi: 10.1071/SH16109. PMID: 27883310

Miller RL, **Fortenberry JD**, Chiaramonte D, Lindeman P, Boyer CB, Chutuape K, Cooper-Walker B and the Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN). Evaluating the performance of HIV-testing strategies for identifying HIV-infected youth and linking high-risk HIV-negative youth to biomedical and other prevention services. *JAMA Pediatrics*. 171(6):532-537, 2017. PMID: 28418524

†Baldwin AL, Dodge BM, Schick V, Sanders SA, **Fortenberry JD**. Sexual minority women's satisfaction with healthcare providers and state-level structural support: Investigating the impact of LGBT non-discrimination legislation. *Women's Health Issues* 27(3):271-278, 2017. PMID: 28233635

†Baldwin AL, Dodge BM, Schick V, Herbenick DL, Sanders SA, Dhoot RS, **Fortenberry JD**. Sexual health and identity-related interactions between sexual minority women and their healthcare providers. *Culture, Health, and Sexuality* 20:1-16, 2017. PMID: 28318398

†Fuzzell LN, **Fortenberry JD**, Chang-Alexander S, Shields CG. Physicians talking about sex, sexuality, and protection with adolescents. *Journal of Adolescent Health* 61:6-23, 2017. PMID: 28391967

**Fortenberry JD**, Koenig L, Kapogiannis BG, Jeffries CL, Ellen JE, Wilson CA. Implementation of an integrated approach to the National HIV/AIDS Strategy for improving HIV care for youth. *JAMA Pediatrics* 171(7):687-693, 2017. PMID: 28531268

Philbin MM, Tanner AE, **Fortenberry JD**. Understanding care linkage and engagement across 15 adolescent clinics: Provider perspectives and implications for newly HIV-infected youth. *AIDS Education & Prevention;* 29(2):93-103, 2017. PMID: 28467164

Tanner AE, Philbin MM, Ma M, Chambers B, Nichols S, **Fortenberry JD**. Adolescent to adult HIV health care transition from the perspective of adult providers across 14 cities in the United States. *Journal of Adolescent Health* 61(4):434-439, 2017. doi: 10.1016/j.jadohealth.2017.05.011. PMID: 28754584

Philbin MM, Tanner AE, Chambers BD, Ma A, Ware S, Lee S, **Fortenberry JD**. Transitioning HIV-positive adolescents to adult care at 14 clinics across the United States: Using adolescent and adult providers¹ insights to create multi-level solutions to address transition barriers. *AIDS Care* 9:1-8, 2017. PMID: 28599596

Knopf A, Ott MA, **Fortenberry JD**, et al. Minors' and young adults' experiences of the research consent process in a Phase II safety study of pre-exposure prophylaxis for HIV. *Journal of Adolescent Health* 61(6):747-754, 2017. doi: 10.1016/j.jadohealth.2017.06.013. PMID: 28967541

Philbin MM, Tanner AE, Ma A, Chambers B, Ware S, Kinnard E, Hussen S, Lee S, **Fortenberry JD**. Adolescent and adult HIV providers' definitions of HIV-infected youths' successful transition to adult care in the United States. *AIDS Patient Care and STDs.* 2017; 31(10):421-427.

Lally MA, †van den Berg JJ, Westfall AO, Rudy BJ, Hosek SG, **Fortenberry JD**, Monte D, Tanney MR, McFarland EJ, Xu J, Kapogiannis BG, Wilson CM and The Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN). HIV continuum of care for youth in the United States. *Journal of Acquired Immunodeficiency Syndromes* 77(1):110-117, 2107. PMID: 28991884.

Peterson ZD, Jansen E, Goodrich DC, **Fortenberry JD**, Hensel DJ, Heiman JR. Child sexual abuse and negative affect as shared risk factors for sexual aggression and sexual HIV risk behavior in heterosexual men. *Archives of Sexual Behavior* 47(2): pp 465–480, 2018.

Doll M, Roseland D, McAuliff K, Boyer Cherrie, **Fortenberry JD**. Linking HIV negative youth to prevention services in 12 US Cities: Barriers and facilitators to implementing the HIV prevention continuum. *Journal of Adolescent Health.* 62: 424–433, 2018.

Tanner AE, Philbin MM, Chambers BD, Ma A, Hussen S, Lee S, **Fortenberry JD**. Healthcare transition for youth living with HIV: Outcomes from a prospective multi-site study. *Journal of Adolescent Health* 63:157–165, 2018. PMID: 29887488

Philbin MM, Kinnard EN, Tanner AE, Ware S, Chambers BD, Ma A, **Fortenberry JD**. The association between incarceration and transactional sex among HIV-infected young men who have sex with men in the United States. *Journal of Urban Health* 95:576–583, 2018. DOI: 10.1007/s11524-018-0247-5 PMID: 29633227

Herbenick D, †Beavers K, †Barnhart K, **Fortenberry JD**. Orgasm range and variability in humans: A content analysis. *International Journal of Sexual Health* 30 (2):195–209 https://doi.org/10.1080/19317611.2018.1491920.

