# STATE OF INDIANA

## EXECUTIVE DEPARTMENT
## INDIANAPOLIS

EXECUTIVE ORDER  25-36

FOR: RESPECTING THE BIOLOGICAL DICHOTOMY BETWEEN MEN AND WOMEN AS A FUNDAMENTAL & DEEPLY ROOTED LEGAL PRINCIPLE EMBEDDED IN INDIANA LAW

TO ALL WHOM THESE PRESENTS MAY COME, GREETINGS.

**WHEREAS,** Article 5, Section 1 of the Indiana Constitution vests the executive power of the State in a Governor;

**WHEREAS,** before assuming office, the Governor takes an oath to support the Constitution of the United States and the Indiana Constitution;

**WHEREAS,** it is the Governor's duty to take care that all laws are faithfully executed;

**WHEREAS,** although biologically different, men and women have equal rights and opportunities under our law; and

**WHEREAS,** men and women both make indispensable contributions to our society;

**NOW, THEREFORE, I, MIKE BRAUN,** by virtue of the authority vested in me as the Governor of the State of Indiana, and consistent with my obligation to interpret and apply the Constitution of the United States and the Indiana Constitution while carrying out the Governor's duty to take care that all laws are faithfully executed, declare the following policy:

1. Indiana's Executive Branch will respect and enforce the biological binary of man and woman as a fundamental and deeply rooted principle of American legal history and tradition that is embedded in Indiana's statutes and Constitution.

2. Respecting this fundamental and deeply rooted legal principal embedded in Indiana's Constitution, and except as otherwise explicitly required by law, Indiana's Executive Branch will adhere to the following when interpreting and applying Indiana law:

    "Sex"—when referring to a human being— means an individual human being's immutable biological classification as either male or female.

    "Gender"—when referring to a human being—is synonymous with sex.

    "Women" or "woman" and "girls" or "girl" mean adult and juvenile human females, respectively.

    "Men" or "man" and "boys" or "boy" mean adult and juvenile human males, respectively.

    "Female" means a person belonging, at conception, to the sex that produces the large reproductive cell.

    "Male" means a person belonging, at conception, to the sex that produces the small reproductive cell.

    "Citizen"—when referring to a human being—means a male citizen or a female citizen.

    "Individual"—when referring to a human being—means a male individual or a female individual.

SF 18323 (R2/8-99)

"Person"—when referring to a human being— means a male person or a female person.

3. It is the official position of Indiana's Executive Branch that modern gender ideology is inconsistent with this fundamental and deeply rooted legal distinction between men and women. Modern gender ideology attempts to replace the biological category of sex with an ever-shifting concept of self-assessed gender identity.

   "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex. Modern gender ideology asserts the false claim that men can identify as and thus become women and vice versa, and it would require all institutions of society to regard this false claim as true.

   Modern gender ideology falsely asserts there is a vast spectrum of genders that are disconnected from one's sex. Modern gender ideology is internally inconsistent, diminishes sex and gender as identifiable categories, yet nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

4. State funds shall not be used to promote gender ideology. Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology. Indiana's Executive Branch agencies shall not:

   - Promote or otherwise inculcate modern gender ideology; or
   - Issue or maintain any statements, policies, regulations, forms, communications or other messages that promote or otherwise inculcate modern gender ideology.

5. Consistent with this Executive Order, Indiana's Executive Branch agencies are directed to avoid using terms that obfuscate the fundamental, deeply rooted legal distinction between men and women, such as "chest feeding," "birthing persons," "men with periods," or "people who menstruate." These obfuscations—and others like them—are inconsistent with the fundamental distinction between men and women and serve to undermine or erase the unique experience and contributions that men and women bring to our society.

**IN TESTIMONY WHEREOF**, I, Mike Braun, have hereunto set my hand and caused to be affixed the Great Seal of the State of Indiana on this 4th day of March, 2025.

*Mike Braun*
Mike Braun
Governor of Indiana

ATTEST:    *Diego Morales*
           Diego Morales
           Secretary of State