UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No: 1:25-cv-596-MPB-TAB |
| | ) |
| MIKE BRAUN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Motion to Proceed Under Pseudonym of "Jane Doe"**

Plaintiff, Jane Doe, pursuant to Local Rule 10-1 says that:

1. On this date plaintiffs have filed an amended complaint in this case that adds as a plaintiff a transgender woman who is using the pseudonym of "Jane Doe."

2. For the reasons noted in her attached declaration, which is hereby incorporated by reference, she desires to use this pseudonym in this litigation.

3. In further support of this motion, she separately submits her memorandum of law, which is also incorporated by reference.

WHEREFORE, the plaintiff identified as "Jane Doe" moves this Court for permission to proceed in this case under this pseudonym, that defendants be ordered not to publicly disclose her true name, and for all other proper relief.

Kenneth J. Falk<br>
Gavin M. Rose<br>
Stevie J. Pactor

[1]

ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiffs and the Putative Class

[2]