UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No: 1:25-cv-596-MPB-TAB ) |
| MIKE BRAUN, *et al.*, | ) ) ) |
| Defendants. | ) |

**Declaration of Jane Doe in Support of her Motion to Proceed Under Pseudonym**

Jane Doe, being duly sworn, says that:

1. I am an adult resident of LaPorte County, Indiana.

2. I am a transgender woman who is not able to obtain a gender marker change to "female" on my Indiana birth certificate, despite a court order specifying that this should occur, because of Governor Braun's Executive Order 25-36.

3. I am a plaintiff in this ongoing litigation that challenges the constitutionality of the Executive Order.

4. I wish to be allowed to appear in the public filings of the case by the pseudonym of "Jane Doe."

5. I realize that the defendants and their lawyers will know who I am, but I wish to secure my privacy in this litigation to the greatest extent possible.

[1]

6. I am aware that transgender persons are subject to harassment and violence and I believe if my name is revealed publicly that I may be subject to either or both.

7. I am aware that many persons have strong and negative feelings about persons who are transgender.

8. While I believe that this has always been true, it appears that this hostility has increased.

9. I believe that some of this is fueled by the fact that transgender issues are at the forefront of public debate currently with President Trump issuing Executive Orders concerning transgender troops in the military and transgender female athletes and with the Supreme Court about to decide a case concerning gender affirming care for persons under the age of 18.

10. This case challenges the view that many persons have that one's sex is determined at birth so that if their sex assigned at birth is male, they will always be male and if they are assigned the sex of female at birth, they will always be female. My existence and that of other transgender persons directly contradicts this and may incite negative feelings in some persons.

11. If my actual name is used in the case, I would be very easy for someone to find.

12. If you type my first and last name into a search engine, my Facebook page will pop up with my photograph. Separately, there is information about me that links me to where I work.

13. When I filed in state court for a change in my gender marker, the court sealed the court records after I expressed concerns about potential harassment if my name and the nature of the proceeding became known.

14. Having to disclose my actual name in order to litigate this case will require me to sustain the very injury that the litigation seeks to prevent the invasion of privacy that will occur if the gender marker on my license does not match my gender identity.

15. I have signed this declaration as "Jane Doe" for public filing and I have also signed it with my actual name for my attorney to keep.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/23/2025 | 4:44 PM EDT
           DATE

                                Jane Doe
                                _____
                                Jane Doe

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202