UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )    No: 1:25-cv-596-MPB-TAB |
| | ) |
| MIKE BRAUN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**Order**

Plaintiff, having filed her Motion to Proceed Under Pseudonym of "Jane Doe," and the Court having reviewed her filings and being duly advised finds that good cause exists to grant the motion and,

IT IS THEREFORE ORDERED that the Motion to Proceed Under Pseudonym of "Jane Doe" is GRANTED and she shall be known as "Jane Doe" in this litigation.

IT IS FURTHER ORDERED that defendants shall not publicly disclose Jane Doe's actual name.

To:    All ECF-registered counsel of record