UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of the Indiana Department of Health,<br><br>Defendants. | No: 1:25-cv-596-MPB-TAB |

**Amended Motion for Preliminary Injunction**

Plaintiffs, by counsel, move this Court pursuant to Fed. R. Civ. P. 65 for a preliminary injunction to enjoin the effect of Governor Braun's Executive Order 25-36 and to allow gender markers to be changed on Indiana birth certificates. In support of this motion plaintiffs say that:

1.      The failure to allow gender markers to be changed on Indiana birth certificates because of Executive Order 25-36 violates the United States Constitution.

[1]

2. In the absence of a preliminary injunction, plaintiffs and the putative class that they seek to represent will suffer irreparable harm for which there is no adequate remedy at law.

3. This harm outweighs any harm that an injunction would cause defendants.

4. The public interest will not be disserved by the grant of a preliminary injunction.

5. The injunction should issue without bond.

6. Plaintiffs intend to separately submit documentary or other evidence in support of their preliminary injunction request prior or at the hearing on the preliminary injunction. Additionally, plaintiffs will shortly submit their memorandum in support of this amended motion. That to-be-filed memorandum of law is incorporated herein by reference.

WHEREFORE, plaintiffs request that this Court issue a preliminary injunction enjoining Executive Order 25-36 and defendants' reliance on it so that plaintiffs and all putative class members may obtain birth certificates with the gender marker changed consistent with their gender identity, and further that the Court grant all other proper relief.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiffs and the Putative Class

[3]