# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health,<br><br>    Defendants. | No.: 1:25-cv-00596-MPB-TAB |

### DEFENDANTS GOVERNOR MIKE BRAUN AND LARRY K. ERVIN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION

Defendants Governor Mike Braun and Larry K. Ervin oppose Plaintiffs L.A. and Doe's amended motion for preliminary injunction, Dkt. 38, and intend to fully respond to each point raised in Plaintiffs' supporting memorandum, Dkt. 43. Plaintiffs have not shown a likelihood of success on the merits, irreparable harm, or that the balance of equities and the public interest favor the extraordinary remedy of a preliminary injunction.

The Court previously ordered Defendants to respond to Plaintiff L.A.'s original motion for preliminary injunction by July 3, 2025, Dkt. 30. On May 26, 2025, Plaintiffs filed their amended motion for preliminary injunction, Dkt. 38. Under the default briefing schedule set by the local rules, Defendants' deadline to respond to the amended motion for preliminary injunction would be today, June 9, 2025—almost a month before the date the Court previously set for Defendants to respond to Plaintiff L.A.'s original motion for preliminary injunction. On June 3, 2025, the parties filed a joint motion asking the Court to set a new briefing schedule, Dkt. 49, which the Court has not yet resolved.

Defendants are working diligently to obtain discovery necessary for Defendants' full response to Plaintiffs' amended motion for preliminary injunction. For example, Defendants will take the depositions of Plaintiffs' expert Dr. Fortenberry on June 19, 2025 and of Rai and Angela Eury on June 20, 2025, and the parties are working to schedule Plaintiff Doe's deposition. In addition, Plaintiffs' responses to Defendants' first and second set of discovery requests are due June 13 and 26, 2025, respectively.

Accordingly, Defendants oppose Plaintiffs' preliminary injunction and request that the Court grant the pending joint motion, which would extend Defendants' deadline to respond to July 14, 2025, Dkt. 49.

Dated: June 9, 2025

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: James A. Barta
Solicitor General
Jenna M. Lorence
Deputy Solicitor General
Katelyn E. Doering
John M. Vastag
Deputy Attorneys General
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
IGCS 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 232-0709
Facsimile: (317) 232-7979
Email: James.Barta@atg.in.gov

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Stephanie L. Freudenberg*
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060

*Admitted *pro hac vice*

*Counsel for Defendants*