# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health,<br><br>    Defendants. | No.: 1:25-cv-00596-MPB-TAB |

## ORDER

The Court has reviewed Defendants Governor Mike Braun and Larry K. Ervin's Motion to Maintain Under Seal Response, Declaration, and Exhibits in Support of Defendants' Response to Plaintiffs' Amended Motion to Certify Case as a Class Action. Now duly advised, and finding there is good cause to grant it, the motion is GRANTED.

IT IS ORDERED that Defendants' supporting Exhibits A and C, Dkt. 58-1, which Plaintiff Doe designated "confidential" under the amended protective order entered in this case, Dkts. 32, 47, are to be sealed pending resolution of Plaintiff Doe's Motion to Proceed Under Pseudonym and pending Plaintiff Doe's submission of a statement authorizing unsealing or a brief in support pursuant to Local Rule 5-11(d), and any further order of the Court.

IT IS FURTHER ORDERED that Defendants' supporting Exhibit B, Dkt. 58-1, which Plaintiff L.A. designated "confidential" under the amended protective order entered in this case,

Dkts. 32, 47, is to be sealed because it contains the legal name and image of L.A., a minor, pending Plaintiff L.A.'s submission of a statement authorizing unsealing a redacted version for public docket filing as required pursuant to Rule 5.2 of the Federal Rules of Civil Procedure or a brief in support pursuant to Local Rule 5-11(d), and any further order of the Court.

IT IS FURTHER ORDERED that Defendants' response, Dkt. 58, and supporting Declaration, Dkt. 58-1, which reference information contained in Exhibits A, B, and C that Plaintiffs have designated "confidential" under the amended protective order entered in this case, Dkts. 32, 47, are to be sealed pending resolution of Plaintiffs' submission of a statement authorizing unsealing or a brief in support pursuant to Local Rule 5-11(d), and any further order of the Court.

The Clerk of Court is DIRECTED to seal Dkts. 58 and 58-1.

SO ORDERED.

_____                    _____
Date                                                                                    United States Magistrate/District Judge

To: All ECF-registered counsel of record