UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-596-MPB-TAB |
| ) | |
| MIKE BRAUN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### Order

Plaintiffs having filed their Unopposed Motion to Extend Time to File Reply in Support of Amended Motion to Certify Case as Class Action, and the Court having read the motion and being duly advised finds that good cause exists to grant it, and

IT IS THEREFORE ORDERED that the time for plaintiffs to file their reply in support of their Amended Motion to Certify Case as a Class Action is extended to July 8, 2025.

Date: 7/1/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

To:   All ECF-registered counsel of record

[1]