# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated, | ) ) ) ) ) | No.: 1:25-cv-00596-MPB-TAB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF STEPHEN B. LEVINE, M.D.

**TABLE OF CONTENTS**

I.   CREDENTIALS & SUMMARY ............................................................................ 1

II.  BACKGROUND ON THE FIELD ....................................................................... 7

    A.   The biological baseline of the binary sexes .............................................. 7

    B.   "Gender identity" distinct from sex is a relativity recent concept .......... 8

    C.   Definition and diagnosis of gender dysphoria ...................................... 13

III. THREE COMPETING CONCEPTUAL MODELS OF GENDER DYSPHORIA
    AND TRANSGENDER IDENTITY. ............................................................... 15

    A.   Four competing models of therapy ...................................................... 21

        (1)   Two "watchful waiting" therapy models .................................. 21

        (2)   The psychotherapy model: Alleviate distress by identifying and
             addressing causes (model #3) ................................................... 22

        (3)   The affirmation therapy model (model #4) .............................. 25

IV.  GENDER IDENTITY IS EMPIRICALLY NOT FIXED FOR MANY
    INDIVIDUALS ................................................................................................. 29

    A.   The epidemiology of transgender identity demonstrates large and radical
        changes across time and geography. ..................................................... 30

        (1)   Vast changes in incidence ........................................................ 30

        (2)   Desistence ................................................................................. 31

        (3)   "Fluid" gender identification .................................................... 32

        (4)   Therapies affect gender identity outcomes .............................. 33

    B.   Most children who experience gender dysphoria ultimately "desist" and
        achieve comfort with their biological sex. ............................................ 33

    C.   Desistance is increasingly observed among teens and young adults who
        first manifest GD during or after adolescence. ..................................... 35

V.   THERE IS NO CONSENSUS OR AGREED "STANDARD OF CARE"
    CONCERNING THERAPEUTIC APPROACHES TO GENDER DYSPHORIA. ......... 39

    A.   Opinions and practices vary widely about the utilization of social
        transition. .............................................................................................. 39

    B.   Understanding the WPATH and its "Standards of Care." ..................... 41

VI.    SOCIAL TRANSITION AND AFFIRMATION IS A CONTROVERSIAL
INTERVENTION THAT CHANGES GENDER IDENTITY OUTCOMES .................. 45

    A.    If both a typical gender or a transgender long-term gender identity
outcome is possible for a particular patient, the alternatives are not
medically neutral ........................................................................................ 45

    B.    Social transition radically changes outcomes, almost eliminating
desistance. ................................................................................................... 46

VII.    SOCIAL TRANSITION AND AFFIRMATION ARE EXPERIMENTAL
THERAPIES THAT HAVE NOT BEEN SHOWN TO IMPROVE MENTAL OR
PHYSICAL HEALTH OUTCOMES BY YOUNG ADULTHOOD. ............................... 49

    A.    The knowledge base concerning therapies for gender dysphoria is "very
low quality." ................................................................................................ 50

    B.    Individuals who adopt a transgender identity often suffer from psychiatric
comorbidities like depression, and there is no evidence that social
transition and affirmation provide a durable improvement in mental health ........ 53

    C.    Long-term mental health outcomes for individuals who persist in a
transgender identity are poor. ................................................................... 55

    D.    Individuals who persist in a transgender identity often face challenges
because of their transgender identity. ..................................................... 57

    E.    There is no evidence that changing the gender marker on a birth certificate
will meaningfully improve a trans identifying individual's mental health. .......... 59

VIII.    SOCIAL TRANSITION AND AFFIRMATION DO NOT DECREASE, AND
MAY INCREASE, THE RISK OF SUICIDE. ................................................................ 65

    A.    The risk of suicide among transgender individuals is confused and
exaggerated in the public mind. .............................................................. 65

    B.    Transition of any sort has not been shown to reduce levels of suicide. ................ 67

    C.    Long-term life in a transgender identity correlates with very high rates of
completed suicide among adults. ............................................................. 69

IX.    CONCLUSION ............................................................................................................ 71

BIBLIOGRAPHY ..................................................................................................................... 74

# I. CREDENTIALS & SUMMARY

1. I, Stephen B. Levine, being duly sworn, state as follows: I am Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine, and maintain an active private clinical practice. I received my MD from Case Western Reserve University in 1967, and completed a psychiatric residency at the University Hospitals of Cleveland in 1973. I became an Assistant Professor of Psychiatry at Case Western in 1973, became a Full Professor in 1985, and in 2021 was honored to be inducted into the Department of Psychiatry's Hall of Fame.

2. Since July 1973, my specialties have included psychological problems and conditions relating to individuals' sexuality and sexual relations, therapies for sexual problems, and the relationship between love, intimate relationships, and wider mental health. In 2005, I received the Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy and Research. I am a Distinguished Life Fellow of the American Psychiatric Association.

3. I have served as a book and manuscript reviewer for numerous professional publications. I was the Senior Editor of the first (2003), second (2010), and third (2016) editions of the *Handbook of Clinical Sexuality for Mental Health Professionals*. I have been the solo author of six books for professionals, the most recent of which is entitled *Psychotherapeutic Approaches to Sexual Problems* (2020). Each of these books published since 1989 have had a discussion of gender issues. A second edition of the book is expected to be released near the end of 2025.

4. I have authored or co-authored close to 200 journal articles and book chapters, 42 of which deal with the issue of gender dysphoria. My six peer reviewed journal articles on gender dysphoria since March 2022 have attracted significant international attention, having been downloaded 328,202 times in Europe, Asia, Australia, New Zealand, and the U.S. as of June 8, 2025. The titles are: 1) *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults* (Levine, Abbruzzese & Mason 2022); 2) *What Are We Doing to*

*These Children? Response to Drescher, Clayton, and Balon Commentaries on Levine et al., 2022* (Levine, Abbruzzese & Mason 2022); 3) *The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed* (Abbruzzese, Levine & Mason 2023); 4) *Current Concerns About Gender-Affirming Therapy in Adolescents* (Levine & Abbruzzese 2023); 5) *What is the Purpose of the Initial Psychiatric Evaluation of Minors with Gender Dysphoria* (Levine 2024); and 6) *Critiques of the Cass Review: Fact-Checking the Peer-Reviewed and Grey Literature* (McDeavitt, Cohn & Levine 2025).

5.      I first encountered a patient suffering what we would now call gender dysphoria in July 1973. In 1974, I founded the Case Western Reserve University Gender Identity Clinic, and have served as Co-Director of that clinic since that time. Across the years, our Clinic evaluated and treated hundreds of patients who were experiencing a transgender identity. An occasional child was seen during this era. I was the primary psychiatric caregiver for several dozen of our patients and supervisor of the work of other therapists. I was an early member of the Harry Benjamin International Gender Dysphoria Association (later known as World Professional Association for Transgender Health, or "WPATH") and served as the Chairman of the 1998-1999 committee that developed the 5th version of its Standards of Care. In 1993 the Gender Identity Clinic was renamed, moved to a new location, and became independent of Case Western Reserve University. I continue to serve as Co-Director. A monthly case conference under my direction is held on youth with transgender identities and is attended by our staff and clinicians in several states and in Canada.

6.      In the course of my five decades of practice treating patients who suffered from gender dysphoria, I have at one time or another recommended or prescribed or supported social transition, cross-sex hormones, and surgery for some patients, but only after extensive diagnostic

and psychotherapeutic work. The majority of these patients were adults. In the past five years most of my trans-identified patients have been adolescents or very young adults.

7.        In 2006, Judge Mark Wolf of the District of Massachusetts asked me to serve as an independent, court-appointed expert in a litigation involving the treatment of a transgender inmate within the Massachusetts prison system. In that litigation, the U.S. Court of Appeals for the First Circuit in a 2014 en banc opinion cited and relied on my expert testimony. *Kosilek v. Spencer*, 774 F.3d 63, 77–79, 87–89 (1st Cir. 2014) (en banc). I have served the Massachusetts Department of Corrections as a consultant on the treatment of transgender inmates for 18 years beginning in 2007.

8.        In 2019, I was qualified as an expert and testified concerning the diagnosis, understanding, developmental paths and outcomes, and therapeutic treatment of transgenderism and gender dysphoria, particularly as it relates to children, in the matter of *In the Interest of JA.D.Y. and JU.D.Y.*, Cause No. DF-15-09887-S, 255th Judicial District, Dallas County, Tex. (the "Younger litigation"). In 2019, I provided written expert testimony in the landmark case in the United Kingdom, *Bell v. The Tavistock and Portman NHS Foundation Trust*, [2020] EWHC (Admin) 3274.

9.        In my curriculum vitae, attached as Exhibit A, I have listed the cases in which, during the previous 4 years, I testified as an expert at trial or by deposition.

10.        I am regularly requested to speak on the topic of gender dysphoria and have given countless presentations to academic conferences and Departments of Psychiatry around the country. In May 2022, I organized and co-presented a symposium on the management of adolescent-onset transgender identity at the American Psychiatric Association's annual meeting. I spoke on May 18, 2025 at the American Psychiatric Association's annual meeting highlighting a dozen controversial topics about trans care of youth. Three others spoke during the 90-minute

session. The room had 200 seats that were filled with some people standing. Many people attended in a nearby overflow room. Attention seemed to be rapt during all the presentations and in the question-and-answer period.

11.     A fuller review of my professional experience, publications, and awards is provided in my curriculum vitae.

12.     I am being compensated in connection with this case at a rate of $500 per hour for time spent consulting, reviewing documents, writing reports and declarations, and testifying at deposition or at trial. If I am scheduled to be deposed for 7 hours and my deposition is less than 7 hours, I will be compensated for the remaining time at a rate of $350 per hour for time that I would otherwise spend at my clinical practice. If travel is necessary, I will be compensated at a rate of $350 per hour for time that I would otherwise spend at my clinical practice, and otherwise at $250 per hour. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

13.     Defendants' counsel asked me to respond to Dr. James D. Fortenberry's expert report in this case.

14.     The points that I explain in this report are based upon my education, training, professional experience as a psychiatrist, and knowledge of the relevant scientific and medical literature. Specific sources are cited, and a bibliography is provided at the end of my report.

15.     In preparing this report, I reviewed Plaintiff L.A.'s Complaint in this matter (Dkt. 1), Plaintiffs' Amended Complaint (Dkt. 34), Governor Braun's March 4, 2025 Executive Order 25-36 that is referenced in Plaintiffs' Amended Complaint (Dkt. 34-1), Dr. James D. Fortenberry's Declaration & Expert Report submitted by Plaintiff (Dkt. 28-1), Rai Eury's Declaration (Dkt. 18-

1) and Supplemental Declaration (Dkt. 28-2), Plaintiff Doe's Declaration (Dkt. 37-1) and Second Declaration (Dkt. 43-1), and Plaintiff Doe's public Facebook profiles (Dkt. 50-1, Exs. A & B).

16.     A summary of the key points that I explain in this report is as follows:

17.     Sex as defined by biology and reproductive function is clear, binary, and cannot be changed. (Section II.A.)

18.     The diagnosis of "gender dysphoria" encompasses a diverse array of conditions, with widely differing pathways and characteristics depending on age of onset, biological sex, mental health, intelligence, motivations for gender transition, etc. (Section II.B.)

19.     There are three competing models for understanding the diagnosis of "gender dysphoria" among mental health practitioners. The first model, a medical one, treats gender dysphoria like a physical disease, such as melanoma, and attempts to remove whatever might be causing symptoms of distress. The second model, the developmental model, works both to identify and address causes of discomfort with oneself before opting for a transition, based on the understanding that adopting a different identity is often a temporary way for minors to explore or deal with trauma or a profound disappointment with oneself. The third model, the sexual minority rights model, regards any exploration of the causes of gender dysphoria, and any response other than medical and societal affirmation and implementation of a patient's claim to "be" the opposite sex/gender, as a violation of the individual's civil right to self-expression. This model has been the lens through which the diagnosis is often discussed in the so-called left-leaning media. (Section III).

20.     Among practitioners in the field, there are currently widely varying views concerning both the causal influences on and the appropriate therapeutic response to gender dysphoria. (Section III.A).

21.     There have been large and rapid changes in the incidence of transgender identity in recent years, which although incompletely explained, argue against a determinative biological cause. (Section IV, IV.A).

22.     The large majority of children who are diagnosed with gender dysphoria "desist"—that is, the child's gender dysphoria does not persist—by puberty or adulthood. Desistance is also increasingly observed among teens and young adults who have experienced "rapid onset gender dysphoria"—first manifesting gender dysphoria during or shortly after adolescence. (Sections IV.B, IV.C).

23.     Despite many American clinicians' claims to the contrary, there are no generally accepted "standards of care" either internationally or within all the United States. Existing studies do not provide a basis for a scientific conclusion as to which therapeutic response results in the best long-term outcomes for affected individuals. In particular, the WPATH Eighth Standards of Care do not represent a scientific consensus, have been criticized in recent years for failing to contend with data from the studies they purport to rely on, and, as recent revelations from other litigation show, were explicitly crafted with political advocacy in mind. (Section V).

24.     "Social transition"—the active affirmation of transgender identity—is a powerful psychosocial intervention that substantially decreases the likelihood of desistence. (Section V).

25.     The knowledge base concerning the "affirmative" treatment of gender dysphoria available today has very low scientific quality with many long-term implications remaining unknown. (Section VI).

26.     There are no studies that show that affirmation of transgender identity reduces suicide or suicidal ideation over a lifetime, or improves other long-term outcomes, as compared to other therapeutic approaches. Meanwhile, multiple studies show that adult individuals living

transgender lives suffer much higher rates of suicidal ideation, completed suicide, and negative physical, social, and mental health conditions than does the general population. This is true before and after transition, hormones, and surgery. (Sections VI.B, VII).

27.     It is scientifically baseless to assert that changing the gender markers on birth certificates will result in any long-term improvement of mental health for individuals who identify as transgender. (Section VII.E.)

28.     In light of what is known and not known about the impact of affirmation on the incidence of suicide, suicidal ideation, and other indicators of mental and physical health, it is scientifically baseless, and therefore unethical, to assert that an individual who expresses an interest in a transgender identity will kill him- or herself unless he or she is affirmed in a transgender identity. (Section VIII.).

## II.     BACKGROUND ON THE FIELD

### A.     The biological baseline of the binary sexes

29.     Biological sex is very well defined in all biological sciences including medicine. It is pervasively important in human development throughout the lifecycle.

30.     The Endocrine Society has emphasized that "The terms *sex* and *gender* should not be used interchangeably," and noted that even in the case of those "rare" individuals who suffer from some defect such that they "possess a combination of male- and female-typical characteristics, these clusters of traits are sufficient to classify most individuals as either biologically male or female." They concluded, "Sex is <u>an essential part of vertebrate biology</u>, but gender is a human phenomenon; sex often influences gender, but <u>gender cannot influence sex</u>." (Bhargava et al. 2021 at 220–21, 228 (emphasis added).)

31.     As these statements and the NIH requirement suggest, biological sex pervasively influences human anatomy, its development and physiology. This includes, of course, the

development of the brain, in which many sexually dimorphic characteristics have now been identified. In particular, the Endocrine Society and countless other researchers have determined that human brains undergo sex-specific developmental stages during puberty (Baxendale 2024). This predictable developmental process is a genetically controlled coordinated endocrine response that begins with pituitary influences leading to increases in circulating sex hormones. (Bhargava et al. 2021 at 225, 229; Blakemore et al. 2010 at 926–27, 929; National Institute of Health ("NIH") 2001.)

32. Human bodies are fundamentally organized on a chromosomal, cellular, tissue, and organ level as either male or female. Humans can acquire a new sense of themselves at any stage of the lifecycle but the fundamental biology of their being—their sex—remains as it was determined at conception. An adult male, for example, can change his gender presentation and self-concept to be a woman with sex trait hormonal and surgical alterations, but his biological sex remains fundamentally male at the chromosomal, cellular, tissue, and organ levels. While gender is an evolving concept, sex is a stable permanent one.

**B.    "Gender identity" distinct from sex is a relativity recent concept**

33. Humans have viewed themselves in terms of binary sexes since the earliest historical records. Recognizing a concept of "gender identity" as something distinct from sex is a rather recent innovation whose earliest manifestations likely began in the late 1940s. Its usage became common in medicine in the 1980s and subsequently in the larger culture. Definitions of gender have been evolving and remain individual-centric and subjective. In a statement on "Gender and Health," the World Health Organization (WHO) defines "gender" as "the characteristics of women, men, girls and boys that are socially constructed" and that "var[y] from society to society and can change over time," and "[g]ender identity" as referring to "a person's deeply felt, internal and individual experience of gender[.]" (WHO Gender and Health.) As these

definitions indicate, a person's "felt" "experience of gender" is inextricably bound up with and affected by societal gender roles and stereotypes—or, more precisely, by the affected individual's perception of societal gender roles and stereotypes and his or her personal idiosyncratic meanings. Typically, most adolescents and adults have subtly different, often idiosyncratic, reactions to societal gender roles and stereotypes without preoccupation with changing their anatomy.

34.     Thus, the self-perceived gender of a child begins to develop along with the early stages of identity formation generally, influenced in part from how others label the infant: "I love you, son (daughter)." This designation occurs thousands of times in the first two years of life when a child begins to show awareness of the two possibilities. As acceptance of the designated gender corresponding to the child's sex is the outcome in >98% of children everywhere, anomalous gender identity formation begs for understanding. Is it biologically shaped? Is it biologically determined? Is it the product of how the child was privately regarded and treated? Is it a product of the quality of early life attachments to caregivers? Does it stem from trauma-based rejection of maleness or femaleness, and if so, flowing from what trauma? Does it derive from a tense, chaotic interpersonal parental relationship without physical or sexual abuse? Is it a symptom of another, unrevealed, emotional disturbance or neuropsychiatric condition (autism)? The answers to these relevant questions are not scientifically known but are not likely to be the same for every trans-identified child, adolescent, or adult. Ideally, clinicians try to answer these questions as best as they can when reviewing a child's development because it provides a focus for meaningful family/individual therapeutic intervention.

35.     Dr. Fortenberry asserts in paragraph 28 that "gender identity . . . is not a personal decision, preference, or belief and cannot be altered through medical or psychological intervention." This authoritative-sounding statement is challenged by the observation that many

children and adolescents who once identified as "trans" later desist (prior to hormonal treatment) or detransition (after hormonal or surgical interventions). These individuals try on different modes of gender expression throughout adolescence and then decide to accept themselves as they are rather than continue with their previous transgender social role presentations.

36. In addition, detransition among adults is increasingly recognized. International Detransition Day, March 12, has been held annually since 2022. Many data sets have been published about the rates of adult detransition from England, Germany, and the United States (Hall et al. 2021; Boyd et al. 2022; Irwig 2022; Roberts et al. 2022; Bachmann et al. 2024). As I set forth in greater detail in Section IV below, gender identity is not fixed for many individuals and can be influenced by a number of factors.

37. Plaintiff Doe's adult transition also contradict Dr. Fortenberry's authoritative assertion that gender identity is not a personal decision. Based on Doe's declarations and public Facebook profiles, I understand that Doe was a gay man who performed as a drag queen in Doe's twenties and thirties and began to publicly identify as a trans woman around age 43. Even though Doe then underwent hormonal and surgical procedures, no one, including Doe, can be certain that another choice will not be made in the future. How can anyone understand this as not involving personal decisions, preference, or an evolving intrapsychic developmental process? If the answer to such a question is "This is entirely due to prenatal biological processes whenever it may occur in the lifecycle"—this is a hypothesis devoid of compelling evidence. Gender identity is not fixed for many individuals by the end of adolescence (an ideal developmental outcome) and can be influenced by several experiential and interpersonal factors. *See* Section IV.

38. Dr. Fortenberry, who leads a gender affirmative care pediatric clinic, is committed to the idea of persistence of trans identities which, of course, justifies medical and surgical

alterations. In actuality, the sense of self in terms of the wide spectrum of masculine and feminine behaviors and interests is ever-changing. In my clinical experience, most trans-identified adults eventually recognize that they are not actually a different sex but are a transgender person who prefers to live as though they were. Some refer to themselves as a member of a third sex.

39.     I have seen many trans adults in periodic follow ups who have told me this: "I know my body is that of a male; I ignore it as much as I can. When I was younger, I thought I could change my sex. Now I think of myself as being sort of a third sex—between man and woman. I still love the idea that I am a woman." However, pediatric professionals like Dr. Fortenberry may not have had this recurring experience.

40.     Based on the Complaint, the Amended Complaint, and the Declarations of L.A.'s parent, Rai Eury, I understand that L.A., as an adolescent, has acknowledged that L.A. is a trans female for public purposes. Based on my professional experience, no one should assume that another person's perception of L.A.'s trans status would be inherently traumatic to L.A., because L.A. is a trans-identified person and not simply a person who has been a girl throughout life. It is reassuring that L.A. can so represent L.A. as trans because L.A.'s trans-identified state will not change until and if L.A. detransitions in the future. L.A.'s acknowledgement of L.A.'s trans status indicates L.A.'s acceptance that L.A.'s feminine appearance is occurring within a male body, and suggests that L.A. is not denying that L.A.'s sex is male and that L.A. is not asserting that L.A.'s body is the same as girls L.A.'s age. In my professional experience, trans identified individuals who accept these biological truths are better adjusted than those who do not.

41.     In my professional experience, preschoolers and young grade school children, still normally dominated by fantasy, may state and seem to believe they are in fact a boy or a girl, when that is contrary to their biological sex. Maturation with time, facilitated by good enough parental

relationships and peer interactions, creates changes in self-awareness, self-acceptance, and understanding of the differences between one's internal and external reality. The growth of understanding explains some young persons' desistence and raises a question about those who persist. There are differing rates of, and degrees of, recognizing these reality distinctions among all children, including trans-identified ones. Supporting a trans-identified child's belief of being of the opposite sex or that it is possible to change sex is likely to alter and delay the youngster's sense of internal and external reality.

42.　　In my professional experience, many trans-identified children and young adolescents live with high amounts of fear and anxiety. I have long wondered whether this is because their internal senses of themselves do not match what they see in other children of any age. Parents want their children to acquire skillful capacities to deal with the ever-increasing demand of their external realities. Some may not realize the effect of supporting a usual view of sex reality. So—while a seven-year-old may insist "I am a girl!"—ten years later we can expect that adolescent to know that "I am a trans young woman." This means the individual has acquired a different understanding of oneself and has experienced many personal and interpersonal challenges that gender and sex trait modifications to date have forced the individual to confront. Life is much more complicated than it was at age seven. "I am a girl" becomes "I prefer to live like a young woman does; I think of myself as a girl, but I know I am a trans person." Of course, this process of insight varies across a spectrum of degrees, as does every human psychological adaptation.

43.　　Dr. Fortenberry in his work focuses on the child or the adolescent's current sensibilities and assumes that affirmative interventions will facilitate long-term positive outcomes, an assumption that is widely shared by affirmative care proponents. However, this assumption

lacks evidence. Research-informed proponents and skeptics of affirmative care recognize that high quality, trustworthy long-term outcome data in this field are sorely lacking (Cass 2024; HHS 2025; McDeavitt et al. 2025).

**C. Definition and diagnosis of gender dysphoria**

44. Specialists have used a variety of terms over time, with somewhat shifting definitions, to identify and speak about a distressing incongruence between an individual's genetically determined sex and the gender with which they identify or to which they aspire. Today's American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders, Text Revision ("DSM-5-TR") employs the term Gender Dysphoria and defines it with separate sets of criteria for adolescents and adults on the one hand, and children on the other. (DSM-5-TR at 513–14).

45. There are at least five distinct pathways to gender dysphoria: early childhood onset (L.A. for instance); onset near or after puberty with no prior cross gender patterns; onset after defining oneself as gay for several or more years and participating in a homosexual lifestyle; adult onset after years of heterosexual transvestism; and onset in later adulthood with few or no prior indications of cross-gender tendencies or identity. (Levine 2021.)

46. Gender dysphoria has very different characteristics depending on age and sex at onset. Young children who are living a transgender identity commonly suffer materially fewer symptoms of concurrent mental distress than do older patients. (Zucker 2018 at 10.) The developmental and mental health patterns for each of these groups are sufficiently different that data developed in connection with one of these populations cannot be assumed to be applicable to another. Among minors, clinicians and researchers distinguish, for example, early and late onset of a trans identity—i.e., childhood-onset versus pubertal-onset. There are two opposing schools of thought on this distinction. Some believe trans identities are all biologically, genetically

13

determined, while others recognize that the factors shaping onset of a new identity after puberty begins are quite different than those that impact a three-year old's identity preferences (Ching & Chen 2022). All who publish about comprehensive psychiatric evaluations and subsequent psychotherapies are aware of crucial post-natal events, interpersonal relationships, and intrapsychic processes (D'Angelo et al. 2021; Levine 2024, for example). Even the proponents of affirmative care mention these non-biological adverse experiences (WPATH 8th SOC).

47.     The criteria used in DSM-5-TR to identify Gender Dysphoria include signs of discomfort with one's natal sex and vary somewhat depending on the age of the patient, but in all cases require "clinically significant distress or impairment in . . . important areas of functioning" such as social, school, familial, or if older, occupational settings and intimate sexual relations. The symptoms must persist for at least six months. (DSM-5-TR at 512–521.)

48.     The diagnosis of Gender Dysphoria does not have strong predictive validity. In other words, such a diagnosis does not guarantee that in the future (measured in one or more years) that an individual will still maintain the subjective criteria of the diagnosis. With adults—particularly for those after their mid-twenties—it is often assumed that they will continue to be distressed about their sex/gender incongruence if they remain untreated medically. However, most of those who have detransitioned have done so in adulthood (Littman 2021; Vandenbussche 2021, Levine 2018b). It is important to distinguish interrater reliability (that is, two clinicians in separate interviews reaching the same diagnosis, within a short time period) which is likely to be high, from predictive validity.

49.     Young children who conclude that they are transgender are often unaware of a vast array of adaptive possibilities for how to live life as a man or a woman—possibilities that become increasingly apparent over time to both males and females. A boy or a girl who claims or expresses

interest in pursuing a transgender identity often does so based on stereotypical notions of femaleness and maleness that reflect constrictive notions of what men and women can be. (Levine 2018a at 35.) A young child's—or even an adolescent's—understanding of this topic is quite limited. Nor can they grasp what it may mean for his or her future to be sterile and sexually dysfunctional. These children and adolescents consider themselves to be relatively unique; they do not realize that discomfort with the body and perceived social role is neither rare nor new to civilization. What is new is that they learn, often from the Internet, that such discomfort is thought to indicate that they must be a trans person.

50.     For a child such as L.A. to have consistently identified as a girl since age three and to go on to puberty blockers and estrogen therapy requires considerable parental support. A parent may decide to reinforce a young child's creative sense that he or she is the opposite sex, with or without consultation with a professional. It is not currently clear to me how this decision occurred in L.A.'s case, or what knowledge informed the decision to put L.A. on a track that led to puberty blockers when L.A. was around age 11, to estrogen therapy when L.A. was around age 13, and which may lead to genital surgery in the future, with its additional consequences for infertility, sexual dysfunction, and risk of chronic urinary problems.

III.    **THREE COMPETING CONCEPTUAL MODELS OF GENDER DYSPHORIA AND TRANSGENDER IDENTITY.**

51.     Discussions about appropriate responses by mental health professionals ("MHPs") to actual or sub-threshold gender dysphoria are complicated by the fact that various speakers and advocates (or a single speaker at different times) view transgenderism through at least three very different paradigms, often without being aware of, or at least without acknowledging, the distinctions (Levine 2016).

