# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated, | ) ) ) ) ) | No.: 1:25-cv-00596-MPB-TAB |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health, | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## DECLARATION OF QUENTIN VAN METER, M.D.
## IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**INTRODUCTION AND BACKGROUND**

1.     I have been asked by counsel for Defendants to respond to the expert report of Dr. James D. Fortenberry and to address (1) the differences between the male and female sex; (2) disorders of sexual differentiation; and (3) the lack of biological basis for "gender identity."

2.     My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy of which is attached as Exhibit A.

3.     I am currently a pediatric endocrinologist in private practice in Atlanta, Georgia, where I am the President of Van Meter Pediatric Endocrinology, P.C. I have been licensed to practice medicine in Georgia since 1991. I am board certified in Pediatrics and Pediatric Endocrinology.

4.     I am dedicated to teaching and have held clinical faculty positions at medical schools since 1976, most recently having been on the clinical faculties of Emory University School of Medicine and Morehouse College of Medicine, in the role of adjunct Associate Professor of Pediatrics.

5.     I received my M.D. from the Medical College of Virginia, Virginia Commonwealth University. I did my Pediatric Endocrine fellowship at Johns Hopkins Hospital from 1978 to 1980. The faculty present at that time had carried on the tradition of excellence established by Lawson Wilkins, M.D. Because of the reputation of the endocrine program as a center for exceptional care for children with disorders of sexual differentiation, I had well above-average exposure to such patients. As a Pediatric Fellow, I was also exposed to adults with Gender Identity Disorder, then called Trans-Sexuality, and received training from John Money, Ph.D., in his Psycho-hormonal Division. Over the past 45 years, I have closely followed the topic of incongruent gender in children, adolescents, and adults.

6.      Over the past four years, I have testified at trial, deposition, and/or before legislative bodies as follows:

- 2021: *Spahr v. Spahr*, St. Louis County, MO, court testimony.

- 2021: *Laura Cauthen v. James Cauthen*, Cobb County, GA, court testimony.

- 2023: testimony before Idaho legislative hearing.

- 2023: testimony prepared for Kansas state legislative hearing.

- 2023: Seifert Civil suit, Hamilton County, OH, deposition testimony.

- 2023: testimony at Texas House Subcommittee on Health.

- 2023: testimony at Louisiana Senate Subcommittee on Health.

- 2024: testimony at Georgia Senate subcommittee hearing.

- 2024: deposition testimony on behalf of Montana State Attorney General.

7.      I am being compensated at an hourly rate for actual time devoted, at a rate of $450 per hour for report drafting and consultation and $500 per hour for testimony, with a minimum daily fee of $3,500 if giving testimony causes me to miss a day I would otherwise spend at my clinical practice. If travel is necessary, I will be compensated at an hourly rate of $350 per hour for time that I would otherwise spend at my clinical practice, and otherwise at $225 per hour. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

8.      My opinions expressed in this declaration are based upon my education, training, professional experience as a pediatric endocrinologist, and knowledge of the pertinent scientific literature.

9.      The materials that I have relied upon are the same type of materials that other experts in my field rely upon when forming opinions. Specific sources upon which I rely in this declaration are footnoted.

10.      In preparing this report, I reviewed Plaintiffs' Complaint in this matter, Governor Braun's March 4, 2025 Executive Order 25-36 that is referenced in Plaintiffs' Complaint, and Dr. James D. Fortenberry's Declaration submitted by Plaintiffs.

**BIOLOGICAL SEX**

11.      Sex is binary: male or female.[1] All mammals are split into male and female, distinguished by chromosomes and differing down to the cell level.[2]

12.      Sex is determined by chromosomal complement and corresponds to the reproductive role in the inherently binary process of the fusion of two haploid gametes, egg and sperm, to form the diploid zygote.[3]

13.      An individual's sex is not "assigned" by doctors. It is an immutable feature of human beings established at conception, when the person's male or female genetic status is determined.

14.      Sex chromosomes impart innate differences to males and females in every nucleated cell of their body.[4]

---

[1] Nat'l Insts. of Health, Off. Rsch. on Women's Health, *How Sex and Gender Influence Health and Disease* (Jan. 28, 2015), https://tinyurl.com/2en49pmm.

[2] Bruce Alberts et al., *Molecular Biology of the Cell* 440–41 (7th ed. 2022). *See also* Aditi Bhargava et al., *Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement*, 42 Endocrine Revs. 219 (2021), doi:10.1210/endrev/bnaa034 .

[3] Alberts et al., *Molecular Biology*, *supra* note 2, at 440–41. *See also* Bhargava et al., *Considering Sex*, *supra* note 2.

[4] Inst. of Med. Comm. on Understanding Biology of Sex & Gender Differences, *Exploring the Biological Contributions to Human Health: Does Sex Matter?* (2001).

15.     The presence of a Y chromosome in the fetus directs the gonadal tissue to develop as a testicle. Under the influence of the mother's placental hormones, the testicle will produce testosterone which directs the genital tissue to form a penis and a scrotum. The absence of a functional Y chromosome leads to the gonadal tissue developing as an ovary.

