UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health,<br><br>    Defendants. | No.: 1:25-cv-00596-MPB-TAB |

### Declaration of Lyree N Mikhail, MD MBA

Pursuant to 28 U.S.C. § 1746, I, Lyree N. Mikhail, MD, MBA, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this declaration.

2. I serve in the following roles:

    a. Associate Professor of Obstetrics and Gynecology at the Marian University Woods College of Osteopathic Medicine, Indianapolis, IN

    b. Obstetrics and Gynecology Laborist at IU Health Hospital West, Avon, IN

3. I received the following degrees:

    a. B.S Biology, Purdue University, West Lafayette, IN, - May 1986

    b. Doctor of Medicine, Washington University, St. Louis, MO, May 1990

1

c. M.B.A Quantic School of Business and Technology, April 2022

4. I received the following postgraduate medical training:

   a. Internship, Internal Medicine, Jewish Hospital of St. Louis, May 1990-1991

   b. Residency, Obstetrics and Gynecology, University of Chicago, July 1991-June 1995

5. I became board certified by the American Board of Obstetricians & Gynecologists in 1998 and have maintained the certification ever since.

6. I have served in the following positions:

   a. Assistant and Associate Professor of Obstetrics and Gynecology, Indiana University School of Medicine, Indianapolis, IN, October 1996-January 2011

      i. Also served in the role of Associate Residency Program Director and Statewide Clerkship Director

   b. Obstetrics and Gynecology Residency Program Director, Bridgeport Hospital, Bridgeport, CT, January 2011-July 2015

      i. Also served as Adjunct Clinical Associate Professor of Obstetrics and Gynecology, Yale University School of Medicine, New Haven, CT

   c. Associate Professor of Obstetrics and Gynecology, Marian University Woods College of Osteopathic Medicine, Indianapolis, IN, January 2016-present

   d. Obstetrics and Gynecology Laborist, Indiana University West Hospital, Avon, IN, June 2016-present

   e. Ascension St. Vincent Obstetrics and Gynecology Residency Program Faculty and Hospitalist, 2022-present

7. As an Obstetrician/Gynecologist, I have managed and performed over 5,000 maternal labors and deliveries. Of those, over 3,000 have been in Indiana.

8. In most cases in patients with access to prenatal care, the sex has been pre-identified by ultrasound and/or prenatal genetic testing. In these cases, I will ascertain at birth whether the neonatal genitalia confirm the prenatal sex identification.

9. When I perform a delivery, I follow these steps in identifying and recording the neonatal sex:

   a. I inspect the genitalia upon delivery before either placing the neonate on the mother's chest or placing the neonate in the hands of the pediatric nurse or team.

   b. I identify the sex and usually announce it aloud. Sometimes the partner wants to make the announcement, and we will inspect the genitalia together before the partner announces it.

   c. Another person or persons attending the delivery confirm the sex I have identified. This can be a nurse, an advanced care provider, or a physician.

   d. A third person examining the neonate in the first 24 hours after birth also confirms the sex that has been identified. This person can be an advanced care provider or a physician.

   e. I document the sex identified at birth in my free text delivery note.

   f. The sex identified at birth is documented by the delivery room nurse in the formal delivery record.

   g. The sex identified at birth is documented in the neonate's chart by both the delivery room and nursery providers.

   h. The sex identified at birth is documented on the birth certificate.

  i. The parent(s) confirm the correct sex identified at birth prior to its submission of the birth certificate.

10. The process described above in my experience has been identical in other states including Connecticut and Minnesota.

11. Of the approximately five thousand deliveries I have attended, I have not encountered any neonate with ambiguous genitalia.

12. If, when the child is born, I cannot determine the child's sex, I will follow the following steps:

  a. I inform the parents that I am asking a pediatric provider to look at the neonate to confirm the sex.

  b. The pediatric provider will conduct an examination in the delivery room. If the provider is confident in the sex of the neonate, they will announce it and identify it.

  c. If the pediatric provider identifies a sex, I will document that in my delivery note and include a description of the genitalia.

  d. If the pediatric provider is unable to identify a sex, that person will inform the parents of the need for further evaluation.

  e. The nurse will not document a sex in the delivery record.

  f. The neonate is transferred to a tertiary care center for a full evaluation.

  g. The initial birth certificate is submitted without an identified sex.

13. I have no role in filling out or submitting the birth certificate. The individual responsible in our institution is the individual at the front desk, usually a patient care technician.

In other institutions at which I have worked, it is a dedicated individual solely responsible for birth certificates. In both cases, the information entered is obtained from the official delivery record.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 2nd day of July 2025.

*Lyree N Mikhail, MD MBA*

Lyree N Mikhail, MD MBA
Associate Professor of Obstetrics and Gynecology
Marian University Woods College of Osteopathic Medicine