UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health, <br><br> Defendants. | No.: 1:25-cv-00596-MPB-TAB |

## Declaration of Peter S. Marcus

Pursuant to 28 U.S.C. § 1746, I, Peter S. Marcus MD, MA, MBA, duly affirm under penalty of perjury as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this declaration.

2. I serve in the following roles

   a. Ob/Gyn Clinician Educator, Ascension St. Vincent Women's Hospital

   b. Quality & Safety Officer, Ascension St. Vincent Women's Hospital

   c. Ob/Gyn Clinic Director, Ascension St. Vincent Primary Care Center

   d. Professor of Obstetrics and Gynecology at the Marian University Woods College of Osteopathic Medicine, Indianapolis, IN

3. I received the following degrees

   a. BA (American History, Magna Cum Laude) Tulane University, 1987

1

b. MD Yale University School of Medicine, 1992

c. MA (History of Medicine), Johns Hopkins University, 1992

d. M.B.A Quantic School of Business and Technology, 2022

4. I received the following postgraduate medical training:

   Residency, Obstetrics and Gynecology, University of Chicago, 1992-1996

5. I became board certified by the American Board of Obstetricians & Gynecologists in 1999 and have maintained the certification ever since.

6. I have served in the following positions:

    a. **Clinic Director**: Ascension St. Vincent Primary Care Center, 2022 - present

    b. **Quality & Safety Officer:** Ascension St. Vincent Women's, 2020 - present

    c. **Residency Program Director:** Ascension St. Vincent Women's, 2017 - 2020

    d. **Clinic Director:** Ascension St. Vincent Primary Care Center, 2015 - 2017

    e. **Chief of Gynecology:** Bridgeport Community Hospital, 2011 - 2014

    f. **Clerkship Site Director:** Bridgeport Community Hospital, 2011 - 2014

    g. **Clerkship Director & Director of Student Education:** IUSOM, 2000 - 2011

7. As an OB/GYN, I have managed and performed over 5000 maternal labors and deliveries. Of those, approximately 3000 have been in Indiana.

8. Currently, most patients with access to prenatal care have obtained ultrasounds and/or prenatal genetic testing which will determine the sex of the fetus. In these cases, I will ascertain at birth whether the neonatal genitalia confirm the prenatal sex identification.

9. When I perform a delivery, I follow these steps in identifying and recording the neonatal sex:

    a. I inspect the genitalia upon delivery

b. I identify the sex and usually announce it aloud. Sometimes the partner wants to make the announcement, and we will inspect the genitalia together before the partner announces it.

c. Another person or persons attending the delivery confirm the sex I have identified. This can be a nurse, an advanced care provider, or a physician.

d. A third person examining the neonate in the first 24 hours after birth also confirms the sex that has been identified. This person can be an advanced care provider or a physician.

e. I document the sex identified at birth in my free text delivery note.

f. The sex identified at birth is documented by the delivery room nurse in the formal delivery record.

g. The sex identified at birth is documented in the neonate's chart by both the delivery room and nursery providers.

h. The sex identified at birth is documented on the birth certificate.

i. The parent(s) confirm the correct sex identified at birth prior to its submission of the birth certificate.

10. The process described above in my experience has been identical in other states including Connecticut and Minnesota.

11. Of the over 5000 births I have attended, in only one instance was the child's sex ambiguous.

12. If, when the child is born, I cannot determine the child's sex, I will follow the following steps:

a. I inform the parents that I am asking a pediatric provider to look at the

neonate to confirm the sex.

b. The pediatric provider will conduct an examination in the delivery room. If the provider is confident in the sex of the neonate, they will announce it and identify it.

c. If the pediatric provider identifies a sex, I will document that in my delivery note and include a description of the genitalia.

d. If the pediatric provider is unable to identify a sex, that person will inform the parents of the need for further evaluation, which would typically include both laboratory and radiographic studies and appropriate consultation with other providers.

e. The nurse will not document a sex in the delivery record.

g. The initial birth certificate is submitted without an identified sex.

13. I have no role in filling out or submitting the birth certificate. The individual responsible at our institution is an individual tasked with this responsibility and obtains the data directly from the electronic delivery record.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 1st day of July, 2025.

Peter S. Marcus, MD
Clinical Faculty
Ascension St. Vincent Ob/Gyn Residency