UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L. A., a minor child, by her parent, next friend, and legal guardian, Rai Eury; and JANE DOE; all plaintiffs on their own behalf and on behalf of a class of those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MIKE BRAUN, in his official capacity as Governor of the State of Indiana; LARRY K. ERVIN, in his official capacity as State Registrar & Division Director of Vital Records of Indiana Department of Health,<br><br>　　　　　　Defendants. | No.: 1:25-cv-00596-MPB-TAB |

**DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF FORTENBERRY**

Pursuant to Federal Rules of Civil Procedure 26 and 37 and Federal Rule of Evidence 702, Defendants Governor Mike Braun and Larry K. Ervin respectfully move the Court for an order excluding the following opinions of Plaintiffs' putative expert James D. Fortenberry from consideration in connection with Plaintiffs' motion for preliminary injunction, Dkts. 38, 43:

- Opinions regarding the intent of Executive Order 25-36, which were set forth for the first time at deposition, Ex. A to the Declaration of Justin A. Miller ("Fortenberry Dep.") at 110:19–111:4) (filed concurrently under seal) and were not disclosed in the Declaration and Expert Report of James D. Fortenberry, Dkt. 28-1 (the "Report"); and

- Opinions set forth in paragraphs 2, 17–28, and 33–61 of the Report that fail to meet the standards of Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 577 (1993).

Defendants state as follows in support of this Motion:

1. For the reasons set forth more fully in Defendants' Brief in Support of Motion to Exclude Opinions of Fortenberry, Fortenberry's opinions regarding the intent of the Order were set forth for the first time at deposition, Fortenberry Dep. at 110:19–111:4, and were not disclosed in his declaration, as required by Federal Rule of Civil Procedure 26. Accordingly, those opinions must be excluded under Federal Rule of Civil Procedure 37. Further, the opinions offered by Fortenberry in paragraphs 2, 17–28, and 33–61 of his Report fail to meet the standards of Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 577 (1993), and must be excluded on that basis.

2. Defendants submit the following in support of this Motion:

   a. Brief in Support of Defendants' Motion to Exclude Opinions of Fortenberry (filed concurrently under seal);

   b. Declaration of Stephanie L. Freudenberg, attaching Exhibits A–U; and

   c. Declaration of Justin A. Miller, attaching Exhibit A (excerpts of June 19, 2025 deposition of James D. Fortenberry) (filed concurrently under seal).

3. In addition, Defendants rely on the following documents in support of this Motion:

   a. Declaration and Expert Report of James D. Fortenberry, Dkt. 28-1;

   b. Amended Complaint, Dkt. 34;

   c. Executive Order 25-36, Dkt. 34 Ex. 1;

   d. Excerpts of June 19, 2025 deposition of James D. Fortenberry, Dkt. 65-1 Ex. A at ECF pages 4–146;

   e. Excerpts of June 20, 2025 deposition of Plaintiff Jane Doe, Dkt. 65-1 Ex. E at ECF pages 202–99;

   f. Medical records of Plaintiff L.A., Dkt. 65-1 Ex. H at ECF pages 326–541;

   g. Medical records of Plaintiff Jane Doe, Dkt. 65-1 Ex. I at ECF pages 542–73.

   h. Declaration of Stephen B. Levine, M.D., Dkt. 66; and

   i. Declaration of Quentin Van Meter, M.D., Dkt. 67.

**WHEREFORE**, Defendants respectfully request the Court exclude the above-described opinions by James D. Fortenberry.

Dated: July 14, 2025	Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By:	James A. Barta
Solicitor General
Jenna M. Lorence
Deputy Solicitor General
Katelyn E. Doering
John M. Vastag
Deputy Attorneys General
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
IGCS 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 232-0709
Facsimile: (317) 232-7979
Email: James.Barta@atg.in.gov

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Stephanie L. Freudenberg*
Justin A. Miller*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060

*Admitted *pro hac vice*

*Counsel for Defendants*