UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:25-cv-000596-MPB-TAB |
| ) | |
| MIKE BRAUN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs, having requested a stay of this Court's order denying plaintiff Jane Doe's motion to proceed pseudonymously, and the Court having read the motion and being duly advised, finds that good cause exists to grant the motion and,

IT IS THEREFORE ORDERED that imposition of this Court's order at Docket 78 is hereby STAYED pending resolution of the plaintiffs' pending objection to that Order. If the plaintiffs' objection is overruled, the plaintiffs shall have 14 days from the date of that decision within which to comply with the requirements articulated in Docket 78.

Date: 8/6/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email