UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00596-MPB-TAB |
| | ) | |
| MIKE BRAUN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Appeal**

Notice is hereby given that the plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Order Denying Plaintiff's Motion for Preliminary Injunction (Dkt. 103) entered on September 26, 2025. The plaintiffs further appeal from this Court's Order Affirming Magistrate Judge Decision (Dkt. 104) entered on September 26, 2025, which overruled plaintiffs' appeal of the Magistrate Judge's Order on Plaintiff Jane Doe's Motion to Proceed Under Pseudonym of July 23, 2025 (Dkt. 78).

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
Joshua T. Bleisch
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059

fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org
jbleisch@aclu-in.org

Attorneys for Plaintiffs and the Putative Class