UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.A., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )    No. 1:25-cv-00596-MPB-TAB |
| | ) |
| MIKE BRAUN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

### Order Granting Stay

Plaintiffs, having filed their Unopposed Motion to Stay All Proceeding Pending Resolution of Appeal, and the Court having reviewed the motion and being duly advised finds that good cause exists to grant it, and

IT IS THEREFORE ORDERED that all proceedings and deadlines in this Court, including rulings on all pending motions, the deadline for Ms. Doe to comply with this Court's September 26, 2025 Order Affirming Magistrate Judge Decision, and the deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint, are STAYED until 30 days after the issuance of the mandate from the Seventh Circuit Court of Appeals in the appeal of this Court's denial of preliminary injunction and denial of plaintiff Jane Doe's motion to proceed pseudonymously, or after the appeal is otherwise finalized.

[1]

IT IS FURTHER ORDERED that either party may move to lift the stay as appropriate.

Date: 10/6/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email