UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00596-MPB-TAB |
| | ) | |
| MIKE BRAUN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Acknowledgment of Dismissal**

Plaintiffs, having filed their Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court ACKNOWLEDGES that this case is DISMISSED, without prejudice.

Dated: November 12, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record

[1]

Case 1:25-cv-00596-MPB-TAB   Document 116   Filed 11/12/25   Page 2 of 2 PageID #: 4250