# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 10, 2025

*By the Court*:

| | |
|---|---|
| No. 25-2752 | L. A. and JANE DOE,<br>    Plaintiffs - Appellants<br><br>v.<br><br>MIKE BRAUN and LARRY K. ERVIN,<br>    Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-00596-MPB-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Matthew P. Brookman ||

Upon consideration of the **STIPULATED DISMISSAL OF APPEAL**, filed on November 10, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 10, 2025

To:  Kristine L. Seufert
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis, IN 46204-0000

| No. 25-2752 | L. A. and JANE DOE, Plaintiffs - Appellants<br><br>v.<br><br>MIKE BRAUN and LARRY K. ERVIN, Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:25-cv-00596-MPB-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Matthew P. Brookman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**   (form ID: **135**)