UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L. A., <br> JANE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE BRAUN, <br> LARRY K. ERVIN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:25-cv-00596-MPB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON DEFENDANTS'
MOTIONS TO MAINTAIN DOCUMENTS UNDER SEAL**

On November 12, 2025, the Court acknowledged this case has been dismissed without prejudice. [Filing No. 116.] However, still pending before the Court are multiple motions to maintain documents under seal filed by Defendants Mike Braun and Larry K. Ervin. [Filing No. 51; Filing No. 59; Filing No. 71; Filing No. 74; and Filing No. 89.] Because Plaintiffs have voluntarily dismissed this case, the Court finds good cause to maintain the documents these filings reference under seal. Accordingly, Defendants' motions to maintain documents under seal are granted. [Filing No. 59; Filing No. 71; Filing No. 74; and Filing No. 89.] The Clerk is directed to maintain Filing Nos. 50, 50-1, 58, 58-1, 65, 65-1, 73, 73-1, 88, and 88-1 under seal.

Date: 11/19/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email