Matson PA, **Fortenberry JD**, Gaydos C, Chung S, Ellen JM. Weekly variation in feelings of trust predict incident STI within a prospective cohort of adolescent females from a U.S. city. *Sexually Transmitted Infections* 94 (8) 594-597; 2018 DOI: 10.1136/sextrans-2017-053431 PMID: 29574464

†Baldwin A, Light B, Schick V, Herbenick D, †Schnarrs P, Dodge B, **Fortenberry JD**. Transgender and genderqueer experiences with health care providers: What's working, what's not, and where do we go from here. *Journal of Healthcare for the Poor and Underserved* 29(4):1300-1318, 2018. PMID: 30449748

Tanner AE, †Chambers BD, Philbin MM, Ware S, Eluka N, Ma A, Kinnard EN, Fortenberry, JD. The intersection between women's reproductive desires and HIV care providers' reproductive health practices: a mixed methods analysis. *Maternal and Child Health Journal* 22: 1233, 2018 PMID: 30008042

Hensel DJ, †Bales CL, †Taylor JF, **Fortenberry JD**. Leveraging a relationship-based sexual health framework for sexual risk prevention in adolescent men in the United States. *Sexual Health*. 2018;15(3):238-245. doi:10.1071/SH17097

Herbenick D, Fu J, Dodge B, **Fortenberry JD**. The alcohol contexts of consent, wanted sex, sexual pleasure, and sexual assault: Results from a probability survey of undergraduate students. *Journal of American College Health* 67:2, 144-152, 2019. DOI: 10.1080/07448481.2018.1462827 PMID: 29652650

Guerra-Reyes L, Fu J, Herbenick D, Williams D, Dodge BM, Reese M, **Fortenberry JD**. Knowledge of zika and perception of risk among sexually active US adults: Results from a nationally representative sample. *Revista Panamericana de Salud Pública/Pan American Journal of Public Health* 30;42:e43; PMID: 31093071

†Bowling J, Dodge B, †Bartelt E, Simmons M, **Fortenberry JD**. Paths to parenthood among self-identified bisexual individuals in the United States. *Archives of Sexual Behavior* 48 (1): 277–289, 2019. DOI 10.1007/s10508-017-1090-6. PMID: 29313191

Herbenick D, Fu TC, Owens C, Bartelt E, Dodge B, Reece M, **Fortenberry JD**. Kissing, cuddling, and massage at most recent sexual event: findings from a U.S. nationally representative probability sample. *Journal of Sex & Marital Therapy* 45(2):159-172. doi: 10.1080/0092623X.2018.1494648. PMID: 30040548

Wiehe SE, Rosenman ME, Chartash D, Nelson TL, †Magee LA, **Fortenberry JD**, Aalsma MC. A solutions-based approach to building data sharing partnerships. *eGEMS 6(1*august):20, 2018. doi: 10.5334/egems.236 PMID: 30155508

Fu J, Herbenick DL, Dodge BM, Owens CR, Sanders SA, Reece M, **Fortenberry JD**. Relationships Among Sexual Identity, Sexual Behavior, and Sexual Attraction: Results from a Nationally Representative Probability Sample of Adults in the United States. *Archives of Sexual Behavior* 48(5july):1483-1493, 2019. PMID: 30523472

†Baldwin A, Schick V, Smith N, Dodge BM, Uriarte J, **Fortenberry JD**. Factors Associated with Contraceptive Use in Women Who Have Sex with Women and Men: An Exploratory Analysis. *Journal of Bisexuality* 19:1, 67-82, 2019.

†Nunn KL, Ridenhour BJ, **Fortenberry JD**, Chester EM, Vitzthum VJ, Forney LJ. Salivary estradiol and psychosocial stress are not correlated with vaginal community composition in healthy, Black adolescent women. *Journal of Adolescent Health*, 65(1)july:130-138, 2019. PMID: 30879880

Batteiger TA, Batteiger BE, Toh E, Dodge B, Fortenberry L, **Fortenberry JD**, Nelson DE. Detection of rectal *Chlamydia trachomatis* in heterosexual men who report cunnilingus. *Sexually Transmitted Diseases* 46(7july):440-445 PMID: 31194715

†Baldwin A, Herbenick D, Schick V, Dodge BM, Jackson C, **Fortenberry JD**. Sexual Satisfaction in Monogamous, Non-Monogamous, and Unpartnered Sexual Minority Women in the US. *Journal of Bisexuality* 19:103-119, 2019,