52.     In the first paragraph, gender dysphoria is **conceptualized and described by some professionals and laypersons as though it were a serious, physical medical illness that causes suffering**, comparable to diseases that are curable before it spreads, such as melanoma or sepsis. Within this paradigm, whatever is causing distress associated with gender dysphoria—whether secondary sex characteristics such as facial hair, nose and jaw shape, presence or absence of breasts, or the primary anatomical sex organs of testes, ovaries, penis, or vagina—should be removed to alleviate the illness. The promise of these interventions is the cure of the gender dysphoria. In documents submitted in court to support hormonal treatments of minors, Gender Dysphoria is typically referred to as a serious medical condition. The promise of cure, however, is rarely achieved. Proponents and their cited research typically speak of *less* depression, anxiety, suicidal ideation, or distress, rather than the *absence* of gender dysphoria and these other emotional burdens. The distinction between amelioration and cure is vital at every stage of a trans-identified youth's present and future life. Dr. Fortenberry's viewpoints appear aligned with this basic set of assumptions. In my experience, surgeons who perform mastectomies and mammoplasties, endocrinologists who provide cross-sex hormones or puberty blockers, and other professionals who support or promote hormonal or surgical interventions have less ethical unease if they think that they are correcting a biological defect.

53.     It should be noted that gender dysphoria is a psychiatric diagnosis. Since its inception in DSM-III in 1983, it has always been specified in the psychiatric DSM manuals and has not been specified in other medical diagnostic manuals. Notably, gender dysphoria is the only psychiatric condition to be routinely treated by surgery, even though no endocrine or surgical intervention package corrects any identified biological abnormality. (Levine 2016 at 240.)

54. Dr. Fortenberry writes at length about disorders of sexual development (DSD) but fails to note that very few trans-identified youth have a DSD (DSM-5-TR 2013). As such, his suggestion is theoretical. Humans show variation in every trait within the accepted two-category concept of sex. There may be biologically induced variations of some traits of individuals that may indirectly play a role in gender identity formation and evolution, as the DSM-5-TR emphasizes (DSM-5-TR 2022 at 515–17). This does not mean that there are more than two sexes. Dr. Fortenberry, who is a noted researcher, certainly is aware of this. Trans author Anne Lawrence titled her important book about trans-identified adult women as *Men Trapped in Men's Bodies*. (Lawrence 2014.) We must not confuse the countless stylistic outcome variations within either sex with the basic reproductive, anatomic, and physiologic characteristics of each sex. All must appreciate the ethical unease of modifying the anatomy and physiology of adolescents who currently have gender dysphoria (Levine 2024).

55. Meeting DSM-5-TR criteria for Gender Dysphoria is coded as F64.0 for adolescents and adults and F64.2 for children. (DSM-5-TR at 513–14.) Gender incongruence that does not rise to the level of gender dysphoria is also a psychiatric diagnosis (F64.9). *Id.* at 521. It requires a competent mental health provider to accurately determine whether a patient's gender incongruence causes clinically significant distress, such that a diagnosis of gender dysphoria is appropriate. Even those who may not fully meet criteria for the diagnosis of Gender Dysphoria often have depression, anxiety, panic attack, and poor socialization. The MHP's role is not simply to make a diagnosis of one of the forms of gender dysphoria; it is to attend to the mental health of the child or adolescent. Excess attention on the trans identity is likely to minimize the importance of the conspicuous psychiatric problems.

56.     In the second paradigm, gender dysphoria is alternatively **conceptualized in developmental terms**, as an adaptation to a psychological problem that may have been first manifested as a failure to establish a comfortable conventional sense of self in early childhood. This paradigm starts from the premise that all human lives are influenced by past processes and events. Trans lives are not exceptions to this axiom. (Evans & Evans 2021). MHPs who think of gender dysphoria through this paradigm may work both to identify and address causes of the basic problem of the deeply uncomfortable self or a sense of self impaired by later adversity, abuse, or the individual's disappointment in oneself for some perceived failure such as friendlessness, learning problems, or inability to meet perfectionistic goals. The therapeutic purpose is to ameliorate suffering. MHPs first work with the patient and (ideally) family to learn about the events and processes that may have led to the trans-identified person repudiating the gender associated with his or her sex. The developmental paradigm is mindful of temperament (a biological given), parental bonding, psychological, sexual, and physical trauma influences, and the fact that a young child works out his or her psychological issues through fantasy and play and an adolescent works out his or her issues by adopting various interests and identity labels. (Cass 2024; Levine 2024; HHS 2025.) Among these diverse influences is the high prevalence of autism among trans-identified minors (DSM-5 2013 at 459). Autism is typically associated with interpersonal problems throughout the school years.

57.     There is evidence among adolescents that peer social influences through "friend groups" (Littman 2018) or through the internet can increase the incidence of gender dysphoria or claims of transgender identity. Responsible MHPs will want to probe these potential influences to better understand what is truly deeply tied to the psychology of the patient, and what may instead be being "tried on" by the youth as part of the adolescent process of self-exploration and self-

definition. One must not undervalue the powerful identification bonds between early adolescents' friendship dynamics.

58. In addition, the developmental paradigm recognizes that, with the important exception of genetic sex, essentially all the numerous aspects of an individual's identity evolve—often markedly—across the individual's lifetime. (Levine 2021.) This includes gender identity. Some advocates assert that a transgender identity is biologically caused, fixed from early life, and eternally present in an unchanging manner. In his declaration, Dr. Fortenberry emphasizes biological influences, assuming that the distress caused by the incongruence between biological sex and gender identity must be treated with interventions such as puberty blockers and cross-sex hormones because the adolescent's suffering cannot be resolved through maturation, psychiatric treatment of underlying conflicts, or a new romantic/sexual relationship. As I review later, however, the immutability assertion is not supported by science (McDeavitt et al. 2025).

59. The third paradigm through which gender dysphoria is alternatively conceptualized is from a **sexual minority rights perspective** (Ashley 2024). Under this paradigm, any response other than medical and societal affirmation and implementation of a patient's claim to "be" the opposite gender is a violation of the individual's civil right to self-expression and the denial of science (Karasic 2016; McNamara et al. 2022). Any effort to ask "why" questions about the patient's condition, or to address underlying causes, is viewed as a violation of autonomy and civil rights (McNamara et al. 2022). In the last few years, this paradigm has been successful in influencing public policy and the education of pediatricians, endocrinologists, and many MHPs. It has also influenced school policies. Obviously, however, this is not a medical or psychiatric perspective. It appears to be a powerful perspective that exists in the public, non-scientific media discussions in Europe, North American, and Australia. More worrisome is the fact that this

perspective profoundly influences thinking within many elements of the medical profession, giving precedence to political ideology over science. (Clayton 2023b]; Balon 2022.)

60.    PFLAG, an organization of loving parents who are supportive of their sexual minority children (originally lesbian and gay identified children) have declared that all children with a trans-identity have the right to be, and should be, promptly supported in their new sense of self.[1] This is essentially a civil rights argument—not an argument derived from evidence.

61.    Over 100 clinics have arisen in the U.S. in the last decade to provide gender affirmative care. These clinics operate on the assumptions of the medical and the civil rights paradigms. Lip service is paid to the developmental paradigm because research all over the world has consistently demonstrated a high prevalence of psychiatric problems prior to, and enduring after the development of, a trans identity.

62.    These clinics, faced with multiple psychiatric symptoms in their patients, still prioritize treatment of the gender dysphoria rather than treatment of the comorbidities. This prioritization has followed from WPATH's 2012 fiat that endocrine treatment may proceed if the combinations of depression, anxiety, substance abuse, eating disorders, or psychosis are "under good control." But this perception rests entirely on the physician's judgment without further guidelines. This often means an adolescent will be prescribed endocrine treatment if he or she is on an antidepressant and says he or she is no longer depressed. I have seen patients who report this and have reviewed dozens of case histories in the course of my legal work that follow this pattern.

63.    Clinicians working in settings established to provide affirmative care tend to assume that the care will improve the distress of gender dysphoria and the accompanying psychiatric comorbidities. But as all systematic reviews of hormonal treatment of these youths

---

[1] *What We Stand For,* PFLAG, https://pflag.org › *policystatements* (last accessed June 28, 2025).

have demonstrated, there is great uncertainty whether the benefits claimed by Dr. Fortenberry and others are true (Cass 2024; HHS 2025; McDeavitt et al. 2025). Doctors are ethically expected to weigh benefits relative to the harms and to use science to make these individual case determinations. The systematic reviews have consistently expressed concerns about the limitations of the benefits when weighed against short- and long-term harms. (Miroshnychenko et al. 2025; Miroshnychenko et al. 2025a.)

### A. Four competing models of therapy

64. Few would disagree that the human psyche is complex. Few would disagree that children's and adolescents' developmental pathways typically have surprising twists and turns. The complexity and unpredictability of childhood and adolescent development equally applies to trans-identifying youth. Because of difficulties of running placebo-controlled clinical trials in the transgender treatment arena, substantial disagreements exist among professionals about the causes of trans identities and how to treat them. These current disagreements might have been minimized if trans treated persons were carefully followed up to determine long term outcomes. They have not been. When we add to this to the very different current paradigms for understanding transgender phenomena, it is not scientifically surprising that disagreements are sharply drawn. It is with this in mind that I summarize below the leading approaches and offer certain observations and opinions concerning them.

### (1) Two "watchful waiting" therapy models

65. When a pre-adolescent child presents with gender dysphoria or gender incongruence, a watchful waiting approach seeks to allow for the fluid nature of gender identity in children to naturally evolve—that is, take its course from forces within and surrounding the child. After a comprehensive psychiatric evaluation of the child or adolescent that includes the parents, a first model of watchful waiting recommends no treatment except a regular follow-up

appointment to ascertain how the minor and the family are doing and what else might be useful. This model #1 is a hands-off approach to let development proceed. The therapist, however, establishes their interest in the minor and wants to remain in touch regularly. Model #1 is most often selected when the child seems to be functioning well without conspicuous problems and the parents-child bond appears safely nurturant (de Vries & Cohen-Kettenis 2012). The international organization known as Genspect and the U.S. organization Psychotherapy First have discussed the approaches herein labelled Models 1 and 2 (O'Malley et al. forthcoming 2025).

66.    Model #2 of the watchful waiting has no intense focus on the minor's gender identity. It is based on treating two categories of psychological comorbidities. When other DSM-5-TR mental illnesses are present (separation anxiety disorder, attention deficit hyperactivity disorder, autism spectrum disorder, obsessive compulsive disorder, etc.), or when problems that are subthreshold for a DSM-5-TR diagnosis are present (school avoidance, bedwetting, inability to make friends, aggression/defiance), psychiatric therapies are recommended for these problems, leaving to one side the gender identification. When gender is understood and expected to be one of the subjects of and for the intervention, a third model becomes apparent.

### (2)    The psychotherapy model: Alleviate distress by identifying and addressing causes (model #3)

67.    One of the foundational principles of psychotherapy has long been to work with a patient to identify the causes of observed psychological distress and then to address those causes as a means of alleviating the distress. The National Institute of Mental Health has promulgated the idea that 75% of adult psychopathology has its origins in childhood experience.

68.    Many experienced practitioners in the field of gender dysphoria, including myself, have believed that it makes sense to employ these long-standing tools of psychotherapy for patients suffering gender dysphoria, asking the question as to what factors in the patient's life are the

determinants of the patient's repudiation of his or her natal sex. (Levine 2018a at 36; Levine 2021). I and others have reported success in alleviating distress in this way for some patients, whether or not the patient's sense of discomfort or incongruence with his or her natal sex entirely disappeared (Sinai & Sim 2024; Evans & Evans 2021; D'Angelo et al. 2021; O'Malley et al. forthcoming 2025). Relieving accompanying psychological comorbidities leaves the patient freer to consider the pros and cons of transition as he or she matures (Jorgenson 2024).

69.     Among other things, the psychotherapist who is applying traditional methods of psychotherapy may help—for example—the male patient appreciate the wide range of masculine emotional and behavioral patterns as he grows older. He may discuss with his patient, for example, that one does not have to become a "woman" to be kind, compassionate, caring, noncompetitive, to love the arts, and to be devoted to others' feelings and needs. (Levine 2018a at 35.) Because he is interested in classical music and not sports and feels unready to be interested in partner sexual behaviors does not mean he must be a woman. In my experience, many biologically male trans individuals, from childhood to older ages, speak of their perceptions of femaleness as enabling them to discuss their feelings openly, whereas they perceive boys and men to be constrained from emotional expression within the family and larger culture, and to be aggressive. Men, of course, can be emotionally expressive, just as they can wear pink. In my experience, helping some boys who experience themselves as hopelessly unmasculine allows them to decide that they no longer want to be trans and they socially detransition. Converse examples can be given for girls and women. These types of ideas regularly arise during psychotherapies.

70.     Many gender-nonconforming individuals derive from minority and vulnerable groups who have reasons to feel isolated and have an uncomfortable sense of self. (Thrower et al. 2022; Shumer 2017). A trans identity may be a hopeful attempt to redefine the self in a manner

that increases the individual's comfort and decreases his or her anxiety. The clinician who uses traditional methods of psychotherapy may not focus on the individual's gender identity but instead work to help him or her to address the actual sources of discomfort. Success in this effort may remove or reduce the desire for a redefined identity. This often involves a focus on disruptions in parental attachment in vulnerable children, for instance, those in the foster care system.

71.     Because "watchful waiting" can include treatment of accompanying psychological comorbidities, and the psychotherapist who hopes to relieve gender dysphoria may focus on potentially causal sources of psychological distress rather than on the gender dysphoria itself, there is no sharp line between "watchful waiting" and the psychotherapy model in the case of prepubescent children.

72.     There is no systematic evidence that psychotherapy can enable a return to male identification for genetically male boys, adolescents, and men, or return to female identification for genetically female girls, adolescents, and women. (Heathcote et al. 2024.) On the other hand, anecdotal evidence of such outcomes does exist; I and other clinicians from Europe, North America, and Australia have witnessed reinvestment in the patient's biological sex in some individual patients who are undergoing psychotherapy. The Internet contains many such reports, and I have published a paper on a patient who sought my therapeutic assistance to reclaim his male gender identity after 30 years living as a woman and is in fact living as a man today. (Levine 2018b.) A systematic review commissioned by the Cass Review affirmed the lack of convincing evidence from 10 small outcome studies of the efficacy of psychotherapy. (Heathcote et al. 2024.) The collection of individual anecdotal reports indicates that more studies are necessary.

73.     I have seen children desist even before puberty in response to thoughtful parental interactions and a few meetings of the child with a therapist. In conducting parent guidance, I have

seen an adolescent desist in response to his parents' calmness and their comments about the normality of adolescent exploration of various forms of sexual identity. And as a supervisor, I have guided an experienced psychotherapists in their work with trans-identified adolescents and young adults who have desisted and returned to social roles consistent with their biological sex. There are now a series of articles and at least one major book on the psychological treatment of adolescents. (D'Angelo et al. 2021; Evans & Evans 2021; Marchiano 2021.)

### (3)     The affirmation therapy model (model #4)

74.     While it was originally stated as a principle of care by WPATH, it is widely agreed upon that the therapist should not directly challenge an individual's claimed transgender identity (WPATH 8th SOC). Some advocates and practitioners go much further, and promote and recommend that any expression of transgender identity at whatever age should be immediately accepted as decisive, and thoroughly affirmed by means of consistent use of clothing, toys, pronouns, etc., associated with transgender identity (Rafferty et al. 2018). The advocates of the civil rights paradigm for governing affirmative care promote this idea. They argue that a child who claims transgender identity should be comprehensively resocialized in grade school in his or her aspired-to gender. These advocates treat any question about the causes of the child's transgender identification as inappropriate. They may not recognize the minor's ambivalence. They assume that observed psychological comorbidities in the child or his or her family are unrelated or will get better with transition and need not be addressed by the MHP who is providing supportive guidance concerning the child's gender identity.

75.     Some advocates in the American Academy of Pediatrics assert that unquestioning affirmation of any claim of transgender identity in children is essential (Rafferty et al. 2018). The implication that some parents are led to believe is that the child will otherwise face a high risk of suicide or severe psychological damage. This claim is simply not supported by the clinical data we

have available to us. Indeed, available long-term data contradicts this claim. I address physical and mental health outcomes in Section VII below, and suicide in Section VIII below.

76.     In engaging adults in psychotherapy, the goal is to improve their mental health. It is not to shape their gender identity. It is the patient's responsibility to declare their sense of gender identity. The therapy helps them to identify their sources of worries, psychiatric symptoms, ambivalence about gender expression, and understanding of the consequences of various identity decisions. Therapists are to be neutral as the patients move through their developmental and current emotional complexities.

77.     These models can be slightly modified when considering adults who have concerns with their sexual orientation in their struggle to define their category of gender identity. Adults may practice watchful waiting for several years without consultation with a professional. They may engage in psychotherapy and psychopharmacology to address their psychiatric comorbidities, whether or not they inform the therapist about their personal struggles with gender and orientation. When some adult males are helped in psychotherapy to recognize their sense of unmasculinity and fundamental homoerotism, the struggle over gender presentation and self-image diminishes greatly. This is essentially Model 2 above.

78.     I do not know what proportion of practitioners are using which model. However, in my opinion, in the case of young children, prompt and thorough affirmation of a transgender identity disregards the principles of child development and family dynamics and is not supported by science. Instead of science, this approach is currently being reinforced by an echo-chamber of approval from other like-minded child-oriented professionals who do not sufficiently consider the known negative medical and psychiatric outcomes of trans adults. In the years between 2007 and 2019, there was almost no strong voice of dissent to this innovative treatment for complex political

reasons within and outside of professional organizations. In the 2010s until very recently, cancel culture affected and threatened the voices of skeptics of affirmative care. The momentum of questioning the trend to transition prepubertal children began, however, with the publication of the American Academy of Pediatrics 2018 affirmation policy (Cantor 2020). For example, it was announced on June 12, 2025 that one of the largest pediatric clinics in the U.S. was being closed in Los Angeles. (Ryan 2025.)

79.     Rather than recommend social transition in grade school, the MHP must focus attention on the child's underlying internal and familial issues. Ongoing relationships between the MHP and the parents, and the MHP and the child, are vital to help the parents, child, other family members, and the MHP to understand over time the issues that need to be dealt with by each of them. As I discuss further in Section V below, it should be noted that the distinct trend in the U.S. and other Western countries is to make psychotherapy, not affirmation, the first approach to Gender Dysphoria in children and adolescents. Affirmative treatment of young and older adults has yet to be scrutinized as the affirmative care approaches to minors.

80.     The European Society of Child and Adolescent Psychiatry ("ESCAP") organization has declared the affirmative care model to be experimental.[2] (ESCAP 2024.) Many advocates in the United States, however, seem to be still defending immediate affirmative care, rejecting or being unaware of the evidence reviews that changed policies in several European countries. Many have observed the politicalization of trans youth care, sometimes referring to it as a culture war.

81.     For example, ten weeks after the UK's Cass Review was published, eight prominent proponents of affirmative care dismissed its conclusions on the Yale School of Law website. (The

---

[2] ESCAP is a highly respected umbrella association with 36 member societies across Europe. *See About Us,* European Soc'y for Child & Adolescent Psych., https://www.escap.eu/about-escap (last accessed June 30, 2025).

Integrity Project 2024.) They criticized the authors of the Cass Review for supposedly lacking experience delivering care to gender dysphoric minors, employing the wrong method for developing clinical guidelines, not providing the names of contributors, and relying on systematic reviews that did not include studies that demonstrated the effectiveness of affirmative care. (*See id*.) Their arguments were evaluated in two separate peer-reviewed publications, which independently concluded that the proponents' criticisms were not reasonable. (Cheung et al. 2025; McDeavitt et al. 2025). A third critique by a science journalist also dismissed the Integrity Project's arguments (Singal 2024). As another example, on the same day a long report by U.S. Department of Health and Human Services was published on May 1, 2025, the president of the American Academy of Pediatrics issued a statement glibly dismissing this careful 409-page exposition of the science, processes, and politics of affirmative gender care for youth.[3]

82. Similar issues are expected to be raised in the future about trans care for adults but their legal status as adults bypasses many of the ethical concerns that exist about irreversible treatments of minors. But the minors' rights argument is even stronger for those who have the right to determine their fate knowing what is known and not known about the consequences of body and social presentation changes. Clinicians bear responsibility to ensure that these adult patients can think clearly about what they desire to undergo in terms of long term mental and physical health consequences.

83. These machinations merely illustrate the conflicts within the U.S. medical establishment. Dr. Fortenberry has made no mention of the distressing politicalization of affirmative care.

---

[3] Susan J. Kressly, M.D., Am. Acad. of Pediatrics, News Release, AAP Statement on HHS Report Treatment for Pediatric Gender Dysphoria (May 1, 2025), https://www.aap.org/en/news-room/news-releases/aap/2025/aap-statement-on-hhs-report-treatment-for-pediatric-gender-dysphoria/?utm_source=substack&utm_medium=email.

## IV. GENDER IDENTITY IS EMPIRICALLY NOT FIXED FOR MANY INDIVIDUALS.

84.     Most students of human development would agree that four categories of influences potentially shape children's and adults' behavior and their inner subjective lives. These are biological, interpersonal, intrapsychic developmental, and cultural forces (Levine 2010 at 351). In young children, cultural forces refer primarily to the immediate family's environment; in school age children and adolescents, cultural forces involve the school environment, the Internet, peer relationships, and the entertainment industry. In adults, culture, interpersonal relationships, and intrapsychic self-reflections take on more powerful meanings.

85.     In paragraph 24, Dr. Fortenberry simplifies this ordinary complexity to genetics and brain development—that is, biological forces that are not further elucidated. Dr. Fortenberry is correct when he states that the precise origin of gender identity is unknown. This might be said about all human behavior. In emphasizing the biologic in the next paragraph, he speaks of early-onset cross gender identities, which are suggestive of a temperamental bias towards cross identification. But he omits the far more common pattern of pubertal onset of trans identities after having a gender-typical childhood, let alone adult-onset forms (such as with Plaintiff Doe), which are not consistent with his view of biological causes.

86.     In continuing to discuss early-onset cross gender identification in paragraph 26, Dr. Fortenberry introduces the concept of distress without acknowledging where this comes from or that young children become far more distressed as they grow older. He mentions that some cross-gender identified children desist spontaneously if left to their own developmental processes, a concept that has been recognized since the 1990s. And he does not mention two other salient points: (1) if these children are not socially transitioned, their desistance rates are four times those

29

who are transitioned; and (2) the majority of children realign with their sex by or during puberty. (Cantor 2020.)

87.     In paragraph 27, Dr. Fortenberry does not attempt to consider why some individuals persist in a transgender identity while most do not. Of course, WPATH's fiat to always support a trans identity as a normal process influences medical professionals to simply accept the persistent identity and not investigate its influences (WPATH 8th SOC). The high prevalence of psychiatric diagnoses seen among teens with gender dysphoria all over the world makes Dr. Fortenberry's quotation that asserts that trans identities are a healthy feature highly questionable. This is an example of how hopeful political values obscure scientific clinical observations.

88.     There is a similarly high prevalence of psychiatric diagnoses in adults with gender dysphoria. This was observed from the early days of work in this area (Levine 1980; Yarbrough 2018). But although WPATH's guidelines in its 7th and 8th editions asserted that mental health conditions had to be under reasonable control, under those guidelines no form of mental illness precluded affirmative care for adults as long as the patients were not acutely psychotic. (WPATH 7th SOC; WPATH 8th SOC.)

A.     **The epidemiology of transgender identity demonstrates large and radical changes across time and geography.**

(1)     **Vast changes in incidence**

89.     Historically, there were very low reported rates of gender dysphoria or transgender identification. In 2013, the DSM-5 estimated the incidence of gender dysphoria in adults to be at 2–14 per 100,000, or between 0.002% and 0.014%. (DSM-5 2013 at 454.) However, in recent years these numbers have increased dramatically, particularly in adolescent populations. Surveys estimate that 2% to 9% of high school students self-identify as transgender or "gender non-

conforming" with a significantly large increase in adolescents claiming "nonbinary" gender identity as well. (Johns et al. 2019; Kidd et al. 2021.)

90.     A study in England found "there was a 50-fold increase in recorded prevalence of gender dysphoria/incongruence in children and young people in primary care" from 2011–2021, concentrated among biological girls and those with depression and anxiety disorders. (Jarvis 2024 at 1.)

91.     Consistent with these surveys, gender clinics around the world have seen referrals increase rapidly in the last decade, with the Tavistock clinic in London seeing a 30-fold increase in the last decade (GIDS 2019), and similar increases being observed in Finland (Kaltiala-Heino et al. 2018 at 32), the Netherlands (de Vries 2020), and Canada (Zucker 2019 at 1983).

92.     In the U.S., surgical centers have wait lists for genital and breast surgeries for adults that often extend to one year. My impression is that this has been true for at least eight years. I am aware of one study that documents the increase in surgical requests on a national basis (Wright et al. 2023). Many surgical papers begin with noting the increasing numbers of requests (Kitic et al. 2025).

### (2)     Desistence

93.     There are very high levels of desistance among children diagnosed with gender dysphoria (Cantor 2020). There are increasing (or at least increasingly vocal) numbers of individuals who first asserted a transgender identity during or after adolescence, underwent substantial medical interventions to "affirm" that trans-identity, and then "desisted" and reverted to a gender identity congruent with his or her sex (Entwistle 2020; Littman 2021; Vandenbussche 2021; Hall et al. 2021.) (See Sections IV.B and IV.C below.)

94.     While these new studies are accumulating, it is not yet clear what the actual rates of detransition are. This is complicated as well by the fact that there are degrees of detransition.

Some detransition phenomena take place within adolescence itself while others occur in early and later adulthood.

95. In the last few years, several indicators of the rate of detransition of adults have appeared. These rely on insurance claim data from both the U.S. and Europe, (Roberts et al. 2022; Bachmann et al. 2024), a national registry (Kaltiala et al. 2024), or from clinic follow up records (Hall et al. 2021; Boyd et al. 2022). Contrary to claims made less than a decade ago that the rates of regret and detransition of adults is 2% or less, today the most conservative summary is that the rate of detransition is unknown. In Finland, the rate of hormonal stoppage over eight years was 7.9% (Kaltiala et al. 2024) whereas in Germany a longitudinal cohort demonstrated 47.1% of those in the 20–24 years age group lost their gender diagnosis within five years (Bachmann et al. 2024).

96. There is a high risk of diagnosing gender dysphoria by ignoring the individual's struggle to not come out as gay or lesbian. Such internalized homophobia may be the answer to the astute observer's question, "What is going on here?" Diagnosis is not a substitute for understanding the social, psychological, and temperamental sources of gender dysphoria. Studies found that, of children who eventually desisted, a majority of boys (over 63%) and a substantial minority of girls (over 32%) turned out to be gay or lesbian. (Cantor 2020 [collecting 11 studies from 1972 to 2019].) It is not yet known how to distinguish those children who will desist from that small minority whose trans identity will persist. (Levine 2018a at 37; Cass 2024.)

### (3) "Fluid" gender identification

97. Advocates and others observe that recent forms of gender identities are not uniformly binary. Rather they now span an almost endless range of gender identity self-labels, which a given individual may try on, inhabit, and often discard. (A recent article identifies 72

gender identities.[4]) This, of course, presents a compelling argument that gender identity is not fixed. It illustrates that post-natal intrapsychic and social forces interact in unseen ways to shape and reshape gender identities.

### (4) Therapies affect gender identity outcomes

98. Finally, the evidence shows that therapeutic choices can have a powerful effect on whether and how gender identity does change, or gender dysphoria desists. Social transition of juveniles, for instance, strongly influences gender identity outcomes to such an extent that it has been described a "unique predictor of persistence." (See Section VI.B below.)

99. There is scant recent literature about the effect of psychotherapy on gender dysphoria on adults, perhaps reflecting the American pattern of referring these individuals for their desired affirmative care. I and others have witnessed adults who have detransitioned during or after psychotherapy.