16.     This combination of actions in early fetal development is responsible for what we subsequently see on fetal sonograms, and what we observe at birth as male or female genitalia (penis and scrotal testes in the male and vaginal orifice in the female).

17.     There are known physical, cellular, and systemic differences between males and females that relate not just to sexual organs but also to other organs, such as the brain, skin, and heart.[5]

18.     A woman's skin is different from a man's skin. A woman's brain and heart and internal organs are different from a man's. In certain diagnoses, therapeutic intervention can cause a significantly different reaction based on the biologic sex of the patient.[6] There are non-hormonally dependent sex differences as well.[7]

19.     Further, 6,500 genes alone have been discovered which are expressed differently in men and women.[8] External surgical manipulation of genitals does not change the internal genetic-biological makeup of a person.

---

[5] Tracy Madsen et al., Commentary, *Sex- and Gender-Based Medicine: The Need for Precise Terminology*, 1 Gender & Genome 122, 123 (2017), doi.org/10.1089/gg.2017.0005.

[6] Michael H. Lehmann et al., *Sex Difference in Risk of Torsade de Pointes with d,l-sotalol*, 94 Circulation 2535 (1996), doi:10.1161/01.cir.94.10.2535.

[7] Xuewen Wang et al., *Sex Differences in Lipid and Lipoprotein Metabolism: It's Not Just about Sex Hormones*, 96 J. Clinical Endocrinology & Metabolism 885 (2011), doi:10.1210/jc.2010-2061.

[8] *6,500 Genes That Are Expressed Differently in Men and Women*, Weizmann Inst. (May 7, 2017), https://tinyurl.com/4w5h9ypn (reporting on Moran Gershoni & Shmuel Pietrokovski, *The Landscape of Sex-Differential Transcriptome and its Consequent Selection in Human Adults*, 15

20.    Governor Braun's March 4, 2025 Executive Order 25-36 ("EO 25-36") is correct to define "sex" as "an individual human being's immutable classification as either male or female." Further, EO 25-36 is correct to define "female" as "a person belonging, at conception, to the sex that produces the large reproductive cell," and to define "male" as "a person belonging, at conception, to the sex that produces the small reproductive cell." The primordial cells that will become ova and sperm are generally present after conception in the differentiated female and male gonad, respectively, although they do not mature to fully functional reproductive instruments until puberty.[9]

21.    Claims that sex is on a spectrum are scientifically invalid.

22.    In nearly all cases (over 99%), a baby's sex is clear at birth (and even before birth, using sonograms) because the genital structures are unambiguous.[10] In these cases, there is no need for "guidance on verification of the size of each person's reproductive cells," as Dr. Fortenberry implicitly requests in his declaration, Dkt. 28-1, ¶ 17, because there is no ambiguity to resolve.

23.    A male is born with a penis and scrotal testes, and a female is born with a vaginal orifice. These "readily observable physical characteristics" indicate a baby's immutable biological sex in nearly all cases. The baby's sex is not "assigned at birth" or "designated at birth," but rather easily recognized. *Compare* Dkt. 28-1, ¶ 20.

24.    The thought that the binary designations of male and female sex are no longer regarded as accurate in the world of diverse research is merely the opinion of those who do not

BMC Biology 1, 2 (2017), https://tinyurl.com/4pzkmfp2 ("[T]here are over 6500 protein-coding genes with significant SDE [sex differential expression] in at least one tissue.").

[9] *See, e.g.*, Bruce Alberts et al., *Primordial Germ Cells and Sex Determination in Mammals, in* Molecular Biology of the Cell (4th ed. 2002), https://www.ncbi.nlm.nih.gov/books/NBK26940/.

[10] *See* Gerard S. Conway, *Differences in Sex Development (DSD) and Related Conditions: Mechanisms, Prevalences and Changing Practice*, 35 Int'l J. Impotence Rsch. 46 (2023), doi:10.1038/s41443-022-00606-z.

wish to recognize such. Recent peer-reviewed research demonstrates that binary sex differences continue to be essential across many fields.[11] Basic science is basic science, not conjecture.

25.     The notion that the combination of counseling for cross-sex social performance, the interruption of natural puberty, the subsequent cross-sex hormone therapy, and eventual surgical alteration of the body will create a new sex for an individual is not based on science. Physical appearance can be irreversibly manipulated; sex in its manifold and vital dimensions cannot be changed or eradicated.[12] It is for this reason that persons manipulating their appearance and hormonal balance to achieve a cross-sex cosmetic effect remain lifelong clients of the medical-pharmaceutical industry. They must perpetually maintain the expensive and risky regimen of synthetic hormonal alteration of and indeed resistance against their physiology, for the significance and composition of its genetic, cellular, and organic form never relents.[13]