Beckmeyer J, Herbenick D, Dodge BM, Fu J, **Fortenberry JD**, Reese M. Characteristics of Adolescent Sexting: 14, 2019. PMID: 31050609

Miller RL, Chiaramonte D, Strzyzykowski T, Sharma D, Anderson-Carpenter KD, **Fortenberry JD** and the Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN). Improving

timely linkage to care among newly diagnosed HIV-infected youth: Results of SMILE. *Journal of Urban Health,* 96(6):845-855, 2019. PMID:.31677014

†Baldwin A, Fu J, Reece M, Herbenick DL, Dodge BM, Schick V, **Fortenberry JD**, Sanders SA. Condom Use Completeness, Perceptions, and Sexual Quality at Most Recent Sexual Event: Results from a U.S. Nationally Representative Probability Sample *International Journal of Sexual Health* 31:4, 414-425, 2019. DOI: 10.1080/19317611.2019.1670316

†Brandon-Friedman R, Wahler B, Pierce BJ, Thigpen J, **Fortenberry JD**. The Impact of Sociosexualization and Sexual Identity Formation on the Sexual Well-being of Youth Formerly in the Foster Care System. *J Adolesc Health* 66:439 – 446, 2019. PMID: 31964609

†Brandon-Friedman R, **Fortenberry JD**. The Impact of Adverse Childhood Experiences on Sexual Well-being Among Youth Formerly in the Foster Care System. *Child Welfare* 97(6), 165–186, 2019.

Beckmeyer JJ, Fu J, Dodge BM, Herbenick D, **Fortenberry JD**. Prevalence of romantic experiences and competencies among 14 to 17 year-olds: Implications for the primary care setting. *Clinical Pediatrics* 2020 Feb;59(2):116-126. doi: 10.1177/0009922819885659. Epub 2019 Nov 5. PMID: 31690094

Knopf A, Ott MA, Draucker CB, **Fortenberry JD**, Reirden DH, Sanders RA, Schneider J, Straub D, Baker R, Bakoyannis G, Zimet GD. Innovative Approaches to Minor Consent for Biomedical HIV Prevention Trials: Consent 2.0 Protocol. *JMIR Res Protoc.* 2020 Mar 30;9(3):e16509. doi: 10.2196/16509. PMID: 322244939

Catania JA, Dolcini MM, Harper G, Fortenberry D, Singh RR, Jamil O, Young AW, Pollack LL, Orellana ER. Oral HIV Self-Implemented Testing: Performance Fidelity Among African American MSM. *AIDS Behav* 24(2):395-403, 2020. doi: 10.1007/s10461-019-02711-5.

Ludema C, Wilson CM, Michelle A. Lally MA, Jacob J. van den Berg JJ, **Fortenberry JD**. Prior incarceration associated with missed HIV care visits among young people living with HIV in the US. *AIDS Care* Jan 7:1-5, 2020. doi: 10.1080/09540121.2019.1710448. PMID: 31910666

†van den Berg JJ, Gamarel K E, Westfall AO, **Fortenberry JD**, Hosek SG, Wilson CM, & Lally MA. Transmission risk among youth living with HIV in the United States. *Journal of Adolescent Health* 67(1):61-68, 2020. doi: 10.1016/j.jadohealth.2020.01.008. Epub 2020 Mar 10. PMID: 32169529

Kapogiannis BG, Koenig LJ, Xu J, Mayer KH, Loeb J, Greenberg L, Monte D, Banks-Shields M, **Fortenberry JD**. and the Adolescent Medicine Trials Network for HIV/AIDS Interventions. The HIV Continuum of Care for Adolescents and Young Adults Attending 13 Urban US HIV Care Centers of the NICHD-ATN-CDC-HRSA SMILE Collaborative. *Journal of AIDS* 1;84(1):92-100, 2020. doi: 10.1097/QAI.0000000000002308. PMID: 32267659

†Watson Simpson KS, Thompson A, **Fortenberry JD**, O'Sullivan LS. First, Best, Forbidden and Worst: Memorable Experiences of Intimate Kisses among Heterosexual and Sexual Minority U.S. Adults. *Journal of Relationships Research* 11:e11 https://doi.org/10.1017/jrr.2020.7, 2020.

Matson PA, **Fortenberry JD**, Hassmiller Lich K, Chung SE, Ellen JE    The impact of acute relationship stressors on trust and pro-relationship behavior within adolescent romantic relationships: A systems approach. *Journal of Adolescent Health* 2020 Aug 11:S1054-139X(20)30397-9.