### B. Most children who experience gender dysphoria ultimately "desist" and achieve comfort with their biological sex.

100. A distinctive and critical characteristic of juvenile gender dysphoria is that multiple studies from separate groups and at different times have reported that in most patients, absent a substantial intervention such as social transition or puberty blocking hormone therapy, it does not persist through puberty. There is a glaring absence of prospective clinical follow up information about the rate of returning to an identity consonant with biological sex.

101. An article reviewed all existing follow-up studies that the author could identify of children diagnosed with gender dysphoria (11 studies), and reported that "*every* follow-up study of GD children, without exception, found the same thing: Over puberty, the majority of GD

---

[4] *See* Shaziya Allarakha, *What Are the 72 Other Genders?*, MedicineNet (Feb. 9, 2024), https://www.medicinenet.com/what_are_the_72_other_genders/article.htm.

children cease to want to transition." (Cantor 2020 at 307.) Another author reviewed the existing studies and reported that in "prepubertal boys with gender discordance . . . the cross gender wishes usually fade over time and do not persist into adulthood, with only 2.2% to 11.9% continuing to experience gender discordance." (Adelson et al. 2012 at 963; *see also* Cohen-Kettenis 2008 at 1895.) The Endocrine Society recognized this important baseline fact in its 2017 Guidelines. (Hembree 2017 at 3879.) It should be noted that the reason that the Dutch Protocol waited until age 14 to initiate puberty blockers was that it was well known that many children would desist if left free of hormonal intervention until that age.

102.    Findings of high levels of desistance among children who experience gender dysphoria or incongruence have been reaffirmed in the face of critiques through thorough reanalysis of the underlying data. (Zucker 2018.)

103.    It is not yet known how to distinguish those children who will desist from that small minority whose trans identity will persist.

104.    It does appear that prevailing circumstances during particularly formative years can have a significant impact on the outcome of a juvenile's gender dysphoria. A 2016 study reviewing the follow-up literature noted that "the period between 10 and 13 years" was "crucial" in that "[b]oth persisters and desisters stated that the changes in their social environment, the anticipated and actual feminization or masculinization of their bodies, and the first experiences of falling in love and sexual attraction in this period, contributed to an increase (in the persisters) or decrease (in the desisters) of their gender related interests, behaviours, and feelings of gender discomfort." (Ristori & Steensma 2016 at 16.) As I discuss in Section V below, there is considerable evidence that early transition and affirmation causes far more children to persist in a transgender identity.

**C.** **Desistance is increasingly observed among teens and young adults who first manifest GD during or after adolescence.**

105.     Desistance within a relatively short period may also be a common outcome for post-pubertal youths who exhibit "rapid onset gender disorder." I have observed an increasingly vocal online community of young women who have reclaimed a female identity after claiming a male gender identity at some point during their teen years, and young "detransitioners" (individuals in the process of reidentifying with their birth sex after having undergone a gender transition) are now receiving increasing attention in both clinical literature and social media channels. On March 12, 2022, the first annual international Detransition Awareness Day was held. The fourth annual Detransition Awareness Day was held on March 12, 2025.

106.     Dr. Michael Irwig, professor at Harvard Medical School, an endocrinologist, and Director of Transgender Medicine at Boston Beth Israel Deaconess Medical Center, cited two major studies to observe that claims of low rates of desistance or regret among those who have transitioned may be inaccurate due to strikingly high rates of subjects lost to follow-up in prospective studies. (Irwig 2022.)

107.     Almost all scientific articles on this topic have appeared within the last few years. Perhaps this historic lack of coverage is not entirely surprising—one academic who undertook an extensive review of the available scientific literature in 2021 noted that the phenomenon was "socially controversial" in that it "poses significant professional and bioethical challenges for those clinicians working in the field of gender dysphoria." (Expósito-Campos 2021 at 270.) This review reported on multiple reasons for why individuals were motivated to detransition, which included coming to "understand[ ] how past trauma, internalized sexism, and other psychological difficulties influenced the experience of GD[.]" (*Id.* at 272.)

108.     In 2021, Lisa Littman of Brown University conducted a ground-breaking study of 100 teenage and young adults who had transitioned and lived in a transgender identity for a number of years, and then "detransitioned" or changed back to a gender identity matching their sex. She noted that the "visibility of individuals who have detransitioned is new and may be rapidly growing." (Littman 2021 at 3353.) Of the 100 detransitioners, 60% reported that his or her decision to detransition was motivated (at least in part) by the fact that he or she had become more comfortable identifying as his or her natal sex, and 38% had concluded that his or her gender dysphoria was related to something specific such as trauma, abuse, or a mental health condition. *Id.* at 3361.

109.     A significant majority (76%) did not inform their clinicians of a detransition. (Littman 2021 at 3363.) In contrast, a study using data from U.S. military healthcare records, rather than data from self-reporting, found that 30% of those who started treatments discontinued them within four years, suggesting high rates of detransition or regret. (Roberts 2022 at e3937.)

110.     Most of the reports of detransition occurred after age 18. I published a case report of a former patient of mine who returned to living in the male role after thirty years of living as a trans female, and I am aware of four MHPs who have detransitioned after shorter periods of time who now specialize in psychotherapy for this gender incongruence. However, anecdotal reports do not have the same weight as prospective follow up studies, which are sorely lacking (Levine 2018a).

111.     A similar study that recruited a sample of 237 detransitioners (the large majority of whom had initially transitioned in their teens or early twenties) similarly reported that a common reason for detransition was the subject's conclusion that his or her gender dysphoria was related to other issues (70% of the sample). (Vandenbussche 2021 at 1606).

112.     Studies demonstrating low rates of detransition or regret are done mainly on adults who transitioned as adults, which involves significantly different considerations than those who transition as adolescents or during youth. (Bustos et al. 2021.) The much-repeated low rates of regret or detransition focused on adults after surgeries were performed. While I am skeptical of these purported low rates because of the conspicuous problematic methods used to derive them, adults may have lower rates than minors because they have had longer life experiences before transition that allowed them to consider the pros and cons of medicalization. (Cohn 2023.) Among the reasons for skepticism about the low rates of detransition among adults is the failure to take into account suicide and psychiatric hospitalizations.

113.     The existence of increasing numbers of youth or young adult detransitioners has also been noted by Dr. Edwards-Leeper and Dr. Anderson. (Edwards-Leeper & Anderson 2021.) Edwards-Leeper and Anderson noted "the rising number of detransitioners that clinicians report seeing (they are forming support groups online)" which are "typically youth who experienced gender dysphoria and other complex mental health issues, rushed to medicalize their bodies and regretted it later." (*Id.*) Other clinicians working with detransitioners have also noted the phenomenon. (Marchiano 2021.)

114.     A growing body of evidence suggests that for many teens and young adults, a post-pubertal onset of transgender identification can be a transient phase of identity exploration, rather than a permanent identity, as evidenced by a growing number of young detransitioners. (Entwistle 2020; Littman 2021; Vandenbussche 2021.) Previously, the rate of detransition and post-surgical regret was reported to be very low, although these estimates suffered from significant limitations and were likely undercounting true regret. (D'Angelo 2018.) As gender-affirmative care has become popularized, the rate of detransition appears to be accelerating.

115.     A study from a UK adult gender clinic observed that 6.9% of those treated with gender-affirmative interventions detransitioned within 16 months, and another 3.4% had a pattern of care suggestive of detransition, yielding a rate of probable detransition in excess of 10%. Another 21.7%, however, disengaged from the clinic without completing treatment. While some of these individuals later re-engaged with the gender service, the authors concluded, "[d]etransitioning might be more frequent than previously reported." (Hall et al. 2021 at 1).

116.     Another study from a UK primary care practice found that 12.2% of those who had started hormonal treatments either detransitioned or documented regret, while the total of 20% stopped the treatments for a wider range of reasons. The mean age of their presentation with gender dysphoria was 20, and the patients had been taking gender-affirming hormones for an average 5 years (17 months–10 years) prior to discontinuing. Comparing these much higher rates of treatment discontinuation and detransition to the significantly lower rates reported by the older studies, the researchers noted: "Thus, the detransition rate found in this population is novel and questions may be raised about the phenomenon of overdiagnosis, overtreatment, or iatrogenic harm as found in other medical fields." (Boyd et al. 2022 at 13.) Indeed, given that regret may take years to materialize (Dhejne et al. 2014; Wiepjes et al. 2018), many more detransitioners are likely to emerge in the coming years.

117.     Detransitioner research is still in its infancy, but the Littman and Vandenbussche studies in 2021 both report that detransitioners from the recently transitioning cohorts feel they were rushed into medical gender-affirmative interventions with irreversible effects, often without the benefit of appropriate, or in some instances any, psychologic exploration.

## V. THERE IS NO CONSENSUS OR AGREED "STANDARD OF CARE" CONCERNING THERAPEUTIC APPROACHES TO GENDER DYSPHORIA.

118.　There is far too little firm clinical evidence in this field to permit any evidence-based standard of care. Given the lack of scientific evidence, it is neither surprising nor improper that—as I detailed in Section II—there is a diversity of views among practitioners as to the best therapeutic response for the child, adolescent, or young adult who suffers from gender dysphoria. As previously discussed, scientific scrutiny of the care of adults who present with gender dysphoria has yet to begin. There is less cultural ethical-based angst about affirmative care for adults because their brain maturation is thought to be complete and they have the ability and right to decide how they wish to live.

119.　Reviewing the state of opinion and practice in 2016, prominent Dutch researchers noted: "[T]here is currently no general consensus about the best approach to dealing with the (uncertain) future development of children with GD, and making decisions that may influence the functioning and/or development of the child — such as a social transition." (Ristori & Steensma 2016 at 18.)[5]

120.　Issues of comorbid psychiatric diagnoses and what prognostic significance they might have for adults are largely unexplored. A recent study in Finland about suicide in over 2,100 patients over 11 years found that suicide was uncommon (9 cases) but strongly correlated with many psychiatric visits (Ruuska et al. 2024).

### A. Opinions and practices vary widely about the utilization of social transition.

121.　The World Professional Association for Transgender Health (WPATH)—which explicitly views itself as not merely a scientific organization, but also as an advocacy

---

[5] *See also* Zucker 2020, which questions the merit of social transition as a first-line treatment.

organization[6]—does not take a position in its 7th Standards of Care concerning whether or when social transition may be appropriate for pre-pubertal children. Instead, the document states that the question of social transition for children is a "controversial issue" and calls for mental health professionals to support families in what it describes as "difficult decisions" concerning social transition. (WPATH 7th SOC at 175–76.) In the 8th edition of its Standards of Care, the word "controversial" disappeared. Parents were advised to carefully consider the pros and cons of the decision. (WPATH 8th SOC at S75–S76.)

122.     WPATH has long supported social transition of adults. Prior to the 7th edition of the Standards of Care, it was required to have a "real life test" living in the aspired to gender role prior to obtaining hormones and prior to have surgery. This real-life experience requirement has since been abandoned in both the 7th and 8th versions of the Standards of Care (WPATH 7th SOC; WPATH 8th SOC).

123.     It is unclear based on the documents I have reviewed whether Plaintiff Doe's choice to live as a woman at age 43 emerged from a psychotherapeutic experience or was a personal decision based on chronic unhappiness and hoped for relief from sex trait modifications made without professional input. In my experience, most adults who come to a gender therapist or clinic say: "I am trans" or "I have gender dysphoria." They then make it clear that they want sex trait modification, such as through hormones. They may have already socially transitioned to some degree, and they do not often ask for a recommendation as to whether they should transition.

124.     Dr. Erica Anderson is a prominent practitioner in this area. Dr. Anderson identifies as a transgender woman, was the first transgender president of USPATH, and is a former board member of WPATH. Dr. Anderson resigned from USPATH and WPATH and has condemned

---

[6] See Levine 2016 at 240.

automatic approval of transition upon the request of a child or adolescent, noting that "adolescents . . . are notoriously susceptible to peer influence," that transition "doesn't cure depression, doesn't cure anxiety disorders, doesn't cure autism-spectrum disorder, … doesn't cure ADHD," and instead that "a comprehensive bio-psychosocial evaluation" should proceed allowing a child to transition. (Davis 2022.) And as I have explained previously, my own view based on 50 years of experience in this area favors strong caution before approving life-altering interventions such as social transition. I have written my views on what a comprehensive psychiatric evaluation of a transgender youth and his or her family should include. (Levine 2024.)

**B.      Understanding the WPATH and its "Standards of Care."**

125.    In almost any discussion of the diagnosis and care of patients suffering gender dysphoria or exhibiting transgender characteristics, the WPATH and its Standards of Care (SOC) is mentioned. Accordingly, I provide some context concerning this private organization.

126.    I was a member of the Harry Benjamin International Gender Dysphoria Association from 1974 until 2001. From 1997 through 1998, I served as the Chairman of the eight-person International Standards of Care Committee that issued the fifth version of the SOC. I resigned my membership in 2002 due to my regretful conclusion that the organization and its recommendations had become dominated by politics and ideology, rather than by scientific process, as it was years earlier. In approximately 2007, the Henry Benjamin International Gender Dysphoria Association changed its name to the World Professional Association for Transgender Health ("WPATH").

127.    WPATH is a voluntary multidisciplinary membership organization which is open to nonprofessionals. Since at least 2002, attendance at its biennial meetings has been open to trans individuals who are not licensed professionals. While this ensures taking patients' perspectives into consideration, it limits the ability for honest and scientific debate. This means that WPATH can no longer be considered a purely professional organization.

128. WPATH takes a decided view on issues as to which there is a wide range of opinion among professionals. WPATH explicitly views itself as an advocacy organization. (Levine 2016 at 240.) WPATH is supportive to those who want sex reassignment surgery ("SRS"). Skepticism as to the benefits of SRS to patients and alternate views are not well tolerated in discussions within the organization. Such views have been known to be shouted down and effectively silenced by the large numbers of nonprofessional adults who attend the organization's biennial meetings.

129. The 8th SOC is the product of an enormous effort to be balanced, but it is not a politically neutral document. WPATH's aspirations to be a scientific group and an advocacy group sometimes conflict. The ultimate source of the SOC's limitations, however, are not primarily political. The limitations are caused by the lack of rigorous research in the field which allows room for passionate convictions on how to care for the transgendered.

130. In recent years, WPATH has fully adopted some mix of the medical and civil rights paradigms. It has downgraded the role of counseling or psychotherapy as a requirement for these life-changing processes. WPATH no longer considers preoperative psychotherapy to be a requirement. What is important to WPATH is that the person has gender dysphoria; the pathway to the development of this state is not important. (Levine 2016 at 240.) The adolescent trans person is assumed to have thoughtfully considered his or her options before seeking hormones, for instance. Contrary to WPATH's assumptions, many others have wondered whether any adolescent has matured enough or lived long enough to be able to qualify to consent to endocrine or surgical treatment. (Baxendale 2024.)

131. Most psychiatrists and psychologists who treat patients suffering severe distress from gender dysphoria sufficient to seek inpatient psychiatric care are not members of WPATH. Many psychiatrists and psychologists who treat some patients suffering gender dysphoria on an

outpatient basis are not members of WPATH. None of my colleagues in general psychiatric practice who provide care for trans adolescents and adults are members of WPATH. None of the professionals associated with Genspect, Psychotherapy First, or Society for Evidence-Based Gender Medicine are members. WPATH represents a self-selected subset of the profession along with its many non-professional members; it does not capture the clinical experiences of others. WPATH claims to speak for the medical profession; however, it does not welcome skepticism and therefore, deviates from the philosophical core of medical science.

132.    For example, in 2010 the WPATH Board of Directors issued a statement advocating that incongruence between sex and felt gender identity should cease to be identified in the DSM as a pathology.[7] This position was debated but not adopted by the (much larger) American Psychiatric Association, which maintained the definitions and diagnoses of gender dysphoria as a pathology in the DSM-5 manual issued in 2013 (DSM-5 2013 at 451–459).

133.    In my experience, many current members of WPATH have little ongoing experience with the mentally ill, and many trans care facilities are staffed by MHPs who are not deeply experienced with recognizing and treating frequently associated psychiatric comorbidities. Because the 7th version of the WPATH SOC deleted the requirement for therapy, trans care facilities that consider these standards sufficient are permitting patients to be counseled to transition by means of social presentation, hormones, and surgery by individuals with master's degrees rather than medical degrees. As a result of the downgrading of the role of the psychiatric assessment of patients, new "gender affirming" clinics in many urban settings quickly (sometimes within an hour's time) recommend transition for those 18 and over. I am aware that Planned

---

[7] WPATH, *De-Psychopathologisation Statement* (May 26, 2010), available at https://wpath.org/wp-content/uploads/2024/11/de-psychopathologisation-5-26-10-on-letterhead.pdf (last accessed July 1, 2025).

Parenthood, for example, advertised that hormones could be given at the first visit for those over 18 after being seen by a nurse practitioner.

134.    In the case of children, concerned parents who want to know what is going on in their children are typically overwhelmed when they seek consultation. They feel disoriented, fearful for the health and safety of their child, and dependent on the professional. The ethical responsibility of the physician and PhD or PsyD psychologist is profound. Many parents who bring their trans child to me have had previous encounters with mental health professionals or gender clinics who have quickly diagnosed and recommended transition. This includes college student health services.

135.    WPATH's reputation has been significantly downgraded by a series of recent events.

136.    First was the publication of leaked discussions in the committees developing the 8th SOC (*see* Hughes 2024). This illuminated the fact that clinicians' doubts were passed over in the organization's desire to maintain their position as trustworthy. Dissenting views did not make it into SOC8.

137.    Then a month later the well-respected Cass Review rejected the SOC 8's guidance, based on its in-depth study and analysis. (Cass 2024.) The Cass Review was preceded by the rejection by Finland and Sweden of its previous guidance.

138.    Four months after the Cass Review recommended that psychotherapy should be the first response to transgender youth care, a lawsuit in Alabama brought to light that WPATH ordered a number of systematic reviews in the process of developing the 8th SOC only to suppress the publication of those reviews (*Boe v. Marshall* 2024) because their findings were not in support of WPATH's recommendations for hormones. The majority of WPATH's section writers (those who

contribute to the formulation of the standards of care) make their living and have developed a specialty reputation by caring for these patients raising the issues of financial and intellectual conflicts of interest. This is incompatible with trustworthiness.

139. Then, in May 2025, the U.S. Department of Health and Human Services published an extensive review of the hormonal treatments of youth and concluded that the evidence-base for them are lacking. A few weeks later, three authors published a paper that reached the same conclusion (McDeavitt et al. 2025). In May 2025 Olson-Kennedy et al. who had long suppressed publication of a two-year, NIH sponsored study, finally published their multisite finding that puberty blockers did not improve mental health as she and others had long taught parents of these children (Olson-Kennedy et al. 2025).

140. Ultimately, the WPATH guidelines have been rejected in whole or in part by recent laws from 27 states.[8]

## VI. SOCIAL TRANSITION AND AFFIRMATION IS A CONTROVERSIAL INTERVENTION THAT CHANGES GENDER IDENTITY OUTCOMES.

### A. If both a typical gender or a transgender long-term gender identity outcome is possible for a particular patient, the alternatives are not medically neutral.

141. Where a juvenile experiences gender dysphoria, the gender identity that is stabilized will have a significant impact on the course of his or her life. As set forth below, living in a transgender identity for a time will make desistance, if it is ever considered, more difficult to accomplish.

---

[8] Ala. Code § 26-26-4; Ariz. Rev. Stat. Ann. § 32-3230; Ark. Code Ann. § 20-9-1502(a); Fla. Admin. Code Ann. r. 64B8-9.019; Ga. Code Ann. § 31-7-3.5; Idaho Code § 18-1506C; Ind. Code Ann. § 25-1-22-13; Iowa Code § 147.164; Kan. Stat. Ann. § Ch. 1, § 3; Ky. Rev. Stat. Ann. § 311.372; La. Stat. Ann. § 40:1098.2; Miss. Code Ann. § 41-141-5; Mo. Rev. Stat. § 191.1720; Mont. Code Ann. § 50-4-1004; Neb. Rev. Stat. Ann. § 71-7304; N.H. Rev. Stat. Ann. § 332-M:3; N.C. Gen. Stat. Ann. § 90-21.151; N.D. Cent. Code. § 12.1-36.1-02; Ohio Rev. Code Ann. §§ 3129.02 (addressing chemical and surgical transition), 3129.03 (requiring parental consent for mental health practitioners); Okla. Stat. tit. 63, § 2607.1; S.C. Code Ann. § 44-42-320; S.D. Codified Laws § 34-24-34; Tenn. Code Ann. §§ 68-33-103, 68-33-104; Tex. Health & Safety Code Ann. § 161.702; Utah Code Ann. § 58-68-502(1)(g); W. Va. Code § 30-3-20; Wyo. Stat. Ann. § 35-4-1001.

142.    Changing one's gender identity presentation to another at any age is a difficult decision. Changing back to expressing oneself as a member of one's biological sex also requires the courageous recognition that "I made a large mistake" or "Well, I learned a lot by living differently for a while." The collections of detransitioned adults published by Littman and Vandenbussche (Littman 2021; Vandenbussche 2021) provided testimony of the courage needed to detransition and admit the chronic lack of happiness in the new gender role. (*See also* Levine 2018b for an in-depth discussion of the conscious experience of living as a woman and the forces that coalesced to create a return to the living as a man.)

143.    If the juvenile desists from the gender dysphoria and becomes reasonably comfortable with a gender identity congruent with his or her sex—the most likely outcome from a statistical perspective absent affirming intervention, as set forth below—the child will not require ongoing pharmaceutical maintenance and will not have his or her fertility destroyed post-puberty.

144.    However, if the juvenile persists in a transgender identity, under current practices, the child is most likely to require regular administration of hormones for the rest of his or her life, exposing him or her to significant physical, mental health, and relational risks, as well as being irreversibly sterilized chemically and/or surgically. The child is therefore rendered a "patient for life" with complex medical implications related to a scientifically unproven course of treatment. Similarly, when adults change their gender presentation with hormones or surgery, they too become a patient for life, even without surgical complications.

**B.    Social transition radically changes outcomes, almost eliminating desistance.**

145.    Social transition has a critical effect on the persistence of gender dysphoria. It is evident from the scientific literature that engaging in therapy that encourages social transition before or during puberty—which would include participation on athletic teams designated for the opposite sex—dramatically changes outcomes. A prominent group of authors has written that "The

46

gender identity affirmed during puberty appears to predict the gender identity that will persist into adulthood." (Guss et al. 2015 at 422.) Similarly, a comparison of studies suggests that when an "affirming" methodology is used with children, a substantial proportion of children who would otherwise have desisted by adolescence—that is, achieved comfort identifying with his or her natal sex—instead persist in a transgender identity. (Zucker 2018 at 7.)

146.    Indeed, a review of multiple studies of children treated for gender dysphoria across the last three decades found that early social transition to living as the opposite sex severely reduces the likelihood that the child will revert to identifying with the child's natal sex, at least in the case of boys. That is, while, as I review above, studies conducted before the widespread use of social transition for young children reported desistance rates in the range of 80–98%, a more recent study reported that fewer than 20% of boys who engaged in a partial or complete social transition before puberty had desisted when surveyed at age 15 or older. (Zucker 2018 at 7[9]; Steensma et al. 2013.[10]) Another researcher observed that a partial or complete gender social transition prior to puberty "proved to be a unique predictor of persistence." (Singh et al. 2021 at 14.) The Cass Report notes that social transition "may have significant effects on the child or young person in terms of their psychological functioning and longer-term outcomes." (Cass 2024 at 158.)

147.    Some vocal practitioners of prompt affirmation and social transition even proudly claim that essentially no child who comes to their clinics exhibiting gender dysphoria or cross-gender identification desists in that identification and returns to a gender identity consistent with

---

[9] Zucker found social transition by the child to be strongly correlated with persistence for natal boys, but not for girls. (Zucker 2018 at 5.)

[10] Only 2 (3.6%) of 56 of the male desisters observed by Steensma et al. had made a complete or partial transition prior to puberty, and of the twelve males who made a complete or partial transition prior to puberty, only two had desisted when surveyed at age 15 or older. (Steensma et al. 2013 at 584 tbl.1.)

his or her biological sex.[11] This is a very large change as compared to the desistance rates documented in the absence of social transition. For instance, the American Psychiatric Association observed in a 2012 literature review that "only a minority" of those diagnosed with childhood gender identity disorder "will identify as transsexual or transgender in adulthood (a phenomena termed persistence), while the majority will become comfortable with their natal gender over time (a phenomenon termed desistance)." (Byne et al. 2012 at 763.)

148.     Even voices generally supportive of prompt affirmation and social transition are acknowledging a causal connection between social transition and this change in outcomes. As the Endocrine Society recognized in its 2017 Guidelines: "If children have completely socially transitioned, they may have great difficulty in returning to the original gender role upon entering puberty. . . . [S]ocial transition (in addition to GD/gender incongruence) has been found to contribute to the likelihood of persistence." (Hembree et al. 2017 at 3879.)

149.     Dutch researchers, from among the team who pioneered youth gender transition, recommended that young children not socially transition before puberty on two grounds: (1) that most gender-dysphoric children will not persist in their adopted gender identity through adolescence; and (2) that such non-persisting youths should be prevented "from having to make a complex change back to the role of their natal gender," which research had suggested would be difficult. (de Vries & Cohen-Kettenis 2012 at 307–08.)

150.     Moreover, social transition cannot be considered or decided alone. Studies show that engaging in social transition starts a juvenile on a "conveyor belt" path that almost inevitably

---

[11] *See, e.g.,* Ehrensaft 2015 at 34: "In my own clinical practice . . . of those children who are carefully assessed as transgender and who are allowed to transition to their affirmed gender, we have no documentation of a child who has 'desisted' and asked to return to his or her assigned gender."

leads to the administration of puberty blockers, which in turn almost inevitably leads to the administration of cross-sex hormones.

151.    In sum, therapy for young children that encourages transition cannot be considered neutral but instead is an experimental procedure that has a high likelihood of changing the life path of the child, with highly unpredictable effects on mental and physical health, suicidality, and life expectancy. All reviews have noted the absence of any controlled studies of this age group or adults as well. Without this, when social transition leads to the family's desire for puberty blockers, it is impossible to be sure when any positive effects are due to the emotional support and enthusiasm of the professionals involved, creating a placebo effect (Clayton 2023a; Clayton 2023b), concomitant therapy with or without psychotropic medications, or age-related maturation. Conversely, any negative effects usually cannot be clearly separated from actual effects of medications or the fear of side effects. This is known as the nocebo effect. Social transitioning is a social and medical experiment. (Levine 2016 at 241.) Medicine has a long history of negative outcomes from scientifically unproven medical fashions. (Clayton 2023a.)

152.    In my experience, one of the reasons that so little is known about adults who transition after their age of majority is that as a group these patients want little to do with those professionals who evaluated them originally and recommended hormonal and/or surgical interventions. "Lost to follow-up" is the usual term referencing this fact.

## VII. SOCIAL TRANSITION AND AFFIRMATION ARE EXPERIMENTAL THERAPIES THAT HAVE NOT BEEN SHOWN TO IMPROVE MENTAL OR PHYSICAL HEALTH OUTCOMES BY YOUNG ADULTHOOD.

153.    It is undisputed that children and adolescents who present with gender dysphoria exhibit a very high level of mental health comorbidities. In a study of our adult patients from the 1970s and early 1980s, there were very few mentally healthy adult patients seen (Levine 1980; Levine & Lothstein 1981). In those days, very few minors appeared in our gender identity clinic.

Whether the gender dysphoria is the cause or effect of other diagnosed or undiagnosed mental health conditions, or whether these are merely coincident comorbidities, is hotly disputed, but the association of comorbidities is not.

A. **The knowledge base concerning therapies for gender dysphoria is "very low quality."**

154.     At the outset, it is important for all sides to admit that the knowledge base concerning the causes and treatment of gender dysphoria has low scientific quality.