---

[11] *See, e.g.*, Cong Xie et al., *Disparities in the Glycemic and Incretin Responses to Intraduodenal Glucose Infusion Between Healthy Young Men and Women*, 108 J. Clinical Endocrinology & Metabolism e712 (Sept. 2023), https://doi.org/10.1210/clinem/dgad176; Betina Biagetti et al., *Mortality in Acromegaly Diagnosed in Older Individuals in Spain is Higher in Women Compared to the General Spanish Population*, 108 J. Clinical Endocrinology & Metabolism 2193 (Sept. 2023), https://doi.org/10.1210/clinem/dgad141; Alessandra Dei Cas et al., *Sex Differences in Cardiovascular Disease and Cardiovascular Risk Estimation in Patients with Type 1 Diabetes*, 108 J. Clinical Endocrinology & Metabolism e789 (Sept. 2023), https://doi.org/10.1210/clinem/dgad127; Marina Kunstreich et al., *The Endocrine Phenotype Induced by Pediatric Adrenocortical Tumors is Age- and Sex-Dependent*, 109 J. Clinical Endocrinology & Metabolism 2053 (Aug. 2024), https://doi.org/10.1210/clinem/dgae073.

[12] Stephen B. Levine, *Informed Consent for Transgendered Patients*, 45 J. Sex & Marital Therapy 218 (2016), doi:10.1080/0092623X.2018.1518885; *see also* Paul McHugh, *Transgenderism: A Pathogenic Meme*, The Witherspoon Inst. Public Discourse (June 10, 2015), http://thepublicdiscourse.com/2015/06/15145/; Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*. 6 PLoS ONE e16885 (2011), doi:10.1371/journal.pone.0016885.

[13] Guy T'Sjoen et al., *Endocrinology of Transgender Medicine*, 40 Endocrine Rev. 97, 106 (2019), doi:10.1210/er.2018-00011 ("Androgen therapy will need to be continued lifelong…."); Deepshika Sudhakar et al., *Feminizing Gender-Affirming Hormone Therapy for the Transgender and Gender Diverse Population: An Overview of Treatment Modality, Monitoring, and Risks*, 42 Neurology & Urodynamics 903, 904 (2023), doi:10.1002/nau.25097 ("E2 therapy is often lifelong.").

## DISORDERS OF SEXUAL DIFFERENTIATION

26.     In my experience, it is only when the genital structures are ambiguous in appearance, and a child's sex is initially unclear, that official notation of sex is withheld at birth until a thorough expert team evaluation has occurred.

27.     In these extremely rare cases where there are malfunctions of normal differentiation, a fetus may have a combination of sex-determining chromosomes, many of which are not compatible with life, and some of which are the cause of identifiable clinical syndromes. These aberrations of normal development are responsible for what we classify as Disorders of Sexual Differentiation (DSD), which represent a very small fraction of the human population. The incidence of such circumstances occurs in 1:4,500 to 1:5,500 births, or 0.018 to 0.022%.[14]

28.     Dr. Fortenberry cites the United Nations "Free & Equal" campaign, rather than any scientific literature, to estimate that "between 0.05 per cent and 1.7 per cent" are "born with DSD traits." Dkt. 28-1, ¶ 21 (Fortenberry Decl.). The fact sheet that Dr. Fortenberry references in footnote 6 says: "According to experts, somewhere between 0.05 per cent and 1.7 per cent of the global population is born with intersex traits."[15] The fact sheet does not cite which "experts" it is referencing, so I have no way of reviewing how the percentages were calculated. However, the fact sheet defines "intersex" to mean "an umbrella term that refers to people born with physical sex characteristics (such as sexual anatomy, reproductive organs, hormonal patterns and/or chromosomal patterns) that do not fit typical definitions for male or female bodies." This definition is broader than diagnosed DSDs, and is certainly broad enough to include mild male hypospadias

---

[14] Peter A. Lee et al*., Global Disorders of Sex Development Update Since 2006: Perceptions, Approach and Care*, 85 Hormone Rsch. Paediatrics 158 (2016), doi:10.1159/000442975.

[15] Off. High Comm'r, United Nations Hum. Rts. *United Nations Free & Equal: Intersex People* 1 (Draft Intersex Factsheet 2024 V3), https://tinyurl.com/yx9w2js6 (last visited June 25, 2025).

(a relatively common condition where the urethra opening is not at the tip of the penis) as well as shortened distance between the rectum and opening of the vulva in females. Including such traits would vastly increase the percentage of the population included in the definition, sweeping in many individuals who do not have DSDs. Furthermore, the term "intersex" is misleading since it suggests there is a category neither male nor female but somewhere in between, which is not the case.[16]

29.     The term "Differences of Sexual Development," Dkt. 28-1 at 9, is used as a ploy to suggest that calling disordered development by its real name will "stigmatize" those who have such disorders. I have treated hundreds of patients with DSDs, and none of my patients with these disorders have expressed that the word "disorder" hurts their feelings. My patients want to know the nature of the problem that is disordered and why and how we can help them function to their maximum capacity in the role of male or female.