†Brandon-Friedman, R. A., Pierce, B., Wahler, E., Thigpen, J., Fortenberry JD. (2020). Sexual identity development and sexual well-being: Differences between sexual minority and non-sexual minority former foster youth. *Children and Youth Services Review* 117:105294, 2020

†Chen Chen X; Carpenter Janet S; Ofner Susan; LaPradd Michelle; **Fortenberry JD**. Dysmenorrhea Symptom-based Phenotypes: A Replication and Extension Study. *Nursing*

*Research.* Jan/Feb;70(1):24-33, 2021. doi: 10.1097/NNR.0000000000000477. PMID: 32956256; PMCID: PMC7736149.

Chen, CX, Carpenter J, LaPradd M, Ofner S, **Fortenberry JD**. Perceived ineffectiveness of dysmenorrhea pharmacologic treatments. *Journal of Women's Health* doi: 10.1089/jwh.2020.8581. Online ahead of print.

Sequeira GM, Kidd KM, Coulter RWS, Miller E, **Fortenberry D**, Garofalo R, Richardson LP, Ray KN. Transgender Youths' Perspectives on Telehealth for Delivery of Gender-Affirming Care. *Journal of Adolescent Health.* 68:1207-1210, 2021 Published :September 23, 2020 https://doi.org/10.1016/j.jadohealth.2020.08.028

Magee LA, **Fortenberry JD**, Tu W, Wiehe SE. Neighborhood variation in unsolved homicides: A retrospective cohort study in Indianapolis, Indiana, 2007 – 2017. *Injury Epidemiology* 2020 Dec 1;7(1):61. doi: 10.1186/s40621-020-00287-6.

Rothman EF, Beckmeyer JJ, Herbenick D, Fu T-C, Dodge B, **Fortenberry JD**. The prevalence of using pornography for information about how to have sex: Findings from a nationally representative survey of U.S. adolescents and young adults. *Arch Sex Behavior* 50: 629–646(2021) https://doi.org/10.1007/s10508-020-01877-7

Chen CX, Carpenter JS, Murphy T, Brooks PW, **Fortenberry JD**. Engaging Adolescent and Young Adults in Microbiome Sample Self-Collection: Strategies for Success. *Biological Research in Nursing,* 2021. https://doi.org/10.1177/1099800420979606

Magee LA, **Fortenberry JD**, Rosenman M, Aalsma MC, Gharbi S, Wiehe SE. Two-year Prevalence Rates of Mental Health and Substance Use Disorder Diagnoses among Repeat Arrestees. *Health & Justice* 2021 Jan 7;9(1):2. doi: 10.1186/s40352-020-00126-2.

Magee LA, **Fortenberry JD**, Rosenman M, Aalsma MC, Gharbi S, Wiehe SE. Sexually transmitted infections associated with area-level prostitution and drug-related arrests. *Sexually Transmitted Diseases* doi: 10.1097/OLQ.0000000000001345. Online ahead of print.

Naar S, Pennar AL, Wang B, Brogan-Hartlieb K, **Fortenberry JD**. Tailored Motivational Interviewing (TMI): Translating Basic Science in Skills Acquisition into a Behavioral Intervention to Improve Community Health Worker Motivational Interviewing Competence for Youth Living with HIV. *Health Psychology.* 40(12):920-927, 2021. doi: 10.1037/hea0001071

Sequeira GM, Kidd, KM, Rankine J, Miller E, Ray KN, **Fortenberry JD**, Richardson LP. Gender Diverse Youth's Experiences and Satisfaction with Telemedicine Utilization for Gender-Affirming Care During the COVID-19 Pandemic. *Transgender Health* Published Online:1 Mar 2021https://doi.org/10.1089/trgh.2020.0148

Herbenick DL, Patterson CL, Fu J, **Fortenberry JD** Exercise-Induced Orgasm and Its Association with Sleep Orgasms and Orgasms during Partnered Sex: Findings from a U.S. Probability Survey. *Archives of Sexual Behavior* 2021 Aug;50(6):2631-2640. doi: 10.1007/s10508-021-01996-9.

Chen CX, Carpenter JS, Gao X, Toh E, Dong Q, Nelson D, Mitchell C, **Fortenberry JD**. Associations between Dysmenorrhea Symptom-based Phenotypes and Vaginal Microbiome: A Pilot Study. *Nursing Research* 70(4):248-255, 2021. doi: 10.1097/NNR.0000000000000510.

Tanner AE, Hussen SA, Dowshen NL, Philbin M, Rulison K, Camacho-Gonzales A, Lee SS, Moore S, **Fortenberry JD**. Supporting youth living with HIV during the transition from pediatric/adolescent- to adult-oriented HIV care: Protocol for development and pilot implementation of iTransition. *JMIR Research Protocols*)10(4):e24565, 2021. doi: 10.2196/24565.