155.     In evaluating claims of scientific or medical knowledge, it is axiomatic in science that no knowledge is absolute, and to recognize the widely accepted hierarchy of reliability when it comes to "knowledge" about medical or psychiatric phenomena and treatments. Unfortunately, in this field opinion is too often confused with knowledge, rather than clearly locating what exactly is scientifically known: But evidence-based medical practices use a hierarchy of trustworthy information to ensure scientific reliability (HHS 2025 at 24–25; Guyatt et al. 2000 at 1292–93). In order of increasing confidence, such "knowledge" may be based upon data comprising:

a.     Expert opinion—it is perhaps surprising to educated laypersons that expert opinion standing alone is the lowest form of knowledge, the least likely to be proven correct in the future, and therefore does not garner as much respect from professionals as what follows;

b.     A single case or series of cases (what could be called anecdotal evidence) (Levine 2016 at 239);

c.     A series of cases with a control group;

d.     A cohort study;

e.     A randomized double-blind clinical trial;

f.     A review of multiple trials;

g.     A meta-analysis of multiple trials that maximizes the number of patients treated despite their methodological differences to detect trends from larger data sets;

h.     Systematic reviews

156.    Prominent voices in the field have emphasized the severe lack of scientific knowledge in this field. The American Academy of Child and Adolescent Psychiatry has recognized that "Different clinical approaches have been advocated for childhood gender discordance.... There have been no randomized controlled trials of any treatment. ... [T]he proposed benefits of treatment to eliminate gender discordance … must be carefully weighed against ... possible deleterious effects." (Adelson et al. 2012 at 968–69.) Similarly, the American Psychological Association has stated, "because no approach to working with [transgender and gender nonconforming] children has been adequately, empirically validated, consensus does not exist regarding best practice with prepubertal children." (APA 2015 at 842.)

157.    Critically, "there are no randomized control trials (RCT) with regard to treatment of children with gender dysphoria[.]" (Zucker 2018 at 8.) On numerous critical questions relating to cause, developmental path if untreated, and the effect of alternative treatments, the knowledge base remains primarily at the level of the practitioner's exposure to individual cases, or multiple individual cases. As a result, claims to certainty are not justifiable. (Levine 2016 at 239.) It is no different when it comes to the treatment of adults.

158.    While I am on the topic of the hierarchy of trustworthy information, I would like to mention that surveys are not included at all. (HHS 2025 at 24–25; Guyatt et al. 2000 at 1292–93.) In general, surveys are observational and results from surveys are excluded from systematic reviews of studies. In addition, surveys that include responses from those who *choose* to respond have an inherent sampling bias, and those focused on adolescents have an additional issue: "mischievous responders," or youth who provide inaccurate responses they think are "funny," skewing results. (Robinson-Cimpian 2014.) To be respectable scientifically, large surveys must at

minimum employ probability sampling to have the sample represent the population as a whole. Surveys of transgender populations are not a trustworthy form of information in medicine.

159.     This is particularly true for anonymous surveys involving adolescents that are related to sexuality. For instance, in one large survey of high schoolers, over 35% of those who responded that they were transgender also reported active membership in a gang, 23% of those who responded that they were transgender reported having 2 or more children, and nearly 42% of those who responded that they were transgender reported a height in the bottom or top 2.5% of the population. (Robinson-Cimpian 2014 at 174 tbl. 1.) Importantly, mischievous responses cause surveys to *overestimate* risks and negative outcomes, often dramatically. (Cimpian 2017 at 519 tbl. 1.)

160.     Dr. Fortenberry repeatedly relies on surveys to support his opinions, including the 2015 and 2022 United States Transgender Surveys. *See, e.g.*, Fortenberry Decl. ¶ 34 & n.13, ¶¶ 52–53 & nn.20–22. But these surveys are particularly prone to sampling bias, in that respondents choose whether to fill out the online questionnaires from which the survey obtains its data. It does not reach those who detransitioned, for instance. Relying on surveys over peer-reviewed studies and systematic reviews is a flawed approach.

161.     Because these 2015 and 2022 surveys, and other sources Dr. Fortenberry cites, involve online surveys, often targeting youth, and related to issues of gender identity and sexual orientation, they are particularly vulnerable to mischievous responders, as discussed above.

162.     Obtaining samples through social media ads may worsen matters. (Andrade 2020.)

163.     As to social transition, as I have noted above, considerable evidence suggests that socially transitioning a pre-pubertal child puts him or her on a path from which very few children escape—a path which includes puberty blockers and cross-sex hormones before age 18. As a

practical matter, then, a decision about social transition for a child must be made in light of what is known and what is unknown about the effects of those expected hormonal interventions. And while the risks are known, there are no long-term studies suggesting that social transition improves outcomes for gender dysphoria in children. Similarly, long-term prospective studies of those who transitioned as adults are lacking.

164.    Here is Dr. Fortenberry's 33rd paragraph: "Untreated, gender dysphoria results in significant long term, often lifelong, distress, clinically significant anxiety and depression, self-harming behaviors, substance misuse, and suicidality." I note there is no reference for this authoritative assertion. This often-repeated assertion justifies affirmative care in physicians' minds. Considering that longitudinally followed, long-term adult impacts of affirmative care are not available for adolescents, it is no surprise that there are no modern studies of patients who wanted and did not receive affirmative care, or of those who did not want hormonal care. What is available is cross-sectional one-time samples of trans adult communities and their prevalence of the harms that Dr. Fortenberry assumes will befall those who are not "appropriately" treated with affirmative care means, as set forth below. Physician beliefs, even among those who are very experienced with the provision of care, occupy the lowest level on the hierarchy of evidence-based medicine.

165.    Here, I detail what is known about the effectiveness of social transition and affirmation to improve the mental health of individuals diagnosed with gender dysphoria.

**B.      Individuals who adopt a transgender identity often suffer from psychiatric comorbidities like depression, and there is no evidence that social transition and affirmation provide a durable improvement in mental health.**

166.    A cohort study by authors from Harvard and Boston Children's Hospital found that youth and young adults (ages 12-29) who self-identified as transgender had an elevated risk of depression (50.6% vs. 20.6%) and anxiety (26.7% vs. 10.0%); a higher risk of suicidal ideation

(31.1% vs. 11.1%), suicide attempts (17.2% vs. 6.1%), and self-harm without lethal intent (16.7% vs. 4.4%) relative to the matched controls; and a significantly greater proportion of transgender youth accessed inpatient mental health care (22.8% vs. 11.1%) and outpatient mental health care (45.6% vs. 16.1%) services. (Reisner et al. 2015 at 277 tbl. 2.)

167.    Similarly, a longitudinal study of transgender and gender diverse youth and young adults in Chicago found rates of alcohol and substance abuse "substantially higher than those reported by large population-based studies of youth and adults." (Newcomb et al. 2020 at 655.) It would be ideal if such studies had pre-and post-medicalization comparisons. Unfortunately, most studies are cross sectional yielding at best a prevalence figure. Many systematic reviews of the effects of hormones on mental health parameters have concluded their long-term results are uncertain. For the latest study, see Miroshnychenko. (Miroshnychenko et al. 2025.)

168.    Members of the clinical and research team at the prominent Dutch VU University gender dysphoria center compared mental health metrics of two groups of subjects before (mean age 14.5) and after (mean age 16.8) puberty blockers, concluding that puberty blockers improved psychological well-being. But they acknowledged that the structure of their study meant that it "can . . . not provide evidence about . . . long-term mental health outcomes," and that based on what continues to be extremely limited scientific data, "Conclusions about long-term benefits of puberty suppression should . . . be made with extreme caution[.]" In other words, we just don't know. (van der Miesen et al. 2020 at 703.)

169.    An important paper published in 2021 by Tavistock clinic clinicians provided the results of the first longitudinal study that measured widely used metrics of general psychological function and suicidality before commencement of puberty blockers, and then at least annually after commencing puberty blockers. After up to three years, they "found no evidence of change in

psychological function with GnRHa treatment as indicated by parent report (CBCL) or self-report (YSR) of overall problems, internalising or externalising problems or self-harm" as compared to the per-puberty-blocker baseline evaluations. "Outcomes that were not formally tested also showed little change." (Carmichael et al. 2021 at 18–19.) Similarly, a study of the case histories of a set of individuals diagnosed with GD in Sweden found no positive effect on mental health from hormonal treatment. (Landén 2020.)

170.     And the only systematic review of evidence to date on the question of social transition reports an "absence of robust evidence of the benefits or harms of social transition for children and adolescents." Ruth Hall et al., *Impact of social transition in relation to gender for children and adolescents: a systematic review*, Archives Disease Childhood 109:s12–s18, s12 (2024).

171.     In paragraph 50, Dr. Fortenberry cites evidence of improved mental health brought about by social transition, particularly when supported by parents. It is important to realize that such assertions require knowledge of how mental health was assessed—questionnaire, parental report, patient report, physician impression—and even more importantly, what was the duration of the observation. The issue with permanent transition with or without medical assistance is not the next year or the grades attained the next semester but what happens for the next sixty years of the individual's life. Of course, this is too much to ask of science. But is it too much to have a 1, 3, and 5-year follow up to such blanket assertions? Systematic reviews of the mental health effects of puberty blockers and cross sex hormones do not support Dr. Fortenberry's conviction.

**C.     Long-term mental health outcomes for individuals who persist in a transgender identity are poor.**

172.     The responsible MHP cannot focus narrowly on the short-term happiness of the young patient, but must instead consider the happiness and health of the patient from a "life course"

perspective. When we look at the available studies of individuals who continue to inhabit a transgender identity across adult years, the results are strongly negative.

173.    In the United States, the death rates of trans veterans are comparable to those with schizophrenia and bipolar diagnoses—20 years earlier than in the general population. These crude death rates include significantly elevated rates of substance abuse as well as suicide. (Levine 2018a at 38.)

174.    A study in the American Journal of Psychiatry reported high mental health utilization patterns of adults for ten years after surgery for approximately 35% of patients. (Bränström & Pachankis 2020.) Indeed, earlier Swedish researchers in a long-term study of all patients provided with sex reassignment surgery over a 30-year period (median time since SRS of > 10 years) concluded that individuals who have SRS exhibit such poor mental health that they should be provided very long-term psychiatric care as the final transition step of SRS. (Dhejne et al. 2011 at 6–7.) Unfortunately, across the succeeding decade, in Sweden and elsewhere their suggestion has been ignored.

175.    Meanwhile, no studies show that affirmation of pre-pubescent children or adolescents leads to more positive outcomes (mental, physical, social, or romantic) by, e.g., age 25 or older than does "watchful waiting" or ordinary therapy. Indeed, they may have profoundly negative consequences given the observed lower rates of detransition, as one study found that 3 of 4 watchful waiting practitioners had patients who had detransitioned, while only 22 of 47 affirming care practitioners did (Pullen Sansfaçon 2025 at 159 tbl. 2). In October 2024, the New York Times reported that one of the most prominent affirmative care researchers failed to publish the results of her two-year prospective study on mental health outcomes of minors treated with puberty blockers. Dr. Olson-Kennedy said that its publication would have been used by opponents of

affirmative care. (Ghorayshi 2024.) Their study was published without peer review in May 2025, presumably because of political pressure (Olson-Kennedy et al. 2025). Subsequently her clinic was shut down by the hospital. (Ryan 2025.)

176.    Similarly, no studies show that affirmation of adults leads to more positive outcomes over the long-term. To ascertain that affirmative care improves the mental and physical lives of adults, science requires a control group. Studies of adults who have received surgery, for example, lack a suitable comparative group who did not have the surgery.

177.    The many studies that I have cited here warn us that, as we look ahead to the patient's life as a young adult and adult, the prognosis for the physical health, mental health, and social well-being of the child or adolescent who transitions to live in a transgender identity is not good. All clinicians should be mindful that a hormonal intervention of an adolescent has implications for the next ~60 years of life. It is not just a matter of making a distressed teen happier in the next few months because of bodily changes. It is the same when a 25-, 35-, or 55-year-old begins hormones: it is assumed to be for the rest of their lives.

**D.    Individuals who persist in a transgender identity often face challenges because of their transgender identity.**

178.    Dr. Fortenberry correctly notes that a transgender individual may face ill treatment because of his or her transgender identity. This must be considered when a young person contemplates presenting in the new gender. Dr. Fortenberry says that he discusses this problem with families. This is good preparation for the future because the child in school and the adolescent and adult in society must well manage these moments and learn how to minimize them. Even though the world has generally been more accepting of trans persons in recent decades, all elements in culture do not advance at the same rate. Trans people must develop self-confidence that produces self-protectiveness.

179.     I have witnessed the fear of ill treatment being one of several factors in some individuals' decision to detransition. Dr. Fortenberry's observations that adverse events can cause self-harm and suicidality reflects the immaturity of his young patients and their need to be far more self-protective. Self-harm in response to the cruelty of others is a strong indication of the need for psychotherapy.

180.     The lives of the transgendered are replete with recurrent challenges because of their transgender identity. But hopefully as trans individuals mature, they come to accept that "I am not in fact a female; I am a trans woman (or girl)." In other words, they come to grips with the difference between internal and external reality. This enables the person to learn to handle the situation with aplomb. I know adults who do. They are inevitably distressed when there are comments about their conspicuous sex and their appearance as the other, but this is one of their recurrent challenges to master. Adolescents, who are passionate about many things in life, may react with more distress than they will have in the future as they accept their chosen lifestyle, recognize their unchangeable biological sex, and recognize the previously unrecognized meaning of being a trans person. One should not equate this confrontation with a "trauma." Everything that is temporarily distressing does not rise to the level of a trauma.

181.     In my experience, living in stealth (hiding one's status as transgender) leaves a person with the dread of being discovered. Affirmative care proponents might help their patients to understand that affirmative care does not change one's sex; it enables one to perform in the new gender in a more convincing way to strangers. Such mature understanding of the self in relationship to others, including the reality of the state or federal regulations and laws, is part of growing up.

182.     I have signed documents to testify that some of my patients are living in the opposite gender role and have been under my psychiatric care. I understand that such documents

have been to obtain a changed designation on Ohio driver's licenses. I have no experience with patients attempting to have a birth certificate changed. Generally, my goal for my trans-identifying patients is for them to come to understand and accept that being a trans person does not obliterate the fact that they were registered at birth as a member of their biologic sex. Most of my patients reach this acceptance.

**E.    There is no evidence that changing the gender marker on a birth certificate will meaningfully improve a trans identifying individual's mental health.**

183.    In paragraph 55 of his declaration, Dr. Fortenberry asserts that "[a] consistent body of literature documents the health outcomes associated (or not) with gender marker revision in administrative and identity documents such as birth certificates, passports, and driving licenses." Dr. Fortenberry further asserts in paragraph 59 of his declaration that "[t]he consistency and magnitude of documented associations provide more than reasonable support for linking access to and receipt of legal gender marker revision to reduced harmful consequences of gender dysphoria." I have reviewed the studies that Dr. Fortenberry cites in support of his opinion, and in my view it is not reasonable to suggest that these studies provide support for the assertion that legal gender marker revision *causes* an improvement in the mental health of transgender individuals.

184.    It is a scientific axiom that correlation (or association) does not prove causation. The studies that Dr. Fortenberry cites are cross-sectional studies which—by design—preclude causal inferences. Many are based on the non-probability sample published in the 2015 U.S. Transgender Survey of 27,715 participants. This survey has generated many publications even though non-probability samples are not scientifically representative of the population of interest.

185.    Scheim is a secondary analysis of these 2015 data from the 2015 U.S. Transgender Survey, which is an unreliable source for the reasons I discussed earlier. *See supra* at ¶¶ 158–62. Scheim found no correlation between rates of suicide and the status of legal gender marker

revision. (Scheim et al. 2020 at e197, e202.) Although the authors found an association between legal gender marker revision and some metrics of mental health, the authors reminded readers that its "cross-sectional study design" "precludes causal interpretations." Most of their sample did not have changed markers. When some but not all markers were changed the reductions in mental health were less. Marker change did not remove mental difficulties. The authors also noted that psychological distress could make it more difficult to obtain gender-concordant IDs. (*Id.* at e202.) In other words, any association may be explained by individuals with less distress and better executive function being more likely to apply for and obtain legal gender marker revisions.

186. Restar et al. produced an analysis of data collected in Massachusetts and Rhode Island over a four month period ending in February 2019, and 97.2% were collected online (Restar et al. 2020, at 3). The sample was not representative. *See supra* at ¶¶ 158–59. These two states had made it relatively easy to change markers. Not all of the authors' instruments were psychometrically validated. The authors made no attempt to filter out mischievous responders. (*See ibid*.) Two of their analyses excluded 97 and 125, respectively, of the 600 participants because they indicated that they did not want to change their gender marker on their passport nor driver's license. (*See ibid.*) They found that those who changed their gender markers on a license or passport had less chance of being upset when confronting discrimination. They found similar evidence for those who changed their names on these markers. Their one-time, cross-sectional design precludes causal inferences. Restar *also* found associations between legal gender marker revision and income, employment status, educational attainment, and insurance status. (*See id.* at 6.) The data suggest that those who have obtained legal gender marker revisions are more likely to have higher income, be employed, have higher levels of education, and have health insurance— any or all variables that may contribute to improved mental health. Scheim et al. reminded readers

that those with better mental health have higher executive function and are more likely to apply for and obtain legal gender marker revisions.

187. Dr. Fortenberry correctly notes that the study by Bauer et al. showed an association between legal gender marker revision and reduced suicidal ideation and attempts, Fortenberry Decl. ¶ 55 n.25 (Bauer et al. 2015). This study aimed to find factors that might diminish the incidence of suicidality among trans persons. It collected its data anonymously and online (at least in part) 15 years ago. Self-reported answers required up to 90 minutes to complete. Long surveys can be a methodologic problem because of fatigue as well as because of mischievous responders. *See supra* at ¶¶ 158–59. Questions such as "have you ever seriously considered committing suicide or taking your own life," were not further defined for the subjects. This study of 380 subjects, age 16 and older in Ontario, Canada, measured a large number of variables that were handled with sophisticated statistics. It employed "respondent-driven sampling" (*Id.* at 1)—meaning that the initial 16 respondents recruited acquaintances. The sample was not, therefore, scientifically representative of trans-identified inhabitants in that province. The authors recognized that the wide confidence intervals limited the number of statistically significant correlations. It found that parental support and having identity markers were helpful in diminishing suicidal ideation and being a victim of violence was related to an increase. It also found that having the support of leaders increased suicidality. This is another cross-sectional study, precluding causal inferences. Authors expressed that "temporality remains a concern." (*Id.* at 12.) This appears to mean that the authors could not separate what is cause from what is effect.

188. Yee et al. provides even less support for Dr. Fortenberry's assertions, Fortenberry Decl. ¶ 56 n.26, as that insurance data study was limited to data from Oregon Medicaid beneficiaries, most of whom lived in Portland (Yee et al. 2022 at 699). It used gender identity-

related diagnosis codes to identify transgender individuals, and then compared gender markers to those on Medicaid administrative records for mental and behavioral health claims. No legal identification such as driver's license or birth certificate were variables considered. The 2,940 records indicated a high prevalence of anxiety, depressive, substance abuse, and PTSD, and 18.7% changed their gender more than once in these records. Yee found that those who did not change their gender on claims had more utilization of mental health services. This was a cross-sectional study that "did not permit causal inference." (*Id.* at 702.) It was designed to illustrate a method to more accurately assess sex at birth.

189. Puckett and colleagues also performed a cross-sectional study by collecting data in four states from participants targeted through social media advertising and other mixed methods. (Puckett et al. 2024 at 1114, 1120.) It was completed before COVID. No mention was made of filtering for mischievous responders. *See supra* at ¶¶ 158–59. The sample, whose youngest age was 19, was small which limited its power. (Puckett et al. 2024 at 1120.) Sixteen of its 158 participants indicated that they did not want to change their name or gender marker, and others were unsure. (*Id.* at 1114, 1117.) While 53.2% had changed their name, 15.2% changed markers on all that they desired and 29.1% desired to change an additional marker. (*Id.* at 1117.) Older subjects were more likely to have changed their markers. These authors like others found "significant association" between income and legal gender marker revisions. (*Id.* at 1118.) Factors associated with a higher income (more therapy, education, access to support, for example) were associated with less negative reaction to stigma. The study, however, did not control for healthcare access, insurance, or accessibility to mental health care. (*Id.* at 1120.) Puckett et al. was the first group to state that a prospective study must be done to answer the question of the impact on mental health of marker change.

190.     DeChants et al. is yet another cross-sectional study, precluding causal inferences. (DeChants et al. 2022.) It was based on approximately 35,000 LGBTQ subjects ages 13–24 queried over a three-month period in 2020. There were 11,914 trans-identified subjects, but 2,650 respondents did not answer questions about identity documents which were at the end of the questionnaire. An additional 2,583 subjects were not included because they were not interested or not sure that they were interested in changing identity markers. Parental consent was waived. The authors are associated with The Trevor Project, which is an advocacy organization. The purpose of the study was to advocate more identification marker change because this was thought to increase resilience to discrimination. The data were collected in online, anonymous surveys, and participants were recruited via targeted ads on social media. The time frame for answering suicide attempt questions was one year, a duration others in this literature found less reliable than the past month. The self-report study does not mention any attempt to filter or control for mischievous responders. *See supra* at ¶¶ 158–59. The study also does not mention controlling for household income. It acknowledges the possibility of "reverse causation"—again, that individuals who have better mental health are more likely to be able to apply for and successfully obtain legal gender marker revisions. (DeChants 2022 at 8.)

191.     Dr. Fortenberry's reliance on Kidd 2018 (Decl. ¶ 58) seems beside the point. That study focused on tobacco use in transgender individuals—not a particularly useful metric of mental health. Kidd 2018 is also a secondary analysis of data collected exclusively online between 2003 and 2006, by different researchers, for different purposes—"not specifically designed to assess tobacco use." (Kidd 2018 at 408.) And again, Kidd 2018—like the other studies on which Dr. Fortenberry relies—is a cross-sectional study that precludes causal inferences.

192.    In addition, even if there is an association between legal gender marker revision and certain metrics of mental health, none of these studies collected data over the long term. Without longitudinal studies, it is baseless to assert that any mental health improvements are long-term or permanent. This also applies to Dr. Fortenberry's observations of his patients' reactions to legal gender marker revisions.

193.    In such studies it cannot be assumed that the marker change was the reason for better mental health metrics, rather than that those who changed their markers were in fact healthier in the first place. It is important to read the limitation section of these studies because the titles of studies may make readers thinks that trustworthy facts have been established. Some refer to this as spin. But one should not think that changing gender markers is the antidote for recurrent suicidality of the transgendered population.

194.    In my experience, when an individual gets what she desires, she is happier—in the short term. A chronically anxious or depressed transgendered person with continuing gender dysphoria may temporarily feel better in response to a document change. But the above studies provide no evidence that document change will make any difference in their long-term capacities to function. I have reviewed numerous medical records in various lawsuits in which an intervention improved a patient only to have anxiety/depression/suicidality return on a subsequent visit a month or more later. Many of my patients seem somewhat better only to relapse to their more chronic state.

195.    Dr. Fortenberry's dose-response conjecture in paragraph 56 implies causality. But Dr. Fortenberry knows, of course, that correlation does not equal causation. The continuing psychiatric distress of the gender dysphoric can be improved temporarily by many events, just as

many events can temporarily improve all people's happiness. But these evanescent changes do not actually address the concerning issues of chronic psychiatric symptoms.

196.     In my view, prevailing in this lawsuit is not likely to cure or ameliorate Plaintiffs' ongoing symptomology due to gender dysphoria.

## VIII.   SOCIAL TRANSITION AND AFFIRMATION DO NOT DECREASE, AND MAY INCREASE, THE RISK OF SUICIDE.

### A.     The risk of suicide among transgender individuals is confused and exaggerated in the public mind.

197.     While suicide is closely linked to mental health, I comment on it separately because rhetoric relating to suicide figures prominently in debates about responses to gender dysphoria.

198.     Any discussion of suicide when considering younger children involves very long-range and, therefore, very uncertain prediction. Suicide in pre-pubescent children is extremely rare, and the existing studies of gender identity issues in pre-pubescent children do not report significant incidents of suicide. (Biggs 2022b.) Any suggestion otherwise is misinformed. Our focus for this topic, then, is on adolescents and adults, mindful that in a few short years, prepubertal children will be adolescents.

199.     Some authors have reported rates of suicidal thoughts and behaviors among trans-identifying teens or adults ranging from 25% to as high as 52%, generally through nonlongitudinal self-reports obtained from non-representative survey samples. (Toomey et al. 2018.) The vast majority, if not all studies, repeatedly demonstrate that transgender adolescents and homosexually identified agemates have elevated rates of suicidal thoughts when compared to peers who are not transgender or homosexually identified. (Canetto et al. 2021.)

200.     It is worth reiterating that many online, anonymous, or school-administered surveys suffer from mischievous responses, which, when present, nearly always result in overestimates of risks. (Cimpian 2017.)

201.     Advocates frequently assert that affirmative care is the only way to avoid the possibility of suicide. But no statistically meaningful studies show that affirmation of children, adolescents, or adults reduces suicide, prevents suicidal ideation, or improves long-term outcomes. For this to be demonstrated, prospective studies comparing two groups of gender dysphoric individuals, one medicalized and one not, would need to be carried out. The group who did not receive affirmative care might undergo either "watchful waiting" or a psychotherapy. Such studies have not been initiated.

202.     Early estimates of retrospective recall of adults about their suicide attempts have often found figures around the 40% figure quoted by Dr. Fortenberry. But a grasp of the differences between suicidal thoughts, suicidal gestures (that represent a cry for help, manipulation, or expression of rage), and sincere attempts to end life is required. Too often, in both public and professional discussions, suicidal thoughts are blurred with suicide. Yet the available data tells us that suicide among children and youth suffering from gender dysphoria is rare (Ruuska et al. 2024). Studies from several countries for decades have recognized that suicide is more common in adults who are trans-identified in medical records than the control groups. Suicide occurs at all stages of affirmative care (Jackson et al. 2023; Simonsen et al. 2016.)

203.     Suicidal ideation is common among all sexual minorities. Suicide, although more common among the trans population than typically gendered persons, is infrequent and correlated with psychiatric comorbidity. (Ruuska et al. 2024.) Sadly, suicidal ideation, suicide attempts, and suicide have been noted at every phase of affirmative care and are particularly a risk over a ten-year period after all affirmative care. (Dhejne et al. 2011.)

204.     An important analysis of data covering patients as well as those on the waiting list (and thus untreated) at the UK's Gender Identity and Development Service at the Tavistock and

Portman NHS Foundation Trust ("Tavistock") gender clinic—the world's largest gender service that deals with children and adolescents only—found a total of four completed suicides across 11 years' worth of patient data, reflecting an estimated cumulative 30,000 patient-years spent by patients under the clinic's care or on its waiting list. This corresponded to an annual suicide rate of 0.013%. The proportion of individual patients who died by suicide was 0.03%, which is orders of magnitude smaller than trans adolescents who self-report suicidal behavior or thoughts on surveys. (Biggs 2022b at 685.)

205.    Thus, only a minute fraction of trans-identifying adolescents who report thoughts or conduct considered to represent "suicidality" commit suicide. I agree with the statement by Dr. Zucker that the assertion by, for example, Karasic and Ehrensaft (2015) that completed suicides among transgender youth are "'alarmingly high'" "has no formal and systematic empirical basis." (Zucker 2019 at 1985.)

206.    Professor Biggs of Oxford, author of the above study of incidence of suicide, rightly cautions that it is "irresponsible to exaggerate the prevalence of suicide." (Biggs 2022b at 688.)

207.    Since 2011 when Dhejne et al. reported on the 19.1 times increased rate of suicide among all the Swedish individuals who received sex reassignment surgery over a 30-year period, the field has been aware and continued to document the suicides, particularly after 10+ years of some of these adult patients. (Dhejne et al. 2011; de Blok et al. 2021.) The Amsterdam group pointed out that suicides are documented at every stage in the affirmative care process. (de Blok et al. 2021).