30.     I agree with Dr. Fortenberry that, for individuals born with certain types of DSD, "sex cannot be reliably classified based on assessment of genitals." Dkt. 28-1, ¶ 18. However, I disagree with his assertion that doctors cannot reliably classify the sex of an individual with a DSD using "additional sophisticated medical examinations of genetic, hormonal, and internal sex organs," since in my experience that is the exact process whereby the DSD specialty clinics do their investigations. In my 47 years of pediatric endocrine experience, I have cared for children with many different types of DSDs. In my experience, most patients with DSDs are clear-cut cases (Turner syndrome, Klinefelter syndrome, Adrenal hyperplasia) where it is simple and straightforward to recognize the patient's sex in line with current pediatric endocrine standards.

---

[16] Peter A. Lee et al., *Consensus Statement on Management of Intersex Disorders*, 118 Pediatrics e488 (2006), doi:10.1542/peds.2006-0738.

But in cases where the functional sex of the patient is not clear, I depend on a local multidisciplinary committee for advice. Here in Atlanta, Georgia, Emory University is involved in the Children's Healthcare of Atlanta ("CHOA") specialty clinics, and there is a multidisciplinary committee which reviews all regional cases of DSDs when there is any question of how the patient with DSD should be handled. I have had a few patients requiring the committee's review and found their advice sound.

31.     DSDs are all medically identifiable deviations from the human sexual binary norm. The 2006 Consensus Statement of the International Consensus Conference on Intersex, which represents international expert consensus on this issue, does not endorse DSD as a third sex.[17] In other words, these patients are still biological males or females, and not something else. DSD patients are not "transgender" or "nonbinary"; they have an objective, medically verifiable, physiologic condition. The biology of reproduction remains binary. These individuals are either biological males or biological females.[18]

32.     For individuals with DSDs, a thorough expert team evaluation may consist of pediatricians, pediatric endocrinologists, pediatric and adult urologists, pediatric and adult gynecologists, pediatric and adult gastroenterologists, and bioethicists. This multidisciplinary evaluation for the truly difficult cases is a relatively recent trend.

---

[17] Lee et al., *Consensus Statement, supra* note 16, at e488. The Consensus Statement has been cited positively in peer-reviewed articles many hundreds of times, is promoted by the Pediatric Endocrine Society, *see* https://pedsendo.org/clinical-resource/consensus-statement-on-management-of-intersex-disorders/, and is relied on by WPATH's Eighth Standards of Care, *see* Eli Coleman et al. for World Prof. Assn. for Transgender Health (WPATH), *Standards of Care for the Health of Transgender and Gender Diverse Persons, Version 8*, 23 Int'l J. Transgender Health S1, S95–S96 (2022), doi:10.1080/26895269.2022.2100644.

[18] Lee et al., *Consensus Statement, supra* note 16, at e488.

33.     Even in such cases, sex is not "assigned at birth," but rather verified by the expert team.

34.     In both Klinefelter syndrome (XXY) males and Turner Syndrome (45X0) females, reproductive cell lines are not often present by the time individuals are born as part of the intrinsic disorder. But there is no question that Klinefelter patients are male and Turner syndrome patients are female.[19] In the case of Klinefelter syndrome, there is a varying degree of underdevelopment of primordial cells, with intact Leydig cells that will be responsible for production of testosterone at puberty. This leaves the patient with small testes and a lack of sperm from complete (azoospermia) to partial (oligospermia). All other male anatomical sexual structures are intact and functional. In the case of Turner syndrome, primordial cells disappear so that at birth, there is only a dysfunctional streak of ovarian tissue left, yet all other female anatomical sexual structures remain. Patients with Klinefelter and Turner syndromes have clear male and female anatomy, respectively, and begin to produce gametes in accord with that anatomy even though most (but not all) are infertile due to underproduction of or defects with those gametes. I have directly treated around 100 such patients, and I have yet to see any of my Turner or Klinefelter patients have gender incongruence or dysphoria.

**CONCEPTS OF GENDER AND RELATED DISORDERS**

35.     "Gender" is a term historically employed in the context of grammar to describe male and female nouns and their modifiers. In my experience, "gender" in its contemporary use is an ambiguous and inconsistently used term, but one often directed to the stereotypical social roles, appearance, and mannerisms prescribed for each sex respectively in a given cultural context.

---

[19] *See* Xianglong Zhang et al., *Integrated Functional Genomic Analyses of Klinefelter and Turner Syndromes Reveal Global Network Effects of Altered X Chromosome Dosage*, 117 Proc. Nat'l Acad. Scis. U.S.A. 4864 (2020), doi:10.1073/pnas.1910003117.

Contributing to confusion, "gender" in contemporary parlance is also sometimes used as a synonym or simply conflated with biological sex.

36.     "Gender identity" is a term coined by my former Endocrine Fellowship faculty member John Money in the 1970s and has come to refer to an individual's alleged mental and emotional sense of being male or female, and one's awareness of, and level of comfort with, his or her body.