Enane LA, Apondi E, Omollo M, Toromo JJ, Bakari S, Aluoch J, Morris C, Kantor R, Braitstein P, **Fortenberry JD**, Nyandiko WM, Wools-Kaloustian K, Elul B, Vreeman RC. "I just keep quiet about it" – The cascade from trauma to disengagement among adolescents living with HIV in

western Kenya. *Journal of the International AIDS Society*) 2021 Apr;24(4):e25695. doi: 10.1002/jia2.25695.

Beckmeyer J, Fu J, Dodge B, **Fortenberry JD**, Herbenick DL. Pleasure During Adolescents' Most Recent Partnered Sexual Experience: Findings from a U.S. Probability Survey. *Archives of Sexual Behavior* 50(6):2423-2434 2021. doi: 10.1007/s10508-021-02026-4. PMID: 34373980

Magee LA, Ranney M, **Fortenberry JD**, Rosenman M, Gharbi S, Wiehe SE. Identifying Nonfatal Firearm Injury Victims through Linking Police Data and Clinical Records: Cohort Study in Indianapolis, Indiana, 2007 – 2016. *Preventive Medicine* https://doi.org/10.1016/j.ypmed.2021.106605.

†Schuyler A, Tyler C, Dolcini MM, Harper G, **Fortenberry JD**, Singh R, Pollack L, Catania JA. Improving Adoption of Oral Self-Implemented HIV Testing (Oral-SIT) among Young African American MSM: Factors Associated with Oral-SIT Beliefs Following Trial Use. *AIDS & Behavior* https://doi.org/10.10461-021-03345-2

Herbenick D, Rosenberg M, Golzarri-Arroyo L, **Fortenberry JD,** Fu TC. Changes in penile-vaginal intercourse frequency and sexual repertoire from 2009 to 2018: Findings from the National Survey of Sexual Health and Behavior. *Archives of Sexual Behavior* 51(3):1419-1433 doi: 10.1007/s10508-021-02026-4. PMC8604196

Fritz M, Malic V, Fu TC, Paul B, Zhou Y, Dodge B, **Fortenberry JD**, Herbenick D. Porn sex versus real sex: Sexual behaviors reported by a US probability survey compared to depictions of sex in mainstream internet-based male-female pornography. *Archives of Sexual Behavior* 51(2):1187-1200, 2022. doi: 10.1007/s10508-021-02175-6.

Lee JL, Huffman M, Rattray NA, Carnahan JL, **Fortenberry JD**, Fogel JM, Weiner M, Matthias MS. "I Don't Want to Spend the Rest of my Life Only Going to a Gender Wellness Clinic": Healthcare Experiences of Patients of a Comprehensive Transgender Clinic. *Journal of General Internal Medicine* 37, 3396–3403, 2022. (2022).https://doi.org/10.1007/s11606-022-07408-5

Magee LA, Lucas B, **Fortenberry JD**. The Changing Epidemiology of Gunshot Victims: Trends in Nonfatal Shootings Before and During the COVID – 19 Pandemic (in press: *BMJ Open*)

Wilkinson TA, Wiehe SA, Carrol AE, Peipert JF, Hawryluk BA, Moore CM, **Fortenberry JD**. Developing a Youth Contraception Navigator Program: A Human-Centered Design Approach. (in press: *Journal of Adolescent Health*)

Magee LA, **Fortenberry JD**, Aalsma MC, Gharbi S, Wiehe SE. Healthcare Utilization and Mental Health Outcomes Among Nonfatal Shooting Assault Victims. (in press: *Preventive Medicine Reports*)

Huibregtse ME, Alexander IL, Klemsz LM, Fu Tsung-chieh, **Fortenberry JD**, Herbenick D, Kawata K. . Neurophysiological evidence of frequent sexual choking/strangulation effects: a resting-state fMRI study. *Frontiers in Behavioral Neuroscience*, 02 June 2022 https://doi.org/10.3389/fnbeh.2022.881678

Toromo JJ, Apondi E, Nyandiko WM, Omollo M, Bakari S, Aluoch J, Kantor R, **Fortenberry JD**, Wools-Kaloustian K, Elul B, Vreeman RC, Enane LA. "I have never talked to anyone to free my mind" – Challenges surrounding status disclosure to adolescents contribute to their disengagement from HIV care: a qualitative study in western Kenya. (in press: *BMC Public Health*)

Magee LA, Gharbi S, **Fortenberry JD**, Aalsma MC, Wiehe SE. Mental health outcomes from direct and indirect exposure to firearm violence: A cohort study of nonfatal shooting survivors and family members. (in press: *Journal of Criminal Justice*)

Wilkinson TA, Hawryluk B, Moore C, Peipert JF, Carroll AE, Wiehe SE, **Fortenberry JD**, A human-centered designed outreach strategy for a youth contraception navigator program, (2022), *PEC Innovation* https://doi.org/10.1016/j.pecinn.2022.100093

Toh E, Xing Y, Gao X, Jordan SJ, Batteiger TA, Batteiger BE, Van Der Pol B, Muzny CA, Gebregziabher N, Williams JA, Fortenberry LJ, Fortenberry JD, Dong Q, Nelson DE. Sexual behavior shapes male genitourinary microbiome composition. *Cell Rep Med*. 2023 Mar 21;4(3):100981. doi: 10.1016/j.xcrm.2023.100981. PMID: 36948151; PMCID: PMC10040456.