**B.      Transition of any sort has not been shown to reduce levels of suicide.**

208.    Every suicide is a tragedy, and steps that reduce suicide should be adopted. I have noted above that suicidality (that is, suicidal thoughts or behaviors, rather than suicide) is common among transgender individuals before, during, and after social and medical transition. If a medical

or mental health professional believes that an individual he or she is diagnosing or treating for gender dysphoria presents a suicide risk, in my view it is unethical for that professional merely to proceed with hormonal treatment and hope that it "solves the problem." Numerous individual studies (Chen et al. 2023; Olson-Kennedy et al. 2025) and all the systemic reviews (HHS 2025; Cass 2024) have suggested it does not solve the underlying problem in the long run. The professional has an obligation to provide or refer the patient for evidence-based therapies for addressing depression and suicidal thoughts that are well-known to the profession. (Levine 2016 at 242.)

209.     There is in fact no evidence that social and/or medical transition reduces the incidence of suicide. Prominent Dutch researchers documented that suicides occur at a similar rate through all stages of transition, from pre-treatment assessment to post-transition follow-up (Wiepjes et al. 2020 at 490 ). Their patients included adults. On the contrary, in his analysis of those who were patients of or on the waiting list of the Tavistock clinic, Professor Biggs found that the suicide rate was not higher among those on the clinic's waiting list (and thus as-yet untreated), than for those who were patients under care. (Biggs 2022b.) Bränström and Pachankis, after correcting their original article, similarly acknowledge that their review of records of gender dysphoric patients "demonstrated no advantage of surgery in relation to . . . hospitalizations following suicide attempts[.]" (Bränström & Pachankis 2020 at 734.) (They did not include completed suicides in their study.)[12]

210.     And again, Dr. Fortenberry's citation to cross-sectional studies to suggest that obtaining legal gender marker revisions will decrease suicide ideation or suicidality is not reliable.

---

[12] Turban et al. (2020) has been described in press reports as demonstrating that administration of puberty suppressing hormones to transgender adolescents reduces suicide or suicidal ideation. The paper itself does not make that claim, nor permit that conclusion.

*See supra* ¶¶ 187–90. There is no evidence that obtaining legal gender marker revisions decreases suicide.

### C.  Long-term life in a transgender identity correlates with very high rates of completed suicide among adults.

211.    As with mental health generally, the patient, parent, or clinician fearing the risk of suicide must consider not just the next month or year, but a life course perspective.

212.    There are now five long-term studies that analyze <u>completed suicides</u> among those living in transgender identities into adulthood. The results vary significantly, but are uniformly highly negative.

213.    As previously mentioned, Dhejne et al. reported a long-term follow-up study of Swedish subjects after sex reassignment surgery. Across the multi-year study, subjects who had undergone sex reassignment surgery committed suicide at 19.1 times the expected rate compared to general population controls matched by age and both sexes. Male-to-female transgender subjects committed suicide at 13.9 times the expected rate, and female-to-male transgender subjects committed suicide at 40.0 times the expected rate. (Dhejne et al. 2011 Suppl. tbl. S1.)

214.    Asscheman reported results of a long-term follow-up of all transgender subjects of the Netherlands' leading gender medicine clinic who started cross-sex hormones before July 1, 1997, a total of 1,331 patients. The Dutch system of medical and death records enables extensive follow-up. Median follow-up period was 18.5 years. The mortality rate among male-to-female transgender patients was 51% higher than among the age-matched general population; the rate of completed suicide among male-to-female patients was six times that of the age-matched general population. (Asscheman et al. 2011.)

215.    Asscheman et al. found that "No suicides occurred within the first 2 years of hormone treatment, while there were six suicides after 2–5 years, seven after 5–10 years, and four

after more than 10 years of cross-sex hormone treatment at a mean age of 41.5 years[.]" (Asscheman et al. 2011 at 637–38.) Their data suggests that such short-term follow-up is engaging only with an initial period of hopeful optimism. Some think of this as the honeymoon period after beginning cross-sex hormones. Short-term follow-ups will miss the feelings of disillusion and the increase in attempted and completed suicide in later years.

216.    A retrospective, long-term study published in 2020 of a very large cohort (8,263) of patients referred to the Amsterdam University gender clinic between 1972 and 2017 found that the annual rate of completed suicides among the transgender subjects was "three to four times higher than the general Dutch population[.]" (Wiepjes et al. 2020 at 489.) "[T]he incidence for observed suicide deaths was almost equally distributed over the different stages of treatment." (*Id.* at 490.) The authors concluded that "vulnerability for suicide occurs similarly in the different stages of transition." (*Id.*) In other words, neither social nor medical transition reduced the rate of suicide.

217.    As with Asscheman et al., Wiepjes et al. 2020 found that the median time between start of hormones and suicide (when suicide occurred) was 6.1 years for natal males, and 6.9 years for natal females. (*Id.* at 488 tbl. 1.) Again, short- or even medium-term studies will miss this suicide phenomenon.

218.    A 2021 study analyzed the case histories of a cohort of 175 gender dysphoria patients treated at one of the seven UK adult gender clinics who were "discharged" (discontinued as patients) within a selected one-year period. The authors reported the rather shocking result that 7.7% (3/39) of natal males who were diagnosed and admitted for treatment, and who were between 17 and 24 years old, were "discharged" because they committed suicide *during* treatment. (Hall et al. 2021, at 3 tbl. 2.)

219.     None of these studies demonstrates that the hormonal or surgical intervention *caused* suicide. That is possible, but as we have seen, the population that identifies as transgender suffers from a high incidence of psychiatric comorbidities that correlate with suicide. What these studies demonstrate—at the least—is that this remains a troubled population in need of extensive and careful psychological care that they generally do not receive, and that neither hormonal nor surgical transition and "affirmation" resolve their underlying problems and put them on the path to a stable and healthy life.

220.     One prudent interpretation of these findings is that when evaluating the benefits and risks of affirmative care, a long-term perspective is required. A patient (and his or her parents, in the case of children) needs to be informed about this information prior to affirmative care.

221.     In sum, claims that affirmation will reduce the risk of suicide for transgender persons is not based on science. Instead, transition of any sort must be justified, if at all, as a life-enhancing measure, not a lifesaving measure. (Levine 2016 at 242.) In my opinion, this is an important fact that patients, parents, and many MHPs fail to understand.

## IX.     CONCLUSION

222.     Based on my clinical and academic experience, it is my considered opinion that social transition and affirmative endocrine and surgical care cannot be assumed to have only positive results. My opinion is based on numerous systematic reviews, clinical experience, and the opinions of numerous experts who have worried about the wisdom of socially, medically, and surgically transitioning individuals, especially children and adolescents.

223.     Arguments for affirmative care are not matched or supported by the best science that exists. The rarely-occurring birth certificate embarrassment is merely one of innumerable challenges that a trans person will face throughout life. And it is a relatively minor one. It neither will profoundly improve nor deteriorate a person's life.

224.     Plaintiffs claim that such embarrassment can increase gender dysphoria and cause irreparable harm. This is unsupported hyperbole. Indiana simply does not share, for its vital records purposes, an individual citizen's wish to be reregistered as if the original sex recognized at birth was an error. Sex cannot shift, even in the face of a citizen's sex trait modification. There is a great difference of opinion between the subjective reality of self-concept and the larger sense of reality of most others. When perspectives clash, clear thinking should prevail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2025

By: _Stephen B. Levine MD_
Stephen B. Levine, MD

# BIBLIOGRAPHY

Adelson, S. & American Academy of Child & Adolescent Psychiatry (2012). *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents*. J. of American Academy of Child & Adolescent Psychiatry 51(9):957–974.

American Psychiatric Association (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.).

American Psychiatric Association. (2022). Diagnostic and Statistical Manual of Mental Disorders (5th ed. Text Revision). https://tinyurl.com/423kmk5x.

American Psychological Association (2015). *Guidelines for Psychological Practice with Transgender & Gender Nonconforming People*. American Psychologist 70(9):832–864.

Anderson, E. (2022, January 3*). Opinion: When it comes to trans youth, we're in danger of losing our way.* S.F. Examiner. Accessed January 5, 2022 http://www.sfexaminer.com/opinion/are-we-seeing-a-phenomenon-of-trans-youth-socialcontagion/.

Andrade, C. (2020). *The Limitations of Online Surveys.* Indian J. Psychological Med. 42(6):575-576.

Anzani, A., Lindley, L., Tognasso, G., Galupo, M. & Prunas, A. (2021). *"Being Talked to Like I Was a Sex Toy, Like Being Transgender Was Simply for the Enjoyment of Someone Else": Fetishization and Sexualization of Transgender and Nonbinary Individuals.* Archives Sexual Behavior 50(3):897-911.

Ashley F. (2024). *Gender self-determination as a medical right*. CMAJ: Canadian Medical Association J. 196(24):E833–E835. https://doi.org/10.1503/cmaj.230935.

Asscheman, H., Giltay, E. J., Megens, J. A. J., de Ronde, W. (Pim), van Trotsenburg, M. A. A., & Gooren, L. J. G. (2011). *A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones*. European J. Endocrinology 164(4):635–642.

Bachmann, C. J. et al. (2024). Research Letter, *Gender Identity Disorders Among Young People in Germany: Prevalence and Trends, 2013-2022*. Deutsches Arzteblatt International 121(11):370–371. https://doi.org/10.3238/arztebl.m2024.0098.

Balon, R. (2022). *Commentary on Levine et al: Festina Lente (Rush Slowly)*. Journal of Sex & Marital Therapy 48(8):775–778. https://doi.org/10.1080/0092623X.2022.2055686.

Balshem, H., Helfand, M., Schünemann, H. J., Oxman, A. D., Kunz, R., Brozek, J., Vist, G. E., Falck-Ytter, Y., Meerpohl, J., & Norris, S. (2011). *GRADE guidelines: 3. Rating the quality of evidence.* J. Clinical Epidemiology 64(4):401–406.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). *Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada.* BMC Public Health15:525. https://doi.org/10.1186/s12889-015-1867-2.

Baxendale S. (2024). *The impact of suppressing puberty on neuropsychological function: A review.* Acta Paediatrica 113(6):1156–1167. https://doi.org/10.1111/apa.17150.

Becerra-Culqui, T. et al. (2018). *Mental Health of Transgender and Gender Nonconforming Youth Compared with Their Peers*. Pediatrics 141(5).

Bhargava, A. et al. (2021). *Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement*. Endocrine Reviews 42(3):219–258.

Biggs, M. (2021). *Revisiting the effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria.* J. Pediatric Endocrinology & Metabolism 34(7):937–939.

Biggs, M. (2022a). *Estrogen is Associated with Greater Suicidality among Transgender Males, and Puberty Suppression is not Associated with Better Mental Health Outcomes for Either Sex.* Journals.plos.org/plosone/article/comment?id=10.1371/annotation/dcc6a58e592a-49d4-9b65-ff65df2aa8f6.

Biggs, M. (2022b). Letter to Editor, *Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom.* Archives Sexual Behavior 51:685–690. https://doi.org/10.1007/s10508-022-02287-7.

Biggs, M. (2022c). *The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence.* Archives of Sexual Behavior. https://doi.org/10.1080/0092623X.2022.2121238.

Blakemore, S. et al. (2010). *The Role of Puberty in the Developing Adolescent Brain*. Human Brain Mapping 31(6):926–933.

Boyd, I. et al. (2022). *Care of Transgender Patients: A General Practice Quality Improvement Approach.* Healthcare 10(1):121.

Bränström, R., & Pachankis, J. E. (2020). *Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study*. American J. Psychiatry 177(8):727–734.

Brik, T. et al. (2020). *Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria*. Archives Sexual Behavior. https://doi.org/10.1007/s10508-020-01660-8.

Brooks, L. (2022, July 28). *Tavistock gender identity clinic is closing: what happens next?* The Guardian. Accessed August 20, 2022. https://www.theguardian.com/society/2022/jul/28/tavistock-gender-identity-clinic-isclosing-what-happens-next.

Bustos, V. et al. (2021). *Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence*. Plastic & Reconstructive Surgery Global Open 9(3):e3477.

Byne, W. et al. (2012). *Report of the APA Task Force on Treatment of Gender Identity Disorder*. Archives Sexual Behavior 41(4):759–796. DOI: 10.1007/s10508-012-9975-x.

California Department of Education, *Research, data and reports on supporting Lesbian, Gay, Bisexual, Transgender and Questioning (LGBTQ+) students and improving overall school climate for LGBTQ+ students, their educators and their families*. https://www.cde.ca.gov/ci/pl/data.asp.

California School Board Association (Aug. 2023), *Parental and student rights in relation to transgender and gender nonconforming students*, https://www.csba.org/-/media/CSBA/Files/Advocacy/LegalAdvocacy/RAQ-Parental-Student-Rights-Gender-08222023.ashx?la=en&rev=a6da323ebca540e6a3a0e65790aef544.

Canetto, S. S., Antonelli, P., Ciccotti, A., Dettore, D., & Lamis, D. A. (2021). *Suicidal as Normal – A Lesbian, Gay, and Bisexual Youth Script?*. Crisis 42(4):292–300. https://doi.org/10.1027/0227-5910/a000730.

Cantor, J. (2020). *Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy*. J. Sex & Marital Therapy 46(4):307–313. DOI: 10.1080/0092623X.2019.1698481.

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). *Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK*. PLoS ONE 16(2):e0243894.

Cass, H. (2022a) *Independent review of gender identity services for children and young people: Interim report.* https://cass.independent-review.uk/publications/interim-report/

Cass, H. (2022b) *Letter to NHS England: Independent review of gender identity services for children and young people – further advice.* https://cass.independent-review.uk/wpcontent/uploads/2022/07/Cass-Review-Letter-to-NHSE_19-July-2022.pdf.

Cass, H. (2024) *Independent Review of Gender Identity Services for Children and Young People: Final Report*, The Cass Review, https://tinyurl.com/ysew5cbu.

Chen, D., Berona, J., Chan, Y., Ehrensaft, D., Garofalo, R., Hidalgo, M.A., Rosenthal, S.M., Tishelman, A.C., Olsen-Kennedy, J. (2023). *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*. New England J. Med. 388(3):240–50. doi:10.1056/NEJMoa2206297.

Cheung, C. R., Abbruzzese, E., Lockhart, E., Maconochie, I. K. & Kingdon, C. C. (2025). *Gender medicine and the Cass Review: why medicine and the law make poor bedfellows*. Archives of Disease in Childhood 110(4):251–255. https://doi.org/10.1136/archdischild-2024-327994.

Ching, B. H. & Chen, T. T. (2022). *Effects of Biological Determinism on Beliefs and Attitudes About Transgender People: Psychological Essentialism and Biased Assimilation.* Archives of Sexual Behavior 51(4):1927–1942. https://doi.org/10.1007/s10508-021-02262-8.

Cimpian, J. P. (2017). *Classification Erros and Bias Regarding Research on Sexual Minority Youths.* Educational Researcher 46(9):517-529.

Clark, B. A., & Virani, A. (2021). *This Wasn't a Split-Second Decision": An Empirical Ethical Analysis of Transgender Youth Capacity, Rights, and Authority to Consent to Hormone Therapy.* J. Bioethical Inquiry 18(1):151–164. https://doi.org/10.1007/s11673020-10086-9.

Clayton, A. (2023a). *Commentary on Levine et al.: A Tale of Two Informed Consent Processes.* Journal Sex & Marital Therapy 49(1):88–95. https://doi.org/10.1080/0092623X.2022.2070565.

Clayton, A. (2023b). Letter to Editor, *Gender-Affirming Treatment of Gender Dysphoria in Youth: A Perfect Storm Environment for the Placebo Effect—The Implications for Research and Clinical Practice.* Archives of Sexual Behavior 52(2):483–494. https://doi.org/10.1007/s10508-022-02472-8.

Cohen-Kettenis, P. and Kuiper, B. (1984). *Transsexuality and Psychotherapy*. Tijdschrift Voor Psychotherapie 10:153–166.

Cohen-Kettenis, P. T., Delemarre-van de Waal, H. A., & Gooren, L. J. G. (2008). *The Treatment of Adolescent Transsexuals: Changing Insights.* J. Sexual Med. 5(8):1892–1897.

Cohn, J. (2023). *The Detransition Rate Is Unknown*. Archives of Sexual Behavior 52:1937–1952. https://doi.org/10.1007/s10508-023-02623-5.

D'Angelo, R. (2018). *Psychiatry's ethical involvement in gender-affirming care*. Australasian Psychiatry 26(5):460–463.

D'Angelo, R. et al. (2021). *One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria*. Archives of Sexual Behavior 50(1):7–16.

Davis, L. (2022). *A Trans Pioneer Explains Her Resignation from the US Professional Association for Transgender Health,* Quillette (Jan. 6, 2022)*, https://quillette.com/2022/01/06/a-transgender-pioneer-explains-why-she-stepped-down-from-uspath-and-wpath/.

de Blok C.J. et al. (2021). *Mortality trends over five decades in adult transgender people receiving hormone treatment: a report from the Amsterdam cohort of gender dysphoria.* Lancet Diabetes Endocrinology 9(10):663–670. Doi:10.1016/S2213-8587(21)00185-6.

de Vries, A.L.C. (2020). Commentary, *Challenges in Timing Puberty Suppression for Gender-Nonconforming Adolescents*. Pediatrics 146(4):e2020010611.

de Vries, A.LC. & Cohen-Kettenis, P.T. (2012). *Clinical Management of Gender Dysphoria in Children and Adolescents: The Dutch Approach*, J. Homosexuality 59(3):301–320.

DeChants, J. P. et al. (2022). *Association of Updating Identification Documents with Suicidal Ideation and Attempts among Transgender and Nonbinary Youth.* Int'l J. Env't Rsch. & Pub. Health 19(9):5016. https://doi.org/10.3390/ijerph19095016.

Department of Health & Human Services (HHS) (2025). *Treatment for Pediatric Gender Dysphoria : Review of Evidence and Best Practices.* https://opa.hhs.gov/sites/default/files/2025-05/gender-dysphoria-report.pdf.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L. V., Långström, N., & Landén, M. (2011). *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*. PloS ONE 6(2):e16885. https://doi.org/10.1371/journal.pone.0016885. Suppl. Table S1: https://ndownloader.figstatic.com/files/398398.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). *An Analysis of All Applications for Sex Reassignment Surgery in Sweden, 1960–2010: Prevalence, Incidence, and Regrets*. Archives Sexual Behavior 43(8):1535–1545.

Dreger, A. (2015). *Galileo's Middle Finger: Heretics, Activists, and One Scholar's Search for Justice Paperback*. Penguin Books.

Edwards-Leeper, L. & Anderson, E. (2021). *The Mental Health Establishment is Failing Trans Kids*, Wash. Post (Nov. 24, 2021), https://www.washingtonpost.com/outlook/2021/11/24/trans-kids-therapy-psychologist/.

Edwards-Leeper, L. et al. (2017). *Psychological Profile of the First Sample of Transgender Youth Presenting for Medical Intervention in a U.S. Pediatric Gender Center.* Psychology Sexual Orientation & Gender Diversity 4(3):374.

Ehrensaft, D. (2015). *Listening and Learning from Gender-Nonconforming Children.* Psychoanalytic Study of the Child 68(1):28–56.

Entwistle, K. (2020). *Debate: Reality check – Detransitioner's testimonies require us to rethink gender dysphoria*. Child & Adolescent Mental Health 26(1):15–16.

European Society of Child and Adolescent Psychiatry (ESCAP) (2024). *ESCAP statement on the care for children and adolescents with gender dysphoria: an urgent need for safeguarding clinical, scientific, and ethical standards*, European Child & Adolescent Psychiatry 33(1):2011–2016. doi: 10.1007/s00787-024-02440-8.

Evans, M. & Evans, S. (2021). *Psychotherapy of Gender Dysphoria of Children and Young Adults*. Pheonix Publication, UK.

Expósito-Campos, P. (2021). *A Typology of Gender Detransition and Its Implications for Healthcare Providers*. J. of Sex & Marital Therapy 47(3):270–280. https://doi.org/10.1080/0092623X.2020.1869126.

Division of Florida Medicaid (2022). *Generally Accepted Professional Medical Standard Determination on the Treatment of Gender Dysphoria.* https://ahca.myflorida.com/letkidsbekids/docs/AHCA_GAPMS_June_2022_Report.pdf

Food and Drug Administration (2022). *Update: Risk of pseudotumor cerebri added to labeling for gonadotropin-releasing hormone agonists.* https://www.fda.gov/media/159663/download#:~:text=The%20Food%20and%20Drug%20Administration%20(FDA)%20has%20added%20a%20warning,precocious%20puberty%20in%20pediatric%20patients.

Frigerio, A. et al. (2021). *Structural, Functional, and Metabolic Brain Differences as a Function of Gender Identity or Sexual Orientation: A Systematic Review of the Human Neuroimaging Literature.* Archives Sexual Behavior 50:3329-3352.

Getahun, D., Nash, R., Flanders, W. D., Baird, T. C., Becerra-Culqui, T. A., Cromwell, L., Hunkeler, E., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Silverberg, M. J., Safer, J., Slovis, J., Tangpricha, V., & Goodman, M. (2018). *Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study*. Annals Internal Med. 169(4):205.

Gender Identity Development Service of the NHS (2019). *Referrals to the Gender Identity Development Service (GIDS) level off in 2018-19.* [archived at https://tinyurl.com/mskm3wdb (last visited June 30, 2025)].

Ghorayshi, A. (Jan. 13, 2022). *Doctors Debate Whether Trans Teens Need Therapy Before Hormones*. N.Y. Times. https://www.nytimes.com/2022/01/13/health/transgender-teens-hormones.html.

Ghorayshi, A. (Oct. 23, 2024), *US Study on Puberty Blockers Goes Unpublished Because of Politics, Doctor Says*, N.Y. Times. https://www.nytimes.com/2024/10/23/science/puberty-blockers-olson-kennedy.html.

Gómez-Gill, E. et al. (2010). *Familiality of Gender Identity Disorder in Non-Twin Siblings.* Archives of Sexual Behavior 39:546.

Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2021). *Sex, Gender and Gender Identity: A Reevaluation of the Evidence*. BJPsych Bulletin 45(5):291-299.

Guss, C. et al. (2015). *Transgender and Gender Nonconforming Adolescent Care: Psychosocial and Medical Considerations*. Current Opinions in Pediatrics 26(4):421–426.

Guyatt, G. H., Haynes, R. B., Jaeschke, R. Z., Cook, D. J., Green, L., Naylor, C. D., Wilson, M. C., Richardson, W. S., Evidence-Based Medicine Working Group, & Evidence-Based Medicine Working Group. (2000). *Users' Guides to the Medical Literature: XXV. Evidence-Based Medicine: Principles for Applying the Users' Guides to Patient Care*. JAMA 284(10): 1290–1296.

Hall, R. et al. (2021). *Access to care and frequency of detransition among a cohort discharged by a UK national adult gender identity clinic: retrospective case-note review*. BJPsych Open 7(6):e184, 1–8.

Hall R. et al. (2024). *Impact of social transition in relation to gender for children and adolescents: a systematic review.* Archives Disease Childhood 109:s12–s18.

Haupt, C. et al. (2020). *Antiandrogen or Estradiol Treatment or Both During Hormone Therapy in Transitioning Transgender Women (Review)*. Cochrane Database of Systematic Reviews 11. DOI: 10.1002/14651858.CD013138.pub2.

Heathcote, C. et al. (2024). *Psychosocial support interventions for children and adolescents experiencing gender dysphoria or incongruence: a systematic review*. Archives Disease in Childhood 109:s19–s32. https://doi.org/10.1136/archdischild-2023-326347.

Hembree, W. C. et al. (2017). *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society* Clinical Practice Guideline*. J. Clinical Endocrinology & Metabolism 102(11):3869–3903.

Hruz, P. (2020). *Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria*. Linacre Q. 87(1):34-42.

Hughes, M. (2024). *The WPATH Files: Pseudoscientific surgical and hormonal experiments on children, adolescents, and vulnerable adults.* Environmental Progress. https://environmentalprogress.org/big-news/wpath-files (last accessed July 1, 2025).

Irwig, M. (2022). *Detransition Among Transgender and Gender-Diverse People—An Increasing and Increasingly Complex Phenomenon. Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria*. J. of Clinical Endocrinology & Metabolism 107(10):e4261–e4262. https://doi.org/10.1210/clinem/dgac356.

Jackson, S. S., Brown, J., Pfeiffer, R. M., Shrewsbury, D., O'Callaghan, S., Berner, A. M., Gadalla, S. M., & Shiels, M. S. (2023). *Analysis of Mortality Among Transgender and Gender Diverse Adults in England.* JAMA Network Open 6(1):e2253687. https://doi.org/10.1001/jamanetworkopen.2022.53687.

Jarvis, S. et al. (2024). *Epidemiology of gender dysphoria and gender incongruence in children and young people attending primary care practices in England: retrospective cohort study*. Archives of Disease in Childhood. Doi: 10.1136/archdischild-2024-327992 https://adc.bmj.com/content/archdischild/early/2025/01/19/archdischild-2024-327992.full.pdf.

Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L. & Underwood, J. M. (2019). *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students—19 States and Large Urban School Districts, 2017.* Morbidity & Mortality Weekly Report 68(3):67–71.

Jorgensen et al. (2024). *Puberty Suppression for Pediatric Gender Dysphoria and the Child's Right to an Open Future*, Archives of Sexual Behavior 53:1941–1956. https://doi.org/10.1007/s10508-024-02850-4.

Joseph, T., Ting, J., & Butler, G. (2019). *The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort.* J. Pediatric Endocrinology Metabolism 32(10):10771081.

Kaltiala, R., Helminen, M., Holttinen, T., & Tuisku, K. (2024). *Discontinuing hormonal gender reassignment: a nationwide register study*. BMC Psychiatry 24(1):566. https://doi.org/10.1186/s12888-024-06005-6.

Kaltiala-Heino, R., Bergman, H., Työläjärvi, M., & Frisen, L. (2018). *Gender dysphoria in adolescence: current perspectives.* Adolescent Health, Med. & Therapeutics 9:31–41.

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). *Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development*. Child And Adolescent Psychiatry & Mental Health 9(1):9.

Karasic, D. H. (2016). Editorial, *Protecting Transgender Rights Promotes Transgender Health*. LGBT Health 3(4):245–247. https://doi.org/10.1089/lgbt.2016.0072.

Karasic, D. & Ehrensaft, D. (2015). Opinion, *We Must Put an End to Gender Conversion Therapy for Kids,* WIRED (July 6, 2015), http://www.wired.com/2015/07/must-put-end-gender-conversion-therapy-kids/.

Katz-Wise, S. (2017). *Transactional Pathways of Transgender Identity Development in Transgender and Gender Nonconforming Youth and Caregivers from the Trans Youth Family Study.* Int'l J. Transgenderism 18(3): 243–263.

Kendler K. S. (2019). *From Many to One to Many-the Search for Causes of Psychiatric Illness*. JAMA Psych. 76(10):1085–1091.

Kidd, J. D., Dolezal, C. & Bockting, W.O. (2018). *The Relationship Between Tobacco Use and Legal Document Gender-Marker Change, Hormone Use, and Gender-Affirming Surgery in a United States Sample of Trans-Feminine and Trans-Masculine Individuals: Implications for Cardiovascular Health.* LGBT Health 5(7):401–411. https://doi.org/10.1089/lgbt.2018.0103.

Kidd, K. M., Sequeira, G. M., Douglas, C., Paglisotti, T., Inwards-Breland, D. J., Miller, E. & Coulter, R. W. S. (2021). *Prevalence of Gender-Diverse Youth in an Urban School District*. Pediatrics 147(6):e2020049823.

Kitic, A., Pozzo, V., Kitic, N., Atlan, M., & Rausky, J. (2025). *Impact of vaginoplasty on sexual health and satisfaction in transgender women.* J. Sexual Med. 22(3):536–542. https://doi.org/10.1093/jsxmed/qdae194.