37.     *Gender dysphoria* (formerly Gender Identity Disorder, or GID) is a phrase used in psychiatry's billing code and mental illness classification manual, the DSM-5, to describe a psychological condition of a person who experiences dissociation from his or her biological sex and who is thereby distressed.[20]

38.     This condition is often described in terms of an incongruence between his or her gender experience or sensibility and the gender sensibility one presumes should be associated with his or her sex. Such a person will often express the belief that his or her true self is contained in his or her mind, and that his or her mind inhabits the wrong body, or a body of the wrong sex. In describing this nomenclature convention, I do not intend to ratify its conceptual integrity.

39.     The ordinary and overwhelming pattern of human development is for a child to acknowledge and align mentally with physical reality; that is, for his or her self-conception to accept the unchangeable biologic sex of body that defines and is inseparable from the person.

---

[20] Am. Psych. Ass'n, *Diagnostic and Statistical Manual of Mental Disorders* 452 (5th ed. 2013) ("DSM-5").

40.     The vast majority of boys and girls with gender identity disorders develop to identify with their biological sex by the time they emerge from puberty into adulthood, absent intervention.[21]

41.     Like all states of mind, gender identity can fluctuate and is not an immutable trait.[22] It consists in thoughts. A genetic-biological etiology for gender identity has never been shown. There are no laboratory, imaging, or other objective tests to diagnose what is called gender incongruence or gender dysphoria.[23] Similarly, there are no laboratory, imaging, or other objective tests to predict which individuals will persist in their gender incongruence or gender dysphoria.[24]

42.     There are no reproducible published studies documenting MRI-verified differences in the brains of gender-disordered individuals. In order for any MRI changes to be the biologic marker for gender identity, there would need to be serial MRI studies of the population of patients from infancy through childhood and adolescents comparing those with eventual incongruent gender identity and those without and finding a consistency throughout life. No such study has been done.

43.     Twin studies of adults show that prenatal genetic and hormone influence is minimal in gender-discordant identification. The largest twin study of transgender-identifying adults

[21] Thomas D. Steensma et al., *Factors Associated with Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study*, 52 J. Am. Acad. Child & Adolescent Psych. 582 (2013), doi:10.1016.j.jaac.2013.03.016.

[22] Walter O. Bockting, *Chapter 24: Transgender Identity Development*, *in* 1 Am. Psych. Ass'n, APA Handbook of Sexuality and Psychology 739, 744 (Deborah L. Tolman & Lisa M. Diamond eds., 2014).

[23] Michael K. Laidlaw et al., Letter to the Editor, *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline,* 104 J. Clinical Endocrinology & Metabolism 686 (2019), doi:10.1210/jc.2018-01925.

[24] Peter A. Lee & the Global DSD Update Consortium et al., *Consensus Statement: Global Disorders of Sex Development Update Since 2006: Perceptions, Approach and Care,* 85 Hormone Rsch. Pediatrics 158 (2016), doi:10.1159/000442975.

(involving 74 pairs) found that only 28% of identical twins were both transgender-identified.[25] Because identical twins possess 100% of the same DNA from conception, and develop in the same prenatal environment exposed to the same prenatal hormones, if genes and/or prenatal hormones essentially dictated a gender-incongruent identification, the concordance rate would be close to 100%. Instead, 72% of identical twin pairs were discordant.[26] This indicates that much of what contributes to transgender identification as an adult in one identical co-twin consists of one or more non-shared post-natal experiences including but not limited to non-shared family experiences or differential subjective responses to shared experiences.

44.     Indeed, this theory is supported by the wide variety of results seen in twin studies. One Swedish study found a higher rate of concordant transgender identification in opposite-sex twin pairs, which cannot be identical, with a possible range from 14 to 37% concordance, than in possible identical twin pairs, which showed a 0% concordance.[27] Some past studies have found different results, with one study finding nearly opposite results.[28] But both the proportion of concordance and variation among studies suggest significant environmental influence is more powerful than genetic influence.

45.     These findings also suggest that persistent gender dysphoria is due to the impact of non-shared environmental influences or differential subjective responses to shared environmental influences. These studies, along with the converse absence of empirical proof that gender

---

[25] Milton Diamond, *Transsexuality Among Twins: Identity Concordance, Transition, Rearing, and Orientation,* 14 Int'l J. Transgenderism 24 (2013), doi:10.1080/15532739.2013.750222.

[26] *Id.*

[27] Georgios Karamanis et al., *Gender Dysphoria in Twins: A Register-Based Population Study,* 12 Sci. Reps. 13439 (2022), doi:10.1038/s41598-022-17749-0.

[28] Gunter Heylens et al., *Gender Identity Disorder in Twins: A Review of the Case Report Literature*, 9 J. Sexual Med. 751 (2012), doi:10.1111/j.1743-6109.2011.02567.x.

incongruence is attributable to genetic contributions, provide compelling evidence that the psychological phenomenon described as discordant gender is not hard-wired in the person.