Lipstein E, Mazzola M, Vaughn L, Conard LA, **Fortenberry JD**, Voss R, Chelvakumar G. Decision Support Needs for Transgender and Gender-Diverse Youth and Families: A Patient-Centered Needs Assessment. *Journal of Adolescent Health*) 2022 Dec 17;S1054-139X(22)00721-2. doi: 10.1016/j.jadohealth.2022.10.022

Knopf AS, Draucker CB, **Fortenberry JD**, Ott MA, Arrington-Sanders R, Reirdan D, Schneider J, Straub D, Ofner S, Bakoyannis G, Zimet G. Parental Engagement in Consent Processes for Enrollment in Biomedical HIV prevention trials: Implications for Minor Adolescents' Willingness to Participate. *Journal of Adolescent Health* 2023 May;72(5):703-711. doi: 10.1016/j.jadohealth.2022.11.241.

Alexander IL, Huibregtse ME, Tsung-Chieh Fu, Klemsz LM, **Fortenberry JD**, Herbenick D, Kawata K. Association of frequent sexual choking/strangulation with neurophysiological responses: a pilot resting-state fMRI study (in press: *Journal of Neurotrauma*)

Stout J, Stahl A, **Fortenberry JD**. Developing self-aware professionalism in care of gender diverse patients: Reflections of second year medical students after a panel experience with gender diverse people and allies. *Medical Teacher*, 45(9):984-990. doi: 10.1080/0142159X.2023.2197136.

Kinney MK, Victor BG, **Fortenberry JD** (2023): Conceptualizations of wellbeing among nonbinary individuals in the Midwestern United States: a photovoice study, *International Journal of Transgender Health*, DOI: 10.1080/26895269.2023.2232351

Hou J, Huibregtse ME, Alexander IL, Klemsz LM, Fu TC, Rosenberg M, Fortenberry JD, Herbenick D, Kawata K. Structural brain morphology in young adult women who have been choked/strangled during sex: A whole-brain surface morphometry study. *Brain Behav*. 2023 Aug;13(8):e3160. doi: 10.1002/brb3.3160. Epub 2023 Jul 17. PMID: 37459254; PMCID: PMC10454256.

Mitchell K, Palmer MJ, Lewis R, Boso Perez R, Maxwell K, Macdowall W, Reid D, Bonell C, Mercer CH, Sonnenberg P, **Fortenberry JD**. The Natsal Sexual Wellbeing (NATSAL-SW) Measure: Development and Validation  *Journal of Sex Research*. 21:1-11. doi: 10.1080/00224499.2023.2278530.

Wiehe SE, Nelson TL, Aalsma MC, Rosenman MB, Gharbi S, **Fortenberry JD**. HIV Care Continuum Among People Living With HIV and History of Arrest and Mental Health Diagnosis. *J Acquir Immune Defic Syndr*. 2023 Dec 15;94(5):403-411. doi: 10.1097/QAI.0000000000003296. Epub 2023 Nov 10. PMID: 37949443; PMCID: PMC10642694.

Fava NM, Coxe SJ, **Fortenberry** JD, Bay-Cheng LY. Sexual Self-Concept After Child Maltreatment: The Role of Resilient Coping and Sexual Experience Among U.S. Young Adults. Arch Sex Behav. 2023 Oct 17. doi: 10.1007/s10508-023-02706-3. Epub ahead of print. PMID: 37847345.

Mamudu, L., Li, J., McEligot, A.J. **Fortenberry JD**. Cancer Worry and its Impact on Self-Reported Depressive Symptoms among Adult Males and Females in the US: A Nationwide Sample Study. BMC Psychiatry 24, 31 (2024). https://doi.org/10.1186/s12888-023-05405-4

Rebecca A Lillis, Lindley A Barbee, Candice J McNeil, Lori Newman, **J Dennis Fortenberry**, Santiago Alvarez-Arango, Jonathan M Zenilman, Randomized Multicenter Trial for the Validation of an Easy to Administer Algorithm to Define Penicillin Allergy Status in Sexually Transmitted Infection Clinic Outpatients, *Clinical Infectious Diseases*, 2024;, ciae064, https://doi.org/10.1093/cid/ciae064

R. Lewis, R. Bosó Pérez, K.J. Maxwell, D. Reid, W. Macdowall, C. Bonell, **J.D. Fortenberry**, C.H. Mercer, P. Sonnenberg & K.R. Mitchell (22 Mar 2024): Conceptualizing Sexual Wellbeing: A Qualitative Investigation to Inform Development of a Measure (Natsal-SW), *Journal of Sex Research*, DOI: 10.1080/00224499.2024.2326933

Brandon-Friedman RA, Tabb A, Imburgia TM, Swafford TR, Canada M, **Fortenberry JD**, Donahue KL. Perspectives of Gender Diverse Youth Grappling with Legislation Banning Gender Affirming Medical Interventions 2024 Jul 23. doi: 10.1089/lgbt.2024.0079.