Klink, D. et al. (2015). *Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria.* J. Clinical Endocrinology Metabolism 100(2):E270-5.

Kozlowska, K., Chudleigh, C., McClure, G., Maguire, A. M., & Ambler, G. R. (2021). *Attachment Patterns in Children and Adolescents with Gender Dysphoria.* Frontiers in Psych. 11. https://doi.org/10.3389/fpsyg.2020.582688.

Laidlaw, M. K., Van Meter, Q. L., Hruz, P. W., Van Mol, A., & Malone, W. J. (2019). *Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline".* J. Clinical Endocrinology And Metabolism. 104(3):686–687.

Landén, M. (2020). Letter to Editor: *The Effect of Gender-Affirming Treatment on Psychiatric Morbidity Is Still Undecided.* American J. Psych. 177(8):767–768.

Lawrence, A. (2014). *Men trapped in Men's Bodies.*

Leibowitz, S., & de Vries, A. L. (2016). *Gender dysphoria in adolescence.* Int'l Rev. Psych. (Abingdon, England), 28(1):21–35. https://doi.org/10.3109/09540261.2015.1124844

Levine, S. (1980). *Psychiatric Diagnosis of Patients Requesting Sex Reassignment Surgery.* J. Sex & Marital Therapy 6(3):164–173. https://doi.org/10.1080/00926238008406081.

Levine, S. B. & Lothstein, L. M. (1981). *Transsexualism or the gender dysphoria syndrome.* J. Sex & Marital Therapy 7(2):85–113. https://doi.org/10.1080/00926238108406096.

Levine, S.B. & Scott, D.L. (2010). *Sexual Education for Psychiatric Residents.* Academic Psychiatry 34(5): 349–352.

Levine, S. (2013). *Barriers to Loving: A Clinician's Perspective.* (Routledge, New York 2013).

Levine, S. (2016). *Reflections on the Legal Battles Over Prisoners with Gender Dysphoria.* J. American Academy of Psychiatry & Law 44(2):236–245.

Levine, S. (2018a). *Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria.* J. Sex & Marital Therapy 44(1):29–44. DOI: 10.1080/0092623X.2017.1309482.

Levine, S. (2018b) *Transitioning Back to Maleness,* Archives of Sexual Behavior 47(4):1295–1300. Doi: 10.1007/s10508-017-1136-9.

Levine, S. (2019). *Informed Consent for Transgendered Patients,* J. Sex & Marital Therapy 45(3):218–229.

Levine, S. (2021). *Reflections on the Clinician's Role with Individuals Who Self-identify as Transgender*. Archives of Sexual Behavior 50:3527–3536. https://link.springer.com/content/pdf/10.1007/s10508-021-02142-1.pdf.

Levine, S., Abbruzzese E., Mason J. (2022). *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults*. J. Sex & Marital Therapy 48(7):706–727. https://doi.org/10.1080/0092623X.2022.2046221.

Levine, S. (2024). Comment, *What is the Purpose of the Initial Psychiatric Evaluation of Minors with Gender Dysphoria* J. Sex & Marital Therapy 50(6):773–786. doi:10.1080/0092623x.2024.2362774.

Lichtenstein, M., Stein, L., Connolly, E., Goldstein, Z.G., Martinson, T., Tiersten, L., Shin, S.J., Pang, J.H., Safer, J.D. (2020). *The Mount Sinai patient-centered preoperative criteria meant to optimize outcomes are less of a barrier to care than WPATH SOC 7 criteria before transgender-specific surgery*. Transgender Health 5(3):166–172.

Littman, L. (2018). *Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria*. PloS ONE 13(8): e0202330.

Littman, L. (2021). *Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners*. Archives of Sexual Behavior 50:3353–3369. https://doi.org/10.1007/s10508-021-02163-w.

Malone, W., Hruz, P., Mason, J., Beck, S., (2021). *Letter to the Editor from William J. Malone et al: "Proper Care of Transgender and Gender-diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective"*. J. Clinical Endocrinology & Metabolism 106(8):e3287– e3288.

Marchiano, L. (2021). *Gender detransition: a case study*. J. Analytical Psych. 66(4):813–832. https://doi.org/10.1111/1468-5922.12711.

McDeavitt, K., Cohn, J., & Levine, S. B. (2025). *Critiques of the Cass Review: Fact-Checking the Peer-Reviewed and Grey Literature*. J. Sex & Marital Therapy 51(2):175–199. https://doi.org/10.1080/0092623X.2025.2455133.

McDeavitt, K., Cohn, J. & Kulatunga-Moruzi, C. (2025). *Pediatric gender affirming care is not evidence-based*. Current Sexual Health Reports 17/12, 1–23. https://doi.org/10.1007/s11930-025-00404-w.

McNamara, M. et al. (2024). *An Evidence-Based Critique of "The Cass Review" on Gender-affirming Care for Adolescent Gender Dysphoria*. Yale Law Sch., The Integrity Project. https://law.yale.edu/sites/default/files/documents/integrity-project_cass-response.pdf.

McNamara, M., Lepore, C. & Alstott, A. (2022). *Protecting Transgender Health and Challenging Science Denialism in Policy*. New England J. Med. 387(21):1919–1921. https://doi.org/10.1056/NEJMp2213085.

Meyer-Bahlburg, H. F. (2005). *Gender identity outcome in female-raised 46,XY persons with penile agenesis, cloacal exstrophy of the bladder, or penile ablation.* Archives Sexual Behavior 34(4):423–438.

Miroshnychenko, A. et al. (2025). *Gender affirming hormone therapy for individuals with gender dysphoria aged <26 years: a systematic review and meta-analysis.* Archives of Disease in Childhood 110:437–445. https://doi.org/10.1136/archdischild-2024-327921.

Miroshnychenko, A. et al. (2025a). *Puberty blockers for gender dysphoria in youth: A systematic review and meta-analysis.* Archives of Disease in Childhood 110(6):429–436. doi:10.1136/archdischild-2024-327909.

National Institute for Health and Care Excellence (2021a). *Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria.* https://arms.nice.org.uk/resources/hub/1070905/attachment.

National Institute for Health and Care Excellence (2021b). *Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria.* https://arms.nice.org.uk/resources/hub/1070871/attachment.

National Institutes of Health (NIH). *Consideration of Sex as a Biological Variable in NIH-funded Research*. Notice Number: NOT-OD-15-102, released 06-09-2015. https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-102.html.

National Institutes of Health. *NIH Policy and Guidelines on The Inclusion of Women and Minorities as Subjects in Clinical Research*. Notice Number NOT-OD-02-001 released 10-09-2001. https://grants.nih.gov/policy/inclusion/women-andminorities/guidelines.htm.

National Institutes of Health, Office of Research on Women's Health. *How Sex and Gender Influence Health and Disease*. Downloaded 2-11-2022 https://orwh.od.nih.gov/sites/orwh/files/docs/SexGenderInfographic_11x17_508.pdf.

Newcomb, M. et al. (2020). *High Burden of Mental Health Problems, Substance Use, Violence, and Related Psychosocial Factors in Transgender, Non-Binary, and Gender Diverse Youth and Young Adults*. Archives of Sexual Behavior 49(2):645–659.

Olson-Kennedy, J., Durazo-Arvizu, R., Wang, L., Wong, C. F., Chen, D., Ehrensaft, D., Hidalgo, M. A., Chan, Y. M., Garofalo, R., Radix, A. E., & Rosenthal, S. M. (2025). *Mental and Emotional Health of Youth after 24 months of Gender-Affirming Medical Care Initiated with Pubertal Suppression.* medRxiv (preprint May 16, 2025). https://doi.org/10.1101/2025.05.14.25327614.

O'Malley, S. et al. (forthcoming 2025), *The Gender Framework: A Comprehensive, Evidence-based Guide for Professionals and Families.* London, Pitchstone.

Orr, A. et al. *Schools In Transition: A Guide for Supporting Transgender Students in K-12 Schools*. https://gender-spectrum.cdn.prismic.io/gender-spectrum/7c4c63b2-52f2-4cb0-a48f-dd049bf6962c_schools-in-transition-2015-min.pdf, linked at https://www.cde.ca.gov/ci/pl/data.asp.

Pompei, V. et al. (2019), *Human Rights Campaign Foundation California LGBTQ Youth Report*, https://assets2.hrc.org/files/assets/resources/YouthReport-California-Final.pdf, linked at https://www.cde.ca.gov/ci/pl/data.asp.

Puckett, J. A. et al. (2024). *Legal Gender Affirmation, Psychological Distress, and Physical Health Issues: Indirect Effects via Enacted Stigma.* Sexuality Rsch. & Social Policy 21:1112–1122. https://doi.org/10.1007/s13178-024-00971-y.

Pullen Sansfaçon, A., Planchat, T., Gelly, M. A., Baril, A., Susset, F., & Millette, M. (2025). *Understanding the Experiences of Youth Who Have Discontinued a Gender Transition: Provider Perspectives*. Psych. Sexual Orientation & Gender Diversity 12(1):154–164. https://doi.org/10.1037/sgd0000644.

Rafferty, J., Am. Acad. of Pediatrics Comm. on Psychosocial Aspects of Child & Fam. Health, Comm. on Adolescence & Sec. on Lesbian, Gay, Bisexual, & Transgender Health & Wellness (2018, reaffirmed 2023). *Policy Statement: Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*. Pediatrics, 142(4):e20182162. https://doi.org/10.1542/peds.2018-2162.

Reiner, W. G., & Gearhart, J. P. (2004). *Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth.* New Eng. J. Med. 350(4):333–341.

Reisner, S. L. et al. (2015). *Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study.* J. Adolescent Health 56(3):274–279.

Restar, A., Jin, H., Breslow, A., Reisner, S. L., Mimiaga, M., Cahill, S., & Hughto, J. M. W. (2020). *Legal gender marker and name change is associated with lower negative emotional response to gender-based mistreatment and improve mental health outcomes among trans populations.* SSM-Population Health, 11:100595. https://doi.org/10.1016/j.ssmph.2020.100595.

Rider, G. et al. (2018), *Health and Care Utilization of Transgender/Gender Non-Conforming Youth: A Population Based Study*. Pediatrics 4, DOI: 10.1542/peds.2017-1683.

Ristori, J., & Steensma, T. D. (2016). *Gender dysphoria in childhood.* Int'l Review of Psychiatry 28(1):13–20.

Roberts, C. et al. (2022), *Continuation of Gender-affirming Hormones Among Transgender Adolescents and Adults*, J. Clinical Endocrinology & Metabolism 107(9):e3937–e3943.

Robinson-Cimpian, J. P. (2014). *Inaccurate Estimation of Disparities Due to Mischievous Responders: Several Suggestions to Assess Conclusions.* Educational Researcher 43(4):171–185.

Ruuska, S. M., Tuisku, K., Holttinen, T., & Kaltiala, R. (2024). *All-cause and suicide mortalities among adolescents and young adults who contacted specialised gender identity services in Finland in 1996-2019: a register study.* BMJ Mental Health 27(1):e300940. https://doi.org/10.1136/bmjment-2023-300940.

Ryan, Benjamin, *Dr. Johanna Olson-Kennedy's Pediatric Gender Clinic Is Shutting Down*, Hazard-Ratio:Benjamin Ryan, Substack (June 12, 2025), https://benryan.substack.com/p/dr-johanna-olson-kennedys-pediatric.

Saraswat, A. et al. (2015). *Evidence Supporting the Biologic Nature of Gender Identity*. Endocrine Practice 21(2):199.

Scheim, A. I., Perez-Brumer, A. G., & Bauer, G. R. (2020). *Gender-concordant identity documents and mental health among transgender adults in the USA: a cross-sectional study*. Lancet Pub. Health 5(4):e196–e203. https://doi.org/10.1016/S2468-2667(20)30032-3.

Schneider, M. et al. (2017). *Brain Maturation, Cognition and Voice Pattern in a Gender Dysphoria Case Under Pubertal Suppression.* Frontiers in Human Neuroscience 11:528.

Shumer, D. & Tishelman, A. (2015). *The Role of Assent in the Treatment of Transgender Adolescents*, Int'l J. Transgenderism. DOI: 10.1080/15532739.2015.1075929.

Shumer, D. et al. (2016a), *Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic*, LGBT Health 3(5):387.

Shumer, D. E., Nokoff, N. J., & Spack, N. P. (2016). *Advances in the Care of Transgender Children and Adolescents.* Advances in Pediatrics 63(1):79–102. https://doi.org/10.1016/j.yapd.2016.04.018.

Shumer, D. E. et al. (2017). *Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic.* Transgender Health 2(1):76–79. https://doi.org/10.1089/trgh.2016.0042.

Simonsen, R.K. et al. (2016). *Long-term follow-up of individuals undergoing sex reassignment surgery: Psychiatric morbidity & mortality*. Nordic J. Psych. 70(4):241–247.

Sinai, J. & Sim, P. (2024). *Psychodynamic psychotherapy for gender dysphoria is not conversion therapy.* J. Canadian Acad. Child & Adolescent Psych. (2):145–153.

Singal, J., *Yale's "Integrity Project" Is Spreading Misinformation About The Cass Review and Youth Gender Medicine: Part 2 (Corrected)*. Substack: Singal-Minded (Sept. 1, 2024), https://jessesingal.substack.com/p/yales-integrity-project-is-spreading-ba7.

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). *A Follow-Up Study of Boys with Gender Identity Disorder*. Frontiers in Psychiatry 12. https://doi.org/10.3389/fpsyt.2021.632784.

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). *Factors Associated with Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study*. J. Am. Acad. Child & Adolescent Psych. 52(6):582–590.

Thoma, B. et al. (2021). *Disparities in Childhood Abuse Between Transgender and Cisgender Adolescents*. Pediatrics 148(2).

Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D. & Cheung, A. S. (2020). *Prevalence of Autism Spectrum Disorder and Attention-Deficit Hyperactivity Disorder Amongst Individuals with Gender Dysphoria: A Systematic Review*. J. Autism & Developmental Disorders 50(3): 695–706. doi:10.1007/s10803-019-04298-1.

Tishelman, A. C., Kaufman, R., Edwards-Leeper, L., Mandel, F. H., Shumer, D. E., & Spack, N. P. (2015). S*erving Transgender Youth: Challenges, Dilemmas and Clinical Examples.* Prof. Psych., Rsch. & Practice 46(1):37–45.

Toomey R. B., Syvertsen, A. K., Shramko, M. (2018). *Transgender Adolescent Suicide Behavior*. Pediatrics 142(4):e20174218.

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*. Pediatrics 145(2):e20191725.

Vandenbussche, E. (2021). *Detransition-Related Needs and Support: A Cross-Sectional Online Survey*. J. Homosexuality 69(9):1602–1620. https://doi.org/10.1080/00918369.2021.1919479.

van der Miesen, A. I. R., Cohen-Kettenis, P. T., & de Vries, A. L. C. (2018). *Is There a Link Between Gender Dysphoria and Autism Spectrum Disorder?* J. Am. Acad. Child & Adolescent Psych. 57(11):884–885.

van der Miesen, A. I. R. et al. (2020). *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers*. J. Adolescent Health 66(6):699–704.

Vlot, M. et al. (2016). *Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents*. Bone 95:11–19.

Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., Blok, C. J. M., Coumou, B. J. G., & Steensma, T. D. (2020). *Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017)*. Acta Psychiatrica Scandinavica 141(6):486–491.

Wiepjes, C. M., Nota, N. M., de Blok, C. J. M., Klaver, M., de Vries, A. L. C., WensingKruger, S. A., de Jongh, R. T., Bouman, M.-B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L. J. G., Kreukels, B. P. C., & den Heijer, M. (2018). *The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets*. J. Sexual Med. 15(4):582–590.

World Health Organization ("WHO"). *Health Topics: Gender and Health.* https://www.who.int/health-topics/gender#tab=tab_1. Last downloaded 6-28-2025.

World Health Organization ("WHO") (2019). *International statistical classification of diseases and related health problems* (11th ed.). https://icd.who.int/.

World Professional Association for Transgender Health, *De-Psychopathologisation Statement* (May 26, 2010), available at https://wpath.org/wp-content/uploads/2024/11/de-psychopathologisation-5-26-10-on-letterhead.pdf (last accessed July 1, 2025).

World Professional Association for Transgender Health, Coleman, E. et al. (2011). *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, Version 7*. Int'l J. Transgenderism 13(4):165–232. https://doi.org/10.1080/15532739.2011.700873 [WPATH 7th SOC].

World Professional Association for Transgender Health, Coleman, E. et al. (2022). *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, Version 8*. Int'l J. Transgender Health 23(S1):S1–S258. https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644 [WPATH 8th SOC].

Wright, J. D., Chen, L., Suzuki, Y., Matsuo, K., & Hershman, D. L. (2023). *National Estimates of Gender-Affirming Surgery in the US.* JAMA Network Open 6(8):e2330348. https://doi.org/10.1001/jamanetworkopen.2023.30348.

Yarbrough, E. (2018). *Transgender Mental Health.* Am. Psych. Ass'n Publ'g, Wash., DC.

Yee, K., Lind, B. K., & Downing, J. (2022). *Change in Gender on Record and Transgender Adults' Mental or Behavioral Health*. Am. J. Preventive Med. 62(5): 696–704. https://doi.org/10.1016/j.amepre.2021.10.016.

Zucker, K. (2018). *The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children" by Temple Newhook et al. (2018)*. Int'l J. Transgenderism 19(2):231–245.

Zucker, K. (2019). *Adolescents with Gender Dysphoria: Reflections on Some Contemporary Clinical and Research Issues*. Archives of Sexual Behavior 48(7):1983–1992.

Zucker, K. (2020). *Debate: Different strokes for different folks.* Child Adolescent Mental Health 25(1):36–37. https://doi: 10.1111/camh.12330.

# EXHIBIT A

# Curriculum Vita
## Stephen B. Levine, M.D.

**I.    Brief Introduction**

Dr. Levine is Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  He is the solo author of five books, <u>Sex Is Not Simple</u> in 1989 (translated to German in 1992 and reissued in English in 1997 as <u>Solving Common Sexual Problems</u>); <u>Sexual Life: A clinician's guide</u> in 1992; <u>Sexuality in Midlife</u> in 1998 and <u>Demystifying Love: Plain talk for the mental health professional</u> in 2006; <u>Barriers to Loving: A clinician's perspective</u> in 2013; <u>Psychotherapeutic Approaches to Sexual Problems: An Essential Guide for Mental Health Professionals</u> in 2020.  He is the Senior Editor of the first (2003), second (2010) and third (2016) editions of the <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. He has been teaching, providing clinical care, and writing since 1973 and has generated original research, invited papers, commentaries, chapters, and book reviews. He has served as a journal manuscript and book prospectus reviewer for many years. He was co-director of the Center for Marital and Sexual Health/Levine, Risen & Associates, Inc. in Beachwood, Ohio from 1992-2017. He and two colleagues received a lifetime achievement Masters and Johnson's Award from the Society for Sex Therapy and Research in March 2005.  He was given his Department of Psychiatry's Hall of Fame  Award in 2021. He has written six articles on trans issues since 2022 that have been downloaded across the world over 329,000 times as of June 8, 2025.

**II.    Personal  Information**

Date of birth: 1942

Medical License No.: Ohio 35-03-0234-L

Board Certification: 6/76 American Board of Neurology and Psychiatry

Office: 23425 Commerce Park, Beachwood, Ohio 44122-5402;
Telephone: (216) 831-2900 x.13; Facsimile: (216) 831-4306;
Direct Dial: (216) 998-9905

**III.    Education**

1963: BA, Washington and Jefferson College

1967: MD, Case Western Reserve University School of Medicine

1967-68: Internship in Internal Medicine University Hospitals of Cleveland

1968-70: Research Associate, National Institute of Arthritis and Metabolic Diseases, Epidemiology Field Studies Unit, Phoenix, Arizona, United States Public Health Service

1970-73: Psychiatric Residency, University Hospitals of Cleveland

1974-77: Robert Wood Johnson Foundation Clinical Scholar

IV. **Appointments at Case Western Reserve University School of Medicine**

1973: Assistant Professor of Psychiatry

1979: Associate Professor

1982: Tenure

1985: Full Professor

1993: Clinical Professor

V. **Honors**

A. Summa Cum Laude, Washington & Jefferson

B. Teaching Excellence Award-1990 and 2010 (residency program)

C. Visiting Professorships:

    1. 1995: Stanford University-Pfizer Professorship program (3 days)

    2. 1998: St. Elizabeth's Hospital, Washington, DC

    3. 2002: St. Elizabeth's Hospital, Washington, DC

D. Named to America's Top Doctors consecutively since 2001

E. Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy and Research, April 2005 along with Candace Risen and Stanley Althof

F. 2006 SSTAR Book Award for The Handbook of Clinical Sexuality for Mental Health Professionals: Exceptional Merit

G. 2018: Albert Marquis Lifetime Achievement Award from Marquis Who's Who. (excelling in one's field for at least twenty years)

H. Invitations to present various Grand Rounds at Departments of Psychiatry and Continuing Education Lectures and Workshops during 2019-2022

    1. March 12, 2021: The Mental Health Professionals' Role with the Transgendered: Making the Controversies Clear Grand Rounds University Hospitals of Cleveland

    2. May 1, 2021: Psychotherapeutic Approaches to Sexual Problems Invited lecture to the American Psychiatric Association Annual Meeting (similar lecture in May 2020

    3. Seven years of Continuing Education Courses at the American Psychiatric Association Meetings on Love and Sexuality

    4. June 25, 2020: Grand Rounds at Cleveland Clinic Foundation on Sexuality Education of Psychiatric Residents

    5. Grand Rounds at Cleveland Clinic Foundation June 2019 Transgenderism: Beware! Repeated by invitation at Akron General Hospital and at National meeting of American Association of Partial Hospitalization in 2019

    6. Three-hour workshop at Society of Sex Therapy and Research in 2020 on Therapy for Sexual Problems

    7. Workshop on Teaching Sexuality to residents at the American Association of Residency Training Directors 2020 annual meeting

8. Three-hour continuing education seminar with Massachusetts Department of Corrections Gender Identity Staff, Fall 2019

9. Four-hour seminar on Gender Dysphoria at Harvard Student Health Service Staff

10. Grand rounds presentations at Henry Ford Hospital on Transgender Evaluation and Treatment of Children, Adolescents, and Adults

11. Symposium (90 minutes) at the American Psychiatric Association 2022 meeting The Management of Adolescent-Onset Transgender Identity: Should "Best Practices" Change?

12. First lecture at Tampere Finland Meeting on psychotherapy of gender dysphoria

13. Lecture on Psychiatric evaluation of trans youth at Genspect Meeting in Denver, September 2023

14. Lecture on the early history of trans care in NYC SEGM meeting

15. Lecture on parental reactions to their transgender child at Genspect meeting in Lisbon, Portugal, 2024

## VI. Professional Societies

A. 1971– American Psychiatric Association; fellow; #19909

B. 2005– American Psychiatric Association–Distinguished Life Fellow

C. 1973– Cleveland Psychiatric Society

D. 1973– Cleveland Medical Library Association

    1. 1985-Life Fellow

    2. 2003 Distinguished Life Fellow

E. 1974– Society for Sex Therapy and Research

    1. 1987-89: President

F. 1983– International Academy of Sex Research

G. 1983– Harry Benjamin International Gender Dysphoria Association

    1. 1997-98: Chairman, Standards of Care Committee

H. 1994-1999: Society for Scientific Study of Sex

## VII. Community Boards

A. 1999–2002 Case Western Reserve University Medical Alumni Association

B. 1996–2001 Bellefaire Jewish Children's Bureau

C. 1999–2001 Physicians' Advisory Committee, The Gathering Place (cancer rehabilitation)

**Editorial Boards**

    A.    1978–80 Book Review Editor Journal Sex and Marital Therapy

    B.    Manuscript Reviewer for:

        1.    Academic Psychiatry

        2.    American Journal of Psychiatry

        3.    Andrologia

        4.    Annals of Internal Medicine

        5.    Archives of Disease of Childhood

        6.    Archives of Sexual Behavior*

        7.    BMC Medical Ethics

        8.    British Journal of Obstetrics and Gynecology

        9.    British Medical Journal BMJ

        10.    Children

        11.    Children and Youth Services Review

        12.    Clinical Psychology Reviews

        13.    Current Psychiatry

        14.    Diabetes Care

        15.    European Journal of Child and Adolescent Psychiatry

        16.    Expert Opinion on Drug Safety

        17.    Heliyon

        18.    International Journal of Environmental and Public Health

        19.    International Journal of Impotence Research

        20.    International Journal of Psychoanalysis

        21.    International Journal of Transgenderism

        22.    JAMA

        23.    Journal of Controversial Ideas

        24.    Journal of Nervous and Mental Diseases

        25.    Journal of Neuropsychiatry and Clinical Neurosciences

        26.    Journal of Pediatric Nursing

        27.    Journal of Sexual Medicine* named Gold reviewer in 2021

        28.    Journal of Urology

        29.    Journal Sex and Marital Therapy*

        30.    Journal Sex Education and Therapy

        31.    Maturitas

        32.    Neurology

        33.    Postgraduate medical journal

        34.    Psychosomatic Medicine

35. Sexuality and Disability
36. Social Behavior and Personality: an international journal (New Zealand)
37. Women and Criminal Justice
38. Italian Journal of Pediatrics
*frequent

C. Book Prospectus Reviewer
   1. Guilford
   2. Oxford University Press
   3. Brunner/Routledge
   4. Routledge

## IX. Consultancy

A. Massachusetts Department of Corrections, Gender Identity Unit, 2006–2025.

## X. Legal Involvements as of May 3, 2025

**Judge's witness:** US District Court, Judge Mark L. Wolf's witness in Michelle Kosilek vs. Massachusetts Dept of Corrections et al. case Boston 2007 testimony

**Prisoner Litigation. SBL hired by various DOCs**

1. Katheena Soneeya, Massachusetts, March 22, 2011, 2018, 2019
2. Norsworthy, California, Case No. C14-00695JST; 2015 report only
3. Shiloh Quine (a/k/a Rodney James Quine), California 2015 report
4. Reyne Keohane, Florida, July 2017 testimony
5. Clark, Connecticut, Deposition, March 3, 2022
6. Jonathon Richardson, Indiana, Deposition on February 7, 2024; hearing testimony 3/26/2024; Supplemental report, April 2025
7. Georgia3 DOC v. Jane Doe, January 2024 expert opinion

**Inmate Evaluations Without Litigation**

1. Massachusetts DOC—evaluation of 12 transsexual prisoners and the development of a Gender Identity Disorders Program.
2. Charlene Paige Fuller, Massachusetts 2015
3. Ohio 2015
4. O. De'lonte, Virginia
5. New Jersey
6. Washington State, 3 prisoners during 2018–2019
7. Sobel, Massachusetts 2022
8. J. Bennett-Weera, Massachusetts, 2023

**Educational Contributions via Workshops**

1. California Department of Corrections and Rehabilitation; 2015
2. Idaho Department of Corrections–workshop, 2016

3. Florida Department of Corrections–workshop, 2017

4. Massachusetts—continuing education seminar for GID clinic staff, 2019

5. Washington State—workshop on Gender Dysphoria for mental health professionals in DOC, 2021

6. New Jersey Department of Corrections: Four lectures, one week apart, Jan.–Feb. 2023

7. Pennsylvania legislative testimony. Written submission and live testimony before a committee of the Pennsylvania legislature, March 2020.

**Challenges to New Laws or Insurance Company Policies**

1. Claire et al. v. DMS et al., Florida, Nov. 16, 2020.

2. State of North Carolina in 2021, Kadel et al. v. Folwell et al., No. 1:19-cv-00272-LCB-LPA; deposition Sept. 2021.

3. Rhys & Lynn Crawford (Wash. State), Mar. 30, 2021.

4. Tingley v. Washington State (W.D. Wa.), 2021.

5. Fain v. PEIA, West Virginia Medicaid Case, submitted Feb. 18, 2022.

6. B.P.J. v. West Virginia Board of Education, et al., Case No. 2:21-cv-316 (S.D. W.Va.), in development Mar. 30, 2022 deposition.