46.     Dr. Fortenberry cites a study by Polderman[29] and claims it shows that "an emerging body of scientific evidence supports a significant biological component" for gender identity. Dkt. 28-1, ¶ 24 n.7. But this study found that current genomic studies are inconclusive and called for further genetic analysis. Specifically, the study analyzed a series of twin studies only to conclude that variations in gender identity are "mostly explained by genetic and unique environmental effects, while the shared environmental effects (i.e., cultural factors) are negligible." The study does not even show that there is a significant biological component, because it does not disaggregate biological factors from unique environmental factors, much less demonstrate that there is an "emerging body of scientific evidence" showing this.

47.     And in any event, many traits have a "significant biological component." A biological component does mean that something is biologically *determined*. For comparison, Anorexia Nervosa has concordance rates among monozygotic (identical) twins of 55%.[30] Similarly, Bulimia Nervosa has monozygotic twin concordance rates of over 83%, which is significantly higher than the concordance rates of the twin studies analyzed by Polderman.[31] Indeed, the only time Polderman found a number that came close was after breaking the analyzed studies into nearly 50 subcategories, and showing that, in one study, there was 84% heritability for

---

[29] Tinca Polderman et al., *The Biological Contributions to Gender Identity and Gender Diversity: Bringing Data to the Table*, 48 Behav. Genetics 73 (2018), doi:10.1007/s10519-018-9889-z.

[30] Philip Gorwood et al., *Genetics and Anorexia Nervosa: A Review of Candidate Genes*, *Psychiatric Genetics* 1 (1998), doi:10.1097/00041444-199800810-00001.

[31] Manfred Fichter & R. Noegel, *Concordance for Bulimia Nervosa in Twins*, 9 Int'l J. Eating Disorders 255 (1990), doi:10.1002/1098-108X(199005)9:3<255::AID-EAT2260090303>3.0.CO;2-2.

female children; this is almost certainly a result of noise due to small sample sizes within subcategories, as the same analyzed study found only 15% heritability for male children, 11% heritability for female adults, and 0% heritability for male adults.

48.     Despite these higher concordance rates, in addressing the diagnosis of both Anorexia Nervosa and Bulimia Nervosa, which are not politically controversial, medical and psychiatric authorities accurately state that causes are multifactorial, with some genetic influence, but do not claim that the conditions are inalterable or biologically determined.

## CONCLUSION

49.     In conclusion, sex is binary (male or female), biologically determined, and immutable. That a very small percentage of individuals are born with DSDs does not undermine this basic biological fact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June **25**, 2025

By: _____
Quentin Van Meter, MD

# EXHIBIT A

# QUENTIN L. VAN METER, M.D.
**1800 Howell Mill Road NW, Suite 475**
**Atlanta, Georgia  30318**

**updated 12 June, 2025**

**(678) 961-2100**

## EDUCATION:

|  |  |
|---|---|
| Undergraduate: | College of William & Mary, 1969 |
|  | B.S. – 1969 |
| Medical School: | Medical College of Virginia, 1973 |
|  | M.D. – 1973 |

## CLINICAL TRAINING:

| Institution: | The University of California, San Francisco |
|---|---|
| Hospital: | Naval Regional Medical Center, Oakland |
| Position: | Pediatric Intern – 1973 – 1974 |
|  | Pediatric Resident – 1974 – 1976 |

| Institution: | Johns Hopkins University |
|---|---|
| Hospital: | Johns Hopkins Hospital |
| Position: | Fellow, Pediatric Endocrinology 1978 – 1980 |
|  | Fellowship Program Director:  Claude Migeon, M.D. |

| Current Position: | Pediatric Endocrinologist |
|---|---|
|  | Van Meter Pediatric Endocrinology, P.C. |
|  | 1800 Howell Mill Road, Suite 475 |
|  | Atlanta, Georgia   30318 |

## PROFESSIONAL CERTIFICATION & SOCIETIES:

Diplomate, National Board of Medical Examiners, 1974

American Board of Pediatrics, certified in general pediatrics, 1978, sub-board certified in Pediatric Endocrinology, 1983

| Fellow: | American Academy of Pediatrics, Georgia Chapter 1975 -present |
|---|---|
|  | President, Uniformed Services West Chapter, 1987 – 1990 |
|  | District VIII member, AAP Committee on Awards for |
|  |  Excellence in Research, 1990-1994 |
|  | Editor, The Georgia Pediatrician, 1994 – 1998 |
|  | Chairman, Georgia Chapter Legislative Committee, 1996 – 2006 |

| Fellow: | The American College of Pediatricians, 2007 – present |
|---|---|
|  | Member of the Board of Directors, 2008- present |
|  | Immediate Past President |

| | |
|---|---|
| Member: | Pediatric Endocrine Society, 1989 – present |
| Member: | American Diabetes Association Professional Section, 1988 – present |
| Member: | Endocrine Society, 1994-present |
| Member: | Southern Pediatric Endocrine Society, 1992 – Present |
| Member: | American Association of Clinical Endocrinologists, 2005 – 2022 |
| Licensure: | Georgia, #34734 |