Barral R, **Fortenberry JD**, Avitia AG, Ramiriz M, Masonbrink AR, Brindis CD. "Sex Out of Boredom": Key Stakeholders' Perspectives on Teen Pregnancy Prevention in Emerging Immigrant Latino Rural Communities. (*Sexuality Research and Social Policy*) https://doi.org/10.1007/s13178-024-00967-8

Chen, C.X., Rogers, S., Li, R., Hinrichs, R., **Fortenberry, J.D.**, & Carpenter, J.S. (2024). Social determinants of health and dysmenorrhea: A systematic review. *The Journal of Pain 024 Sep;25(9):104574. doi: 10.1016/j.jpain.2024.104574.*

Wiehe SE, Nelson TL Hawryluk B, Andres UM, Aalsma MC, Rosenman MB, Butler MS, Harris M, Moore K, Scott CD, Gharbi S, Parks L, Lynch D, Silverman RD, Fortenberry JD. Unlocking Success: Community Engagement for Enhanced HIV Care Outcomes. *Research Involvement and Engagement* **10**, 127 (2024).

Matson, P.A., Flessa, S., Stankov, I. **Fortenberry JD**, Trent M, Frerichs L, Lich KH. Model Building with Youth: Applying a System Science Approach to Examine the Dynamic Social Context of Adolescent and Young Adult Marijuana Use. *Prev Sci* (2025). https://doi.org/10.1007/s11121-025-01774-2

Huibregtse, M.E., Alexander, I.L., Fu, T.C., Klemsz, L.M., Rosenberg, M., Fortenberry, J.D., Herbenick, D., & Kawata, K. (2025). Association of blood biomarkers for neural injury with recent, frequent exposure to partnered sexual strangulation in young adult women. *The Journal of Sexual Medicine*, in press.

Manuscripts under peer review

Fu TC, G-A L, Rosenburg M, **Fortenberry JD**, Herbenick D. Condom and Contraceptive Use in the Context of Sexual Repertoire: Findings from the National Survey of Sexual Health and Behavior. (under review: *Sexual Health*)

Lee Joy L-Y, Huffman M, **Fortenberry JD**, Fogel JM, Hirsh AT, Rattray NA, Matthias M. Using patient portals and video visits to overcome access barriers: Patient experiences from a gender health program. (under review:)

Wilkinson, Tracey A, Coleman F, Peipert JF, Wiehe SE, Carroll AE, Fortenberry JD. Navigating for Birth 1 Control-The IN Control Program (in review: Journal of Adolescent Health)

Matson, Pamela; **Fortenberry, J. Dennis** ; Perin, Jamie; Flessa, Sarah; Chung, Shang-en; Huettner, Steven; Rothman, Emily; Trent, Maria; Hoff, Annika; Ryan, Leticia; Bair-Merritt, Megan Adolescents' Event-Level Positive Relationship Feelings and Behaviors Associated with Intimate Partner Violence, (under review: *Journal of Interpersonal Violence.*

Non-Refereed

For Kid's Sake:  An Advanced Curriculum in Child Sexual Abuse for Health Care Professionals. Gallmeier TM, Bonner BL, eds. Oklahoma City, OK:  Oklahoma State Department of Health, 1988 (contributor).

**Fortenberry JD**. Maternal Age as a Predictor of Substance Use during Pregnancy. Master's Thesis, University of Oklahoma, 1989.

Hill RF, Solomon G, Tiger J, **Fortenberry JD**. Complexities of ethnicity among Oklahoma Native Americans: Health behaviors of rural adolescents. in: Stein HF, Hill RF (eds) The Culture of Oklahoma. University of Oklahoma Press (1993)

**Fortenberry JD**, Cecil H, Zimet GD, Orr DP. Concordance between diary and self-report questionnaires of sexual behaviors of adolescent women. in Bancroft J. (ed.) Researching Sexual Behavior. Indiana University Press, 1997; pp. 237-249.

**Fortenberry JD**. Discussion Paper. In: Bancroft J. The Role of Theory in Sex Research. Bloomington IN: Indiana University Press, 2000, pp 282 – 285.