7. Arizona Medicaid Hennessy-Waller v. Snyder, filed May, 2022

8. L.E. v. Lee MD, Tenn. No.3:21-cv-00835; deposition Aug. 18, 2022.

9. Dylan Brandt, et al. v. Leslie Rutledge, et al., No. 4:21-CV-00450-JM (E.D. Ark., Central Div.); deposition May 26, 2022; court testimony Nov. 28, 2022.

10. Doe 1 et al. v. Thornbury et al. & Commonwealth of Kentucky, No. 3:23-cv-00230-DJH (W.D.Ky); expert opinion submitted June 9, 2023.

11. LW et al. v. Jonathan Skirmetti et al., Tennessee Law Challenge No. 3:23-cv-00376; expert opinion submitted July 2023.

12. Noe v. Parson as Governor of Missouri; expert witness testimony Aug. 23, 2023 in Springfield Missouri. Submitted expert opinion report March 2024. Testimony on Oct. 3, 2024.

13. Joy Buchman v. City of LaCross, Case No. 23-cv-00105, expert opinion declaration Dec. 2023. Deposition on January 17, 2024. Conversion therapy law.

14. August Decker v. Weida et al., Case. No. 4:22-ev-00325-RH-MAF. May 18, 2023 testimony

15. Doe v. Ladapo, Civil No. 4:23-cv-00114-RH-MAF, Florida. Testimony Dec. 21, 2023.

16. Moe v Yost, Case No. 24 CV 002481, Ohio. Deposition held on June 14, 2024.

17. Moe v. Yost, expert witness testimony at trial July 18, 2024; Ohio.

18. T.D. et al. v. Drew H. Wrigley, et al. Civil No. 08-2023-CV-02189, Burleigh County District Court, Central Judicial District North Dakota. Deposition Sept. 25, 2024. Expert Opinion report submitted Aug. 2024. Testimony Feb. 4, 2025.

19. AB and JM v. Premera Blue Cross. Expert Opinion submitted May 2024, deposition held on November 4, 2024.

20. Matanuska-Susitna Borough School District in *X.A. v. Matanuska-Susitna Borough School District,* Case No. 3PA-24-01525 CI, Expert Opinion Report submitted Jan. 5, 2025. Testimony April 17, 2025.

21. Calgary, Alberta, Canada. Challenge to new law, stage one. Borden Ladner Gervais LLP. Expert Opinion filed Feb. 6, 2025. Cross examination held on Feb. 10, 2025.

22. School Board, et al., No. CL21-3254 (Va. Cir. Ct. Loudoun County), Expert opinion submitted March 2025.

23. Huntington Beach v. Newsom, Case No.: 8:24-cv-02017-CBM (JDEx), Expert opinion submitted March 2025.

24. L.A. v Braun et al., engaged as expert in May 2025.

**Educational, Parental, and Employment Issues**

1. Doe v. Madison Metropolitan School District. Expert declaration submitted Feb. 19, 2020, rebuttal declaration submitted Aug. 14, 2020.

2. The School Board of the City of Harrisonburg, Virginia; expert opinion filed Aug. 2022.

3. Kettle Moraine School District, Case No. 21-CV-1650; Expert Opinion filed Sept. 2022.

4. Aurora Regino v. Kelly Staley; filed March 10, 2023.

5. Jessica Konen and A.G., Her Minor Child v. Spreckels Union School District; filed Aug. 3, 2023.

6. Vivian Geraghty v. Jackson County Local School District Board of Education, Case No. 5:22-cv-2237; expert opinion submitted July 2023.

7. Short v. NJ Department of Education, Cherry Hill School District. Expert Declaration filed November 2023.

8. Block v. Vermont Dept of eEucation; settled in mediation on January 25, 2024.

9. Darren Patterson Christian Academy v. Lisa Roy et al., Case No. 1:23-cv-1557-DDD-STV. Deposition on June 20, 2024.

10. Cathy McCord v. South Madison Community School District. Deposition October 29, 2024.

11. A.B. v. Ministre de l' Education et al. docket no. 500-17-128051-235 engaged as expert witness June 10, 2025

12. Female Athletes United v. Ellison et al., Case No. 0:25-cv-02151. Engaged as expert witness June 9, 2025

**Children**

1.   Younger Children. Expert testimony by deposition and at trial in Dallas,TX, 2019 Dallas Cty. Dist. Ct. 2019.

2.   Hecox v. Idaho. Expert declaration submitted June 4, 2020.

3.   In The High Court of Justice Queen's Bench Division Administrative Court B E T W E E N: The Queen (On The Application of) L and Hampshire County Council-2021 Kiera Bell Case.

4.   Siefert v. Hamilton County; deposition Jan. 19, 2023.

5.   Greenland v. Greenland; testimony Mar. 21, 2023,Third District Circuit, Madison County, Illinois, Case No. 15D1070.

6.   Chole Cole v. Kaiser; affidavit filed Feb. 2024 (malpractice case).

7.   Mayrhofer v. Farah, Washington State; expert report filed Sept. 5, 2024. Testimony provided on Oct. 22, 2024.

## XI.   Administrative Responsibilities

A.   Co-director, Center for Marital and Sexual Health/Levine, Risen & Associates, Inc. until June 30, 2017.

B.   Principal Investigator of approximately 70 separate studies involving pharmacological interventions for sexual dysfunction since 1989.

C.   Co-leader of case conferences at DELR.LLC.com.

## XII.   Grant Support/Research Studies

A.   TAP–studies of Apomorphine sublingual in treatment of erectile dysfunction

B.   Pfizer–Sertraline for premature ejaculation

C.   Pfizer–Viagra and depression; Viagra and female sexual dysfunction; Viagra as a treatment for SSRI-induced erectile dysfunction

D.   NIH- Systemic lupus erythematosis and sexuality in women

E.   Sihler Mental Health Foundation

1.   Program for Professionals

2.   Setting up of Center for Marital and Sexual Health

3.   Clomipramine and Premature ejaculation

4.   Follow-up study of clergy accused of sexual impropriety

5.   Establishment of services for women with breast cancer

F.   Alza–controlled study of a novel SSRI for rapid ejaculation

G.   Pfizer–Viagra and self-esteem

H.   Pfizer- double-blind placebo control studies of a compound for premature ejaculation

I.   Johnson & Johnson – controlled studies of Dapoxetine for rapid ejaculation

J.   Proctor and Gamble: multiple studies to test testosterone patch for post menopausal sexual dysfunction for women on and off estrogen replacement

K.    Lilly-Icos—study of Cialis for erectile dysfunction

L.    VIVUS–study for premenopausal women with FSAD

M.    Palatin Technologies- studies of bremelanotide in female sexual dysfunction—first intranasal then subcutaneous administration

N.    Medtap–interview validation questionnaire studies

O.    HRA–quantitative debriefing study for Female partners os men with premature ejaculation, Validation of a New Distress Measure for FSD,

P.    Boehringer-Ingelheim–double blind and open label studies of a prosexual agent for hypoactive female sexual desire disorder

Q.    Biosante–studies of testosterone gel administration for post menopausal women with HSDD

R.    J&J a single-blind, multi-center, in home use study to evaluate sexual enhancement effects of a product in females.

S.    UBC-Content validity study of an electronic FSEP-R and FSDS-DAO and usability of study PRO measures in premenopausal women with FSAD, HSDD or Mixed FSAD/HSDD

T.    National registry trial for women with HSDD

U.    Endoceutics–two studies of DHEA for vaginal atrophy and dryness in post menopausal women

V.    Palatin–study of SQ Bremelanotide for HSDD and FSAD

W.    Trimel–a double-blind, placebo controlled study for women with acquired female orgasmic disorder.

X.    S1 Biopharma–a phase 1-B non-blinded study of safety, tolerability and efficacy of Lorexys in premenopausal women with HSDD

Y.    HRA–qualitative and cognitive interview study for men experiencing PE

**XIII.  Publications**

    **A.    <u>Books</u>**

        1.    Pariser SR, Levine SB, McDowell M (eds.), <u>Clinical Sexuality</u>, Marcel Dekker, New York, 1985

        2.    <u>Sex Is Not Simple</u>, Ohio Psychological Publishing Company, 1988

            a.    Translated into German as <u>Angstfreie Sexualitat: Gluck und Erfullung in der Liebe</u>, Wilhelm Heyne Verlag, Muchen, 1992

            b.    Reissued in paperback as: <u>Solving Common Sexual Problems: Toward a Problem Free Sexual Life</u>, Jason Aronson, Livingston, NJ. 1997

        3.    <u>Sexual Life: A Clinician's Guide</u>. Plenum Publishing Corporation. New York, 1992

            a.    See review in Archives of Sexual Behavior 28(4): 361-363, 1999

        4.    <u>Sexuality in Midlife</u>. Plenum Publishing Corporation. New York, 1998

            a.    See review in Am. Journal of Psychiatry 156((9):1468, 1999

      b.    See review in Contemporary Psychology APA Review of Books 44(4):293-295, 1999

      c.    See review J. Sex Education and Therapy, January, 2000

      d.    See review J. Sex and Marital Therapy, Winter, 2000

5.    Editor. Clinical Sexuality. Psychiatric Clinics of North America, March, 1995.

6.    Editor, (Candace Risen and Stanley Althof, associate editors) <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. Routledge, New York, 2003

      a.    See review American Journal of Psychiatry April, 2005

      b.    2006 SSTAR Book Award: Exceptional Merit

      c.    See review in Archives of Sexual Behavior 35(6):757-758

      d.    See two reviews in J. of Sex and Marital Therapy 33(3):272-276

7.    <u>Demystifying Love:  Plain Talk For The Mental Health Professional</u>. Routledge, New York, 2006

      a.    See review in Psychiatric Times, August 2008 by Leonore Tiefer

      b.    See review in Journal of Sex and Marital Therapy 34(5)-459-460.

8.    Editor, (Candace B. Risen and Stanley E. Althof, Associate editors), Handbook of Clinical Sexuality for Mental Health Professionals. 2nd edition Routledge, New York, 2010.  See review by Pega Ren, J. Sex & Marital Therapy

9.    Barriers to Loving: A Clinician's Perspective.  Routledge, New York, 2014.

10.    Editor Candace B. Risen and Stanley E. Althof, Associate editors), <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. 3rd edition Routledge, New York, 2016

11.    <u>Psychotherapeutic Approaches to Sexual Problems: An essential guide for mental health professionals,</u> 2020

      a.    See review in J. Sex and Marital Therapy

**B.**    <u>**Research and Invited Papers**</u>

When his name is not listed in a citation, Dr. Levine is either the solo or the senior author.

1.    Sampliner R. Parotid enlargement in Pima Indians. Annals of Internal Medicine 1970; 73:571-73

2.    Confrontation and residency activism: A technique for assisting residency change: World Journal of Psychosynthesis 1974; 6: 23-26

3.    Activism and confrontation: A technique to spur reform.  Resident and Intern Consultant 173; 2

4.    Medicine and Sexuality. Case Western Reserve Medical Alumni Bulletin 1974:37:9-11.

5. Some thoughts on the pathogenesis of premature ejaculation. J. Sex & Marital Therapy 1975; 1:326-334

6. Marital Sexual Dysfunction: Introductory Concepts. Annals of Internal Medicine 1976;84:448-453

7. Marital Sexual Dysfunction: Ejaculation Disturbances . Annals of Internal Medicine 1976; 84:575-579

8. Yost MA: Frequency of female sexual dysfunction in a gynecology clinic: An epidemiological approach. Archives of Sexual Behavior 1976;5:229-238

9. Engel IM, Resnick PJ, Levine SB: Use of programmed patients and videotape in teaching medical students to take a sexual history. Journal of Medical Education 1976;51:425-427

10. Marital Sexual Dysfunction: Erectile dysfunction. Annals of Internal Medicine 1976;85:342-350

11. Articles in Medical Aspects of Human Sexuality

   a. Treating the single impotent male. 1976; 10:123, 137

   b. Do  men enjoy being caressed during foreplay as much as women do? 1977; 11:9

   c. Do men like women to be sexually assertive? 1977;11:44

   d. Absence of sexual desire in women: Do some women never experience sexual desire? Is this possibility genetically determined? 1977; 11:31

   e. Barriers to the attainment of ejaculatory control. 1979; 13:32-56.

   f. Commentary on sexual revenge.1979;13:19-21

   g. Prosthesis for psychogenic impotence? 1979;13:7

   h. Habits that infuriate mates. 1980;14:8-19

   i. Greenberger-Englander, Levine SB. Is an enema an erotic equivalent?1981; 15:116

   j. Ford AB, Levine SB. Sexual Behavior and the Chronically Ill Patients. 1982; 16:138-150

   k. Preoccupation with wife's sexual behavior in previous marriage 1982; 16:172

   l. Co-existing organic and psychological impotence. 1985;19:187-8

   m. Althof SE, Turner LA, Kursh ED, Bodner D, Resnick MI, Risen CB. Benefits and Problems with Intracavernosal injections for the treatment of impotence. 1989;23(4):38-40

12. Male Sexual Problems. Resident and Staff Physician 1981:2:90-5

13. Female Sexual Problems. Resident and Staff Physician 1981:3:79-92

14. How can I determine whether a recent depression in a 40 year old married man is due to organic loss of erectile function or whether the depression is the source of the dysfunction? Sexual Medicine Today 1977;1:13

15.    Corradi RB, Resnick PJ Levine SB, Gold F. For chronic psychologic impotence: sex therapy or psychotherapy? I & II Roche Reports; 1977

16.    Marital Sexual Dysfunction: Female dysfunctions 1977; 86:588-597

17.    Current problems in the diagnosis and treatment of psychogenic impotence. Journal of Sex & Marital Therapy 1977;3:177-186

18.    Resnick PJ, Engel IM. Sexuality curriculum for gynecology residents. Journal of Medical Education 1978; 53:510-15

19.    Agle DP. Effectiveness of sex therapy for chronic secondary psychological impotence Journal of Sex & Marital Therapy 1978;4:235-258

20.    DePalma RG, Levine SB, Feldman S. Preservation of erectile function after aortoiliac reconstruction. Archives of Surgery 1978;113-958-962

21.    Conceptual suggestions for outcome research in sex therapy Journal of Sex & Marital Therapy 1981;6:102-108

22.    Lothstein LM.  Transsexualism or the gender dysphoria syndrome. Journal of Sex & Marital Therapy 1982; 7:85-113

23.    Lothstein LM, Levine SB. Expressive psychotherapy with gender dysphoria patients Archives General Psychiatry 1981; 38:924-929

24.    Stern RG Sexual function in cystic fibrosis. Chest 1982; 81:422-8

25.    Shumaker R. Increasingly Ruth: Towards understanding sex reassignment surgery Archives of Sexual Behavior 1983;12:247-61

26.    Psychiatric diagnosis of patients requesting sex reassignment surgery. Journal of Sex & Marital Therapy 1980; 6:164-173

27.    Problem solving in sexual medicine I. British Journal of Sexual Medicine 1982;9:21-28

28.    A modern perspective on nymphomania. Journal of Sex & Marital Therapy 1982;8:316-324

29.    Nymphomania. Female Patient 1982;7:47-54

30.    Commentary on Beverly Mead's article: When your patient fears impotence. Patient Care 1982;16:135-9

31.    Relation of sexual problems to sexual enlightenment. Physician and Patient 1983 2:62

32.    Clinical overview of impotence. Physician and Patient 1983; 8:52-55.

33.    An analytical approach to problem-solving in sexual medicine: a clinical introduction to the psychological sexual dysfunctions. II. British Journal of Sexual Medicine

34.    Coffman CB, Levine SB, Althof SE, Stern RG Sexual Adaptation among single young adults with cystic fibrosis. Chest 1984;86:412-418

35.    Althof SE, Coffman CB, Levine SB. The effects of coronary bypass in female sexual, psychological, and vocational adaptation. Journal of Sex & Marital Therapy 1984;10:176-184

36.	Letter to the editor: Follow-up on Increasingly Ruth. Archives of Sexual Behavior 1984;13:287-9

37.	Essay on the nature of sexual desire Journal of Sex & Marital Therapy 1984; 10:83-96

38.	Introduction to the sexual consequences of hemophilia. Scandanavian Journal of Haemology 1984; 33:(supplement 40).75

39.	Agle DP, Heine P. Hemophila and Acquired Immune Deficiency Syndrome: Intimacy and Sexual Behavior. National Hemophilia Foundation; July, 1985

	a.	Translated into German

	b.	Translated into Spanish

40.	Turner LA, Althof SE, Levine SB, Bodner DR, Kursh ED, Resnick MI. External vacuum devices in the treatment of erectile dysfunction: a one-year study of sexual and psychosocial impact. Journal of Sex & Marital Therapy

41.	Schein M, Zyzanski SJ, Levine SB, Medalie JH, Dickman RL, Alemagno SA. The frequency of sexual problems among family practice patients. Family Practice Research Journal 1988; 7:122-134

42.	More on the nature of sexual desire. Journal of Sex & Marital Therapy 1987;13:35-44

43.	Waltz G, Risen CB, Levine SB. Antiandrogen treatment of male sex offenders. Health Matrix 1987; V.51-55.

44.	Lets talk about sex. National Hemophilia Foundation January, 1988

45.	Sexuality, Intimacy, and Hemophilia: questions and answers . National Hemophilia Foundation January, 1988

46.	Prevalence of sexual problems. Journal Clinical Practice in Sexuality 1988;4:14-16.

47.	Kursh E, Bodner D, Resnick MI, Althof SE, Turner L, Risen CB, Levine SB. Injection Therapy for Impotence. Urologic Clinics of North America 1988; 15(4):625-630

48.	Bradley SJ, Blanchard R, Coates S, Green R, Levine S, Meyer-Bahlburg H, Pauly I, Zucker KJ. Interim report of the DSM-IV Subcommittee for Gender Identity Disorders. Archives of Sexual Behavior 1991;;20(4):333-43.

49.	Sexual passion in mid-life. Journal of Clinical Practice in Sexuality 1991 6(8):13-19

50.	Althof SE, Turner LA, Levine SB, Risen CB, Bodner DR, Resnick MI. Intracavernosal injections in the treatment of impotence: A prospective study of sexual, psychological, and marital functioning. Journal of Sex & Marital Therapy 1987; 13:155-167

51. Althof SE, Turner LA, Risen CB, Bodner DR, Kursh ED, Resnick MI. Side effects of self-administration of intracavernosal injection of papaverine and phentolamine for treatment of impotence. Journal of Urology 1989;141:54-7

52. Turner LA, Froman SL, Althof SE, Levine SB, Tobias TR, Kursh ED, Bodner DR.  Intracavernous injection in the management of diabetic impotence.  Journal of Sexual Education and Therapy 16(2):126-36, 1989

53. Is it time for sexual mental health centers? Journal of Sex & Marital Therapy 1989**;**

54. Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI.  Sexual, psychological, and marital impact of self injection of papaverine and phentolamine: a long-term prospective study.  Journal of Sex & Marital Therapy

55. Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Why do so many men drop out of intracavernosal treatment?  Journal of Sex & Marital Therapy. 1989;15:121-9

56. Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Self injection of papaverine and phentolamine in the treatment of psychogenic impotence. Journal of Sex & Marital Therapy. 1989; 15(3):163-78

57. Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Treating erectile dysfunction with external vacuum devices: impact upon sexual, psychological, and marital functioning.  Journal of Urology 1990;141(1):79-82

58. Risen CB, Althof SE.  An essay on the diagnosis and nature of paraphilia Journal of Sex & Marital Therapy 1990; 16(2):89-102.

59. Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Through the eyes of women: the sexual and psychological responses of women to their partners' treatment with self-injection or vacuum constriction therapy. International Journal of Impotence Research (supplement 2)1990;346-7.

60. Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. A comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. . International Journal of Impotence Research (supplement 2)1990;289-90

61. Kursh E, Turner L, Bodner D, Althof S, Levine S. A prospective study on the use of the vacuum pump for the treatment of impotence.International Journal of Impotence Research (supplement 2)1990;340-1.

62. Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of intracavernous therapy in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991; 17(2):101-112

63.  Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of vacuum pump devices in the treatment of erectile dsyfunction in Journal of Sex & Marital Therapy 1991;17(2):81-93

64.  Turner LA, Althof SE, Levine SB, Bodner DB, Kursh ED, Resnick MI. A 12-month comparison of the effectiveness of two treatments for erectile dysfunction: self injection vs. external vacuum devices. Urology 1992;39(2):139-44

65.  Althof SE, The pathogenesis of psychogenic impotence. J. Sex Education and Therapy. 1991; 17(4):251-66

66.  Mehta P, Bedell WH, Cumming W, Bussing R, Warner R, Levine SB. Letter to the editor. Reflections on hemophilia camp. Clinical Pediatrics 1991; 30(4):259-260

67.  Successful Sexuality. Belonging/Hemophilia. (Caremark Therapeutic Services), Autumn, 1991

68.  Psychological intimacy. Journal of Sex & Marital Therapy 1991; 17(4):259-68

69.  Male sexual problems and the general physician, Georgia State Medical Journal 1992; 81(5): 211-6

70.  Althof SE, Turner LA, Levine SB, Bodner DB, Kursh E, Resnick MI. Through the eyes of women: The sexual and psychological responses of women to their partner's treatment with self-injection or vacuum constriction devices. Journal of Urology 1992; 147(4):1024-7

71.  Curry SL, Levine SB, Jones PK, Kurit DM. Medical and Psychosocial predictors of sexual outcome among women with systemic lupus erythematosis. Arthritis Care and Research 1993; 6:23-30

72.  Althof SE, Levine SB. Clinical approach to sexuality of patients with spinal cord injury. Urological Clinics of North America 1993; 20(3):527-34

73.  Gender-disturbed males. Journal of Sex & Marital Therapy 19(2):131-141, 1993

74.  Curry SL, Levine SB, Jones PK, Kurit DM. The impact of systemic lupus erythematosis on women's sexual functioning. Journal of Rheumatology 1994; 21(12):2254-60

75.  Althof SE, Levine SB, Corty E, Risen CB, Stern EB, Kurit D. Clomipramine as a treatment for rapid ejaculation: a double-blind crossover trial of 15 couples. Journal of Clinical Psychiatry 1995;56(9):402-7

76.  Risen CB, Althof SE. Professionals who sexually offend: evaluation procedures and preliminary findings. Journal of Sex & Marital Therapy 1994; 20(4):288-302

77.  On Love, Journal of Sex & Marital Therapy 1995; 21(3):183-191

78. What is clinical sexuality? Psychiatric Clinics of North America 1995; 18(1):1-6

79. "Love" and the mental health professions: Towards an understanding of adult love. Journal of Sex & Marital Therapy 1996; 22(3)191-202

   a. Reprinted in Issues in Human Sexuality: Current & Controversial Readings with Links to Relevant Web Sites, 1998-9, Richard Blonna, Editor, Engelwood, Co. Morton Publishing Company, 1998

80. The role of Psychiatry in erectile dysfunction: a cautionary essay on the emerging treatments. Medscape Mental Health 2(8):1997 on the Internet. September, 1997.

81. Discussion of Dr. Derek Polonsky's SSTAR presentation on Countertransference. Journal of Sex Education and Therapy 1998; 22(3):13-17

82. Understanding the sexual consequences of the menopause. Women's Health in Primary Care, 1998

   a. Reprinted in the International Menopause Newsletter

83. Fones CSL, Levine SB. Psychological aspects at the interface of diabetes and erectile dysfunction. Diabetes Reviews 1998; 6(1):1-8

84. Guay AT, Levine SB, Montague DK. New treatments for erectile dysfunction. Patient Care March 15, 1998

85. Extramarital Affairs. Journal of Sex & Marital Therapy 1998; 24(3):207-216

86. Levine SB (chairman), Brown G, Cohen-Kettenis P, Coleman E, Hage JJ, Petersen M, Pfäfflin F, Shaeffer L, vanMasdam J, Standards of Care of the Harry Benjamin International Gender Dysphoria Association, 5th revision, 1998. International Journal of Transgenderism at http://www.symposion.com/ijt

   a. Reprinted by the Harry Benjamin International Gender Dysphoria Association, Minneapolis, Minnesota

87. Althof SE, Corty E, Levine SB, Levine F, Burnett A, McVary K, Stecher V, Seftel. The EDITS: the development of questionnaires for evaluating satisfaction with treatments for erectile dysfunction. Urology 1999;53:793-799

88. Fones CSL, Levine SB, Althof SE, Risen CB. The sexual struggles of 23 clergymen: a follow-up study. Journal of Sex & Marital Therapy 1999

89. Levine, S. B. (1999). The newly revised standards of care for gender identity disorders. Journal of Sex Education & Therapy, 24, 117-127.

90. Melman A, Levine SB, Sachs B, Segraves RT, Van Driel MF. Psychological Issues in Diagnosis of Treatment (committee 11) in Erectile Dysfunction (A. Jarden, G. Wagner, S. Khoury, F. Guiliano, H. Padma-nathan, R. Rosen, eds.) Plymbridge Distributors Limited, London, 2000

16

91.	Pallas J, Levine SB, Althof SE, Risen CB. A study using Viagra in a mental health practice. J Sex&Marital Therapy.26(1):41-50, 2000

92.	Levine SB, Stagno S. Informed Consent for Case Reports: the ethical dilemma between right to privacy and pedagogical freedom. Journal of Psychotherapy: Practice and Research, 2001, 10(3): 193-201.

93.	Alloggiamento T., Zipp C., Raxwal VK, Ashley E, Dey S. Levine SB, Froelicher VF. Sex, the Heart, and Sildenafil. Current Problems in Cardiology 26 June 2001(6):381-416

94.	Re-exploring The Nature of Sexual Desire. Journal of Sex and Marital Therapy 28(1):39-51, 2002.

95.	Understanding Male Heterosexuality and Its Disorders in Psychiatric Times XIX(2):13-14, February, 2002

96.	Erectile Dysfunction: Why drug therapy isn't always enough. (2003) Cleveland Clinic Journal of Medicine, 70(3): 241-246.

97.	The Nature of Sexual Desire: A Clinician's Perspective. Archives of Sexual Behavior 32(3):279-286, 2003 .

98.	Laura Davis. What I Did For Love: Temporary Returns to the Male Gender Role. International Journal of Transgenderism, 6(4), 2002 and http://www.symposion.com/ijt

99.	Risen C.B., The Crisis in the Church: Dealing with the Many Faces of Cultural Hysteria in The International Journal of Applied Psychoanalytic Studies, 1(4):364-370, 2004

100.	Althof SE, Leiblum SR (chairpersons), Chevert-Measson M. Hartman U., Levine SB, McCabe M., Plaut M, Rodrigues O, Wylie K., Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction in World Health Organization Conference Proceedings on Sexual Dysfunctions, Paris, 2003. Published in a book issued in 2004.

101.	Commentary on Ejaculatory Restrictions as a Factor in the Treatment of Haredi (Ultra-Orthodox) Jewish Couples: How Does Therapy Work? Archives of Sexual Behavior, 33(3):June 2004

102.	What is love anyway? J Sex & Marital Therapy 31(2):143-152,2005.

103.	A Slightly Different Idea, Commentary on Y.M. Binik's Should Dyspareunia Be Retained as a Sexual Dysfunction in DSM-V? A Painful Classification Decision. Archives of Sexual Behavior 34(1):38-39, 2005. http://dx.doi.org/10.1007/s10508-005-7469-3

104.	Commentary. Pharmacologic Treatment of Erectile Dysfunction: Not always a simple matter. BJM USA; Primary Care Medicine for the American Physician, 4(6):325-326, July 2004

105.	Leading Comment: A Clinical Perspective on Infidelity. Journal of Sexual and Relationship Therapy, 20(2):143-153, May 2005.