## FACULTY POSITIONS:

Institution: Morehouse School of Medicine
Position: Associate Clinical Professor, Pediatrics, 2004 – 2020

Institution: Emory University School of Medicine
Position: Adjunct Associate Professor, Pediatrics, 1991 – 2020

Institution: University of California, San Francisco
Position: Associate Clinical Professor, Pediatrics, 1989 – 1991

Institution: University of California, San Diego, School of Medicine
Position: Assistant Clinical Professor, Pediatrics, 1980 – 1986

Institution: LSU School of Medicine, Clinical Instructor, Pediatrics, 1977 – 1978

## MILITARY SERVICE:

Commission: Medical Corps, United States Navy, August 1971
Rank: Captain, retired
Duty Stations: Health Professional Scholarship Student, 1971 – 1974

Intern and Resident, Pediatrics, Naval Regional Medical Center, Oakland, 1973 – 1976

Staff Pediatrician, Naval Regional Medical Center, Oakland, 1976

Staff Pediatrician, Naval Regional Medical Center, New Orleans, 1976 – 1978

Full time out-service fellow in Pediatric Endocrinology, Johns Hopkins Hospital, 1978 – 1980

Staff Pediatric Endocrinologist, Naval Hospital San Diego, 1980 – 1986

Chairman and Director, Residency Training, Department of Pediatrics Naval Hospital Oakland, 1986 – 1991

Consultant, Pediatric Endocrinology,
Nellis Air Force Base Hospital, Las Vegas, Nevada
1981 – 1991

Consultant, Pediatric Endocrinology,
Naval Hospital Lemoore, CA
1986 – 1991

Consultant, Pediatric Endocrinology,
Letterman Army Medical Center, Presidio of San Francisco, CA
1990 – 1991

Consulting Endocrinologist,
Columbus Regional Medical Center, Columbus, GA
1991 – 1994

Pediatrician and Pediatric Endocrinologist, partner
Fayette Medical Clinic
Peachtree City, Georgia   30269
September 1991 –  October 2003

Speaker's Bureau
        Novo Nordisk
        Eton Pharamceuticals
AAP Eqipp course on Growth- development committee- 2012

## PUBLICATIONS:   (Articles in Peer Reviewed Journals)

Riddick, JR, Flora R., Van Meter, QL:
"Computerized Preparation of Two-Way Analysis of Variance
Control Charts for Clinical Chemistry," Clinical Chemistry,
18:250, March 1972.

Van Meter, QL, Gareis FJ, Hayes, JW, Wilson, CB:
"Galactorrhea in a 12 Year Old Boy with Chromophobe Adenoma,"
J. Pediatrics 90:756, May 1977.

Plotnick, LP, Van Meter, QL, Kowarski, AA, "Human Growth Hormone
Treatment of Children with Growth Failure and Normal Growth
Hormone Levels by Immunoassay:  Lack of Correlation with
Somatomedin Generation: Pediatrics 71:324, March 1983.

Brawley, RW, Van Meter, QL, "Mebendazole Ascaris Migration," W.J.
Med, 145:514015, October 1986.

Van Meter, QL, "The Role of the Primary Care Physician in Caring for
Patients with Type-1 Diabetes," Comp Ther 1998; 24(2):93–101

Midyett LK, Rogol AD, Van Meter QL, Frane J, and Bright GM, "Recombinant Insulin-Like Growth factor (IGF)-I Treatment in Short Children with Low IGF-I Levels: First-Year Results from a Randomized Clinical Trial, J Clin Endocrinol Metab, 2010;95:611–619.

Laidlaw MK, Van Meter QL, Hruz PW, Von Mol A, and Malone WJ, Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," J CLin Endo Metab 2019;104: 1-2.

Van Meter QL, Bringing Transparency to the Treatment of Transgender Persons, Issues in Law and Medicine 2019:34;147-152.

Laidlaw, MK Von Mol A,Van Meter Q, and Hansen JE, Letter to the Editor from Laidlaw et al: "erythrocytoisis in a large cohort of thansgender Men using testosterone: a long-term follow-up study on prevalence, determinants, and exposure years" J Clin Endocrinol Metab, 2021 December 2021, e5275-35276 Https://doi/10.1210/clinem/dg ab514

## ABSTRACTS/LETTERS:

Van Meter,Q L, & Lee, PA: "Evaluation of Puberty in Male and Female Patients with Noonan Syndrome," Pediatric Research 14:485, 1980.

Van Meter, QL, et al: "Characterization of Pituitary Function in Double Bolus GnRH Infusion as a Diagnostic Tool," Pediatric Research 32:111, 1984.

Van Meter, QL, Felix, SD, Lin, FL: "Evaluation of the Pituitary-Adrenal Axis in Patients Treated with nasal Beclomethasone," (Presented at the 1991 Annual Meeting of the Endocrine Society and the 6th Annual Naval Academic Research Competition, Bethesda, MD, 17 May, 1991).