**Fortenberry JD**. Health behaviors and reproductive health risk within adolescent sexual dyads. In: Florsheim P.(ed) Adolescent romantic relations and sexual behavior: Theory, research, and practical implications New York: Lawrence Erlbaum Associates, pp 279 -296, 2003

**Fortenberry JD**. Sexually transmitted diseases. In: Neinstein L. Adolescent Health Care: A Practical Guide (4th edition), (5th edition), (6th edition). New York: Williams & Wilkin, 2002, 2008, 2015.

**Fortenberry JD**. Syphilis. In: Neinstein L. Adolescent Health Care: A Practical Guide (4th edition). New York: Williams & Wilkin, 2002, 5th edition (2008), 6th edition (2015).

Shew ML, **Fortenberry JD**. Sexually Transmitted Diseases. in: Finberg L, Kleinman R (eds). Saunder's Manual of Pediatric Practice. 2nd ed. (2002) and 3rd ed. (2007).

**Fortenberry JD**, Aalsma MC. Abusive sexual experiences before age 12 and adolescent sexual behaviors. In Bancroft J (ed). Research on childhood sexuality. Bloomington, IN.: Indiana University Press, pp. 293-300, 2003.

**Fortenberry JD**. Adolescent sex and the rhetoric of risk. In: Romer, D. Reducing Adolescent Risk: Toward an Integrated Approach. Sage Press, 2003 .

**Fortenberry JD**. Sexually transmitted diseases in adolescents. In: UpToDate, 2007 - present (revised two times per year, published continuously). Wellesley MA: UpToDate, Inc.

St. Lawrence JS, **Fortenberry JD**. Behavioral interventions for STDs: Theoretical models and intervention methods. In: Aral SO, Douglas JM Jr, Lipshutz JA (eds). Behavioral Interventions for Prevention and Control of Sexually Transmitted Diseases. New York: Springer Science+Business Media, 2007, pp. 23-59.

Blythe MJ, **Fortenberry JD**. Sexually transmitted infection syndromes. In: Principles and Practice of Pediatric Infectious Diseases (3rd Edition). New York: Churchill Livingstone.

Aalsma MC, **Fortenberry JD**. Childhood sexual abuse scale. In: Fisher TD, Davis CM, Yarber WL, Davis SL, eds. Handbook of Sexuality-Related Measures. 3rd ed. New York, NY: Routledge; 2011:1e2.

**Fortenberry JD**, Hensel DJ. (2012) Adolescent sexual health and sexually transmitted infections: A conceptual and empirical demonstration. In: Fenton KA, Aral SO, Lipshutz JA. The New Public Health and STD/HIV Prevention: Personal, Public and Health Systems Approaches. Pp 293-308.

Best CA, **Fortenberry JD**. Adolescent Sexuality and Sexual Behavior. In: O'Donohue W, Benuto L, Tolle LW. Handbook of Adolescent Health Psychology Springer Publishers, 2013.

**Fortenberry JD**. Adolescent Sexual Health. In: Bromberg DS, O'Donohue WT. Handbook of Child and Adolescent Sexuality: Developmental and Forensic Psychology. Elsevier Publishing Services, 2013.

Hensel DJ, **Fortenberry JD**. Lifespan Sexuality through a Sexual Health Perspective. APA Handbook on Sexuality and Psychology. Washington, D.C.: APA Press; 2013.

Weaver BA, **Fortenberry JD**. Gonorrhea. In: Hillard P. Practical Pediatric and Adolescent Gynecology. 2012.

**Fortenberry JD**, Hensel DJ. Trajectories of Within-Relationship Relationship Quality, Relationship Satisfaction and Sexual Satisfaction among Young African-American Women. In: Agnew CR, South S (eds) Interpersonal Relationships and Health: Social and Clinical Psychological Mechanisms. Oxford University Press (2014)

**Fortenberry JD**. Adolescent sexual health is not an oxymoron. In Kempner M. (ed): Creating a Sexually Healthy Nation: Celebrating 100 Years of the American Sexual Health Association. North Carolina: 2014.

**Fortenberry JD**, Hensel DJ. Sexual Pleasure in Adolescence: A Developmental Sexual Embodiment Perspective, pp 357-371. In Gender and Sexuality Development: Contemporary Theory and Research, edited by Doug P. VanderLaan, PhD, University of Toronto and Wang Ivy Wong, PhD, University of Hong Kong (2022)

Chen, C., Carpenter, J. S., Shin, A., Cross, T.-W. L., Ye, Y., Mitchell, C, **Fortenberry JD**. (2023). Dysmenorrhea symptoms and gut microbiome: a pilot study. *J. Pain* 24, 1–2. doi: 10.1016/j.jpain.2023.02.009