106. Multiple authors. Efficacy and safety of sildenafil citrate (Viagra) in men with serotonergic antidepressant-associated erectile dysfunction: Results from a randomized, double-blind, placebo-controlled trial. Submitted to Journal of Clinical Psychiatry Feb 2005

107. Althof SE, Leiblum SR, Chevert-Measson M, Hartman U, Levine SB, McCabe M, Plaut M, Rodrigues O, Wylie K. Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction. Journal of Sexual Medicine, 2(6): 793-800, November, 2005

108. Shifren JL, Davis SR, Moreau M, Waldbaum A, Bouchard C., DeRogatis L., Derzko C., Bearnson P., Kakos N., O'Neill S., Levine S., Wekselman K., Buch A., Rodenberg C., Kroll R. Testosterone Patch for the Treatment of Hypoactive Sexual Desire Disorder in Naturally Menopausal Women: Results for the INTIMATE NM1 Study. Menopause: The Journal of the North American Menopause Society 13(5) 2006.

109. Reintroduction to Clinical Sexuality. Focus: A Journal of Lifelong Learning in Psychiatry Fall 2005. III (4):526-531

110. PDE-5 Inhibitors and Psychiatry in J Psychiatric Practice 12 (1): 46-49, 2006.

111. Sexual Dysfunction: What does love have to do with it? Current Psychiatry 5(7):59-68, 2006.

112. How to take a Sexual History (Without Blushing), Current Psychiatry 5(8): August, 2006.

113. Linking Depression and ED: Impact on sexual function and relationships in Sexual Function and Men's Health Through the Life Cycle under the auspices of the Consortium for Improvement of Erectile Function (CIEF),12-19, November, 2006.

114. The First Principle of Clinical Sexuality. Editorial. Journal of Sexual Medicine,4:853-854, 2007

115. Commentary on David Rowland's editorial, "Will Medical Solutions to Sexual Problems Make Sexological Care and Science Obsolete?" Journal of Sex and Marital Therapy, 33(5), 2007

116. Real-Life Test Experience: Recommendations for Revisions to the Standards of Care of the World Professional Association for Transgender Health International Journal of Transgenderism, Volume 11 Issue 3, 186-193, 2009

117. Sexual Disorders: Psychiatrists and Clinical Sexuality. Psychiatric Times XXIV (9), 42-43, August 2007

118. I am not a sex therapist! Commentary to I. Binik and M. Meana's article Sex Therapy: Is there a future in this outfit? Archives of Sexual Behavior, Volume 38, Issue 6 (2009), 1033-1034

119. Solomon A (2009) Meanings and Political Implications of "Psychopathology" in a Gender Identity Clinic: Report of 10 cases. Journal of Sex and Marital Therapy 35(1): 40-57.

120.  Perelman, MA., Levine SB, Fischkoff SA. Randomized, Placebo-Controlled, Crossover Study to Evaluate the Effects of Intranasal Bremelanotide on Perceptions of Desire and Arousal in Postmenopausal Women with Sexual Arousal Disorder submitted to Journal of Sexual Medicine July 2009, rejected

121.  What is Sexual Addiction? Journal of Sex and Marital Therapy.2010 May;36(3):261-75

122.  David Scott (2010) Sexual Education of Psychiatric Residents. Academic Psychiatry, 34(5) 349-352.

123.  Chris G. McMahon, Stanley E. Althof, Joel M. Kaufman, Jacques Buvat, Stephen B. Levine, Joseph W. Aquilina, Fisseha Tesfaye, Margaret Rothman, David A. Rivas, Hartmut Porst. Efficacy and Safety of Dapoxetine for the Treatment of Premature Ejaculation: Integrated Analysis of Results From 5 Phase 3 Trials Journal of Sexual Medicine 2011 Feb;8(2):524-39.

124.  Commentary on Consideration of Diagnostic Criteria for Erectile Dysfunction in DSM V.  Journal of Sexual Medicine July 2010

125.  Hypoactive Sexual Desire Disorder in Men: Basic types, causes, and treatment.  Psychiatric Times 27(6)4-34. 2010

126.  Male Sexual Dysfunctions, an audio lecture, American Physician Institute 2013

127.  Fashions in Genital Fashion: Where is the line for physicians? Commentary on David Veale and Joe Daniels' Cosmetic Clitoridectomy in a 33-year-old woman. Archives of Sexual Behavior, epub ahead of print Sept 24, 2011. Arch Sex Behav (2012) 41:735–736, DOI 10.1007/s10508-011-9849-7

128.  Review: Problematic Sexual Excess.  Neuropsychiatry 2(1):1-12, 2012

129.  The Essence of Psychotherapy.  Psychiatric Times 28 (2): August 2, 2012 translated into Portuguese and republished in Revista Latinoamericana de Psicopatologia Fundamental (latin-American Journal of Fundamental Psychopathology) in press 2012. Reprinted by Psychiatric Times on July 26, 2019, https://www.psychiatrictimes.com/articles/essence-psychotherapy

130.  Parran TV, Pisman, AR,  Youngner SJ, Levine SB. Evolution of remedial CME course in professionalism: Addressing learner needs, developing content, and evaluating outcomes. *Journal of Continuing Education in the Health Professions,* 33(3): 174-179, 2013.

131.  Love and Psychiatry.  Psychiatric Times November 2013

132.  Orgasmic Disorders, Sexual Pain Disorders, and Sexual Dysfunction Due to a Medical Condition.  Board Review Psychiatry 2013-2014 Audio Digest CD 27. Audio recording of a one-hour lecture available October 2013.

133. Towards a Compendium of the Psychopathologies of Love. Archives of Sexual Behavior Online First December 25, 2013 DOI 10.1007/s10508-0130242-6 43(1)213-220.

134. Flibanserin. (editorial) Archives of Sexual Behavior 44 (8), 2015 November 2015. DOI: 10.1007/s10508-015-0617-y

135. Martel C, Labrie F, Archer DF, Ke Y, Gonthier R, Simard JN, Lavoie L, Vaillancourt M, Montesino M, Balser J, Moyneur É; other participating members of the Prasterone Clinical Research Group. (2016) Serum steroid concentrations remain within normal postmenopausal values in women receiving daily 6.5mg intravaginal prasterone for 12 weeks.J Steroid Biochem Mol Biol. 2016 May;159:142-53. doi:10.1016/j.jsbmb.2016.03.016

136. Reflections of an Expert on the Legal Battles Over Prisoners with Gender Dysphoria. J Am Acad Psychiatry Law 44:236-45, 2016

137. Cooper E, McBride J, Levine SB. Does Flibanserin have a future, Psychiatric Times accepted October 23, 2015.

138. Levine SB, Sheridan DL, Cooper EB. The Quest for a Prosexual Medication for Women, Current Sexual Health Reports (2016) 8:129. doi:10.1007/s11930-016-0085-y

139. Why Sex Is Important: Background for Helping Patients with Their Sexual Lives., British Journal of Psychiatry Advances (2017), vol. 23(5) 300-306; DOI: 10.1192/apt.bp.116.016428

140. Flibanserin: Offene Forshungsfragen , Zeitschrift für Sexualforschung. 29:170-175, 2016. This is a translation of #134.

141. Commentary on "Asexuality: Orientation, paraphilia, dysfunction, or none of the above?" Archives Sexual Behavior, Archives of Sexual Behavior April 2017, Volume 46, Issue 3, pp 639–642 DOI:10.1007/s10508-017-0947-z

142. Sexual Dysfunction in Clinical Psychiatry, Psychiatric Times, March 2017

143. Ethical Concerns About the Emerging Treatment of Gender Dysphoria. Journal of Sex and Marital Therapy, 44(1):29-44. 2017. DOI 10.1080/0092623X.2017.1309482

144. The Psychiatrist's Role in Managing Transgender Youth: Navigating Today's Politicized Terrain. CMEtoGO® Audio Lecture Series, May 2017

145. Transitioning Back to Maleness, Archives of Sexual Behavior, 2018 May;47(4):1295-1300. doi: 10.1007/s10508-017-1136-9.

146. Informed Consent for Transgender Patients, Journal of Sex and Marital Therapy, 2019;45(3):218-229. doi: 10.1080/0092623X.2018.1518885

147. Life Processes are Illuminated by Sexual History. (2019) Psychiatric Times, December Volume XXXVI. No. 12

148. Video made for Ohio State Medical Board on Duty to Report MD-patient sexual contact 2021 https://www.youtube.com/watch?v=cLBQnxqnZeM

149. Basic Concepts That Are Important for Clinicians to Understand About Sexuality (2022). Psychoanalysis and Psychotherapy in China. Phoenix Publishing House, UK 5(1):55-66.

150. Levine S. B. (2021). Reflections on the Clinician's Role with Individuals Who Self-identify as Transgender. *Archives of sexual behavior*, *50*(8), 3527-3536. https://doi.org/10.1007/s10508-021-02142-1

151. Levine SB, Abbruzzese, E. & Mason, JW. (2022). Reconsideration of Informed Consent for Trans-identified Children, Adolescents, and Young Adults. J. Sex and Marital Therapy. DOI: 10.1080/0092623X.2022.2046221. On line March 17, 2022 published at 48 (7);707-727.

    a. Translated into French on August 6, 2022.

152. Stephen B. Levine, E. Abbruzzese & Julia W. Mason (2022) What Are We Doing to These Children? Response to Drescher, Clayton, and Balon Commentaries on Levine et al., 2022, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2022.2136117

153. E. Abbruzzese, Stephen B. Levine & Julia W. Mason (2022). The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed since. J Sex Marital Ther. 2023 Jan 2:1-27. doi: 10.1080/0092623X.2022.2150346. https://d

154. Ayad S, D'Angelo R, Kenney D, Levine SB, Marchiano L, & O'Malley S. (2022) A Clinical Guide for Therapists Working with Gender-Questioning Youth, sponsored by Gender Exploratory Therapy Association (GETA) and Society for Evidence-Based Gender Medicine (SEGM). https://genderexploratory.com/clinical-guide/

155. Should Transgender Youth Care be Guided by Beliefs or Science? Psychology.net. January, 2023

156. Levine SB, Abbruzzese E, (2023) Current concerns about gender affirming therapy in adolescents, Current Sexual Health Reports, 10.1007/s11930-023-00358-x published April 14, 2023

157. (2024). What is the Purpose of the Initial Psychiatric Evaluation of Minors with Gender Dysphoria? Published on line June 10, 2024 Sex & Marital Therapy doi:10.1080/0092623x.2024.2362774

158. McDeavitt K, Cohen J. Levine SB. (2025) Critiques of the Cass Review: Fact-checking the peer-reviewed and grey literature. J Sex & Marital Therapy, in press https://doi.org/10.1080/0092623X.2025.2455133.

159. (2025). An American Skeptic's View of Trans Care for Youth Journal of the Society for European Medicine, in review

C. **Chapters**

1. Overview of Sex Therapy. In Sholevar GP (ed) The Handbook of Marriage and Marital Therapy. New York. Spectrum Publications, 1981 pp. 417-41

2. Why study sexual functioning in diabetes? In Hamburg BA, Lipsett LF, Inoff GE, Drash A (eds) Behavioral & Psychosocial Issues in Diabetes: Proceedings of a National conference. Washington, DC. US Dept. of Health & Human Services. PHS NIH, Pub. #80-1933

3. Sexual Problems in the Diabetic in Bleicher SJ, Brodoff B (eds) Diabetes Mellitus and Obesity. Williams and Wilkins, 1992

4. Clinical Introduction to Human Sexual Dysfunction. In Pariser SF, Levine SB, McDowell M (eds) Clinical Sexuality. New York, Marcel Dekker Publisher, 1983.

5. Psychodynamically-oriented clinician's overview of psychogenic impotence. In RT Segraves (ed) Impotence. New York, Plenum, 1985

6. Origins of sexual preferences. In Shelp EE (ed) Sexuality and Medicine. D. Reidel Publishing co. 1987. Pp39-54.

7. Hypoactive Sexual Desire and Other Problems of Sexual Desire. In H. Lief (ed). The Treatment of Psychosexual Dysfunctions/ III. American Psychiatric Press, chapter 207.pp2264-79, 1989

8. Psychological Sexual Dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

9. Male sexual dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

10. Sexuality and Aging. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

11. Homosexuality. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

12. Individual and intrapsychic factors in sexual desire. In Leiblum SR, Rosen RC (eds). Clinical Perspectives on Sexual Desire Disorders. Guilford Press, New York, 1988, pp. 21-44

13. Gender Identity Disorders. In Sadock B, Kaplan H(eds). Comprehensive Textbook of Psychiatry, Baltimore, William and Wilkins, 1989, pp 1061-9

14. Intrapsychic and Interpersonal Aspects of Impotence: Psychogenic Erectile Dysfunction. In Leiblum SR, Rosen RC (eds). Erectile Disorders: Assessment and Treatment. Guilford Press, New York, 1992

15. Psychological Factors in Impotence. In Resnick MI, Kursh ED, (eds.) Current Therapy in Genitourinary Surgery, 2nd edition. BC Decker, 1991, pp. 549-51

16. The Vagaries of Sexual Desire. In Leiblum SR, Rosen RC (eds). In Case Studies in Sex Therapy. Guilford Press, New York, 1995

17. Rosenblatt EA. Sexual Disorders (chapter 62). In Tasman A, Kay J, Liberman JA (eds). Psychiatry Volume II, W.B.Saunders, Philadelphia. 1997, pp 1173-2000.

18. Althof SE. Psychological Evaluation and Sex Therapy. In Mulcahy JJ (ed) Diagnosis and Management of Male Sexual Dysfunction Igaku-Shoin, New York, 1996, pp74-88

19. Althof SE, Levine SB. Psychological Aspects of Erectile Dysfunction. In Hellstrum WJG (ed) Male Infertility and Dysfunction. Springer-Verlag, New York, 1997. pp 468-73

20. Paraphilias. In Comprehensive Textbook of Psychiatry/VII. Sadock BJ, Sadock VA (eds.) Lippincott Williams & Wilkins, Baltimore, 1999, pp1631-1645.

21. Women's Sexual Capacities at Mid-Life in The Menopause: Comprehensive Management B. Eskind (ed). Parthenon Publishing, Carnforth, UK, 2000.

22. Male Heterosexuality in Masculinity and Sexuality:Selected Topics in the Psychology of Men, (Richard C. Friedman and Jennifer I. Downey, eds) Annual Review of Psychiatry, American Psychiatric Press, Washington, DC, W-18. pp29-54.

23. R.T.Segraves. Introduction to section on Sexuality: Treatment of Psychiatric Disorders-III (G.O.Gabbard, ed), American Psychiatric Press, Washington, DC, 2001

24. Sexual Disorders (2003) in Tasman A, Kay J, Liberman JA (eds). Psychiatry 2nd edition, Volume II, W.B.Saunders, Philadelphia. Chapter 74

25. What Patients Mean by Love, Psychological Intimacy, and Sexual Desire (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp. 21-36.

26. Infidelity (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp. 57-74

27. Preface (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp xiii-xviii

28. A Psychiatric Perspective on Psychogenic Erectile Dysfunction (2004) in T.F. Lue (ed) Atlas of Male Sexual Dysfunction, Current Medicine, Philadelphia Chapter 5

29. Levine, SB., Seagraves, RT.  Introduction to Sexuality Section, Treatment of Psychiatric Disorders, 3rd edition (Gabbard GO, editor), American Psychiatric Press, 2007

30. Risen CB, (2009)Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues* edited by Fabian M. Saleh, Albert J. Grudzinskas, Jr., and John M. Bradford, Oxford University Press, 2009

31. What Patients Mean by Love, Intimacy, and Sexual Desire, in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

32. Infidelity in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

33. Scott DL, Levine, SB. Understanding Gay and Lesbian Life in Handbook of Clinical Sexuality for Mental Health Professionals edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

34. Levine, SB, Hasan, S., Boraz M. (2009) Male Hypoactive Sexual Desire Disorder (HSDD) in Clinical Manual of Sexual Disorders (R. Balon and RT Segraves, eds), American Psychiatric Press, Washington, DC.

35. Levine, SB. Sexual Disorders in Fundamentals of Psychiatry (by Allan Tasman and Wanda Mohr,eds.), http://eu.wiley.com/WileyCDA/WileyTitle/productCd-0470665777.html

36. Infidelity in Principles and Practices of Sex Therapy (I Binik, K. Hall, editors), 5th edition, Guilford Press, New York, 2014.

37. Why is Sex Important? In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016, Chapter 1

38. The Rich Ambiguity of Key Terms: Making Distinctions. In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016. Chapter 4

39. The Mental Health Professional's Treatment of Erection Problems . In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016 Chapter 11

40. Why is Sex Important? In Sexual Health in the Couple: Management of Sexual Dysfunction in Men and Women [L Lipshultz, A Pastuszak, M Perelman, A Giraldi, J Buster, eds.] New York, Springer, 2016.

41. Sommers, B., Levine, S.B., Physician's Attitude Towards Sexuality Psychiatry and Sexual Medicine: A Comprehensive Guide for Clinical Practitioners, Springer, Heidelberg, Germany, 2020

42. Levine, SB & Courtois, CA. Boundaries and Ethics in Professional Conduct. In Sexual Boundary Violations in Psychotherapy: Facing Therapist indiscretions, transgressions, and misconduct. A. Steinberg, J.L. Alpert, C A. Courtois( Eds.) (2021) American Psychological Association. Washington, DC.

43.     Levine, SB, Risen CB. (2021). Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment,Treatment, and Legal Issues, 2nd edition.* edited by Fabian M. Saleh, Oxford University Press

44.     Forward to Evans M and Evans S. Psychotherapy of Gender Dysphoria of Children and Young Adults, Phoenix Publication, UK 2021.

45.     Hutchinson A, Spilladis A, Katliala R, Abbruzzesse E, D'Angel R, Paladius M, Garcia-Ryan P, Zucker K, Levine SB, & Mittlemaier S (2025). In The Gender Framework: A Comprehensive, Evidence-based Guide for Professionals and Families in press 3/2025. UK, Pinchstone Publishers

    a.     Stephen Levine, Dr Joe Burgo, Christina Buttons, and Carrie Clark Chapter 4: Typology, classification and diagnosis of gender distress

    b.     Stephen Levine, Joe Burgo and Christina Buttons. Chapter 5: Competing modalities of treatment

    c.     Stephen Levine, Joe Burgo, Amanda Miller and Christina Buttons. Chapter 6: Going Forwards and Turning Back-Transition and Detransition.

    d.     Stephen Levine and Dr Joe Burgo and Christina Buttons. Chapter 7: Comorbidities.

**D.**     <u>**Book Reviews**</u>

1.     Homosexualities: A Study of Diversity Among Men and Women by Alan P. Bell and Martin S. Weinberg, Simon and Schuster, New York, 1978. In Journal of Sex & Marital Therapy 1979; 5.

2.     Marriage and Marital Therapies: Psychoanalytic, Behavioral & System Theory Perspectives by TJ Paolino and BS McCrady. Brunner/Mazel, New York, 1978. In Journal of Sex & Marital Therapy 1979; 5

3.     Management of Male Impotence. Volume 5 International Perspectives in Urology AH Bennett, (ed) Williams and Wilkins, Baltimore, 1992. In American Journal of Psychiatry, 1984

4.     The Sexual Relationship by DE Scharff, Routledge & Kegan Paul, 1982 in Family Process 1983; 22:556-8

5.     Phenomenology and Treatment of Psychosexual Disorders, by WE Fann, I Karacan, AD Pokorny, RL Williams (eds). Spectrum Publications, New York, 1983. In American Journal of Psychiatry 1985;142:512-6

6.     The Treatment of Sexual Disorders: Concepts and Techniques of Couple Therapy, G Arentewicz and G Schmidt. Basic Books, New York, 1983. In American Journal of Psychiatry 1985;142:983-5

7.     Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Contemporary Psychology 1986:31:421-2 [titled, The Limitations of Science, the Limitations of Understanding]

8. Psychopharmacology of Sexual Disorders by M Segal (ed) John Libbey & Co Ltd, London, 1987 in American Journal of Psychiatry 1987;144:1093

9. "The Sissy Boy Syndrome" and the Development of Homosexuality by R Green. Yale University Press, New Haven, 1987. In American Journal of Psychiatry 1988;145:1028

10. Male Homosexuality: A contemporary psychoanalytic perspective by RC Friedman, Yale University Press, New Haven, 1988 in Journal of Clinical Psychiatry 1989;50:4, 149

11. Sexual Landscapes: Why we are what we are, why we love whom we love. By JD Weinrich, Charles Schribner's Sons, New York, 1987 in Archives of Sexual Behavior 21 (3):323-26, 1991

12. How to Overcome Premature Ejaculation by HS Kaplan, Brunner/Mazel, New York, 1989 in Journal of Clinical Psychiatry 51(3):130, 1990

13. Clinical Management of Gender Identity Disorders in Children and Adults R. Blanchard, BN Steiner (eds) American Psychiatry Press, Washington, DC, 1990. In Journal of Clinical Psychiatry 52(6):283, 1991

14. Psychiatric Aspects of Modern Reproductive Technologies. NL Stotland (ed) American Psychiatric Press, Washington DC, 1990. In Journal of Clinical Psychiatry 1991;52(9):390

15. Homosexualities: Reality, Fantasy, and the Arts. CW Socarides, VD Volkan (eds). International Universities Press, Madison, Connecticut, 1990. In Journal of Clinical Psychiatry 1992;(10)

16. Reparative Therapy of Male Homosexuality: A New Clinical Approach. J Nicolosi, Jason Aronson, Northvale NJ, 1992. In Contemporary Psychology 38(2):165-6, 1993 [entitled Is Evidence Required?]

17. Male Victims of Sexual Assault, GC Mezey, MB King (eds) Oxford University Press, New York, 1992. In Journal of Clinical Psychiatry 1993;54(9):358,

18. AIDS and Sex: An Integrated Biomedical and Biobehavioral Approach. B Voeller, JM Reinisch, M Gottlieb, Oxford University Press, New York, 1990. In American Journal of Psychiatry

19. Porn: Myths for the Twentieth Century by RJ Stoller, Yale University Press, New Haven, 1991. In Archives of Sexual Behavior 1995;24(6):663-668

20. Sexual Dysfunction: Neurologic, Urologic, and Gynecologic Aspects. R Lechtenberg, DA Ohl (eds) Lea & Febiger, Philiadelphia, 1994. In Neurology

21. The Sexual Desire Disorders: Dysfunctional Regulation of Sexual Motivation. HS Kaplan Brunner/Mazel, New York, 1995. In Neurology 1996; 47:316

22. Femininities, Masculinities, Sexualities: Freud and Beyond. N. Chodorow. The University Press of Kentucky, Lexington, 1994. Archives of Sexual Behavior 28(5):397-400,1999

23. Sexual Function in People with Disability and Chronic Illness:A Health Professional's Guide by ML Sipski, CJ Alexander. Aspen Publishers, Gaitersburg, Md, 1997. In Journal of Sex Education and Therapy, 1998;23(2):171-2

24. Sexual Aggression by J Shaw (ed). American Psychiatric Press, Washington, DC, 1998. In American Journal of Psychiatry, May, 1999

25. The *Wounded* Healer: Addiction-Sensitive Approach to the Sexually Exploitative Professional by Richard Irons and Jennifer P. Schneider. Jason Aronson, Northvale, N.J., 1999 in American Journal of Psychiatry 157(5):8-9, 2000.

26. Culture of the Internet by Sara Kiesler (editor), Lawrence Erlbaum Associates, Mahway, New Jersey, 1997. 463pp in Journal of Sex Research in press, 2001

27. Psychological Perspectives on Human Sexuality. Lenore T. Szuchman and Frank Muscarella (editors), Wiley and Sons, New York, American Journal of Psychiatry, April, 2002

28. "How Sexual Science Operates" a review of Sex, Love, and Health in America: Private Choices and Public Policies. EO Laumann and RT Michael, editors. Chicago, University of Chicago, 2001 in Second Opinion, The Park Ridge Center for the Study of Health, Faith, and Ethics, 11:82-3, April, 2004.

29. Sexual Orientation and Psychoanalysis: Sexual Science and Clinical Practice. R.C. Friedman and J.I. Downey (eds). New York. Columbia University Press. in Archives of Sexual Behavior (2003) 31(5):473-474

30. Prozac on the Couch: Prescribing Gender in the Era of Wonder Drugs, Jonathon Michel Metzl. Duke University Press, Durham, 2003 in American Journal of Psychiatry, November, 2004.

31. Sex and Gender by M. Diamond and A. Yates Child Psychiatric Clinics of North America W. B. Saunders, Philadelphia, Pennsylvania, 2004, 268 pp in Archives of Sexual Behavior April 2007 on line publication in Dec.2006 at http://dx.doi.org/10.1007/s10508-006-9114-7

32. Getting Past the Affair: A program to help you cope, heal, and move on—together or apart by Douglas K. Snyder, Ph.D, Donald H. Baucom, Ph.D, and Kristina Coop Gordon, Ph.D, New York, Guilford Press, 2007 in Journal of Sex and Marital Therapy, 34:1-3, 2007

33. Dancing with Science, Ideology and Technique. A review of Sexual Desire Disorders: A casebook Sandra R. Leiblum editor, Guilford Press, New York, 2010. In Journal of Sex Research 2011.

34. What is more bizarre: the transsexual or transsexual politics? A review of Men Trapped in Men's Bodies: Narratives of Autogynephilic Transsexualism by Anne A. Lawrence, New York, Springer, 2014. In Sex Roles: a Journal of Research, 70, Issue 3 (2014), Page 158-160, 2014. DOI: 10.1007/s11199-013-0341-9

35. There Are Different Ways of Knowing. A review of: How Sexual Desire Works: The Enigmatic Urge by Frederick Toates, Cambridge, UK, Cambridge University Press, in Sexuality and Cu1ture (2015) 19:407–409 DOI 10.1007/s12119-015-9279-0

36. The Dynamics of Infidelity: Applying Relationship Science to Clinical Practice by Lawrence Josephs, American Psychological Association, Washington, DC, 2018, pp. 287, $69.95 in Journal of Sex and Marital Therapy10.1080/0092623X.2018.1466954, 2018. For free access: https://www.tandfonline.com/eprint/UgiIHbWbpdedbsXWXpNf/full

37. Transgender Mental Health by Eric Yarbrough, American Psychiatric Association Publications, 2018, Journal and Marital & Sexual Therapy, https://doi.org/10.1080/0092623X.2018.1563345 .

38. Seduced into Darkness:Transcending My Psychiatrist's Sexual Abuse by Carrie T. Ishee, Terra Nova Books, Santa Fe, in Journal of Sex and Marital Therapy, in press 2020. 10.1080/0092623X2020.175847

39. Principles and Practices of Sex Therapy, 6th edition, (2020) KSK Hall, IM Binik (editors), Guilford Press, New York in Journal of Sex and Marital Therapy i47(4): May 2021. Doi 10.1080/0092623X2021.1920736

40. The Existential Importance of the Penis: A guide to understanding male sexuality by Daniel N. Watter, (2023) Routledge, New York, Journal of Sex and Marital Therapy in press 10.1080/0092623X.2023.2236495

**E.** **Podcasts**

1. Ayad & O'Malley, series: Gender: A wider lens. 2022, https://podcasts.apple.com/us/podcast/gender-a-wider-lens-podcast/id1542655295?i=1000549259922

2. Physician burnout 2022, https://drive.google.com/drive/folders/1O5ENno71IzKtYslhyZfqja4SrV5l Qcic?usp=sharing

3. Humanize with Wesley Smith. May 11, 2023, https://humanize.today/podcast/stephen-b-levine-m-d-on-the-science-of-gender-affirming-care/

4. Gender a wider lens, with Ayad and O-Malley and Julia Mason, May 12, 2023

5. Therapy First series: Discussion of Comprehensive Psychiatric Evaluation, Webinar 90 minutes July 29, 2024

6. Mia Seymour discussing Informed Consent on October 24, 2024