Rogol AD Midyett LK Van Meter Q, Frane J, Baily J, and Bright GM, Recombinant Human IGF-1 for Children with Primary IGF-1 Deficiency (IGFD): Safety Data from Ongoing Clinical Trials (presented at the PAS 2007, Toronto).

Van Meter Q, Midyett LK, Deeb L et al, Prevalence of primary IGFD among untreated children with short stature in a prospective, multicenter study (Poster POO715) ICE Rio de Janeiro, Brazil 2008.

G.M. Bright[1], W.V.Moore[2], J.Nguyen[3], G. Kletter[4], B. S. Miller[5], Q. L. Van Meter[6], E. Humphriss[1], J.A. Moore[7] and J.L. Cleland[1] Results of a Phase 1b Study of a new long-acting human growth hormone (VRS-317) in pediatric growth hormone deficiency (PGHD). PAS 2014 May 2014

Van Meter Q, Welstead B and Low J, Characteristics of a Population of Obese Children and Adolescents: Suggesting a New Paradigm, presented at ESPE meeting, Dublin 2014.

Wayne V. Moore[1], Patricia Y. Fechner[2], Huong Jil Nguyen[3], Quentin L. Van Meter[4], John S. Fuqua[5] , Bradley S. Miller[6], David Ng[7], Eric Humphriss[8],  R. W. Charlton[8], George M. Bright[8,] Safety and Efficacy of Somavaratan (VRS-317), a Long-Acting rhGH, in Children with Growth Hormone Deficiency (GHD): 3-Year Update of the VERTICAL & VISTA Trials, presented at the 2017 Endocrine Society  meeting in Orlando FL

Bradley S. Miller[1], Wayne V. Moore[2], Patricia Y. Fechner[3], Huong Jil Nguyen[4], Quentin L. Van Meter[5], John S. Fuqua[6], David Ng[7], Eric Humphriss[8], R. W. Charlton[8], George M. Bright[8], 3-Year Update of the Phase 2a and Long-term Safety Studies (VERTICAL and VISTA) of Somavaratan (VRS-317), a Long-acting rhGH for the Treatment of Pediatric Growth Hormone Deficiency, presented at the 2017 IMPE meeting in Washington D.C.

## CURRENT HOSPITAL APPOINTMENTS:

Arthur Blank/Scottish Rite Children's Hospitals, active staff, Pediatric Endocrinology

## PAST AND CURRENT CLINICAL RESEARCH:

| 2006 | Sanofi-Aventis HMR1964D/3001 | study completed 2007 |
|------|------------------------------|----------------------|
| 2006 | Tercica MS301-               | study completed 2008 |
| 2007 | Tercica MS310-               | study completed 2008 |
| 2007 | Tercica MS306-               | study completed 2010 |
| 2007 | Tercica MS316-               | study completed 2012 |
| 2008 | EMD Serono 28358             | study completed 2009 |
| 2012 | Versartis 12VR2              | study completed 2014 |
| 2012 | Debiopharm 8206-CPP-301      | study started July 2012 |
| 2013 | Versartis 13 VR3             | study started Dec 2013 |
| 2014 | Novo-Nordisk Elipse          | study started 2014 |
| 2015 | Versartis 14 VR4             | study completed 2017 |
| 2017 | Mannkind MKC-TI-155          | study completed 2019 |
| 2018 | Abbvie M16-904               | study started 2018 |
| 2019 | Novo-Nordisk Real-4          | study started 2019 |
| 2021 | Pfizer PROGRES               | study started 2021 |
| 2021 | Lumos OragrowtH210           | study started July 2021 |
| 2022 | Novo-Nordisk Real-8          | study started July 2022 |
| 2024 | Debiopharm 4326-301          | study started January 2024 |

| | |
|---|---|
| 2017 | North Carolina Legislature- transgender bathroom bill |
| 2018 | Jessica Siefert transgender case, Cincinnati, OH |
| 2018 | Alberta, Canada school system transgender case |
| 2018 | Decatur GA School Board transgender case |
| 2019 | British Columbia transgender case |
| 2019 | Gavin Grimm transgender case, Gloucester County, VA |
| 2019 | Rowe vs Isle of Wight School Board, UK |
| 2019 | Younger transgender case, Dallas, TX |
| 2020 | Alabama State House and Senate committee hearings |
| 2020 | Pennsylvania State House Health Subcommittee hearings |
| 2020 | Iowa State House committee hearing |
| 2020 | California State House committee hearing |
| 2020 | Harris County TX custody case |
| 2021 | Missouri State House committee hearing |
| 2021 | NAACP *v* State of Arkansas |
| 2022 | Seifert Civil Suit affidavit |
| 2022 | development of Florida GAPMS |
| 2022 | testimony before Florida State Medical Board |
| 2023 | testimony before Idaho legislative hearing |
| 2023 | testimony prepared for Kansas state legislative hearing |
| 2023 | deposition Seifert Civil suit, Hamilton County OH |
| 2023 | testimony at Texas House subcommittee on health |
| 2023 | testimony at Louisiana Senate subcommittee on Health |
| 2024 | deposition for Montana Attorney General |